USDC SCAN INDEX SHEET

















```
CAG    4/23/04    15:38
3:04-CV-00326    LITE BREEZE INC V. SPEARS
*2*
*SM.*
```

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

LITE BREEZE, INC., a California corporation,

vs

BRITNEY SPEARS; CLEAR CHANNEL ENTERTAINMENT TELEVISION HOLDINGS, INC.; SIGNATURES NETWORK, INC.; JIVE RECORDS

FILED
APR 2 3 2004
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CA.
BY

SUMMONS IN A CIVIL ACTION

Case No. 04 CV 0326 DMS (JFS)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Kathleen M. Walker, Attorney At Law, 3421 Thorn Street, San Diego, California 92104
619-255-0987 (telephone); 619-255-0986 (fax)

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

4-23-04
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)