USDC SCAN INDEX SHEET

















```
CAG    5/17/04    14:59
3:04-CV-00326    LITE BREEZE INC V. SPEARS
*5*
*SM.*
```

Summons in a Civil Action (Rev 11/97)

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED
04 MAY 14 AM 11:23
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LITE BREEZE, INC., a California corporation,

vs

BRITNEY SPEARS; CLEAR CHANNEL ENTERTAINMENT TELEVISION HOLDINGS, INC.; SIGNATURES NETWORK, INC.; ZOMBA RECORDING CORPORATION dba JIVE RECORDS

SUMMONS IN A CIVIL ACTION
Case No.  04 CV 0326 DMS (JFS)
ON A 1ST AMENDED COMPLAINT

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Kathleen M. Walker, Attorney At Law, 3421 Thorn Street, San Diego, California 92104
619-255-0987 (telephone); 619-255-0986 (fax)

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                           MAY 1 4 2004
CLERK                                            DATE

By ARVAUNTI VICTORIA, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)