USDC SCAN INDEX SHEET

















```
TKL    5/24/04    14:02
3:04-CV-00326    LITE BREEZE INC V. SPEARS
*7*
*RETSVCXC.*
```

```
1  KATHLEEN M. WALKER (SBN 202185)           FILED
   3421 THORN STREET
2  SAN DIEGO, CA 92104                       04 MAY 21 PM 2:58

3  Attorney for Plaintiff                    CLERK U.S. DISTRICT COURT
                                             SOUTHERN DISTRICT OF CALIFORNIA
4
                                                              DEPUTY
5              UNITED STATES DISTRICT COURT   BY:

6              SOUTHERN DISTRICT OF CALIFORNIA

7

8  LITE BREEZE, INC.           ) Case No.: 04 CV 0326 DMS (JFS)
                               )
9        Plaintiff,            ) PROOF OF SERVICE
                               )
10       vs.                   )
                               )
11 BRITNEY SPEARS, et al.      )
                               )
12       Defendant             )
                               )
13 _____

14       I, ROBERT DOLLEN           , declare as follows:

15       I am over the age of eighteen years and not a party to this

16 action. I am employed in the County of San Diego, California,

17 where the service occurred and my business address is 2250

18 Fourth Avenue, San Diego, CA 92101.

19       I served the following documents:

20       SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER

21 SHEET; NOTICE OF SUBSTITUTION OF COUNSEL

22 //

23 //

24 //

25 //

                            PROOF OF SERVICE - 1
```

ORIGINAL

KATHLEEN M. WALKER, ATTORNEY AT LAW (SBN#202185)
3421 THORN STREET
SAN DIEGO CA 92104
619-255-0987          Ref. No.       : 0925301-03
Attorney for : PLAINTIFF   Atty. File No.  : 04-CV-0326-DMS

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : LITE BREEZE, INC. | Case No.: 04-CV-0326DMS(JFS) |
| DEFENDANT | : BRITNEY SPEARS, et al. | **DECLARATION OF MAILING** |

RE:   SIGNATURES NETWORK, INC.
      AUTHORIZED AGENT FOR SERVICE: GRENNE RADOVSKI

I am a citizen of the United States and am employed in the County of San Diego, State of California. I am over 18 years of age and not a party to this action. My business address is **2250 Fourth Avenue, San Diego, California 92101.**

On April 30, 2004 I served the within documents:

    SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; NOTICE
    OF SUBSTITUTION OF COUNSEL

On the party in said action, by depositing a true copy thereof, enclosed in a sealed envelope with first-class postage thereon fully prepaid, at the mail collection site at my place of employment, addressed to the following:

    SIGNATURES NETWORK, INC.
    AUTHORIZED AGENT FOR SERVICE: GRENNE RADOVSKI
    2 BRYANT STREET          SUITE 300
    SAN FRANCISCO, CA  94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 30, 2004 at San Diego, California.

Signature: _____
                              SHEA MORRIS

KATHLEEN M. WALKER, ATTORNEY AT LAW (SBN#202185)
3421 THORN STREET
SAN DIEGO CA 92104
619-255-0987                Ref. No.      : 0925301-03
Attorney for : PLAINTIFF    Atty. File No. : 04-CV-0326-DMS

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF    : LITE BREEZE, INC.           Case No.: 04-CV-0326DMS(JFS)
DEFENDANT    : BRITNEY SPEARS, et al.      **PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; NOTICE OF SUBSTITUTION OF COUNSEL

3. a. Party served    : SIGNATURES NETWORK, INC.
                        AUTHORIZED AGENT FOR SERVICE: GRENNE RADOVSKI
   b. Person served  : KERRY GRIFFIN, RECEPTIONIST
                        (PERSON APPARENTLY IN CHARGE)

4. Address where the party was served  2 BRYANT STREET     SUITE 300
                                        SAN FRANCISCO, CA  94105     (Business)

5. I served the party
   b. **by substituted service.** On April 29, 2004 at 01:20 PM I left the documents listed in item 2
   with or in the presence of  KERRY GRIFFIN, RECEPTIONIST,
                                PERSON APPARENTLY IN CHARGE
   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (4) a **declaration of mailing** is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:   SIGNATURES NETWORK, INC.
                      AUTHORIZED AGENT FOR SERVICE: GRENNE RADOVSKI
   under [xx] CCP 416.10  (corporation)

7. **Person who served papers**
   a. ROBERT DOLLEN S.F. #665                d. Fee for service: $109.75
   b. KNOX ATTORNEY SERVICE, INC.            e. I am a Registered California Process server
      2250 Fourth Avenue                        (1) Employee or independent contractor
      San Diego, California 92101               (2) Registration No.: 152
   c. 619-233-9700                              (3) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 4, 2004              Signature: _____
                                          ROBERT DOLLEN S.F. #665

Jud. Coun. form, rule 982(a)(23)           PROOF OF SERVICE
JC Form POS 010

KATHLEEN M. WALKER, ATTORNEY AT LAW (SBN#202185)
3421 THORN STREET
SAN DIEGO CA 92104
619-255-0987              Ref. No.        : 0925301-03
Attorney for : PLAINTIFF  Atty. File No.  : 04-CV-0326-DMS

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| PLAINTIFF | : LITE BREEZE, INC. | Case No.: 04-CV-0326DMS(JFS) |
|---|---|---|
| DEFENDANT | : BRITNEY SPEARS, et al. | **DECLARATION REGARDING DILIGENCE** |

I received the within process on 04/26/04. After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party served    SIGNATURES NETWORK, INC.
                AUTHORIZED AGENT FOR SERVICE: GRENNE RADOVSKI

Business    :   2 BRYANT STREET SUITE 300, SAN FRANCISCO CA 94105


Attempts to effect service are as follows:

04/29/04 01:20P   Attempted service-effected substitute service




I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 4, 2004                      Signature: _____
                                                  ROBERT DOLLEN S.F. #665

Jud. Coun. form, rule 982(a)(23)       DECLARATION RE DILIGENCE