USDC SCAN INDEX SHEET










```
MAM    5/25/04    10:55
3:04-CV-00326   LITE BREEZE INC V. SPEARS
*9*
*REQ.*
```

```
 1  KATHLEEN M. WALKER SBN 202185
    Attorney At Law
 2  3421 Thorn Street
    San Diego, California 92104
 3  619-255-0987 telephone
    619-255-0986 facsimile
 4
    Attorney for Plaintiff LITE BREEZE, INC.
 5
```

FILED

04 MAY 21 PM 2:54

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By M. [signature] DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITE BREEZE, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRITNEY SPEARS, an individual; CLEAR CHANNEL ENTERTAINMENT TELEVISION HOLDINGS, INC., a Delaware Corporation; SIGNATURES NETWORK, INC., a California Corporation; ZOMBA RECORDING CORPORATION, dba JIVE RECORDS, a New York Corporation; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 04-CV-0326 DMS (JFS)<br><br>REQUEST FOR ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. PRO. 55(a) AGAINST DEFENDANT CLEAR CHANNEL ENTERTAINMENT TELEVISION HOLDINGS, INC. |

Plaintiff Lite Breeze, Inc., by and through its attorney of record, Kathleen M. Walker, 3421 Thorn Street, San Diego, California 92104, requests the entry of default by the Clerk of the Court, pursuant to Federal Rule of Civil Procedure 55(a), against Defendant Clear Channel



REQUEST FOR ENTRY OF DEFAULT - 1

9

1  Entertainment Television Holdings, Inc. for its failure to answer the complaint in accordance
2  with Federal Rule of Civil Procedure 12(a)(1).
3      On February 17, 2004, Plaintiff filed a complaint for trademark infringement against
4  Defendant Clear Channel Entertainment Television Holdings, Inc. On April 28, 2004, Defendant
5  Clear Channel Entertainment Television Holdings, Inc. was properly served with the summons
6  and complaint. See Walker Decl. Ex. 1. Defendant Clear Channel Entertainment Television
7  Holdings, Inc. has not answered or otherwise responded to the complaint pursuant to Rule 12.
8      The request for the entry of default is based on the Declaration of Kathleen M. Walker
9  attached to this request and the records previously filed in this action.

Dated: May 20, 2004       By: /s/ Kathleen M. Walker

                              Kathleen M. Walker

                              Attorney for Plaintiff
                              Lite Breeze, Inc.

KATHLEEN M. WALKER SBN 202185
Attorney At Law
3421 Thorn Street
San Diego, California 92104
619-255-0987 telephone
619-255-0986 facsimile

Attorney for Plaintiff LITE BREEZE, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITE BREEZE, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRITNEY SPEARS, an individual; CLEAR CHANNEL ENTERTAINMENT TELEVISION HOLDINGS, INC., a Delaware Corporation; SIGNATURES NETWORK, INC., a California Corporation; ZOMBA RECORDING CORPORATION, dba JIVE RECORDS, a New York Corporation; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 04-CV-0326 DMS (JFS)<br><br>PROOF OF SERVICE<br><br>REQUEST FOR ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. PRO. 55(a) AGAINST DEFENDANT CLEAR CHANNEL ENTERTAINMENT TELEVISION HOLDINGS, INC. |

PROOF OF SERVICE - 1

I, Kathleen M. Walker, declare:

1. I am over 18 years of age and am not a party to the above captioned action.

   My business address is 3421 Thorn Street, San Diego, California 92104.

2. On May 20, 2004, I served:

   REQUEST FOR ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. PRO. 55(a) AGAINST DEFENDANT CLEAR CHANNEL ENTERTAINMENT TELEVISION HOLDINGS, INC. and

   DECLARATION OF KATHLEEN M. WALKER IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. PRO. 55(a) AGAINST DEFENDANT CLEAR CHANNEL ENTERTAINMENT TELEVISION HOLDINGS, INC.

via prepaid United States regular mail to:

Clear Channel Entertainment Television Holdings, Inc.
2000 West Loop South
Houston, Texas 94105

Peter J. Anderson, Esq.
100 Wilshire Boulevard
Suite 2010
Santa Monica, California 90401

Attorney For Signatures Network, Inc., Zomba Recording Corporation and Britney Spears.

I declare under the penalty of perjury of the State of California, that the above is true and correct.

Dated this 20th day of May, 2004

*Kathleen M. Walker* (signature)
Kathleen M. Walker

PROOF OF SERVICE - 2