USDC SCAN INDEX SHEET

















```
MAM    5/25/04    10:56
3:04-CV-00326   LITE BREEZE INC V. SPEARS
*10*
*DECL.*
```

KATHLEEN M. WALKER SBN 202185
Attorney At Law
3421 Thorn Street
San Diego, California 92104
619-255-0987 telephone
619-255-0986 facsimile

Attorney for Plaintiff LITE BREEZE, INC.

FILED

04 MAY 21 PM 2:54

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY M. Mauel, DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITE BREEZE, INC., a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> BRITNEY SPEARS, an individual; CLEAR CHANNEL ENTERTAINMENT TELEVISION HOLDINGS, INC., a Delaware Corporation; SIGNATURES NETWORK, INC., a California Corporation; ZOMBA RECORDING CORPORATION, dba JIVE RECORDS, a New York Corporation; and DOES 1-10, <br><br> Defendants. | Case No.: 04-CV-0326 DMS (JFS) <br><br> DECLARATION OF KATHLEEN M. WALKER IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. PRO. 55(a) AGAINST DEFENDANT CLEAR CHANNEL ENTERTAINMENT TELEVISION HOLDINGS, INC. |

I, Kathleen M. Walker, declare under the penalties of perjury, as follows:

1. I am a member of the bar of the State of California and am admitted to practice before this Court. I represent Plaintiff Lite Breeze, Inc.



WALKR DECLARATION IN SUPPORT OF ENTRY OF DEFAULT - 1

10

2. Attached hereto as Exhibit A is a true and correct copy of the proof of service of Defendant Clear Channel Entertainment Televisions Holdings, Inc.

3. Defendant Clear Channel Entertainment Televisions Holdings, Inc. was served a copy of complaint, summons civil cover sheet, and notice of substitution of counsel on April 28, 2004. Service was accepted by James Tucker, Corporate Counsel for Defendant Clear Channel Entertainment Televisions Holdings, Inc.

4. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Defendant Clear Channel Entertainment Televisions Holdings, Inc.'s answer was due on May 18, 2004. Defendant Clear Channel Entertainment Televisions Holdings, Inc. has not filed an answer or any other responsive pleading.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: May 20, 2004      By: /s/ Kathleen M. Walker

Kathleen M. Walker

Attorney for Plaintiff
Lite Breeze, Inc.

```
1  KATHLEEN M. WALKER (SBN 202185)
   3421 THORN STREET
2  SAN DIEGO, CA 92104

3  Attorney for Plaintiff

4

5              UNITED STATES DISTRICT COURT

6              SOUTHERN DISTRICT OF CALIFORNIA

7

8  LITE BREEZE, INC.              ) Case No.: 04 CV 0326 DMS (JFS)
                                  )
9           Plaintiff,            ) PROOF OF SERVICE
                                  )
10      vs.                       )
                                  )
11 BRITNEY SPEARS, et al.         )
                                  )
12          Defendant             )
                                  )
13 ─────────────────────────────────

14     I,  CHRISTOPHER SAMPA      , declare as follows:

15     I am over the age of eighteen years and not a party to this
16 action. I am employed in the County of San Diego, California,
17 where the service occurred and my business address is 2250
18 Fourth Avenue, San Diego, CA 92101.

19     I served the following documents:

20     SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER
21 SHEET; NOTICE OF SUBSTITUTION OF COUNSEL

22 //
23 //
24 //
25 //
```

PROOF OF SERVICE - 1

KATHLEEN M. WALKER, ATTORNEY AT LAW (SBN#202185)
3421 THORN STREET
SAN DIEGO CA 92104
619-255-0987                    Ref. No.      : 0925301-02
Attorney for : PLAINTIFF        Atty. File No. : 04-CV-0326-DMS

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF    : LITE BREEZE, INC.                    Case No.: 04-CV-0326DMS(JFS)
DEFENDANT    : BRITNEY SPEARS, et al.               **PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; NOTICE OF SUBSTITUTION OF COUNSEL

3. a. Party served    : CLEAR CHANNEL ENTERTAINMENT TELEVISION HOLDINGS, INC.
   b. Person served   : JAMES TUCKER, CORPORATE COUNSEL
                        (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served 2000 WEST LOOP SOUTH
                                       HOUSTON, TX 77027      (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on April 28, 2004  (2) at: 12:00 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:    CLEAR CHANNEL ENTERTAINMENT TELEVISION HOLDINGS, INC.
   under [xx] CCP 416.10 (corporation)

7. **Person who served papers**
   a. CHRISTOPHER SAMPA                         d. Fee for service: $155.00
   b. KNOX ATTORNEY SERVICE, INC.               e. I am a Registered California Process server
      2250 Fourth Avenue                           (1) Employee or Independent contractor
      San Diego, California 92101                  (2) Registration No.: 152
   c. 619-233-9700                                 (3) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 19, 2004              Signature:  SEE ATTACHED NOTARIZED AFFIDAVIT
                                            _____
                                            CHRISTOPHER SAMPA

Jud. Coun. form, rule 982(a)(23)        PROOF OF SERVICE
JC Form POS 010

# Affidavit of Process Server

(NAME OF COURT)

_____ vs _____
PLAINTIFF/PETITIONER          DEFENDANT/RESPONDENT         CASE NUMBER

I, Christopher Sampa, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served **James Tucker / Corporate Counsel**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Summons in a Civil Action / civil case cover sheet**

by leaving with _____ _____ At
                    NAME                         RELATIONSHIP

☒ Residence _____
              ADDRESS                          CITY / STATE

☒ Business **2000 West Loop South     Houston, TX 77027**
              ADDRESS                          CITY / STATE

On **4-28-04** AT **12:00 pm**
     DATE              TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                      DATE

from _____
       CITY      STATE      ZIP

**Manner of Service:**
☒ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☒ Unknown at Address ☐ Moved, Left no Forwarding ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion ☐
☒ Address Does Not Exist ☒ Other _____

Service Attempts: Service was attempted on: (1) _____ (2) _____
                                                 DATE   TIME         DATE   TIME
(3) _____ (4) _____ (5) _____
    DATE  TIME        DATE  TIME        DATE  TIME

Description: Age **50** Sex **M** Race **W** Height **5'10"** Weight **200** Hair **Brown** Beard **yes** Glasses **yes**

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **13** day of **May**, 2004

_____
SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of **Texas**

FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

A. S. CEDILLO
Notary Public, State of Texas
My Commission Expires
May 09, 2007