USDC SCAN INDEX SHEET










CAG     6/1/04     10:41

3:04-CV-00326     LITE BREEZE INC V. SPEARS

*12*

*RETSVCXC.*

```
KATHLEEN M. WALKER (SBN 202185)
3421 THORN STREET
SAN DIEGO, CA 92104

Attorney for Plaintiff
```

FILED

04 MAY 26 PM 2:54

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITE BREEZE, INC. | Case No.: 04 CV 0326 DMS (JFS) |
| Plaintiff, | PROOF OF SERVICE |
| vs. | |
| BRITNEY SPEARS, et al. | |
| Defendant | |

I, BYRAN MCELDERRY, declare as follows:

I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, California, where the service occurred and my business address is 2250 Fourth Avenue, San Diego, CA 92101.

I served the following documents:

SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; NOTICE OF SUBSTITUTION OF COUNSEL

//
//
//
//

PROOF OF SERVICE - 1

KATHLEEN M. WALKER, ATTORNEY AT LAW (SBN#202185)
3421 THORN STREET
SAN DIEGO CA 92104
619-255-0987
Attorney for : PLAINTIFF

Ref. No. : 0925301-05
Atty. File No. : 04-CV-0326-DMS

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF : LITE BREEZE, INC.
DEFENDANT : BRITNEY SPEARS, et al.

Case No.: 04-CV-0326DMS(JFS)
**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; NOTICE OF SUBSTITUTION OF COUNSEL

3. a. Party served : BRITNEY SPEARS
      AUTHORIZED AGENT FOR SERVICE: ADLER CARSON AGENCY
   b. Person served : NANCY CARSON, AGENT ADLER CARSON AGENCY
      (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served 250 W. 57TH STREET   #230
                                      NEW YORK, NY 10107   (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on May 14, 2004  (2) at: 12:02 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of: BRITNEY SPEARS
      AUTHORIZED AGENT FOR SERVICE: ADLER CARSON AGENCY
   under [xx] CCP 415.20 (individual)

7. **Person who served papers**
   a. BYRAN MCELDERRY
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700
   d. Fee for service: $180.75
   e. I am a Registered California Process server
      (1) Employee or independent contractor
      (2) Registration No.: 152
      (3) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 25, 2004         Signature: SEE ATTACHED NOTARIZED AFFIDAVIT
                                      BYRAN MCELDERRY

Jud. Coun. form, rule 982(a)(23)        PROOF OF SERVICE
JC Form POS 010

# Affidavit of Process Server

United States District Court / Southern District of California
(NAME OF COURT)

LiteBreeze, Inc.     vs     Britney Spears
PLAINTIFF/PETITIONER          DEFENDANT/RESPONDENT          CASE NUMBER

I, Byran Mcelderry, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served **Britney Spears**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons in a civil action; Complaint; civil case cover sheet; Notice of Substitution of
by leaving with **Nancy Carson**          **Authorized to accept**          At Counsel
NAME                                        RELATIONSHIP

☒ Residence _____
☒ Business C/o Adler Carson Agency 250 W 57 St #230    New York, NY 10107
         ADDRESS                                  CITY / STATE

On **May 14, 2004**          AT **12:02 PM**
    DATE                         TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                DATE
from _____
     CITY        STATE          ZIP

**Manner of Service:**
☒ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☒ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☒ Unknown at Address ☐ Moved, Left no Forwarding ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion ☐
☒ Address Does Not Exist ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
                                                DATE    TIME        DATE    TIME
(3) _____ (4) _____ (5) _____
    DATE    TIME       DATE    TIME       DATE    TIME

Description: Age____ Sex____ Race____ Height____ Weight____ Hair____ Beard____ Glasses____

SUBSCRIBED AND SWORN to before me this **18th** day of **May**, 2004

SIGNATURE OF PROCESS SERVER
Byran Mcelderry, lic# 869802

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of **New York**

FORM 2     NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Commission Expires Feb. 10, 2006