USDC SCAN INDEX SHEET










CAG    6/1/04    14:17
3:04-CV-00326    LITE BREEZE INC V. SPEARS
*13*
*STIPO.*

ORIGINAL

FILED

04 MAY 27 PM 2:14

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

*Cajauier* DEPUTY

1 Peter J. Anderson, Esq., SBN 088891
LAW OFFICES OF PETER J. ANDERSON
2 A Professional Corporation
100 Wilshire Boulevard
3 Suite 2010
Santa Monica, CA 90401
4
Tel: (310) 260-6030
5 Fax: (310) 260-6040

6 Attorney for Defendants BRITNEY SPEARS,
CLEAR CHANNEL ENTERTAINMENT
7 TELEVISION HOLDINGS, INC., SIGNATURES
NETWORK, INC. and
8 ZOMBA RECORDING CORPORATION

9 UNITED STATES DISTRICT COURT

10 SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 LITE BREEZE, INC., a California Corporation, | Case No. '04 CV 0326 DMS (JFS) |
| 12 Plaintiff, | STIPULATION *RE* APPEARANCES OF DEFENDANTS; [~~PROPOSED~~] |
| 13 | ORDER THEREON |
| 14 vs. | |
| 15 BRITNEY SPEARS, an individual; CLEAR CHANNEL ENTERTAINMENT | |
| 16 TELEVISION HOLDINGS, INC., a Delaware Corporation; SIGNATURES | |
| 17 NETWORK, INC., a California Corporation; ZOMBA RECORDING | |
| 18 CORPORATION, dba JIVE RECORDS, a New York Corporation; and DOES 1-10, | |
| 19 Defendants. | |
| 20 | |

1

STIPULATION *RE* APPEARANCES OF DEFENDANTS;
[*PROPOSED*] ORDER THEREON

04CV0326

# STIPULATION

This Stipulation is entered into by plaintiff Lite Breeze, Inc. ("plaintiff"), on the one hand, and defendants Britney Spears, Signatures Network, Inc. ("Signatures"), Zomba Recording Corporation ("Zomba") and Clear Channel Entertainment Television Holdings, Inc. ("Clear Channel"), on the other hand, and with respect to the following facts:

1. On February 17, 2004, plaintiff filed its Complaint in this action. Plaintiff's Complaint did not name Zomba as a defendant and named, among others, Jive Records, Inc.

2. On May 14, 2004, plaintiff filed its First Amended Complaint, which adds Zomba and deletes Jive Records, Inc. as a defendant.

3. On or about May 20, 2004, plaintiff filed with this Court plaintiff's Request for Entry of Default against Clear Channel. Clear Channel contends, *inter alia*, that even if it was properly served with the Summons and Complaint, before the time to respond to the Complaint expired plaintiff filed its First Amended Complaint, which superseded the Complaint and extended the time for Clear Channel to respond.

4. There are also issues as to whether plaintiff has effected service of its Complaint and its First Amended Complaint on some of the defendants. In addition, Ms. Spears has not yet been served with either pleading.

STIPULATION *RE* APPEARANCES OF DEFENDANTS;
[*PROPOSED*] ORDER THEREON

5. The parties desire to avoid the expense, the burden on the Court and the potential delay of challenging the Request for Entry of Default and service on the defendants other than Ms. Spears, to remove the uncertainty as to when responses are due to the First Amended Complaint and to provide for Ms. Spears' acceptance of service on the terms provided in this Stipulation. To those ends, the parties have agreed that plaintiff will withdraw its Request for Entry of Default, that defendants will be deemed served with the First Amended Complaint as of May 24, 2004 and have 20 days to respond to that pleading, and that plaintiff will not take Ms. Spears' deposition, if at all, unless and until the claims against her survive her Motion for Summary Judgment or Adjudication.

NOW, THEREFORE, the parties, through their respective counsel, stipulate to the entry of the attached Order.

SO STIPULATED

Dated: May __, 2004

Kathleen M. Walker, Esq.
Attorney at Law
Attorneys for Plaintiff
LITE BREEZE

Dated: May 26, 2004

Peter J. Anderson, Esq.
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
Attorney for Defendants BRITNEY SPEARS,
CLEAR CHANNEL ENTERTAINMENT
TELEVISION HOLDINGS, INC.,
SIGNATURES NETWORK, INC. and
ZOMBA RECORDING CORPORATION

1    5.   The parties desire to avoid the expense, the burden on the Court and the
2  potential delay of challenging the Request for Entry of Default and service on the
3  defendants other than Ms. Spears, to remove the uncertainty as to when responses are
4  due to the First Amended Complaint and to provide for Ms. Spears' acceptance of
5  service on the terms provided in this Stipulation. To those ends, the parties have
6  agreed that plaintiff will withdraw its Request for Entry of Default, that defendants will
7  be deemed served with the First Amended Complaint as of May 24, 2004 and have 20
8  days to respond to that pleading, and that plaintiff will not take Ms. Spears' deposition,
9  if at all, unless and until the claims against her survive her Motion for Summary
10 Judgment or Adjudication.

11

12   NOW, THEREFORE, the parties, through their respective counsel, stipulate to
13 the entry of the attached Order.

14

15                               SO STIPULATED

16                               /s/ Kathleen M. Walker

17 Dated: May 26, 2004            Kathleen M. Walker, Esq.
                                  Attorney at Law
18                                Attorneys for Plaintiff
                                  LITE BREEZE
19
   Dated: May __, 2004
20                               _____
                                  Peter J. Anderson, Esq.
21                               LAW OFFICES OF PETER J. ANDERSON
                                  A Professional Corporation
22                               Attorney for Defendants BRITNEY SPEARS,
                                  CLEAR CHANNEL ENTERTAINMENT
                                  TELEVISION HOLDINGS, INC.,
23                               SIGNATURES NETWORK, INC. and
                                  ZOMBA RECORDING CORPORATION
24

3                                                              04CV0326
STIPULATION RE APPEARANCES OF DEFENDANTS;
[PROPOSED] ORDER THEREON

## ORDER

For good cause shown, it is hereby ORDERED

1. That plaintiff's Request for Entry of Default as to defendant Clear Channel Entertainment Television Holdings, Inc. is deemed withdrawn and any default entered vacated;

2. That defendants are deemed served with a copy of the Summons on First Amended Complaint and First Amended Complaint on May 24, 2004, and have until June 14, 2004 to respond to the First Amended Complaint; and

3. That plaintiff shall not take the deposition of defendant Britney Spears, if at all, unless and until a Motion by defendant Spears for Summary Judgment or Adjudication has been filed and ruled upon by this Court and been denied in whole or part, provided, however, that this paragraph 3 of this Order shall apply only if a Motion by defendant Spears (separately or jointly with one or more other defendants) for Summary Judgment or Adjudication is filed with the Court within six months of the entry of this Order.

Dated: May 27, 2004

_____
Hon. Dana M. Sabraw
Judge of the District Court

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was this date served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to counsel's last known address as follows:

Kathleen M. Walker, Esq.
Attorney at Law
3421 Thorn Street
San Diego, CA 92104

Santa Monica, California, this 26th day of May, 2004.

_____
Peter J. Anderson, Esq.
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
Attorney for Defendants
BRITNEY SPEARS,
SIGNATURES NETWORK, INC. and
ZOMBA RECORDING CORPORATION