USDC SCAN INDEX SHEET

















CAG    6/15/04    11:18

3:04-CV-00326   LITE BREEZE INC V. SPEARS

*14*

*ANS.*

● ORIGINAL ●

Peter J. Anderson, Esq., SBN 088891
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard
Suite 2010
Santa Monica, CA 90401

Tel: (310) 260-6030
Fax: (310) 260-6040

Attorney for Defendants BRITNEY SPEARS,
CLEAR CHANNEL ENTERTAINMENT
TELEVISION HOLDINGS, INC.,
SIGNATURES NETWORK, INC. and
ZOMBA RECORDING CORP.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LITE BREEZE, INC., a California
Corporation,

                    Plaintiff,

        vs.

BRITNEY SPEARS, an individual;
CLEAR CHANNEL ENTERTAINMENT
TELEVISION HOLDINGS, INC., a
Delaware Corporation; SIGNATURES
NETWORK, INC., a California
Corporation; ZOMBA RECORDING
CORPORATION, dba JIVE RECORDS, a
New York Corporation; and DOES 1-10,

                    Defendants.

Case No. '04 CV 0326 DMS (JFS)

ANSWER OF DEFENDANTS
BRITNEY SPEARS, CLEAR
CHANNEL ENTERTAINMENT
TELEVISION HOLDINGS, INC.,
SIGNATURES NETWORK, INC.
AND ZOMBA RECORDING CORP.
TO FIRST AMENDED COMPLAINT

DEMAND FOR JURY TRIAL

FILED
04 JUN 14  AM 10: 51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                            DEPUTY

ANSWER

14

04CV0326

1     Defendants Britney Spears, Clear Channel Entertainment Television Holdings,

2    Inc. ("Clear Channel"), Signature Networks, Inc. ("Signatures") and Zomba Recording

3    Corp. ("Zomba) (collectively, "Defendants"), answer the First Amended Complaint

4    filed by plaintiff Lite Breeze, Inc. ("Plaintiff"), as follows:

5

6         1.     Answering Paragraph 1, Defendants admit that Plaintiff purports to bring

7    this action under the Trademark Act of 1946, as amended (the Lanham Act, 15 U.S.C.

8    Sections 101, *et seq.*), and 28 U.S.C. Section 1338, and that Plaintiff contends venue is

9    proper in this District under 28 U.S.C. Section 1391.  Except as expressly admitted,

10   Defendants are without knowledge or information sufficient to form a belief as to the

11   truth of the remaining allegations in Paragraph 1 and on that basis deny all remaining

12   allegations contained therein.

13

14        2.     Answering   Paragraph   2,   Defendants   are   without   knowledge   or

15   information sufficient to form a belief as to the truth of the allegations contained in

16   Paragraph 2 and on that basis deny the allegations contained therein.

17

18        3.     Answering Paragraph 3, Defendants admit that Defendant Britney Spears

19   is an individual.   Except as expressly admitted, Defendants deny the allegations

20   contained in Paragraph 3.

21

22        4.     Answering Paragraph 4, Defendants deny the allegations contained

23   therein.

24   ///

ANSWER                                                            04CV0326

5.      Answering Paragraph 5, Defendants admit that Defendant Signatures operates Britney Spears' official online store and has an office at 2 Bryant Street, Suite 300, San Francisco, California 94105.  Except as expressly admitted, Defendants deny the allegations contained in Paragraph 5.

6.      Answering Paragraph 6, Defendants admit that "Jive Records" is a trade name of Defendant Zomba and that Defendant Zomba owns recordings featuring performances by Britney Spears and has an office at 137-139 West 25th Street, New York, New York 10001.   Except as expressly admitted, Defendants deny the allegations contained in Paragraph 6.

7.      Answering Paragraph 7, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 and on that basis deny the allegations contained therein.

