USDC SCAN INDEX SHEET

















CAG   6/15/04    11:20

3:04-CV-00326   LITE BREEZE INC V. SPEARS

*15*

*NTCFIN.*

**ORIGINAL**

1  Peter J. Anderson, Esq., SBN 088891
   LAW OFFICES OF PETER J. ANDERSON
2  A Professional Corporation
   100 Wilshire Boulevard
3  Suite 2010
   Santa Monica, CA 90401
4
   Tel: (310) 260-6030
5  Fax: (310) 260-6040

6  Attorney for Defendants BRITNEY SPEARS,
   CLEAR CHANNEL ENTERTAINMENT
7  TELEVISION HOLDINGS, INC.,
   SIGNATURES NETWORK, INC. and
8  ZOMBA RECORDING CORP.

FILED
04 JUN 14 AM 10:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

9           UNITED STATES DISTRICT COURT

10          SOUTHERN DISTRICT OF CALIFORNIA

11 | LITE BREEZE, INC., a California         ) Case No. '04 CV 0326 DMS (JFS)
   | Corporation,                            )
12 |                                         ) NOTICE OF PARTY WITH
   |        Plaintiff,                       ) FINANCIAL INTEREST
13 |                                         )
   | vs.                                     )
14 |                                         )
   | BRITNEY SPEARS, an individual;          )
15 | CLEAR CHANNEL ENTERTAINMENT             )
   | TELEVISION HOLDINGS, INC., a            )
16 | Delaware Corporation; SIGNATURES        )
   | NETWORK, INC., a California             )
17 | Corporation; ZOMBA RECORDING            )
   | CORPORATION, dba JIVE RECORDS, a        )
18 | New York Corporation; and DOES 1-10,    )
   |                                         )
19 |        Defendants.                      )
   |                                         )
20 | _____)

21

22

23

24

NOTICE OF PARTY
WITH FINANCIAL INTEREST

04CV0326

## NOTICE OF PARTY WITH FINANCIAL INTEREST

Defendants Clear Channel Entertainment Television Holdings, Inc., Signatures Network, Inc., and Zomba Recording Corp. submit this Notice of Party with Financial Interest Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Local Rule 40.2.

Defendant Clear Channel Entertainment Television Holdings, Inc., advises that its parent company is SFX Entertainment, Inc., that no publicly held company owns 10% or more of Clear Channel Entertainment Television Holdings, Inc.'s stock, but that its parent company's stock is owned by Clear Channel Communications, Inc., which is a publicly held company.

Defendant Signature Networks, Inc. advises that its parent company is Signatures SNI, Inc., and that no publicly held company owns 10% or more of Signatures Networks, Inc.'s stock.

///
///
///
///
///
///
///
///

1 | Defendant Zomba Record Corp. advises that its parent company is Zomba Record Holdings, B.V., and that no publicly held company owns 10% or more of Zomba Recording Corp.'s stock.

Dated: June 11, 2004

*[signature]*

Peter J. Anderson, Esq.
LAW OFFICES OF PETER J. ANDERSON
A Professional-Corporation
Attorney for Defendants
BRITNEY SPEARS,
CLEAR CHANNEL ENTERTAINMENT
TELEVISION HOLDINGS, INC.,
SIGNATURES NETWORK, INC. and
ZOMBA RECORDING CORP.