USDC SCAN INDEX SHEET










CAG   7/28/04   10:24

3:04-CV-00326   LITE BREEZE INC V. SPEARS

*22*

*MO.*

# MINUTES OF THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Case Name:    **LITE BREEZE v. SPEARS et al**              Case Number:    **04cv0326 DMS (JFS)**

Hon. James F. Stiven          Ct. Deputy Maria J. Mirabella          Rptr. Tape:


This court's July 26, 2004 order [21-1] is amended to read Peter Anderson, Esq. appeared on behalf of all defendants. Others in attendance are not attorneys, but rather are party representatives.


Date:    July 28, 2004

Initials: MJM Deputy

cc:  Honorable Dana M. Sabraw

   All Counsel (chmb)

22