USDC SCAN INDEX SHEET










```
KSR    8/10/04    8:42
3:04-CV-00326   LITE BREEZE INC V. SPEARS
*23*
*DODEN.*
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED

04 AUG 10 AM 7:50

*This space for Clerk's Office File Stamp*

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By: [signature] Deputy

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Sabraw
FROM: JB Fachler, Deputy Clerk   RECEIVED DATE: 8-6-04
CASE NO.: 04cv326 DMS (JFS)   DOCUMENT FILED BY: Lite Breeze, Inc.
CASE TITLE: Lite Breeze v Britney Spears
DOCUMENT ENTITLED: Notice of Motion and Motion to File 2nd Amended Complaint

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☒ | 5.1.j.4 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3.c | Document illegible or submitted on thermal facsimile paper |
| ☐ | 7.1.e or 47.1.b.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☒ | 7.1.f or 47.1.b.3 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1.h or 47.1.e | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1.h | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself / Supplemental filings require court order |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | | OTHER: Please see Local Rule 7.1(e)(1) and Judge Sabraw's Civil Pretrial Procedures |

Date forwarded: 8-6-04

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to ~~pro-se or inmate~~ *counsel*? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Sabraw

Dated: 8/9/04   By: mlm
cc: All Parties

23

| | |
|---|---|
| 1 | KATHLEEN M. WALKER |
| | Attorney At Law |
| 2 | 3421 Thorn Street |
| | San Diego, California 92104 |
| 3 | TEL: (619) 255-0987 |
| | FAX: (619) 255-0986 |
| 4 | |
| | Attorney for Plaintiff LITE BREEZE, INC. |

**REJECTED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITE BREEZE, INC., a California Corporation, | CASE NO. 04-CV-0326 DMS (JFS) |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| BRITNEY SPEARS, an individual; CLEAR CHANNEL ENTERTAINMENT TELEVISION HOLDINGS, INC., a Delaware Corporation; SIGNATURES NETWORK, INC., a California Corporation; ZOMBA RECORDING CORPORATION, dba JIVE RECORDS, a New York Corporation; BRITNEY BRANDS, INC., a Louisiana Corporation and DOES 1-10, | |
| Defendants. | |



NOTICE OF MOTION AND MOTION