















KSR    8/16/04    16:42

3:04-CV-00326   LITE BREEZE INC V. SPEARS

*24*

*NTCF.*

KATHLEEN M. WALKER SBN 202185
Attorney At Law
3421 Thorn Street
San Diego, California 92104
619-255-0987 telephone
619-255-0986 facsimile

Attorney for Plaintiff LITE BREEZE, INC.

**FILED**

04 AUG 12 PM 12: 42

CLERK U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITE BREEZE, INC., a California Corporation,<br><br>       Plaintiff,<br><br>       vs.<br><br>BRITNEY SPEARS, an individual; CLEAR CHANNEL ENTERTAINMENT TELEVISION HOLDINGS, INC., a Delaware Corporation; SIGNATURES NETWORK, INC., a California Corporation; ZOMBA RECORDING CORPORATION, dba JIVE RECORDS, a New York Corporation; and DOES 1 -10,<br><br>       Defendants. | Case No.: 04-CV-0326 DMS (JFS)<br><br>**JOINT DISCOVERY PLAN PURSUANT TO RULE 26(f)** |



ORIGINAL

On July 23, 2004, the Court convened an Early Neutral Evaluation Conference and on July 26, 2003, the Court issued its "Order Following Early Neutral Evaluation Conference, Setting Rule 26 Compliance And Notice Of Case Management Conference" (the "Order"). Pursuant to the Order, on August 5, 2004 counsel for Plaintiff Lite Breeze, Inc. and for Defendants Britney Spears, Clear Channel Entertainment Television Holdings, Inc., Signatures Network, Inc., and Zomba Recording Corporation (collectively, "the Parties"), conducted their Rule 26(f) conference. Now, pursuant to the Order and Rule 26(f) of the Federal Rules of Civil Procedure, the Parties propose the following Discovery Plan:

I.  Fact Discovery

    A.  As discussed at the Early Neutral Evaluation, Defendants intend to file, jointly or separately, an early motion under Rule 56 of the Federal Rules of Civil Procedure. Defendants anticipate that their early motion will be filed within the next 30 to 60 days. While some fact discovery will proceed while that motion is pending, Defendants intend to defer other discovery until after the Court's ruling on the motion. Further, pursuant to the Parties' Stipulation and the Court's May 27, 2004 Order on that Stipulation, any deposition of Ms. Spears may only proceed, if at all, after the ruling on Defendants' Rule 56 motion, assuming that motion is filed within six months of that Order. Accordingly, the Parties propose that fact discovery close nine (9) months after the Court rules on Defendants' Rule 56 motion. All fact discovery shall be completed on or before the close of discovery, and notices for discovery to be completed after that date shall be done so only by approval by counsel for the Parties or by leave of the Court.

/ / /

/ / /

B. The Parties shall adhere to the discovery limitations set forth in Fed. R. Civ. P. 30(a) and (d)(2) and 33(a) as to the number and duration of depositions and the number of interrogatories served unless relief from any of those limitations is mutually agreed upon by counsel for the Parties, or provided by order of the Court.

C. The Parties have agreed to cooperate in the preparation of a Stipulation to the entry of a protective Order governing trade secrets or other confidential information produced in discovery and anticipate submitting the Stipulation to the Court shortly.

D. Plaintiff alleges as one remedy the recovery of Defendants' profits. Defendants dispute plaintiff's allegations but also believe that any discovery as to their revenues, costs or profits should be deferred at least until after the Court has ruled on Defendants' early Rule 56 motion. Plaintiff does not intend to immediately commence discovery as to profits but declines to agree now to await the Court's ruling on Defendants' Rule 56 motion before pursuing that discovery. The Parties will, however, attempt to resolve any issues as to discovery of profits and, if they are unable to do so, Defendants will seek a protective order, bifurcation of discovery or other relief.

II. Expert Discovery

A. Plaintiff shall make all expert disclosures and produce all related expert reports 30 days after fact discovery closes. Defendants shall make all expert disclosures and produce all related expert reports 30 days after Plaintiff makes its disclosures. Expert discovery shall close 60 days after Defendants make their expert disclosures. All notices

///

///

///

///

for expert discovery to be completed after that date shall be done so only by approval by counsel for the Parties or by leave of the Court.

Dated: August 11, 2004       By: _Kathleen M. Walker_

                                 Kathleen M. Walker

                                 Attorney for Plaintiff
                                 Lite Breeze, Inc.

Dated: August ___, 2004

                                 _____
                                 Peter J. Anderson
                                 The Law Offices of Peter J. Anderson
                                   A Professional Corporation
                                   Attorney for Defendants
                                 Britney Spears, Clear Channel Entertainment
                                 Television Holdings, Inc., Signatures Network, Inc.
                                 and Zomba Recording Corp.

1    for expert discovery to be completed after that date shall be done so only by approval by

2    counsel for the Parties or by leave of the Court.

3

4    Dated: August __, 2004              By: _____

5                                            Kathleen M. Walker

6                                            Attorney for Plaintiff
                                             Lite Breeze, Inc.
7

8    Dated: August 11, 2004

9                                            Peter J. Anderson
                                         The Law Offices of Peter J. Anderson
10                                           A Professional Corporation
                                             Attorney for Defendants
11                                       Britney Spears, Clear Channel Entertainment
                                         Television Holdings, Inc., Signatures Network, Inc.
12                                       and Zomba Recording Corp.

13

14

15

16

17

18

19

20

21

22

23

24

25