USDC SCAN INDEX SHEET

















CAG   9/3/04   9:36

3:04-CV-00326   LITE BREEZE INC V. SPEARS

*31*

*ATTYASSOC.*

● ORIGINAL ●

FILED

04 SEP -2 PM 2: 53

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

1  Peter J. Anderson, Esq., SBN 088891
   LAW OFFICES OF PETER J. ANDERSON, A P.C.
2  100 Wilshire Boulevard, Suite 2010
   Santa Monica, CA 90401
3
   Tel: (310) 260-6030
4  Fax: (310) 260-6040

5  Attorney for Defendants BRITNEY SPEARS,
   CLEAR CHANNEL ENTERTAINMENT
6  TELEVISION HOLDINGS, INC.,
   SIGNATURES NETWORK, INC. and
7  ZOMBA RECORDING CORP.

8  Bruce Isaacs, Esq. SBN 100926
   WYMAN & ISAACS LLP
9  8840 Wilshire Blvd., Second Floor
   Beverly Hills, CA  90211
10
   Tele:  (310) 358-3221
11 Fax:   (310) 358-3224

12 Attorney for Defendant
   ZOMBA RECORDING CORP.
13

14               UNITED STATES DISTRICT COURT

15             SOUTHERN DISTRICT OF CALIFORNIA

16 LITE BREEZE, INC., a California      )  Case No. '04 CV 0326 DMS (JFS)
   Corporation,                         )
17                                      )  NOTICE OF ASSOCIATION
              Plaintiff,                )  OF COUNSEL
18                                      )
          vs.                           )
19                                      )
   BRITNEY SPEARS, an individual;       )
20 CLEAR CHANNEL ENTERTAINMENT          )
   TELEVISION HOLDINGS, INC., a         )
21 Delaware Corporation; SIGNATURES     )
   NETWORK, INC., a California          )
22 Corporation; JIVE RECORDS, INC., a   )
   New York Corporation; and DOES 1-10, )
23                                      )
              Defendants.               )
24                                      )
                                        )
25

26

27

28

CR

NOTICE OF ASSOCIATION OF COUNSEL  31                    04CV0326

1 | TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF AND

2 | ITS ATTORNEYS OF RECORD:

3 |

4 |      PLEASE TAKE NOTICE that defendant Zomba Recording Corp. has associated

5 | in as its co-counsel Bruce Isaacs, Esq., of Wyman & Isaacs, LLP, 8840 Wilshire Blvd.,

6 | Second Floor, Beverly Hills, CA  90211.  Plaintiff is requested to include Mr. Isaacs

7 | on plaintiff's service list in this case and to copy Mr. Isaacs on all correspondence sent

8 | to counsel.

9 |

10 |                      Respectfully submitted,

11 |

12 | Dated: August 31, 2004

13 |                 Peter J. Anderson, Esq.

14 |               LAW OFFICES OF PETER J. ANDERSON

15 |               A Professional Corporation

              Attorney for Defendants

16 |               BRITNEY SPEARS,

              CLEAR CHANNEL ENTERTAINMENT

17 |               TELEVISION HOLDINGS, INC.,

              SIGNATURES NETWORK, INC. and

18 |               ZOMBA RECORDING CORPORATION

19 |

20 | Association accepted:

21 |

22 | Dated: August __, 2004

                 Bruce Isaacs, Esq.

23 |               WYMAN & ISAACS, LLP

              Attorneys for Defendant

24 |               ZOMBA RECORDING CORP.

25 |

26 |

27 |

28 |

NOTICE OF ASSOCIATION OF COUNSEL       2       04CV0326

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF AND

2  ITS ATTORNEYS OF RECORD:

3

4      PLEASE TAKE NOTICE that defendant Zomba Recording Corp. has associated

5  in as its co-counsel Bruce Isaacs, Esq., of Wyman & Isaacs, LLP, 8840 Wilshire Blvd.,

6  Second Floor, Beverly Hills, CA 90211. Plaintiff is requested to include Mr. Isaacs

7  on plaintiff's service list in this case and to copy Mr. Isaacs on all correspondence sent

8  to counsel.

9

10                                      Respectfully submitted,

11

12  Dated: August __, 2004

13                              Peter J. Anderson, Esq.
                              LAW OFFICES OF PETER J.
14                                      ANDERSON
                              A Professional Corporation
15                              Attorney for Defendants
                                  BRITNEY SPEARS,
16                       CLEAR CHANNEL ENTERTAINMENT
                              TELEVISION HOLDINGS, INC.,
17                         SIGNATURES NETWORK, INC. and
                           ZOMBA RECORDING CORPORATION
18

19

20  Association accepted:

21

22  Dated: August 31, 2004

23                                  Bruce Isaacs, Esq.
                              WYMAN & ISAACS, LLP
24                              Attorneys for Defendant
                              ZOMBA RECORDING CORP.
25

26

27

28

NOTICE OF ASSOCIATION OF COUNSEL        2                        04CV0326

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was this date served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to counsel's last known address as follows:

Kathleen M. Walker, Esq.
Attorney at Law
3421 Thorn Street
San Diego, CA 92104

Santa Monica, California, on August 31, 2004.

Peter J. Anderson, Esq.
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
Attorney for Defendants
BRITNEY SPEARS,
CLEAR CHANNEL ENTERTAINMENT
TELEVISION HOLDINGS, INC.,
SIGNATURES NETWORK, INC. and
ZOMBA RECORDING CORPORATION