USDC SCAN INDEX SHEET

















CAG   9/7/04   10:13

3:04-CV-00326   LITE BREEZE INC V. SPEARS

*33*

*DECL.*

| | |
|---|---|
| 1 | KATHLEEN M. WALKER<br>Attorney At Law |
| 2 | 3421 Thorn Street<br>San Diego, California 92104 |
| 3 | TEL: (619) 255-0987<br>FAX: (619) 255-0986 |
| 4 | |
| 5 | Attorney for Plaintiff LITE BREEZE, INC. |

**FILED**

04 SEP -3 PM 2: 51

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | LITE BREEZE, INC., a California Corporation, | CASE NO. 04-CV-0326 DMS (JFS) |
| 12 | Plaintiff, | **DECLARATION OF RODD GARNER IN SUPPORT PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT** |
| 13 | v. | |
| 14 | BRITNEY SPEARS, an individual; CLEAR CHANNEL ENTERTAINMENT TELEVISION HOLDINGS, INC., a Delaware Corporation; SIGNATURES NETWORK, INC., a California Corporation; ZOMBA RECORDING CORPORATION, dba JIVE RECORDS, a New York Corporation; and DOES 1-10, | **DATE:** SEPTEMBER 9, 2004<br>**TIME:** 9 A.M.<br>**JUDGE:** JAMES F. STIVEN |
| 19 | Defendants. | |

**ORIGINAL**



GARNER DEC. IN SUPPORT OF NOTICE OF MOTION TO AMEND

I, Rodd Garner, declare under the penalties of perjury that the following is true and correct:

1) I am President Plaintiff Lite Breeze, Inc. and make this declaration based upon facts known personally to me.

2) When I first learned of Ms. Spears' 2003 recording album and the activities of the other defendants, I was in Asia. I communicated with my counsel, Peter Hahn of Luce, Forward, Hamilton & Scripps, LLP to investigate possible infringement of Lite Breeze's trademarks IN THE ZONE. Mr. Hahn began working on my behalf. Approximately one month after Mr. Hahn accepted this case, I was informed that his firm had a conflict of interest and could not represent me. I was not told what the conflict of interest was; however, Mr. Hahn referred me to Charles Reidelbach of Higgs, Fletcher & Mack, LLP. When I retained Charles Reidelbach and his firm to represent Lite Breeze in this action, I was in Asia attending to business venture. On information and belief, I believe that before my case was transferred to Mr. Reidelbach, Mr. Hahn purchased the infringing t-shirt on-line. I understand that Mr. Hahn forwarded that t-shirt, along with files to Mr. Reidelbach. At no time, did Mr. Reidelbach or Mr. Hahn inform me that the t-shirt had a copyright notice printed on it referring to Britney Brands, Inc. I did not physically see the t-shirt until July 2004, after Ms. Walker took over my case.

3) Because I was in Asia when Mr. Reidelbach drafted and filed the complaint in this action on Lite Breeze's behalf, we did not have the opportunity to flesh out all of the details of Lite Breeze's common law usage of the IN THE ZONE mark. Through the use of international long-distance telephone calls, I had explained Lite Breeze's common-law usage of the mark to Mr. Reidelbach for the purpose of drafting and filing the complaint.

4) Because Ms. Spears was scheduled to launch her IN THE ZONE WORLD TOUR 2004 in March 2004, time was of the essence to get a complaint on file seeking injunctive relief before the concert tour began. Accordingly, Mr. Reidelbach filed the complaint on Lite Breeze's behalf on February 17, 2004.

DATED: September 1, 2004

By: *[signature]*
RODD GARNER