USDC SCAN INDEX SHEET

















JAH 9/9/04 11:23

3:04-CV-00326 LITE BREEZE INC V. SPEARS

*35*

*DECL.*

KATHLEEN M. WALKER
Attorney At Law
3421 Thorn Street
San Diego, California 92104
TEL: (619) 255-0987
FAX: (619) 255-0986

Attorney for Plaintiff LITE BREEZE, INC.

FILED
04 SEP -8 PM 2:04
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY
NUNC PRO TUNC
SEP - 3 2004

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

LITE BREEZE, INC., a California Corporation,

Plaintiff,

v.

BRITNEY SPEARS, an individual; CLEAR CHANNEL ENTERTAINMENT TELEVISION HOLDINGS, INC., a Delaware Corporation; SIGNATURES NETWORK, INC., a California Corporation; ZOMBA RECORDING CORPORATION, dba JIVE RECORDS, a New York Corporation; and DOES 1-10,

Defendants.

CASE NO. 04-CV-0326 DMS (JFS)

**SUPPLEMENTAL DECLARATION OF KATHLEEN M. WALKER IN SUPPORT PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT**

**DATE: SEPTEMBER 9, 2004**
**TIME: 9 A.M.**
**JUDGE: JAMES F. STIVEN**

ORIGINAL

I, Kathleen M. Walker, declare under the penalties of perjury that the following is true and correct:

1) I am counsel to Plaintiff Lite Breeze, Inc. I am a member of the Bar of the State of California and am admitted to practice before this court.

2) On or about August 5, 2004, I served Defendants' counsel with notice of the motion and motion seeking leave to amend the complaint. At that time, I failed to put the hearing date on the motion papers. By e-mail dated August 9, 2004, counsel for Defendants asked whether a motion date had been set. By return e-mail, I informed counsel for Defendants that the motion date had been set for September 9, 2004.

3) On August 10, 2004, the Court issued a discrepancy order rejecting Plaintiff's motion papers for failure to include a motion date and failure to file a memorandum of law. To rectify this oversight, I immediately re-filed the motion papers and served Defendants counsel by mail and by facsimile on August 11, 2004. Attached hereto as Exhibit A is a true and correct copy of the proof of service by mail and facsimile.

4) After filing the substitution of counsel notice with the Court in May 2004, I contacted Charles Reidelbach, Lite Breeze's former counsel to obtain all of Lite Breeze's files. In early June 2004, I received all of the files from Mr. Reidelbach, including the infringing IN THE ZONE t-shirt. At that time, I did not study the t-shirt and did not notice the copyright notice printed in a very small font under the photograph of Ms. Spears.

5) On April 14, 2004, when I filed the amended complaint on behalf of Lite Breeze, I was unaware of the existence of Britney Brands, Inc. and its assertion of a copyright in the infringing t-shirt. Had I discovered the existence of Britney Brands and its asserted copyright earlier, it would have included Britney Brands, Inc. as a defendant when I filed the amended complaint on April 14, 2004.

6) When Plaintiff and I did discover Britney Brands and its connection with the claims in this action, I informed both the Court and Mr. Anderson during a conference call held on June 23, 2004 of Plaintiff's intention to amend the complaint and add Britney Brands as a defendant. Additionally, during the early neutral evaluation conference held on July 23, 2004, I informed the Court and the defendants if Lite Breeze's intention to file the amended complaint. Roughly two weeks later, the motion papers were filed.

7) Defendants have known the basic details of Lite Breeze's common law trademark claims since at least May 27, 2004. On that date, counsel for the parties engaged in a telephone conference call in an attempt to settle this matter. The matter was not settled; however, Mr. Garner explained in detail Lite Breeze's participation in the music industry and the basis for its common law trademark claims.

DATED: August 31, 2004

By: [signature]
KATHLEEN M. WALKER, ESQ.

# EXHIBIT A

PROOF OF SERVICE

I, Kathleen M. Walker, declare:

1. I am over 18 years of age and am not a party to the above captioned action. My business address is 3421 Thorn Street, San Diego, California 92104.

2. On August 11, 2004, I served:

**NOTICE OF MOTION AND MOTION TO FILE SECOND AMENDED COMPLAINT;**

**DECLARATION OF KATHLEEN M. WALKER IN SUPPORT OF NOTICE OF MOTION AND MOTION TO FILE SECOND AMENDED COMPLAINT;**

**MEMORANDUM OF LAW IN SUPPORT OF LITE BREEZE'S MOTION TO FILE SECOND AMENDED COMPLAINT;**

via prepaid United States regular mail and facsimile to:

Peter J. Anderson, Esq.
100 Wilshire Boulevard
Suite 2010
Santa Monica, California 90401
310-260-6040 (Facsimile)

Attorney For Defendants.

I declare under the penalty of perjury of the State of California, that the above is true and correct.

Dated this 11th day of August, 2004

Kathleen M. Walker