USDC SCAN INDEX SHEET










CAG    11/24/04    11:52

3:04-CV-00326    LITE BREEZE INC V. SPEARS

*44*

*DECL.*

ORIGINAL

FILED

04 NOV 23 PM 3:40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: *Cayuuel* DEPUTY

1  Peter J. Anderson, Esq., SBN 088891
   LAW OFFICES OF PETER J. ANDERSON, A P.C.
2  100 Wilshire Boulevard, Suite 2010
   Santa Monica, CA 90401
3
   Tel: (310) 260-6030
4  Fax: (310) 260-6040

5  Attorney for Defendants BRITNEY SPEARS,
   CLEAR CHANNEL ENTERTAINMENT
6  TELEVISION HOLDINGS, INC.,
   SIGNATURES NETWORK, INC.,
7  ZOMBA RECORDING CORP. and
   BRITNEY BRANDS, INC.
8
   Bruce Isaacs, Esq. SBN 100926
9  WYMAN & ISAACS LLP
   8840 Wilshire Blvd., Second Floor
10 Beverly Hills, CA 90211

11 Tel: (310) 358-3221
   Fax: (310) 358-3224
12
   Attorney for Defendant
13 ZOMBA RECORDING CORP.

14              UNITED STATES DISTRICT COURT

15              SOUTHERN DISTRICT OF CALIFORNIA

16 LITE BREEZE, INC., a California      ) Case No. '04 CV 0326 DMS (JFS)
   Corporation,                          )
17                                        ) DECLARATION OF JIM GUIDA
              Plaintiff,                  ) IN SUPPORT OF DEFENDANTS'
18                                        ) MOTION FOR SUMMARY
         vs.                              ) JUDGMENT OR PARTIAL SUMMARY
19                                        ) JUDGMENT
   BRITNEY SPEARS, an individual; CLEAR )
20 CHANNEL ENTERTAINMENT                  ) Date: January 21, 2005
   TELEVISION HOLDINGS, INC., a Delaware) Time: 2:30 p.m.
21 Corporation; SIGNATURES NETWORK,       )
   INC., a California Corporation; ZOMBA  )      Courtroom of the Honorable
22 RECORDING CORPORATION, dba JIVE        )         Dana M. Sabraw
   RECORDS, a New York Corporation;       )      United States District Judge
23 BRITNEY BRANDS, INC., a Louisiana      )
   Corporation, and DOES 1-10,            )
24                                        )
              Defendants.                 )
25                                        )
   _____)
26
27
28

DECLARATION OF JIM GUIDA        44                           04CV0326

## DECLARATION OF JIM GUIDA

I, Jim Guida, declare:

1. I am over 18 years old. I have personal knowledge of the following facts and I could competently testify to these facts if called upon to do so.

2. This Declaration is submitted in support of defendants' Motion for Summary Judgment or, in the alternative, Partial Summary Judgment.

3. I am Vice President of Operations of Signatures Network, Inc. ("Signatures"). As Signatures' Vice President of Operations, I am in charge of Signatures' wholesale, retail and online sales.

4. Signatures' fan appreciation t-shirts are generally priced at $7 (children's sizes) to $12 (adult long sleeve) at wholesale and $25 to $40 on-site at concert venues and online for standard t-shirts, and as much as $60 for higher quality or specially constructed or ornamented t-shirts.

5. I have reviewed and am familiar with the inventory and sales information that is maintained by Signatures in the normal course of Signatures' business, and based on my experience as Signatures' Vice President of Operations, I know that inventory and sales information to be reliable and accurate. Based on Signatures' inventory and sales information regarding the Britney Spears fan t-shirt sold by Signatures and which includes the phrase "in the zone" in its artwork, that fan t-shirt was sold as follows:

   (a) 274 were sold at the Staples Center in Los Angeles, California, on December 5, 2003, when Ms. Spears was a guest during a radio station's broadcast from the Staples Center.

(b)   90 were sold online, and of those 90, two were returned and one was exchanged. Since I cannot tell if the exchange was for another size of the same t-shirt or an altogether different shirt, I will assume that the net online sales were 88.

(c)   161 were shipped to retailers, and of those 161, 32 were returned for net sales to retailers of 129.

The foregoing total 491 t-shirts sold. All of Signatures' sales of this fan t-shirt ended by March 30, 2004, when Signatures released a modified version of this t-shirt with "Onyx Hotel" in place of the phrase "in the zone." As a result, Signatures' total net sales of the fan t-shirt that included the phrase "in the zone" is the foregoing 491 t-shirts.

6.   Before I learned of the February 13, 2004 letter from Lite Breeze, Inc.'s counsel threatening to sue Signatures and others, I had never heard of Lite Breeze, Inc. or its products and did not know it claimed "in the zone" as a mark.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 18, 2004, in San Francisco, California.

_____
Jim Guida