USDC SCAN INDEX SHEET

















CAG    11/24/04    11:52

3:04-CV-00326   LITE BREEZE INC V. SPEARS

*45*

*DECL.*



# ORIGINAL

1  Peter J. Anderson, Esq., SBN 088891
   LAW OFFICES OF PETER J. ANDERSON, A P.C.
2  100 Wilshire Boulevard, Suite 2010
   Santa Monica, CA 90401
3
   Tel: (310) 260-6030
4  Fax: (310) 260-6040

5  Attorney for Defendants BRITNEY SPEARS,
   CLEAR CHANNEL ENTERTAINMENT
6  TELEVISION HOLDINGS, INC.,
   SIGNATURES NETWORK, INC.,
7  ZOMBA RECORDING CORP. and
   BRITNEY BRANDS, INC.
8
   Bruce Isaacs, Esq. SBN 100926
9  WYMAN & ISAACS LLP
   8840 Wilshire Blvd., Second Floor
10 Beverly Hills, CA 90211

11 Tel: (310) 358-3221
   Fax: (310) 358-3224
12
   Attorney for Defendant
13 ZOMBA RECORDING CORP.

14            UNITED STATES DISTRICT COURT

15          SOUTHERN DISTRICT OF CALIFORNIA

16 LITE BREEZE, INC., a California      ) Case No. '04 CV 0326 DMS (JFS)
   Corporation,                        )
17                                      ) DECLARATION OF BRUCE ISAACS
              Plaintiff,                ) IN SUPPORT OF DEFENDANTS'
18                                      ) MOTION FOR SUMMARY
       vs.                             ) JUDGMENT OR PARTIAL SUMMARY
19                                      ) JUDGMENT
   BRITNEY SPEARS, an individual; CLEAR )
20 CHANNEL ENTERTAINMENT               ) Date: January 21, 2005
   TELEVISION HOLDINGS, INC., a Delaware) Time: 2:30 p.m.
21 Corporation; SIGNATURES NETWORK,    )
   INC., a California Corporation; ZOMBA )      Courtroom of the Honorable
22 RECORDING CORPORATION, dba JIVE     )           Dana M. Sabraw
   RECORDS, a New York Corporation;     )      United States District Judge
23 BRITNEY BRANDS, INC., a Louisiana    )
   Corporation, and DOES 1-10,          )
24                                      )
              Defendants.               )
25                                      )
                                        )
26
27
28

DECLARATION OF BRUCE ISAACS                         1                    04CV0326

FILED

04 NOV 23 PH 3: 40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

                          DEPUTY

## DECLARATION OF BRUCE ISAACS

I, Bruce Isaacs, declare:

1.     I am an attorney admitted to practice before this Court and all Courts of the State of California. I have personal knowledge of the following facts and I could competently testify to these facts if called upon to do so.

2.     I represent defendant Zomba Recording Corp. in this action. This Declaration is submitted in support of defendants' Motion for Summary Judgment or, in the alternative, Partial Summary Judgment.

3.     I caused to be served upon the custodian of records of Chiat/Day/Mojo Advertising and the custodian of records of Infiniti, a Division of Nissan North America, Inc., a Subpoena requesting production of a copy of the Infiniti G35 "In the Zone" television commercial aired on October 21, 2004 at approximately 9:20 p.m. In response to the Subpoena Chiat/Day/Mojo Advertising produced a videotape of the commercial and a copy of the "Broadcast Copy" describing the commercial. A true and correct videotape copy of the videotape produced by Chiat/Day/Mojo Advertising and marked as Exhibit 34 is submitted with this Declaration. A true and correct copy of the "Broadcast Copy" produced by Chiat/Day/Mojo Advertising and marked as Exhibit 35 is attached to this Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 19, 2004, in Los Angeles, California.

_Bruce Isaacs_

Bruce Isaacs

DECLARATION OF BRUCE ISAACS                                    04CV0326

TBWA/CHIAT/DAY

BROADCAST COPY

As Produced
:30 TV

NATIONAL
G35 Sedan
"Zone Auto"
NOGT40023

CLIENT: INFINITI
JOB NO: INFN-NG35-B7103
DATE: October 20, 2004

---

TBWA/CHIAT/DAY APPROVALS

| PRKH 10/20/04 | CW | AE | TM |
| --- | --- | --- | --- |

TECH JJ 8/10

---

VIDEO

©2004 INFINITI Division of Nissan
North America, Inc.

VISUALLY, THIS SPOT JUXTAPOSES
AGGRESSIVE, SUPER SLOW MOTION SHOTS OF
THE G35 SEDAN WITH VERY QUICK CUTS OF
THE WORLD FLYING BY OUTSIDE. THE SHOTS
OF THE G35 WILL BE VERY DYNAMIC. TIGHT
SHOTS OF THE WHEELS GRIPPING THE ROAD.

LEGAL: Professional driver. Closed
course.
HARD TURNS AS THE G LEANS INTO A
CORNER. THE QUICK CUTS OF THE OUTSIDE
WORLD ARE IN REAL TIME, SO THEY GO BY
IN A NEAR BLUR.

LEGAL: *Ward's* Lower Luxury segment,
comparably equipped V6 models.

INFINITI® (LOGO)

The New G35

Infiniti.com

AUDIO

VO: It's a state of control.
It's mental. It's physical. It's
powerful.

VO: Athletes call it being in
"the zone." We call it being in
the driver's seat.
VO: The new G35 with a sport-
tuned suspension. And the most
powerful V6 in its class.

VO: The G35. From Infiniti.

5353 GROSVENOR BLVD, LOS ANGELES, CA 90066-6913 TEL: (310) 305-5000 FAX: (310) 305-6000

TBWA000002

EXHIBIT 35

3