USDC SCAN INDEX SHEET

















CAG   11/24/04   11:57
3:04-CV-00326   LITE BREEZE INC V. SPEARS
*48*
*DECL.*

1 | Peter J. Anderson, Esq., SBN 088891
LAW OFFICES OF PETER J. ANDERSON, A P.C.
2 | 100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
3
Tel: (310) 260-6030
4 | Fax: (310) 260-6040

5 | Attorney for Defendants BRITNEY SPEARS,
CLEAR CHANNEL ENTERTAINMENT
6 | TELEVISION HOLDINGS, INC.,
SIGNATURES NETWORK, INC.,
7 | ZOMBA RECORDING CORP. and
BRITNEY BRANDS, INC.
8
Bruce Isaacs, Esq. SBN 100926
9 | WYMAN & ISAACS LLP
8840 Wilshire Blvd., Second Floor
10 | Beverly Hills, CA 90211

11 | Tel: (310) 358-3221
Fax: (310) 358-3224
12
Attorney for Defendant
13 | ZOMBA RECORDING CORP.

14 |     UNITED STATES DISTRICT COURT

15 |     SOUTHERN DISTRICT OF CALIFORNIA

16 | LITE BREEZE, INC., a California    ) Case No. '04 CV 0326 DMS (JFS)
    Corporation,                      )
17 |                                  ) DECLARATION OF DAVID SELTZER
                 Plaintiff,           ) IN SUPPORT OF DEFENDANTS'
18 |                                  ) MOTION FOR SUMMARY
            vs.                       ) JUDGMENT OR PARTIAL SUMMARY
19 |                                  ) JUDGMENT
    BRITNEY SPEARS, an individual; CLEAR )
20 | CHANNEL ENTERTAINMENT            )
    TELEVISION HOLDINGS, INC., a Delaware ) Date: January 21, 2005
21 | Corporation; SIGNATURES NETWORK, ) Time: 2:30 p.m.
    INC., a California Corporation; ZOMBA )
22 | RECORDING CORPORATION, dba JIVE ) Courtroom of the Honorable
    RECORDS, a New York Corporation;  )         Dana M. Sabraw
23 | BRITNEY BRANDS, INC., a Louisiana )   United States District Judge
    Corporation, and DOES 1-10,       )
24 |                                  )
                 Defendants.          )
25 |                                  )
26
27
28

DECLARATION OF DAVID SELTZER **48**                    04CV0326

FILED

04 NOV 23 PM 3: 44

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# TABLE OF EXHIBITS

Exhibit 30...................................................................................................5

Exhibit 32.................................................................................................22

Exhibit 33.................................................................................................23

DECLARATION OF DAVID SELTZER                                    04CV0326

# DECLARATION OF DAVID SELTZER

I, David Seltzer, declare:

1.     I am over 18 years old. I have personal knowledge of the following facts and I could competently testify to these facts if called upon to do so.

2.     This Declaration is submitted in support of defendants' Motion for Summary Judgment or, in the alternative, Partial Summary Judgment.

3.     I am Vice President of Creative Services, of Signatures Network, Inc. ("Signatures"). As Signatures' Vice President of Creative Services, I supervise Signatures' Art Department, which, among other things, is responsible for the design and creation of artwork for t-shirts and other fan appreciation merchandise.

4.     In the late fall and early winter of 2003, I was involved in the design of a possible Britney Spears fan t-shirt with artwork based on the cover artwork of the then new Britney Spears album. My involvement included overseeing the design and approval of that fan t-shirt.

5.     Beginning in October, 2003, various possible designs for the fan t-shirt were created. To the best of my knowledge, at least 17 different designs were created and attached to this Declaration as Exhibit 30 is a true and correct copy of those 17 possible designs that were created.

6.     The final design for the fan t-shirt bears artwork based on the Britney Spears album cover artwork. That t-shirt's artwork includes the same photograph of Ms. Spears that appears on the album's cover but without the photograph being cropped, so that Ms. Spears'

DECLARATION OF DAVID SELTZER                                    04CV0326

neck and shoulders are shown. In addition, the artwork includes Ms. Spears' name -- Britney -- and, below that "In the Zone," along with starburst designs. The fan t-shirt includes the photograph of Ms. Spears, her name and the phrase "in the zone" to identify and refer to the Britney Spears In the Zone album. One of these t-shirts is being submitted with this Declaration as Exhibit 31 and a copy of the t-shirt is attached to this Declaration as Exhibit 32. Below the artwork on the t-shirt is the language "Photo by Patrick DeMarchelier © 2003 Britney Brands, Inc." As is our practice, the shirt does not have a Signatures trademark or logo.

7.      I did not discuss the design of the fan t-shirt with Britney Spears and, to my knowledge, she did not have any involvement in the design of the shirt and did not personally approve it. I also did not discuss the design of the fan t-shirt with any representative of Zomba or a Clear Channel company and, to my knowledge, neither Zomba nor any Clear Channel company had any involvement in the design of the shirt or approved it.

