















CAG   11/24/04    11:58
3:04-CV-00326   LITE BREEZE INC V. SPEARS
*49*
*DECL.*

# ● ORIGINAL ●

1  Peter J. Anderson, Esq., SBN 088891
2  LAW OFFICES OF PETER J. ANDERSON, A P.C.
   100 Wilshire Boulevard, Suite 2010
3  Santa Monica, CA 90401

4  Tel: (310) 260-6030
   Fax: (310) 260-6040

5  Attorney for Defendants BRITNEY SPEARS,
   CLEAR CHANNEL ENTERTAINMENT
6  TELEVISION HOLDINGS, INC.,
   SIGNATURES NETWORK, INC.,
7  ZOMBA RECORDING CORP. and
   BRITNEY BRANDS, INC.

8

9  Bruce Isaacs, Esq. SBN 100926
   WYMAN & ISAACS LLP
10 8840 Wilshire Blvd., Second Floor
   Beverly Hills, CA 90211

11 Tel: (310) 358-3221
   Fax: (310) 358-3224
12
   Attorney for Defendant
13 ZOMBA RECORDING CORP.

FILED

04 NOV 23 PM 3: 39

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

14              UNITED STATES DISTRICT COURT

15            SOUTHERN DISTRICT OF CALIFORNIA

16 | LITE BREEZE, INC., a California      ) | Case No. '04 CV 0326 DMS (JFS)
   | Corporation,                        ) |
17 |                                      ) | DECLARATION OF BRITNEY SPEARS
   |            Plaintiff,                ) | IN SUPPORT OF DEFENDANTS'
18 |                                      ) | MOTION FOR SUMMARY
   |    vs.                               ) | JUDGMENT OR PARTIAL SUMMARY
19 |                                      ) | JUDGMENT
   | BRITNEY SPEARS, an individual; CLEAR ) |
20 | CHANNEL ENTERTAINMENT               ) |
   | TELEVISION HOLDINGS, INC., a Delaware ) | Date: January 21, 2005
21 | Corporation; SIGNATURES NETWORK,    ) | Time: 2:30 p.m.
   | INC., a California Corporation; ZOMBA ) |
22 | RECORDING CORPORATION, dba JIVE     ) |    Courtroom of the Honorable
   | RECORDS, a New York Corporation;    ) |          Dana M. Sabraw
23 | BRITNEY BRANDS, INC., a Louisiana   ) |    United States District Judge
   | Corporation, and DOES 1-10,         ) |
24 |                                      ) |
   |            Defendants.               ) |
25 |                                      ) |
26
27
28

DECLARATION OF BRITNEY SPEARS  49                                  04CV0326

## DECLARATION OF BRITNEY SPEARS

I, Britney Spears, declare:

1.      I am over 18 years old. I have personal knowledge of the following facts and I could competently testify to these facts if called upon to do so.

2.      This Declaration is submitted in support of defendants' Motion for Summary Judgment or, in the alternative, Partial Summary Judgment.

3.      I am a musical performer and recording artist, songwriter and actress.

4.      Since the inception of my relationship with Zomba Recording Corporation ("Zomba"), Zomba has released five albums and other recordings on which I performed. The titles of three of those albums were based on the titles of a song on the album: Baby One More Time, Oops! I Did it Again and, most recently, Britney Spears Greatest Hits: My Prerogative.

5.      In November, 2003, Zomba released another album on which I performed. I personally chose the title of that 2003 album.

6.      I am familiar with the phrase "in the zone," to describe being in a special state in which a person is intently focused and performing at his or her highest level. I have heard that phrase used on many occasions, I have used the phrase myself and it is used in the lyrics of one of the songs that I co-wrote for the 2003 album. That song is "Me Against the Music"

///
///
///

DECLARATION OF BRITNEY SPEARS                                    04CV0326

and it describes someone dancing intensely and getting "in the zone." The lyrics include the following:

> "I'm the only one dancin' up in this place
>
> Tonight I'm here
>
> Feel the beat of the drum, gotta get with that bass
>
> I'm up against the speaker, tryin' to take on the music
>
> It's like a competition, me against the beat
>
> I wanna get in the zone, I wanna get in the zone
>
> . . .
>
> Let me see what you got, don't hesitate
>
> I'm up against the speaker, tryin' to take on the music
>
> It's like a competition, me against the beat
>
> I wanna get in the zone, I wanna get in the zone."

A true and correct copy of the lyrics of "Me Against the Music" is attached as Exhibit 28 to this Declaration.

