















CAG   11/24/04   12:00
3:04-CV-00326   LITE BREEZE INC V. SPEARS
*50*
*DECL.*

● **ORIGINAL** ●

FILED

04 NOV 23 PM 3: 39

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  Peter J. Anderson, Esq., SBN 088891
   LAW OFFICES OF PETER J. ANDERSON, A P.C.
2  100 Wilshire Boulevard, Suite 2010
   Santa Monica, CA 90401
3
   Tel: (310) 260-6030
4  Fax: (310) 260-6040

5  Attorney for Defendants BRITNEY SPEARS,
   CLEAR CHANNEL ENTERTAINMENT
6  TELEVISION HOLDINGS, INC.,
   SIGNATURES NETWORK, INC.,
7  ZOMBA RECORDING CORP. and
   BRITNEY BRANDS, INC.

8
   Bruce Isaacs, Esq. SBN 100926
9  WYMAN & ISAACS LLP
   8840 Wilshire Blvd., Second Floor
10 Beverly Hills, CA 90211

11 Tel:  (310) 358-3221
   Fax:   (310) 358-3224
12
   Attorney for Defendant
13 ZOMBA RECORDING CORP.

14                   UNITED STATES DISTRICT COURT

15                   SOUTHERN DISTRICT OF CALIFORNIA

16 LITE BREEZE, INC., a California          )  Case No. '04 CV 0326 DMS (JFS)
   Corporation,                            )
17                                         )  DECLARATION OF TOMMY GINOZA
                   Plaintiff,              )  IN SUPPORT OF DEFENDANTS'
18                                         )  MOTION FOR SUMMARY
           vs.                             )  JUDGMENT OR PARTIAL SUMMARY
19                                         )  JUDGMENT
   BRITNEY SPEARS, an individual; CLEAR    )
20 CHANNEL ENTERTAINMENT                   )  Date: January 21, 2005
   TELEVISION HOLDINGS, INC., a Delaware   )  Time: 2:30 p.m.
21 Corporation; SIGNATURES NETWORK,        )
   INC., a California Corporation; ZOMBA    )      Courtroom of the Honorable
22 RECORDING CORPORATION, dba JIVE         )         Dana M. Sabraw
   RECORDS, a New York Corporation;        )      United States District Judge
23 BRITNEY BRANDS, INC., a Louisiana       )
   Corporation, and DOES 1-10,             )
24                                         )
                   Defendants.             )
25                                         )
                                           )
26 _____   )

27

28

   DECLARATION OF TOMMY GINOZA 50                        04CV0326

# TABLE OF EXHIBITS

Exhibit 29................................................................................................6

Exhibit 40................................................................................................9

Exhibit 41...............................................................................................31

Exhibit 42...............................................................................................32

DECLARATION OF TOMMY GINOZA                    04CV0326

## DECLARATION OF TOMMY GINOZA

I, Tommy Ginoza, declare:

1.     I am over 18 years old. I have personal knowledge of the following facts and I could competently testify to these facts if called upon to do so.

2.     This Declaration is submitted in support of defendants' Motion for Summary Judgment or, in the alternative, Partial Summary Judgment.

3.     I am a Director of Tour Marketing for Clear Channel Entertainment Touring, a division of an entity related to Clear Channel Entertainment Television Holdings, Inc. For convenience, I will refer to Clear Channel Entertainment Television Holdings, Inc. and its related entities as "Clear Channel."

4.     As a Director of Tour Marketing, my duties and responsibilities include overseeing the marketing and promotion of concert tours. I was the Director of Tour Marketing for the 2004 Britney Spears concert tour.

5.     Ultimately, the 2004 Britney Spears concert tour was titled the Britney Spears Onyx Hotel Tour 2004. Before the title the Onyx Hotel Tour was publicly announced on January 7, 2004 by Zomba Recording Corp. ("Zomba"), Clear Channel referred to the tour by Ms. Spears' name and the 2003 album title. Attached to this Declaration as Exhibit 29 is a true and correct copy of the Clear Channel Entertainment press release announcing the Britney Spears In the Zone Tour 2004. That press release is dated "December 1, 2004" but the year is an error. The press release was issued on December 1, 2003.

///

///

2

DECLARATION OF TOMMY GINOZA                             04CV0326

6. The first concert in the 2004 Britney Spears concert tour did not take place until March 2, 2004. Tickets for the concerts officially went on sale to the public on the weekend of December 13-14, 2003.