8.      Answering Paragraph 8, Defendants admit that Plaintiff purports to define the phrase "Defendants" as used in the First Amended Complaint.  Except as expressly admitted, Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 8 and on that basis deny all remaining allegations contained therein.

9.      Answering Paragraph 9, Defendants deny liability to Plaintiff, deny aiding or abetting any wrongful conduct, and deny that they are agents for each other or any other defendant.  Defendants are without knowledge or information sufficient to form a

ANSWER

3

04CV0326

1   belief as to the truth of the remaining allegations in Paragraph 9 and on that basis deny

2   all remaining allegations contained therein.

3

4        10.    Answering Paragraph 10, Defendants incorporate by reference their

5   responses to Paragraphs 1 through 9 as if set forth herein in full.

6

7        11.    Answering Paragraph 11, Defendants admit that a photocopy of what

8   purport to be two United States Patent and Trademark Office certificates of registration

9   and what appears to be a United States Patent and Trademark Office Internet site print-

10  out referring to a January 15, 2004 trademark application, preceded by a page bearing

11  the phrase "Exhibit A," accompanied the copy of the First Amended Complaint their

12  counsel received.  Except as expressly admitted, Defendants are without knowledge or

13  information sufficient to form a belief as to the truth of the remaining allegations in

14  Paragraph 11 and on that basis deny all remaining allegations contained therein.

15

16       12.    Answering Paragraph 12, Defendants deny that Plaintiff has any

17  trademark or other exclusive rights to use the phrase "in the zone" for musical

18  recordings and entertainment services.  Defendants are without knowledge or

19  information sufficient to form a belief as to the truth of the allegations contained in

20  Paragraph 12 and on that basis deny the allegations contained therein.

21

22       13.    Answering Paragraph 13, Defendants are without knowledge or

23  information sufficient to form a belief as to the truth of the allegations contained in

24  Paragraph 13 and on that basis deny the allegations contained therein.

04CV0326

ANSWER

1    14.    Answering Paragraph 14, Defendants admit that a photocopy of images,

2  preceded by a page bearing the phrase "Exhibit B," accompanied the copy of the First

3  Amended Complaint their counsel received.    Except as expressly admitted,

4  Defendants are without knowledge or information sufficient to form a belief as to the

5  truth of the remaining allegations in Paragraph 14 and on that basis deny all remaining

6  allegations contained therein.

7

8    15.    Answering Paragraph 15, Defendants deny that Plaintiff used the phrase

9  "in the zone" in connection with musical recordings in interstate commerce, deny that

10  any use by Plaintiff of that phrase in connection with musical recordings predated the

11  release of the many albums or other musical recordings using that phrase, including but

12  not limited to the Britney Spears In the Zone album, and deny, for lack of knowledge

13  or information sufficient to form a belief as to the truth of the remaining allegations in

14  Paragraph 15, all remaining allegations contained therein.

15

16    16.    Answering Paragraph 16, Defendants deny the allegations contained

17  therein.

18

19    17.    Answering Paragraph 17, Defendants are without knowledge or

20  information sufficient to form a belief as to the truth of the allegations contained in

21  Paragraph 17 and on that basis deny the allegations contained therein.

22

23    18.    Answering Paragraph 18, Defendants admit that the phrase "in the zone"

24  has been used in or as the title of the Britney Spears In the Zone album, that a

ANSWER

1  rendering of that album's cover with that phrase appeared on a limited number of t-

2  shirts, that some tickets for the Britney Spears Onyx Hotel Tour referred to the "in the

3  zone" portion of the album title, and that a photocopy of a printout of an Internet site,

4  preceded by a page bearing the phrase "Exhibit C," accompanied the copy of the First

5  Amended Complaint their counsel received.  Defendants deny that the image on the t-

6  shirt depicted in the Internet site print-out is a representative sample of the use of the

7  phrase "in the zone" and, except as expressly admitted or denied, Defendants are

8  without knowledge or information sufficient to form a belief as to the truth of the

9  remaining allegations in Paragraph 18 and on that basis deny all remaining allegations

10  contained therein.