8.      Before I learned of the February 13, 2004 letter from Lite Breeze, Inc.'s counsel threatening to sue Signatures and others, I had never heard of Lite Breeze, Inc. or its products and did not know it claimed "in the zone" as a mark.

9.      Nowhere does the Britney Spears fan t-shirt sold by Signatures mention Lite Breeze, Inc.

10.     Signatures designed and sold tour merchandise at the 2004 Britney Spears *Onyx Hotel Tour*. None of that merchandise included the phrase "in the zone" and none of it referred to Lite Breeze, Inc. Attached to this Declaration as Exhibit 33 is a true and correct copy of the tour merchandise that Signatures sold at the 2004 Britney Spears concerts.

///

///

3

DECLARATION OF DAVID SELTZER                                             04CV0326

1    11.    Other than the Britney Spears fan t-shirt that includes the phrase "in the zone" in its artwork, Signatures has not manufactured, sold or distributed, or authorized anyone to manufacture, sell or distribute, any merchandise that includes the phrase "in the zone." As indicated above, the phrase "in the zone" was included in the fan t-shirt's artwork because that artwork is based on the cover of the Britney Spears In the Zone album and identifies and refers to that album. Signatures has not used the phrase "in the zone" as a trademark for it's or anyone else's products, and Signatures does not intend or plan to use "in the zone" as a trademark.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 18, 2004, in San Francisco, California.

David Seltzer

DECLARATION OF DAVID SELTZER        04CV0326



# Bv1

**BRS3-001-Bv1**
IN THE ZONE CD ART RETAIL T-SHIRT
AB 10-20-03

SIGNATURES
NETWORK

**EXHIBIT 30**



**Bv2**
BRS3-001-Bv2
IN THE ZONE CD ART RETAIL T-SHIRT
AB 10-20-03

SIGNATURES
NETWORK



## Bv3
BRS3-001-Bv3
IN THE ZONE CD ART RETAIL T-SHIRT
AB 10-20-03

SIGNATURES
N E T W O R K

7



**Bv4**

BRS3-001-Bv4
IN THE ZONE CD ART RETAIL T-SHIRT
AB 10-20-03

SIGNATURES
N E T W O R K



ORIGINAL PHOTO WAS SUPPLIED
IN B&W ONLY

# B.v5

BRS3-001-B.v5
IN THE ZONE RINGER T
AB 10-28-03

SIGNATURES
NETWORK



ORIGINAL PHOTO WAS SUPPLIED
IN B&W ONLY

# B.v6
BRS3-001-B.v6
IN THE ZONE RINGER T
AB 10-28-03

SIGNATURES
NETWORK

10



IN THE ZONE    BRITNEY SPEARS

ORIGINAL PHOTO WAS SUPPLIED
IN B&W ONLY

# B.v7

BRS3-001-B.v7

IN THE ZONE RINGER T

AB 10-28-03

SIGNATURES
NETWORK



**Bv8**

BRS3-001-Bv8
IN THE ZONE CD ART RETAIL T-SHIRT (front)
DK 10-30-03

SIGNATURES
NETWORK



## Bv9

BRS3-001-Bv9
IN THE ZONE CD ART RETAIL T-SHIRT (front)
DK 10-30-03

SIGNATURES
NETWORK

13



## Bv10

BRS3-001-Bv10
IN THE ZONE CD ART RETAIL T-SHIRT (front)
DK 10-30-03

SIGNATURES
N E T W O R K

*14*



**IMAGE SIZE IS APPROX 14" x 10"**

## Bv11
BRS3-001-Bv11
IN THE ZONE CD ART RETAIL T-SHIRT
AB 10-31-03

SIGNATURES
NETWORK

/5



**Bv12**
BRS3-001-Bv12
IN THE ZONE CD ART RETAIL T-SHIRT (front)
DK 10-31-03

SIGNATURES
NETWORK

*16*



**Bv13**

BRS3-001-Bv13
IN THE ZONE CD ART RETAIL T-SHIRT (front)
DK 10-31-03

SIGNATURES
NETWORK



SOFT EDGE FADE

PHOTO EDGE DETAIL

# Bv14

BRS3-001-Bv14
IN THE ZONE CD ART RETAIL T-SHIRT (front)
DK 11-4-03

SIGNATURES
N E T W O R K

18



PIXEL EDGE FADE

PHOTO EDGE DETAIL

## Bv15

BRS3-001-Bv15
IN THE ZONE CD ART RETAIL T-SHIRT (front)
DK 11-4-03

SIGNATURES
N E T W O R K

19



DOT EDGE FADE

PHOTO EDGE DETAIL

## Bv16

BRS3-001-Bv16
IN THE ZONE CD ART RETAIL T-SHIRT (front)
DK 11-4-03

SIGNATURES
N E T W O R K



*SOFT EDGE FADE*           *PHOTO EDGE DETAIL*

## Bv17

BRS3-001-Bv17

IN THE ZONE CD ART RETAIL T-SHIRT (front)