7.    I decided to use the phrase "Get in the Zone" in the title of the 2003 album. When I am on stage singing and dancing I get into a special frame of mind where I feel that it is just me and the music, and everyone else disappears. The phrase "in the zone" describes that special frame of mind and I have used the phrase to describe how I feel when I perform. I decided to use the phrase "Get in the Zone," which also appears in the lyrics of "Me Against the Music," in the title of the 2003 album to describe that special frame of mind when I am performing. "Me Against the Music" appears on the 2003 album and was the first song from that album released as a single.

///

///

DECLARATION OF BRITNEY SPEARS                                04CV0326

8. I subsequently learned that someone had objected to "Get in the Zone" being in the 2003 album's title, and that they did not object to "In the Zone" being in the title. Because "in the zone" appears in the lyrics of "Me Against the Music" and describes how I feel when I am on stage singing and dancing, I decided to use "In the Zone" in the 2003 album's title. The 2003 album was then released by Zomba as "Britney Spears In the Zone."

9. Before Lite Breeze, Inc. made a claim against me and others earlier this year, I had never heard of that company or its products and did not know it claimed "in the zone" as a mark. Neither Lite Breeze, Inc. nor its claimed mark had anything to do with my decision to title the 2003 album "Britney Spears In the Zone."

10. I chose the title "Onyx Hotel Tour" for the concert tour that started in March, 2004. As far as I recall, the tour was always referred to as the Onyx Hotel Tour. I have since learned that the tour was initially referred to as the Britney Spears In the Zone Tour 2004. I did not personally choose that title.

11. I understand that Signatures Network, Inc. prepared a fan t-shirt with artwork that consists of a photograph of me and the words "Britney" and "In the Zone." I did not personally participate in the design of that t-shirt and did not personally approve the t-shirt's artwork.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 11, 2004, in Los Angeles County, California.

Britney Spears

DECLARATION OF BRITNEY SPEARS

04CV0326

# BRITNEY SPEARS
# Me Against The Music (f/Madonna)
### (Video Mix)

All my people in the crowd
Grab a partner take it down!

It's me against the music
Uh uh
It's just meAnd me
Yeah
C'mon
Ho!
Hey Britney?
Are you ready?
Uh uh, are you?
Uh!

Well no one cares
It's whippin' my hair, it's pullin' my waist
To hell with stares
The sweat is drippin' all over my face
And no one's there
I'm the only one dancin' up in this place
Tonight I'm here
Feel the beat of the drum, gotta get with that bass
I'm up against the speaker, tryin' to take on the music
It's like a competition, me against the beat
I wanna get in the zone, I wanna get in the zone
If you really wanna battle, saddle up and get your rhythm
Try to hit it, chic-a-taa
In a minute I'm a take a you on, I'm a take a you on
Hey, hey, hey

## CHORUS

     All my people on the floor
     Let me see you dance
     Let me see ya
     All my people wantin' more
     Let me see you dance
     I wanna see ya
     All my people round and round
     Let me see you dance
     Let me see ya
     All my people in the crowd
     Let me see you dance
     I wanna see ya
So how would you like a friendly competition

EXHIBIT 28

5

Let's take on the song
Let's take on the song
Let's take on the song
It's you and me baby, we're the music
Time to party all night long
All night long
All night long

We're almost there
I'm feelin' it bad and I can't explain
My soul is bare
My hips are movin' at a rapid pace
Can you feel it burn
From the tip of my toes, runnin' through my veins
And now's your turn
Let me see what you got, don't hesitate
I'm up against the speaker, tryin' to take on the music
It's like a competition, me against the beat
I wanna get in the zone, I wanna get in the zone
If you really wanna battle, saddle up and get your rhythm
Try to hit it, chic-a-taa
In a minute I'm a take a you on, I'm a take a you on
Hey, hey, hey

**CHORUS** – as before

Get on the floor, baby lose control
Just work your body and let it go
If you wanna party, just grab somebody
Hey Britney
We can dance all night long

Hey Britney, you say you wanna lose control
Come over here I got somethin' to show ya
Sexy lady, I'd rather see you bare your soul
If you think you're so hot, better show me what you got
All my people in the crowd, let me see you dance
C'mon Britney lose control, watch you take it down

Get on the floor, baby lose control
Just work your body and let it go
If you wanna party, just grab somebody
Hey Britney
We can dance all night long

**CHORUS** – as before

All my people in the crowd, let me see you dance
C'mon Britney take it down, make the music dance
All my people round and round, party all night long
C'mon Britney lose control, watch you take it down