7. In December, 2003, radio and television commercials were prepared to publicize the concerts in the 2004 tour. As initially prepared, the commercials also referred to the concerts by reference to Ms. Spears and the album title. These initial radio and television commercials were broadcast from approximately December 10, 2003 to December 14, 2003, which is the "pre-sale" period leading up to the day that the tickets went on sale. A copy of the initial radio and television commercials, which are designated Exhibits 36 and 37, respectively, is submitted with this Declaration. The copies of the initial radio and television commercials refer to a concert on "Saturday, December 6, Madison Square Garden." There was no Britney Spears concert on that date and, instead, the date is merely in the copy to let local broadcasters know where to insert the date and place of the local Britney Spears concert that is being promoted.

8. These initial radio and television commercials were not broadcast after December 14, 2003, for two reasons. First, we did not arrange for the broadcast of the commercials during the December, 2003/January 2004 holiday season because many people travel during the Christmas and New Years holiday season and would not hear or see the commercials, and we did not want the commercials to be lost or diluted in the holiday broadcasts.

9. Second, on January 7, 2004 Zomba announced that the Britney Spears 2004 tour would be titled the Onyx Hotel Tour 2004. Accordingly, the radio and television commercials were revised on or about January 8, 2004, to refer to the tour by that title, and these revised commercials replaced the ones that were initially prepared. A copy of the revised radio and television commercials, which are designated Exhibits 38 and 39,

3

1  respectively, is submitted with this Declaration. The copy of the revised radio commercial

2  refers to a concert on "Saturday, December 6, Madison Square Garden," and the copy of the

3  revised television commercial refers to a concert on "Friday, April 9" at an Arena  As with

4  the initial commercials discussed above, the dates in the copies merely let local broadcasters

5  know where to insert the date and place of the local Britney Spears concert that is being

6  promoted.

7

8     10.    The revised radio and television commercials were broadcast beginning

9  approximately January 10, 2004.

10

11    11.    The Britney Spears tour was also advertised in newspapers and magazines, and

12 some of these print advertisements were also used as posters to promote the Britney Spears

13 tour. None of these print advertisements or posters included the phrase "in the zone." A true

14 and correct copy of the print advertisements and posters is attached to this Declaration as

15 Exhibit 40.

16

17    12.    In the United States, tickets to the Britney Spears 2004 concerts were available

18 to the public though Ticketmaster, which is a company that sells tickets. Some of the tickets

19 included the header "Britney Spears In the Zone Tour 2004." A true and correct copy of one

20 of these tickets, which I understand was produced by Lite Breeze, Inc. in this case, is attached

21 to this Declaration at Exhibit 41. After the January 7, 2004 announcement of the concert

22 tour's title, the header was revised to read "Britney Spears Onyx Hotel Tour 2004." A true

23 and correct copy of an example of one of those tickets is attached to this Declaration as

24 Exhibit 42. I understand that some tickets with the initial header were sold after the header

25 was revised.

26

27    13.    Before I learned of the February 13, 2004 letter from Lite Breeze, Inc.'s counsel

28 threatening to sue over the use of the phrase "in the zone," I had never heard of Lite Breeze,

4

1 Inc. or its products and did not know it claimed "in the zone" as a mark. To the best of my
2 knowledge, no one else at Clear Channel had any prior knowledge of Lite Breeze, Inc., its
3 products or its claimed use of "in the zone."

5 14.    None of the radio or television commercials or print advertisements for the
6 2004 Britney Spears tour mentioned Lite Breeze, Inc.

8 15.    Clear Channel had no involvement in the creation, titling or distribution of the
9 Britney Spears In the Zone album. Clear Channel also does not share in the revenues from
10 the sale of that album.

12 16.    I understand that Signatures Network, Inc. prepared a fan t-shirt with artwork
13 that uses the same photograph of Ms. Spears that appears on the Britney Spears In the Zone
14 album, and the words "Britney" and "In the Zone." Clear Channel did not participate in the
15 design of that t-shirt and Signatures Network, Inc. did not pay Clear Channel any portion of
16 the money that Signatures Network, Inc. received from the sale of that t-shirt.

18 I declare under penalty of perjury that the foregoing is true and correct. Executed on
19 November 19, 2004, in Los Angeles, California.

_____
Tommy Ginoza

DECLARATION OF TOMMY GINOZA                                              04CV0326



Clear Channel Entertainment
36 Bay State Rd
Cambridge, MA 02138
Tel 617 547-0620  Fax 617 354-8972

*FOR IMMEDIATE RELEASE*

# BRITNEY SPEARS
# IN THE ZONE TOUR 2004

**New York, New York - - December 1, 2004** – Britney Spears hotly anticipated *In The Zone Tour* will kick off in San Diego on March 2 and will travel to more than 25 cities around the U.S. and Canada.