11

12      19.    Answering Paragraph 19, Defendants deny the allegations contained

13  therein.

14

15      20.    Answering Paragraph 20, Defendants deny the allegations contained

16  therein.

17

18      21.    Answering Paragraph 21, Defendants deny the allegations contained

19  therein, including, without limitation, the allegation that Plaintiff has well-known

20  and/or prior established rights in the phrase "in the zone" in connection with musical

21  recordings or musical performances.

22

23      22.    Answering Paragraph 22, Defendants deny the allegations contained

24  therein.

6

ANSWER

04CV0326

1    23.    Answering Paragraph 23, Defendants deny the allegations contained

2  therein.

3

4    24.    Answering Paragraph 24, Defendants deny the allegations contained

5  therein.

6

7    25.    Answering Paragraph 25, Defendants incorporate by reference their

8  responses to Paragraphs 1 through 24 as if set forth herein in full.

9

10    26.    Answering Paragraph 26, Defendants admit that the phrase "in the zone"

11  has been used in or as the title of the Britney Spears In the Zone album, that a

12  rendering of that album's cover with that phrase appeared on a limited number of t-

13  shirts, and that some tickets for the Britney Spears Onyx Hotel Tour referred to the "in

14  the zone" portion of the album title.  Except as expressly admitted, Defendants deny all

15  of the remaining allegations contained in Paragraph 26.

16

17    27.    Answering Paragraph 27, Defendants deny the allegations contained

18  therein.

19

20    28.    Answering Paragraph 28, Defendants deny the allegations contained

21  therein.

22    29.    Answering Paragraph 29, Defendants deny the allegations contained

23  therein.

24  ///

1       30.   Answering Paragraph 30, Defendants incorporate by reference their

2   responses to Paragraphs 1 through 29 as if set forth herein in full.

3

4       31.   Answering Paragraph 31, Defendants deny the allegations contained

5   therein.

6

7       32.   Answering Paragraph 32, Defendants deny the allegations contained

8   therein.

9

10       33.   Answering Paragraph 33, Defendants deny the allegations contained

11   therein.

12

13       34.   Answering Paragraph 34, Defendants deny the allegations contained

14   therein.

15

16       35.   Answering Paragraph 35, Defendants incorporate by reference their

17   responses to Paragraphs 1 through 31 as if set forth herein in full.

18

19       36.   Answering Paragraph 36, Defendants deny the allegations contained

20   therein.

21

22       37.   Answering Paragraph 37, Defendants deny the allegations contained

23   therein.

24   ///

04CV0326

ANSWER

38.   Answering Paragraph 38, Defendants deny the allegations contained therein.

39.   Answering Paragraph 39, Defendants deny the allegations contained therein.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

40.   Plaintiff's First Amended fails to state a claim against Defendants, or either of them, upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Laches)

41.   Plaintiff's claims and/or remedies Plaintiff seeks are barred by the doctrine of laches.

## THIRD AFFIRMATIVE DEFENSE

### (Estoppel)

42.   Plaintiff's claims are barred by the doctrine of estoppel.

///

///

ANSWER

04CV0326

1
FOURTH AFFIRMATIVE DEFENSE

2
(Unclean Hands)

3

4   43.   Plaintiff and/or its predecessors in interest have unclean hands.

5

6
FIFTH AFFIRMATIVE DEFENSE

7
(Waiver)

8

9   44.   Plaintiff's claims are barred by the doctrine of waiver.

10

11
SIXTH AFFIRMATIVE DEFENSE

12
(Ratification)

13

14   45.   Plaintiff ratified the conduct of which it complains.

15

16
SEVENTH AFFIRMATIVE DEFENSE

17
(Acquiescence)

18

19   46.   Plaintiff acquiesced to the uses of which it complains.