DK 11-4-03

SIGNATURES
R K



SOFT EDGE FADE

PHOTO EDGE DETAIL

## Bv17

BRS3-001-Bv17
IN THE ZONE CD ART RETAIL T-SHIRT (front)
DK 11-4-03

SIGNATURES
NETWORK

EXHIBIT 32

22

# BRITNEY SPEARS

## 2004 TOUR PRODUCT LINE pg01



BRS4-012
BEDROOM T-SHIRT (front)

BRS4-004
BEHIND THE CURTAIN T-SHIRT (front)



BRS4-005
CURTAIN T-SHIRT T-SHIRT (back)

BRS4-034
BLOOD TANK T-SHIRT (front)

ONYX LOGO TANK T-SHIRT (back)

BRS4-014
TOXIC GLITTER GIRLY CAP SLEEVE T-SHIRT (front)

SPECIAL TREATMENT
FRONT PRINT
SILVER GLITTER/GEL

ONYX LOGO GIRLY CAP
SLEEVE T-SHIRT (back)

BRS4-022
TOXIC VIDEO SERIES
T-SHIRT (front)

ONYX+O5 LOGO T-SHIRT (back)



BRS4-010
GARDEN PHOTO T-SHIRT (front)

BRS4-011
GARDEN PHOTO T-SHIRT (front)

SHIRT COLOR: OLIVE





BRS4-006
70s STYLE BRITNEY GIRLY
CAP SLEEVE T-SHIRT (front)

"WILL BE SAMPLED ACROSS A VARIETY OF FASHION BLANKS"

BRS4-007
BRITNEY ONYX ART
SHEAR FASHION TOP (front)



BRS4-009
ONYX SHAPES GIRLY RAGLAN JERSEY T-SHIRT (front)

"WILL BE SAMPLED ACROSS A VARIETY OF FASHION BLANKS"

SIGNATURES
NETWORK

EXHIBIT 33

23

# BRITNEY SPEARS

BRS4-020
SPRAY PAINT GIRLY RAGLAN JERSEY T-SHIRT (front)

LOGO PRINT LEFT SLEEVE

BRS4-000
SPRAY PAINT RAGLAN JERSEY T-SHIRT (front)

LOGO PRINT LEFT SLEEVE

BRS4-008
B LOGO EMBROIDERED CAP (back)

CORDUROY "B" CAP BACK

BRS4-007
B LOGO EMBROIDERED CAP (front)

BLACK STONEWASHED LOW CROWN CAP



BRS4-037
RED DRESS 729 T-SHIRT (front)

BUTTON ON THE ART

BRS4-018
SPRAYPAINT T-SHIRT (front)

BRS4-004
RED DRESS ITINERARY T-SHIRT (back)

SHIRT COLOR: LIGHT BLUE





BRS4-017
ONYX PHOTO LUCITE KEYCHAIN

BRS4-002 (LEATHER FOB)
BRS4-003 (KEY)
ONYX HOTEL KEY &
LEATHER LOGO KEYCHAIN







BRS4-009
GARDEN PORTRAIT 24" X 36" POSTER



BRS4-001 INAS
GARDEN ROSE 24" X 36" POSTER



BRS4-001 INAS
ONYX LOBBY 24" X 36" POSTER



BRS4-04
CURTAIN 24" X 36" POSTER

24

# BRITNEY SPEARS

## 2004 TOUR PRODUCT LINE pg03



BRSA-013
SPECIAL TREATMENT
FRONT PRINT
INCLUDES RIVETS
GLITTER

LOW ART EMBROIDERY
FRONT PRINT
ACCOMMODATE HOOD

BRSA-013
ONYX BAR ZIP FLEECE HOODY (back)

HOOD SIDE
LOGO PRINT

B LOGO ZIP FLEECE HOODY
(Hood print left)

BRSA-013
ONYX BAR ZIP FLEECE HOODY (back)



BRSA-013
SPECIAL TREATMENT
FRONT PRINT
INCLUDES RIVETS
GLITTER

BRSA-021
B LOGO
GIRLY CAP SLEEVE T-SHIRT
(back)

BRSA-020
ONYX BAR GIRLY CAP SLEEVE T-SHIRT (front)



PANTS BACK PRINT

BRSA-026
B LOGO YOGA PANTS



YOUTH SHIRT SIZES

BRSA-029
ONYX BAR YOUTH T-SHIRT (front)





LOGO BACK PRINT
METALLIC SILVER + DENIM
ONYX BLUE GARMENT

BRSA-025
B LOGO CAMISOLE T-SHIRT (back)

RHINESTONE APPLIQUE FRONT

BRSA-024
ONYX STUDS
CAMISOLE T-SHIRT (front)




TOUR BOOK



BRSA-001-2-v1
HOTEL
DO NOT DISTURB SIGN

PLEASE
DO NOT
DISTURB



Size Small

Size Large

BACK PRINT

BRSA-001-LV3
GARDEN PANEL PRINT CUT N SEW T-SHIRT



BRSA-042
BRITNEY'S BACK 8" x 10" PHOTO

SIGNATURES
NETWORK

25