Known for her elaborate productions, whether it's a flying barge, an oversized music box, a water curtain or suspension from the arena ceiling, Spears and her high-octane team never cease to amaze. For the fans, *In the Zone* will be an incredible experience not to be missed.

Touring in support of her #1 new album, *In The Zone (in stores now)*, Britney will hit major markets and will play several markets for the first time. Spears is thrilled about it. "It's always special to be able to go on the road and give something back," she explains. "I'm especially looking forward to bringing my tour to new markets and performing in front of fans that may not have had the opportunity to see any of my previous tours." Tickets for Britney Spears – In The Zone 2004 will go on sale in select markets beginning Saturday, December 13th. Check local listings for venues, on sales, dates and times.

A portion of all ticket sales will be donated to The Britney Spears Foundation. Designed to benefit deserving youth, The Britney Spears Foundation supports the annual Britney Spears Camp for the Performing Arts. The annual Camp includes 130 boys and girls who participate in performing arts workshops and master classes. For more information on Britney Spears, The Britney Spears Foundation or Britney's fan club please visit www.britneyspears.com.

-more-

EXHIBIT 29

D0030

6



**Britney Spears**
**In The Zone Tour 2004**
**North American Itinerary**

| | |
|---|---|
| March 2 | San Diego |
| March 3 | Phoenix |
| March 5 | Fresno |
| March 6 | Las Vegas |
| March 8 | Los Angeles |
| March 9 | Oakland |
| March 11 | Portland |
| March 12 | Seattle |
| March 15 | Denver |
| March 17 | Omaha |
| March 18 | Moline |
| March 19 | Chicago |
| March 21 | Detroit |
| March 23 | Atlanta |
| March 24 | Columbia |
| March 25 | Jacksonville |
| March 28 | Miami |
| March 29 | Orlando |
| March 31 | Philadelphia |
| April 1 | Cleveland |
| April 3 | Toronto, Canada |
| April 4 | Montreal, Canada |
| April 6 | Manchester |
| April 8 | Providence |
| April 10 | |
| April 12 | New York |

*Itinerary subject to change.  Check your local listing for venues, on sales, dates and times.

**For More Information about Britney Spears, Please Contact:**
Lori Berk
**Jive Records**
212-824-1885
lori.berk@jiverecords.com

**For More Information about Britney's tour, Please Contact:**
Pamela Fallon
**Clear Channel Entertainment**
617.547.0620
pamfallon@clearchannel.com



###

D0032

8



# BRITNEY SPEARS

**THURSDAY, MARCH 18**

ON SALE THIS SATURDAY 12/13-10AM

Get Tickets At .COM

The MARK of the Quad Cities

Call for tickets at **563-326-1111** in Quad Cities and **319-363-1888** in Cedar Rapids, online at ticketmaster.com and from *ticketmaster* outlets or The Mark Box Office. All dates, acts and ticket prices are subject to change without notice. A service charge is added to each ticket price. A Clear Channel Entertainment Event.

A portion of each ticket sold will be donated to the Britney Spears Foundation.

www.jiverecords.com     www.britneyspears.com

IN STORES NOW

EXHIBIT 40

D0029



**BRITNEY SPEARS**

ClearChannel
presents

The **Onyx Hotel** Tour

LIVE

fun radio
TMF
RTL RTL TVI

IN STORES NOW

# FLANDERS EXPO, GENT

**ZATERD.**
**SAMEDI** **29** **MEI**
**MAI** à om **20:00** H U

www.britneyspears.com   www.jiverecords.com   www.cceurotouring.com

# TICKETS: 0900-2 60 60

Het Nieuwsblad        LE SOIR    sudpresse    D0064

# BRITNEY SPEARS

## THE ONYX HOTEL TOUR

# LYON - 18 MAI 2004
# HALLE TONY GARNIER

Locations : points de vente habituels

D0065



www.jiverecords.com
www.britneyspears.com
www.cceurotouring.com







ClearChannel
ENTERTAINMENT

*presenta*

# BRITNEY SPEARS

The Onyx Hotel Tour

LIVE

# 19 MAGGIO
## FORUM
# MILANO

D0066

INFOLINE 02 53 00 65 01



RADIO 105

ALL MUSIC

www.cceurotouring.com

www.jiverecords.com

kiss me!