20

21
EIGHTH AFFIRMATIVE DEFENSE

22
(Statutes of Limitation)

23

24   47.   Plaintiff's claims are barred by the applicable statutes of limitations.

10

ANSWER                                                          04CV0326

1                           NINTH AFFIRMATIVE DEFENSE

2                                   (Abandonment)

3

4        48.    Plaintiff abandoned the claimed mark.

5

6                           TENTH AFFIRMATIVE DEFENSE

7                                  (Priority of Use)

8

9        49.    Plaintiff's alleged use of the claimed mark post-dates the use by others of

10   "In the Zone," including, without limitation, the use of that phrase as the title of

11   musical recordings distributed to the public.

12

13                         ELEVENTH AFFIRMATIVE DEFENSE

14                                    (Fair Use)

15

16       50.    The conduct of which Plaintiff complains constitutes fair use.

17

18                          TWELFTH AFFIRMATIVE DEFENSE

19                                 (First Amendment)

20

21       51.    Plaintiff's claims and/or remedies Plaintiff seeks are barred by the First

22   Amendment to the United States Constitution.

23   ///

24   ///

                                            11                              04CV0326
     ANSWER

1    WHEREFORE, Defendants pray for judgment against Plaintiff as follows:

2          (a)   that Plaintiff take nothing by its First Amended Complaint;

3          (b)   that the First Amended Complaint be dismissed and that

4    Defendants be awarded their costs and disbursements and, to the extent allowed

5    by law, their attorney's fees, in this action; and

6          (c)   for such other and further relief as this Court deems just and

7    proper.

8

9    Dated: June 11, 2004

10                                    _____
                                           Peter J. Anderson, Esq.
11                                    LAW OFFICES OF PETER J. ANDERSON
                                         A Professional Corporation
                                          Attorney for Defendants
12                                            BRITNEY SPEARS,
                                    CLEAR CHANNEL ENTERTAINMENT
13                                    TELEVISION HOLDINGS, INC.,
                                    SIGNATURES NETWORK, INC. and
14                                    ZOMBA RECORDING CORP.

15

16

17

18

19

20

21

22

23

24

ANSWER

1

## DEMAND FOR JURY TRIAL

2

3    Defendants Britney Spears, Clear Channel Entertainment Television Holdings,

4  Inc., Signature Networks, Inc., and Zomba Recording Corp. demand trial by jury.

5

6  Dated: June 11, 2004

7                                                Peter J. Anderson, Esq.
                                         LAW OFFICES OF PETER J. ANDERSON
8                                              A Professional Corporation
                                                Attorney for Defendants
9                                                  BRITNEY SPEARS,
                                         CLEAR CHANNEL ENTERTAINMENT
10                                           TELEVISION HOLDINGS, INC.,
                                             SIGNATURES NETWORK, INC. and
11                                             ZOMBA RECORDING CORP.

12

13

14

15

16

17

18

19

20

21

22

23

24

04CV0326
ANSWER

1

## CERTIFICATE OF SERVICE

2

3      I hereby certify that a copy of the foregoing document was this date served upon

4  all counsel of record by placing a copy of the same in the United States Mail, postage

5  prepaid, and sent to counsel's last known address as follows:

6          Kathleen M. Walker, Esq.
           Attorney at Law
7          3421 Thorn Street
           San Diego, CA 92104
8

9          Santa Monica, California, this 11th day of June, 2004.

10

11                              _____
                                    Peter J. Anderson, Esq.
12                              LAW OFFICES OF PETER J. ANDERSON
                                    A Professional Corporation
13                                  Attorney for Defendants
                                    BRITNEY SPEARS,
14                              CLEAR CHANNEL ENTERTAINMENT
                                TELEVISION HOLDINGS, INC.,
15                              SIGNATURES NETWORK, INC. and
                                ZOMBA RECORDING CORPORATION

16

17

18

19

20

21

22

23

24

                                        14                              04CV0326

ANSWER