www.britneyspears.com



IN STORES NOW

www.TICKET.ONE.it

12



D0067

13



Aiken Promotions & ClearChannel Present

# BRITNEY SPEARS

The OnyxHotel Tour

L I V E

IN STORES NOW

THE ODYSSEY ARENA
## 1st JUNE 2004

THE POINT THEATRE
## 2nd JUNE 2004

# Tickets On Sale Friday 30 January at 9am!

Tickets €47/€50. Telephone & internet bookings subject to 12.5% per ticket service charge, to a maximum of €5.50. Agents €2 per ticket handling charge. 24HR CREDIT CARD BOOKINGS 0818 719 300 or buy on-line via www.aikenpromotions.com
www.cceurotouring.com          www.britneyspears.com          www.jiverecords.com

   **Herald**  **Irish Independent**  

D0068

14





# BRITNEY SPEARS

The Onyx Hotel Tour

LIVE

# 2004. május 23.
## Budapest Sportaréna, 19.00

*Jegyek kaphatóak a Ticket Express jegyirodáiban.*

      

06-30-30-30-999 TELEFONOS JEGYRENDELÉS

www.britneyspears.com     www.jiverecords.com     www.cceurotouring.com

D0069



ClearChannel & Good News Productions present

# BRITNEY SPEARS

The Onyx Hotel Tour

L I V E

## Donnerstag, 20. Mai 2004, 20 Uhr
# Hallenstadion Zürich

      

IN STORES NOW

**Blick Ticket-Express**
**01 818 34 70**

Informationen über www.goodnews.ch
oder Info-Line 0900 57 30 30 (CHF 1.49/Min.)

D0070

www.jiverecords.com   www.britneyspears.com   www.cceurotouring.com

16



FORUM 9. maj kl. 20

www.billetmaskinen.dk 70 110 130 - TDC butikkeer & Sex Beat Records
www.britneyspears.com • www.jiverecords.com
www.cceurotouring.com

D0071





| Att:    | Kristin                      | | Att:    | Kristin           |
|---------|------------------------------|-|---------|-------------------|
| Fra:    | Pål                          | | Fra:    | Pål               |
| Dato:   | 20.1. - 4. korr              | | Dato:   | 20.1. - 4. korr   |
| Format  | 80  x 113 mm                 | | Format  | 80  x 113 mm      |
| VG:     | ???                          | | VG:     | ???               |
| DB      | ???                          | | DB      | ???               |
|         |                              | |         |                   |
| Pris:   | 500,- + 100,- + 100,- + 100  | | Pris:   | 100,- + 100,-     |
|         |                              | |         |                   |
| Fax:    | 22 17 40 75                  | | Fax:    | 22 17 40 75       |

D0073

# BRITNEY SPEARS

## THE ONYX HOTEL TOUR

LIVE

# PARIS - BERCY
# DIMANCHE 30 MAI 2004

Locations : points de vente habituels

D0074

www.jiverecords.com
www.britneyspears.com
www.cceurotouring.com

M.fr





EMA & CLEAR CHANNEL ENTERTAINMENT PROUDLY PRESENT

# BRITNEY SPEARS

The Onyx Hotel Tour

LIVE

# GLOBEN
# STOCKHOLM · 11 MAJ 2004

Biljetter: Globenarenorna 077-131 00 00 – www.globearenas.se, Box Office, Tourist Centre
Kulturhuset, Täby Tobak och Toto Specialisten, OKQ8 i Haninge - Huddinge - Nacka - Slussen
Västberga - Upplands Väsby + samtliga ATG-ombud över hela landet.



www.britneyspears.com
www.jiverecords.com



Nytt album ute nu!

D0075

www.cceurotouring.com

CLEARCHANNEL


ENERGY

www.ema.se          EMA TELSTAR · A CLEAR CHANNEL ENTERTAINMENT COMPANY

21



special guests

and

skye sweetnam

Presented by
MTV
MUSIC TELEVISION

| | | |
|---|---|---|
| Mar 2 • San Diego • San Diego Sports Arena | Mar 17 • Omaha • Qwest Center | Mar 31 • Philadelphia • Wachovia Center |
| Mar 3 • Phoenix • Glendale Arena | Mar 18 • Moline • Mark Of The Quad | Apr 1 • Cleveland • Gund Arena |
| Mar 5 • Fresno • SavMart Arena | Mar 19 • Chicago • Allstate Arena | Apr 3 • Toronto • Air Canada Centre |
| Mar 6 • Las Vegas • MGM Grand | Mar 21 • Detroit • Palace of Auburn Hills | Apr 4 • Montreal • Bell Centre |
| Mar 8 • Los Angeles • Staples Center | Mar 23 • Atlanta • Philips Arena | Apr 6 • Manchester • Verizon Wireless Arena |
| Mar 9 • Oakland • Oakland Arena | Mar 24 • Columbia • Colonial Center | Apr 8 • Providence • Dunkin' Donuts Center |
| Mar 11 • Portland • Rose Garden Arena | Mar 25 • Jacksonville • Jacksonville Arena | Apr 9 • Trenton • Sovereign Bank Arena |
| Mar 12 • Seattle • Key Arena | Mar 28 • Miami • American Airlines Arena | Apr 10 • E. Rutherford • Continental Airlines Arena |
| Mar 15 • Denver • Pepsi Center | Mar 29 • Orlando • TD Waterhouse Centre | |

A portion of each ticket sold has been donated to the Britney Spears Foundation.

CLEARCHANNEL
ENTERTAINMENT

www.britneyspears.com

IN STORES NOW



# BRITNEY SPEARS

## THE ONYX HOTEL TOUR

Presented by
MTV
MUSIC TELEVISION

Get Tickets At **CC.COM**

A portion of each ticket sold will be donated to the Britney Spears Foundation.

www.jiverecords.com          www.britneyspears.com



IN STORES NOW

23

# BRITNEY SPEARS



THE ONYX HOTEL TOUR

special guests **VGUS**

**and**

*skye sweetnam*

Presented by



MTV
MUSIC TELEVISION

Get Tickets At  **CC.COM**

A portion of each ticket sold will be donated to the Britney Spears Foundation.

www.jiverecords.com        www.britneyspears.com



IN STORES NOW

24



**BRITNEY SPEARS**

THE ONYX HOTEL TOUR

special guest EAMON

Presented by
MTV
MUSIC TELEVISION

Get Tickets At **CC.COM**

A portion of each ticket sold will be donated to the Britney Spears Foundation.

www.jiverecords.com          www.britneyspears.com

IN STORES NOW

25

# BRITNEY SPEARS



THE ONYX HOTEL TOUR

**with special guest**
JC CHASEZ

Presented by

MTV
MUSIC TELEVISION·

STARCROUIST.



Get Tickets At **CC.COM**

A portion of each ticket sold will be donated to the Britney Spears Foundation.

www.jiverecords.com          www.britneyspears.com



IN STORES NOW

26

# BRITNEY SPEARS



THE ONYX HOTEL TOUR

with special guest
JC CHASOZ

Presented by

MUSIC TELEVISION

Get Tickets At **CC.COM**

A portion of each ticket sold will be donated to the Britney Spears Foundation.

www.jiverecords.com        www.britneyspears.com


IN STORES NOW

27



BRITNEY SPEARS

THE ONYX HOTEL TOUR

Presented by

**MTV**
MUSIC TELEVISION ®

special guests
and

Get Tickets At **CC.COM**

A portion of each ticket sold will be donated to the Britney Spears Foundation.

www.jiverecords.com          www.britneyspears.com

IN STORES NOW

28



**BRITNEY SPEARS**

THE ONYX HOTEL

Presented by

MTV
MUSIC TELEVISION

Starburst

with special guest

Get Tickets At

CC.COM

A portion of each ticket sold will be donated to the Britney Spears Foundation.

www.jiverecords.com          www.britneyspears.com



IN STORES NOW

29



# BRITNEY SPEARS

## THE ONYX HOTEL TOUR

Presented by



MTV *Starburst*
MUSIC TELEVISION

with special guest

CHASEZ

Get Tickets At:

**.COM**

A portion of each ticket sold will be donated to the Britney Spears Foundation.

www.jiverecords.com    www.britneyspears.com



IN STORES NOW

30



ticketmaster

BRITNEY SPEARS
IN THE ZONE TOUR 2004
SAN DIEGO SPORTS ARENA
*** *** ***
TUES MAR. 2, 2004 7:30PM

D0033

VHA0807 ORCH 1  G 106   ADULT   EVWA0807

| EVENT CODE | SECTION/AISLE | ROW/BOX | SEAT | ADMISSION | EVENT CODE |

$ 65.00              FC/PK3.50  AV001511

10.00          MTV PRESENTS              CN 03360

ORCH 1         BRITNEY SPEARS            ORCH 1

CA 13X      THE ONYX HOTEL TOUR 2004    CA AHOUS

G 106         VERIZON AMPHITHEATER         G

AVAA500      NO CAMERA/AUDIO/VIDEO      A  65.00

4MAY04      SAT AUG 7, 2004 7:30PM          106

VOID

0014450907248

ticketmaster

get tickets at  ticketmaster.com

NO EXCHANGE  NO REFUND

EXHIBIT 42

D0316

32