USDC SCAN INDEX SHEET

















CAG   11/24/04   12:02

3:04-CV-00326   LITE BREEZE INC V. SPEARS

*51*

*DECL.*

# ORIGINAL

1  Peter J. Anderson, Esq., SBN 088891
   LAW OFFICES OF PETER J. ANDERSON, A P.C.
2  100 Wilshire Boulevard, Suite 2010
   Santa Monica, CA 90401
3
   Tel: (310) 260-6030
4  Fax: (310) 260-6040

5  Attorney for Defendants BRITNEY SPEARS,
   CLEAR CHANNEL ENTERTAINMENT
6  TELEVISION HOLDINGS, INC.,
   SIGNATURES NETWORK, INC.,
7  ZOMBA RECORDING CORP. and
   BRITNEY BRANDS, INC.

8
   Bruce Isaacs, Esq. SBN 100926
9  WYMAN & ISAACS LLP
   8840 Wilshire Blvd., Second Floor
10 Beverly Hills, CA  90211

11 Tel:  (310) 358-3221
   Fax:  (310) 358-3224
12
   Attorney for Defendant
13 ZOMBA RECORDING CORP.



FILED

NOV 2 3 2004

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

14              UNITED STATES DISTRICT COURT

15              SOUTHERN DISTRICT OF CALIFORNIA



16 | LITE BREEZE, INC., a California Corporation, | ) | Case No. '04 CV 0326 DMS (JFS) |

17                                               )   DECLARATION OF
             Plaintiff,                          )   DANIEL SASSOON IN SUPPORT OF
18                                               )   DEFENDANTS' MOTION FOR
              vs.                                )   SUMMARY JUDGMENT OR
19                                               )   PARTIAL SUMMARY JUDGMENT
   BRITNEY SPEARS, an individual; CLEAR          )
20 CHANNEL ENTERTAINMENT                         )
   TELEVISION HOLDINGS, INC., a Delaware )        Date:  January 21, 2005
21 Corporation; SIGNATURES NETWORK,              )   Time: 2:30 p.m.
   INC., a California Corporation; ZOMBA         )
22 RECORDING CORPORATION, dba JIVE              )       Courtroom of the Honorable
   RECORDS, a New York Corporation;             )            Dana M. Sabraw
23 BRITNEY BRANDS, INC., a Louisiana             )       United States District Judge
   Corporation, and DOES 1-10,                   )
24                                               )
              Defendants.                        )
25                                               )
                                                 )
26
27
28

51

1

## TABLE OF EXHIBITS

2

Exhibit 20........................................................................................................6

3

Exhibit 21......................................................................................................7

4

5

Exhibit 22......................................................................................................24

6

Exhibit 23......................................................................................................26

7

Exhibit 24......................................................................................................27

8

Exhibit 26......................................................................................................29

9

Exhibit 27......................................................................................................30

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DANIEL SASSOON                                04CV0326

## DECLARATION OF DANIEL SASSOON

I, Daniel Sassoon, declare:

1.      I am an attorney admitted to practice in New York.  I am over 18 years old and I have personal knowledge of the following facts and I could competently testify to these facts if called upon to do so.

2.      This Declaration is submitted in support of defendants' Motion for Summary Judgment or, in the alternative, Partial Summary Judgment.

3.      I am a Vice President of Business Affairs of Zomba Recording Corporation ("Zomba"), and I have held that position since 2002.

4.      On or about September 16, 2003, Zomba issued a press release that announced, among other things, that a new album featuring Britney Spears and titled "Get in the Zone" would be released on November 18, 2003 and that the album's first single, titled "Me Against the Music," would begin radio airplay on September 30, 2003.  Attached to this Declaration as Exhibit 20 is a true and correct copy of Zomba's September 16, 2003 press release.  At that point in time, label copy -- including the album's cover -- had not been prepared and had not yet been approved by Zomba's legal department.

5.      On or about September 19, 2003, I received a telephone call from Donald R. Rawlins, Esq., who told me that he was AutoZone, Inc.'s general counsel, that Auto Zone, Inc. had registered "Get in the Zone" as a trademark for use in connection with automobile parts and that AutoZone, Inc. objected to the use of the phrase in the title of the 2003 album. I, of course, had previously heard the common phrase of being or getting "in the zone," to describe a transcendent state in which someone performs at a special and peak level.   I told

2

DECLARATION OF DANIEL SASSOON                                            04CV0326

1    Mr. Rawlins that I did not see that there was any infringement, any likelihood of confusion or

2    any other basis for him to object but that I would look into the matter and get back to him.  In

3    either that or a subsequent conversation Mr. Rawlins also told me that AutoZone, Inc. did not

4    object to Zomba using "in the zone" in the album title, without the word "get."

5

6        6.    On September 19, 2003, I used the search feature of the Internet website

7    yahoo.com to search the Internet for uses of the phrase "get in the zone."  Attached to this

8    Declaration as Exhibit 21 is a true and correct copy of the first 120 results of that search I

9    conducted on September 19, 2003.  That day I also used the search feature of the Internet

10   website imdb.com to search the Internet for uses of the phrase "get in the zone."  Attached to

11   this Declaration as Exhibit 22 is a true and correct copy of the first 10 results of that search.

12

13       7.    SoundScan is a company that, for a fee, provides information about sales of

14   musical recordings.  On September 19, 2003, I also ran a SoundScan search and found five

15   albums with the phrase "in the zone" in their titles.  Attached to this Declaration as Exhibit 23

16   is a true and correct copy of the SoundScan report that identifies five albums, released from

17   1996 to 1998, with the title In the Zone.

18

19       8.    Based on the searches I conducted on September 19, 2003, which also included

20   searching the Internet website amazon.com, I concluded that "get in the zone" and "in the

21   zone" had been used with scores if not hundreds of different products and services and that

22   there had also been at least five earlier albums that had included the phrase "in the zone" in

23   their titles.

24

25       9.    Knowing that the phrase is a common phrase and, to me, generic, since there

26   had been numerous albums with "in the zone" in their titles, and since it was my

27   understanding at the time, and is still my understanding, that album titles cannot be registered

28   as trademarks for phonograph record purposes, I did not search the records of the United

                                        3

DECLARATION OF DANIEL SASSOON                                      04CV0326

1  States Patent and Trademark Office (the "USPTO") for registrations of phrases that include
2  "get in the zone" or "in the zone."   I have recently visited the USPTO's Internet website and
3  using the website's search function searched for all registrations of "in the zone" or any
4  similar phrase, for use as an album title.  There were no such registrations and although the
5  search indicates that Lite Breeze, Inc. has filed an application to register "in the zone" for
6  "Phonograph records featuring music, pre-recorded audio cassettes and compact disc
7  featuring music; pre-recorded video tapes featuring music performances; magnetically
8  encoded phone cards" and "Entertainment services in the nature of live performances by a
9  musical artist," the USPTO's website indicates that Lite Breeze, Inc. did not file that
10 application until January 15, 2004, or almost two months _after_ the November 18, 2003 release
11 of the Britney Spears In the Zone album.  As a result, even if I had searched the USPTO's
12 records prior to the release of the Britney Spears In the Zone album, those records would not
13 have revealed a registration or application to register "in the zone" as a mark for albums.

14

15      10.      When Mr. Rawlins called me on or about September 19, 2003 and objected to
16 the title "Get in the Zone" for the 2003 album, that album's cover artwork had not yet been
17 finalized.   After conducting the searches described above on September 19, 2003, and
18 conferring with one of Ms. Spears' representatives and speaking again with Mr. Rawlins, I
19 then told Mr. Rawlins that although I did not agree that his company could lawfully object to
20 the album title "Get in the Zone," in order to avoid a dispute the album title would be changed
21 to "in the zone."  A true and correct copy of my October 9, 2003 e-mail to Mr. Rawlins is
22 attached as Exhibit 24 to this Declaration.

23

24      11.      Before I learned of the February 13, 2004 letter from Lite Breeze, Inc.'s counsel
25 threatening to sue Zomba and others, I had never heard of Lite Breeze, Inc. or its products and
26 did not know it claimed "in the zone" as a mark.  To the best of my knowledge, no one else at
27 Zomba had any prior knowledge of Lite Breeze, Inc., its products or its claimed use of "in the
28 zone."

4

DECLARATION OF DANIEL SASSOON                                          04CV0326

12.     A compact disc version of the Britney Spears In the Zone album is submitted with this Declaration as Exhibit 25 and attached to this Declaration as Exhibit 26 is a true and correct copy of the cover of the compact disc version of the 2003 Britney Spears In the Zone album. The cover of the cassette and vinyl versions of that album are identical to the cover of the compact disc version. Nowhere does the Britney Spears In the Zone album refer to Lite Breeze, Inc. Further, Ms. Spears' face is the most prominent feature of the album cover, her face and name are prominently displayed on the album cover, and Jive's own logo appears on the spine and back of the album.

13.     Zomba did not produce any of the concerts in the 2004 Britney Spears concert tour and did not receive any portion of the tour revenue.

14.     Attached to this Declaration as Exhibit 27 is a true and correct copy of the press release that Zomba, using its trade name Jive Records, issued on January 7, 2004, announcing the Britney Spears Onyx Hotel Tour 2004.

15.     I understand that Signatures Network, Inc. prepared a fan t-shirt with artwork that uses the same photograph of Ms. Spears that appears on the Britney Spears In the Zone album, and which prominently displays the name "Britney" and, below that in smaller type, includes the phrase "In the Zone." Prior to 2003, Zomba had the same approval rights as Britney Brands, Inc. over merchandise that used Ms. Spears' name or likeness. However, Zomba's approval rights ended in 2003 and before the Signatures Network, Inc. fan t-shirt was created. Zomba did not participate in the creation or approval of that t-shirt.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 19, 2004, in New York, New York.

Daniel Sassoon

5

DECLARATION OF DANIEL SASSOON                                                    04CV0326



**For Immediate Release**                              **September 16, 2003**

# BRITNEY SPEARS
# *GET IN THE ZONE*
# IN STORES NOVEMBER 18, 2003

## "Me Against The Music"
## First Single Features Madonna

New York, NY … Jive Recording artist Britney Spears is set to release her 4th album, *Get In The Zone* on November 18.  The first single **"Me Against The Music"** featuring Madonna will ship to radio on September 30 and the video will debut on **MTV's Making The Video** on October 13.

"Me Against The Music" was co-written by Britney Spears and produced by Redzone.  Britney Spears co-wrote 7 of the 13 songs on the album.  Some of the producers/writers on the album include Moby ("Early Mornin'"), Bloodshy & Avant ("Showdown"), Guy Sigsworth ("Everytime") and R. Kelly ("Outrageous").

For further information on Britney Spears please contact Sonia Muckle at 212.824.1370.

EXHIBIT 20

cx 20
6

Yahoo! Search Results for "n the zone"                                              Page 1 of 3

# YAHOO! search




Search Home - Yahoo! - Help

Your Search: ["get in the zone"]    [Search]    Advanced Web Search
Preferences

| Web | Directory | News NEW! | Yellow Pages | Images |

TOP 20 WEB RESULTS out of about 7,040

1. **In the Zone Delivery Canada - Delivering Zone Diet Meals to ...**
   Sorry, your browser doesn't support Java(tm). Referral Program More Info -
   Click Here, Now Available "The Vegetarian Zone" More Info - Click Here. ...
   www.inthezonedelivery.com/ cached | more results from this site

2. **ManagerZone - Online Manager Game**
   Free online soccer manager game. Own, coach and manage your own
   football club. Are you the best manager? Welcome to the worlds largest online
   manager game!
   www.managerzone.com/ cached

3. **AutoZone** (NYSE: **AZO**)
   auto parts chain stocking a broad line of replacement parts, accessories,
   chemicals, and motor oil.
   www.autozone.com/ cached
   ↳ More sites about: Automotive Parts

4. **Memory Foam Mattress Topper - TechnoScout.com**
   Catalog Quick Order - Enter an item number. View your Shopping Cart 0
   Items in Cart, Call Us toll free 1-800-704-1209, Safe and Secure ...
   www.technoscout.com/general/product/product.asp?product=510 cached

5. **Stay In The Zone**
   offers athletic performance enhancement through the use of positive thinking,
   hypnosis, relaxation, and visualization.
   www.stayinthezone.com/ cached | more results from this site
   ↳ More sites about: Psychology > Sports Psychology

6. **PCWorld.com - Get in the Zone**
   ... **Get in the Zone**. Set IE's Security Zones to prevent private data from being
   leaked. Tuesday, May 23, 2000. The Web can be a dangerous place. ...
   www.pcworld.com/howto/article/0,aid,16852,00.asp more results from this site

7. **Fast Company | Want an Appointment? Get in the Zone.**
   ... Want an Appointment? **Get in the Zone**. Click here. From: Issue 40 |
   November 2000, Page 444 By: Gina Imperato Illustrations by: Stephanie
   Power. ...
   www.fastcompany.com/magazine/40/clickhere.html cached | more results
   from this site

8. **BBC NEWS | Technology | Gamers get into 'The Zone'**
   You are in: Technology. ...
   news.bbc.co.uk/2/hi/technology/2154092.stm cached | more results from this
   site

9. **BSLive.org - New Album 'Get In The Zone' Out Nov 18th**

**D0002**

Case 3:04-cv-00326-DMS-JFS   Document 51   Filed 11/23/04   PageID.476   Page 12 of 42

Yahoo! Search Results for "●●●in the zone"                                    Page 2 of 3

... consideration. A video for the cut premieres Oct. 13 on MTV. 17 Sep 2003
by AJ - News Archives, Get In The Zone : Album tracklisting. 1 ...
www.bslive.org/ cached

10. wbli.com: Music Britney Spears To 'Get In The Zone' With
Madonna 🖻
Music, Music News, Britney Spears To 'Get In The Zone' With Madonna
Britney Spears has announced that the title of her upcoming fourth ...
wbli.com/common/launch/091703/091703_britney_spears_to.html cached

11. Minnesota Free-Trade Zones 🖻
includes a description of FTZ sites, their benefits and examples of use.
www.mnftz.com/ cached
↳ More sites about: Minnesota > Minneapolis > B2B > Trade

12. The Reporter - Kids can get 'in the zone' downtown on ... 🖻
Posted Sep. 12, 2003 Kids can get 'in the zone' downtown on Saturday. the
reporter staff. Kids will find plenty to do on Saturday ...
www.wisinfo.com/thereporter/news/archive/local_11919548.shtml cached |
more results from this site

13. Three Minute Angels get in the zone 🖻
... Three Minute Angels get in the zone WITH companies enlisting rickshaw-
style bicycle riders to sweat it around cities dragging billboards, the latest
sampling ...
www.bandt.com.au/articles/15/0c017915.asp cached | more results from this
site

14. Get in the zone at Dominozone 🖻
DOMINPOWER SITE OF THE MONTH Get in the zone at Dominozone By
Steve Niles April's DominoPower Site of the Month is yet another great portal
for Notes and ...
www.dominopower.com/issues/issue200204/dpcoolsite0402001.html cached |
more results from this site

15. TriathletePro Get in the Zone 🖻
GET IN THE ZONE WITH FLOW How do you feel most of the day? If you are
like most people, most of the time, your days involve a substantial ...
www.triathletepro.com/zone.html cached

16. FireFree! Get in the Zone 🖻
Frequently Asked Questions. When and how was the FireFree program
started? After the 1996 catastrophic wildfire in Bend, SAFECO contacted ...
www.firefree.org/howtostart/htm/faq.htm cached | more results from this site

17. Robeks: Get In The Zone 🖻
Balancing Your Carbs -by Elizabeth Decker. Protein Power -by Carmela
Carvajal. Metabobek Capsules Price: $34.95. Trimbek Powder Price: $26.95.
Carmela Carvajal. ...
www.robeks.com/Library/Document01.asp?PT=D&PID=521 cached

18. Great Pool :: Get "In the Zone" 🖻
... Get "In the Zone" It was once felt that getting into "the zone" or "dead
stroke" was happenstance--it can happen for no particular rhyme or reason. ...
www.greatpool.com/instruction/technique/getinzone.shtml cached

19. Get in the Zone. . . O-Zone Action (PDF) 🖻

D0003

CX21

8

Case 3:04-cv-00326-DMS-JFS    Document 51    Filed 11/23/04    PageID.477    Page 13 of 42

Yahoo! Search Results for " the zone"                    Page 3 of 3

Page 1. **Get in the Zone.** . . O-Zone Action May 1 kicked off the Ozone Action
Days (OAD) season, which lasts through September. Ozone ...
www.commuterpage.com/atp/pdfdocs/SolutionsSu03/SU03%20Ozone.pdf
view as html | more results from this site

20. **Get in the Zone!** 
Breaking News. Working on a deal to add some signed and distributed bands.
Check back often for updates. Old News. After months of ...
www.christianmp3zone.com/ cached | more results from this site

**Results Page:**
1  2  3  4  5  6  7  8  9  10  ▶ **Next**

___

| **Web** | **Directory** | **News** NEW! | **Yellow Pages** | **Images** |

**Your Search:** "get in the zone"    [Search]    Advanced Web Search
                                                    Preferences

Save time with the Yahoo! Companion Toolbar



Copyright © 2003 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Ad Feedback - Search Feedback

Search Technology provided by Google

D0004

EX 21

9

# YAHOO! search



Search Home - Yahoo! - Help

Your Search: | "get in the zone" | Search |

Advanced Web Search
Preferences



| Web | Directory | News **NEW!** | Yellow Pages | Images |

powered by

**WEB RESULTS 21 - 40 out of about 7,040**

21. <u>Internet Gaming Zone</u>
designed to bring gamers from around the world together for challenging and
fun multi-player gaming.
www.zone.com/ <u>cached</u>
↳ More sites about: <u>Shopping > Computer Games > Online Networks</u>

22. <u>Get in the Zone</u>
... The goal of this program is to enter the Zone on purpose. This program is
the result my asking the question; how can one **get in the Zone** at will? ...
www.superbeing.com/competezone.htm <u>cached</u>

23. <u>News: Get In The Zone With Our Very Own Games Servers</u>
**Get In The Zone** With Our Very Own Games Servers: Have you ever
wondered just how good the PC Zone team is at online games? Have ...
www.computerandvideogames.com/stories/pc/get_in_the_zone_with_our_very_own_games_servers.html
<u>cached</u> | <u>more results from this site</u>

24. <u>"Get in the Zone" Notes</u> (MICROSOFT WORD)
**"Get in the Zone"** Notes By Chris Loyd. Introduction * 2. The Dream +
Interpretation = [1983 Corolla + No Left Turns + Babcock Rd Surface ...
www.uhcollegelibertarians.org/Speeches/11-19-02.doc <u>view as html</u>

25. <u>eDiets.com</u>
online diet clinic that provides custom weight loss management and dieting
programs.
www.ediets.com/ <u>cached</u> | <u>more results from this site</u>
↳ More sites about: <u>Shopping > Weight Loss Diets and Programs</u>

26. <u>Corporation of London news release - More firms **get in the
zone**</u>
... Wednesday 11th June 2003 More firms **get in the zone** Plans to extend the
western boundary of the City's traffic and environment zone have been
approved by the ...
www.cityoflondon.gov.uk/media_centre/files/96_03.htm <u>cached</u>

27. <u>Get IN THE ZONE Get IN THE ZONE</u> (PDF)
Page 1. " **Get IN THE ZONE** with the 4 Pillars of Power" Introduction and mini-
Seminar EVER FELT REALLY POWERFUL AND BEEN REALLY LUCKY? ...
www.knowledgism.com/events/4pillarsintro.pdf <u>view as html</u> | <u>more results
from this site</u>

28. <u>PCWorld.com at Yahoo - **Get in the Zone**</u>
**Get in the Zone** Set IE's Security Zones to prevent private data from being
leaked. Tuesday, May 23, 2000 The Web can be a dangerous place. ...
pcworld.shopping.yahoo.com/yahoo/article/0,aid,16852,00.asp <u>cached</u>

**D0005**

Cx.21

10

29. **Want an Appointment? Get in the Zone. | Printer-friendly version**
   Want an Appointment? **Get in the Zone**. Click here. From: Issue 40
   November 2000, Page 444 By: Gina Imperato Illustrations by: Stephanie ...
   pf.fastcompany.com/magazine/40/clickhere.html cached

30. **Digital Television**
   Digital is the future of television, yet it is here today! ...
   www.digitaltvzone.com/ cached

31. **PartneringPower - Get In The Zone - Overview**
   **GET IN THE ZONE**. The beginning of many mentoring relationships is filled
   with more questions than answers. How will we work together? How will we
   get along? ...
   csi-online-
   tools.com/demo/partneringpower/partneringpower_inthezone_01.asp cached |
   more results from this site

32. **ZoneCoach - Performance Coaching**
   Can anyone **get in the Zone**? Yes. The Zone is attainable by all human
   beings. There are no restrictions. ...
   www.zonecoach.com/GetFile.asp?ContentID=16 cached | more results from
   this site

33. **Zone Diet Plan - Get in the Zone and Lose Weight**
   Zone Diet - By Barry Sears. The Zone Diet Plan get results and works over
   the long term. ...
   www.weightloss-dietplan.com/zone_diet_plan.htm cached

34. **Get in the "Zone" for your certification needs - TechRepublic**
   ... **Get in the "Zone"** for your certification needs September 23, 1999 | Kevin
   Eikenberry | E-Mail Rating: 4.2 / 5 | Rate this article No discussion exists |
   click ...
   techrepublic.com.com/5100-6317-1032667.html cached

35. **AutoZone.com - Get in the Zone!**
   ... Use our Store Locator to find an AutoZone store in your neighborhood. **Get
   in the Zone**. Cool Car, NASCAR™ Mechanix Wear #20 Glove sizes: M, L, XL
   $29.99. ...
   https://www.autozone.com/ cached

36. **Story: Get in the zone with this top-notch personal firewall - ...**
   **Get in the zone** with this top-notch personal firewall. Preston Gralla,
   Contributing Columnist, AnchorDesk Monday, March 11, 2002, Talk back! ...
   www.zdnet.com/anchordesk/stories/story/0,10738,2853784,00.html cached

37. **Zone Gourmet Diet Delivery Service - In The Zone Diet!**
   ... It is now easier than ever to **get in the zone** by having it delivered each and
   every day. Contact the ZONE GOURMET, Call Toll Free (866) DIET-321.
   www.zonegourmetdiet.com/ cached

38. **In the zone: Training your mind as well as your body**
   ... If you don't have the physical tools to do what you need to do, you're not
   going to be able to **get in the zone**.". Mental training. ...
   www.cnn.com/HEALTH/library/SM/00001.html cached

**D0006**

39. **Get in the Zone!** 🖻
When mind and body come together as one to find the zone in throwing. You
have to use training in many areas such as neuro motor ...
www.throwingzone.com/get.html cached

40. **How to Get in the "Zone" Every Single Time** 🖻
... Reaping Financial Rewards! Vol 1 Issue 7 * 03/18/03. How to **Get in the
"Zone"** Every Single Time by Shawn LeBrun Have you ever had ...
www.healthandbeautynet.com/ezine/archives/030318/article7502.html cached
| more results from this site

**Results Page:**

**Prev** ◀ 1 **2** 3 4 5 6 7 8 9 10 ▶ **Next**

---

| **Web** | **Directory** | **News** ᴺᴱᵂ! | **Yellow Pages** | **Images** |

Your Search: | "get in the zone" |  [Search]   Advanced Web Search
                                                Preferences

---

Save time with the Yahoo! Search Toolbar



Copyright © 2003 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Ad Feedback - Search Feedback

Search Technology provided by Google

**D0007**

# YAHOO! search



Your Search: "get in the zone"       Search!

Advanced Web Search
Preferences

**Web** | Directory. | News NEW! | Yellow Pages | Images



**WEB RESULTS** 41 - 60 out of about 7,040

41.  **EXTRA: Rxtra** 🗎
     ... Every couple of hours you're eating. So how do you **get in the Zone**? Eat
     40 percent carbohydrates, 30 percent fat and 30 percent protein at every
     meal. ...
     www.extratv.com/dailynews/rxtra/12_00/12_28a.html cached

42.  **IT'S TIME TO GET IN THE ZONE!** (PDF) 🗎
     ... Plan now to attend Thursday morning, 8:00 for continental breakfast &
     Networking 8:30 POWER MARKETING IT'S TIME TO **GET IN THE ZONE!**
     MLS
     www.sarasotarealtors.com/calendar/powermarketing.pdf view as html

43.  **760 The Zone** 🗎
     ... **Get In The Zone!** Sign up for the Sportz Asylum Newsletter! Free fantasy
     football, Drivetime style! Play The Zone's 760 Fantasy Gridiron ...
     www.760thezone.com/ cached

44.  **iHamptons** 🗎
     ... I immediately called "Mike D." and left a message to set up my appointment
     to get **"in the Zone."** A woman came to my house within days. ...
     www.ihamptons.com/ifooddoc.ihtml?item=228 cached | more results from this
     site

45.  **Flow - Understand how to get in the zone** 🗎
     Do you know what a flow state is? A flow state is when you are fully absorbed
     in activity during which you lose your sense of time ...
     www.4skills.com/Flow/Flow_index.htm cached

46.  **As bankruptcy nears, creditors should get `in the zone' - 2001-**
     **...** 🗎
     ... IN DEPTH: LAW & ACCOUNTING. Expert Opinion. As bankruptcy nears,
     creditors should get `in the zone'. Dennis S. Klein. An unsecured creditor ...
     www.bizjournals.com/washington/stories/2001/09/10/focus6.html?jst=s_rs_hl
     cached | more results from this site

47.  **CBS News | Golfers Helping Doctors Get "In The Zone" | July**
     **25, ...** 🗎
     ... Golfers Helping Doctors Get "In The Zone" CHICAGO, JULY 25, 2000 Pro
     golfer Michelle Bell helps researchers study brain waves. ...
     www.cbsnews.com/stories/2000/07/25/tech/main218383.shtml cached

48.  **Compare Prices and Read Reviews on The Zone Diet at**
     **Epinions.com** 🗎
     ... Helpfulness of Suport, Pros Increased energy, weight loss Cons none The
     Bottom Line The Zone Diet isn'ta fad - it works, if you **get in the Zone**. Full
     Review. ...

**D0008**

www.epinions.com/well-review-293A-ACD1347-39651638-prod2 cached |
more results from this site

49. AutoZone.com - Get in the Zone! 🔁
... yourself. Store Locator, Use our Store Locator to find an AutoZone store in
your neighborhood. Get In the Zone. Special Features, Get ...
www3.autozone.com/ cached

50. Get In The Zone 🔁
Get In The Zone! Introducing Silicone Zone bendable cookware! Oven Safe
up to 428° F, dishwasher safe, microwave safe, cooks evenly, FDA approved.
...
www.kitchen-classics.com/zone.htm cached

51. "Me Against the Music" All the people in the crowd Grab a
partner ... 🔁
... I'm up against the speaker Trying to take on the music It's like a competition
Lyric is the beat I wanna get in the zone I wanna get in the zone. ...
www.bombasticbritney.com/meagainstthemusiclyrics.htm cached

52. E-mail to Friend 🔁
... web directory. Officia News: Album Title Is 'Get In The Zone' Britney
Spears is hooking up with Madonna once again — this time ...
www.worldofbritney.com/n/16_12-
59_officia_news__album_title_is__get_in_the_zone_.html cached | more
results from this site

53. Get in the zone with Power Link, for a lot less than you
thought ... (PDF) 🔁
... 1-888-ADELNET – that's 1-888-233-5638 (May the for ce be with you. )
Get in the zone with Power Link, for a lot less than you thought possible. ...
www.lifewideopen.com/pdf/PowerLi2Final.pdf view as html

54. The Twilight Zone Articles Archive 🔁
... of the author or publication. Get in the Zone Written by Phil Rosenthal Rod
Serling was a small man who wrote large. He was 5-foot ...
www.thetzsite.com/pages/articles/get.html cached

55. Cricket 2002 Zone - Get in the zone 🔁
Cricket 2002 downloads Cricket 2002 Zone - Get in the zone.
cricket2002.zonehere.com/ cached

56. GET IN THE ZONE (PDF) 🔁
... Show Calendar s Take the Smooth Bore Test s Are You Alcohol Resistant s
The Urban Interface Challenge s Mr.Fix-it www.tft.com GET IN THE ZONE
InterZone That Is ...
www.tft.com/library/files/fall%202001.pdf view as html

57. Get in the Zone at Work! 🔁
Healthy Gourmet Delivery At Work - Plans & Pricing Experience the
convenience of having the Zone diet delivered daily to your place of
employment by 11 am. ...
www.healthygourmetdelivery.com/zone_at_work.htm cached | more results
from this site

58. Amazon.com: Computer & Video Games: NBA In the Zone 🔁
... Get IN THE ZONE and watch the other guys try to keep up with this: Real

**D0009**

Case 3:04-cv-00326-DMS-JFS   Document 51   Filed 11/23/04   PageID.483   Page 19 of 42

Yahoo! Search Results for "get in the zone"                           Page 3 of 3

time 3D texture-mapped polygons for fluid realistic 5-on-5 action Different
camera ...
www.amazon.com/exec/obidos/tg/detail/-/B00002STRU?v=glance cached

59. Avoid stress. Stay in sync,in touch,in balance,in The Zone... ... 🗐
    ... Get In The Zone. Why Wear a QLink Pendant? ...
    www.holistichealthsecrets.com/inthezone.html cached

60. Quality Click Zone 🗐
    ... * * * *. Get "In The Zone" Keep up-to-date on all the latest and greatest
    paid click thru programs by subscribing to our marketing tips newsletter! ...
    www.qualityclickzone.com/ cached

**Results Page:**
Prev ◀ 1 2 3 4 5 6 7 8 9 10 ▶ Next



| **Web** | **Directory** | **News** NEW | **Yellow Pages** | **Images** |

Your Search: "get in the zone"    [Search]    Advanced Web Search
                                               Preferences

Save time with the Yahoo! Search Toolbar



Copyright © 2003 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Ad Feedback - Search Feedback

Search Technology provided by Google

Ex21

15

Yahoo! Search Results for "get in the zone"                                       Page 1 of 3

# YAHOO! search

Search Home - Yahoo! - Help

Your Search: `"get in the zone"`    [Search] 

Advanced Web Search
Preferences



| Web | Directory | News **New** | Yellow Pages | Images |

**WEB RESULTS** 61 - 80 out of about 7,040

61. **KFMB 100.7**
   70s and 80s hits from The Star.
   www.histar.com/ cached
   ↳ More sites about: California > San Diego > Radio Stations > KFMB 100.7

62. **get in the zone**
   ... measure body fat scales monitor Quick Demo See an example body
   composition Thinking of buying a Body Fat Scale? Best Sites For **get in the
   zone**. ...
   www.mybodycomp.com/get_in_the_zone.htm cached

63. **In the Zone**
   Current Number of Coaches With ITZ: 1410. ...
   www.highschoolzone.com/plans.php?go=1 cached | more results from this
   site

64. **Get in The Zone!**
   First Name: Last Name: Mailing Address: City: State: - - Select State - -. ...
   www.mortgagezoneusa.com/zone.html cached

65. **2002 AIN'T BLOG: Discussion on Get in the Zone...**
   TrackBack URL for this entry: http://www.tampatantrum.com/mt/mt-tb.cgi/1345
   Listed below are links to weblogs that reference **'Get in the Zone...'** from 2002
   AIN ...
   www.tampatantrum.com/mt/mt-tb.cgi?__mode=view&entry_id=2090 cached

66. **Enhancing the Leadership and Cohesiveness**
   The Winner Within: Coaching You To **Get in the Zone**. By Wes Sime.
   Recently the New York Times published an article titled "The Winner ...
   tc.unl.edu/stress/Peak%20Acheivement/inthezone.htm cached

67. **MTV.com - News -Britney Gets Down With Madonna Again**
   ... Britney Spears is hooking up with Madonna once again — this time for the
   first single from her forthcoming album, now titled **Get in the Zone**. ...
   www.mtv.com/news/articles/1478242/09162003/spears_britney.jhtml cached |
   more results from this site

68. **$ß®ï't's Zöñê$~~~GET IN THE ZONE!!!**
   Hey kids, this is Brit's (that would be me) page!! Hey i'm Brittany (aka bambi
   fawn) Hope you like my page!! Hey peeps. As you know i'm brittany. I love
   God. ...
   bambifawn1.tripod.com/ cached

69. **Firehouse.com**
   news and information for the emergency services industry.
   www.firehouse.com/ cached | more results from this site
   ↳ More sites about: Health > Emergency Services

**D0011**

Cx21
/6

Case 3:04-cv-00326-DMS-JFS   Document 51   Filed 11/23/04   PageID.485   Page 21 of 42

Yahoo! Search Results for "get in the zone"                                    Page 2 of 3

70. <u>2004 International CES: Exhibitor Services</u> 🖺
    ... , Build your brand Get noticed with a variety of marketing opporunities. >,
    **Get in the zone** TechZones make it easy for you to get in front of the right
    crowd. ...
    www.cesweb.org/exhibitors/ <u>cached</u>

71. <u>Z-Man Golf - Golfing in the Zone - The Long Game</u> 🖺
    ... What sets this book apart from other books is the integration of the
    Thought-Mechanical processes that define for golfers how they can "**get in
    the zone.**". ...
    www.zmangolf.com/longgametoc.html <u>cached</u>

72. <u>In the Zone</u> 🖺
    ... I wish I could tell you how to **get in the zone** and stay there; it is much
    more important than mastering criss-cross squeezes and other esoterica. ...
    northshorebridge.com/zone.htm <u>cached</u>

73. <u>**Get in the zone!!**</u> 🖺
    Dette er en uofficiel fan-side for Odense Bulldogs. Welcome to the Bulldog-
    Zone!
    www.sitecenter.dk/bulldogzone <u>cached</u>

74. <u>WKDD Online</u> 🖺
    ... Spears. She'll reportedly get together with the Material Mom for the first
    single from her upcoming album, **Get in the Zone**. Madge ...
    www.wkdd.com/news1.htm <u>cached</u>

75. <u>Sports Hypnosis-Golf, Bowling, Tennis, In the zone with
    hypnosis ...</u> 🖺
    ... June 2 from 8-10 am. Experience the power and magic of hypnosis as you
    learn self-hypnosis to focus your mind on your game- and **get in the zone**. ...
    www.wendi.com/Sports_Hypnosis/sports_hypnosis.html <u>cached</u>

76. <u>VH1.com : News : Britney Gets Down With Madonna Again</u> 🖺
    Britney Spears is hooking up with Madonna once again — this time for the first
    single from her forthcoming album, now titled **Get in the Zone**. ...
    www.vh1.com/news/stories/1478242.jhtml <u>cached</u>

77. <u>Me against the music</u> 🖺
    ... drum, gotta get with that bass I'm up against the speaker Trying to take on
    the music It's like a competition Lyric is the beat I wanna **get in the zone** I
    wanna ...
    britneyboom.platinumstars.net/me_against_the_music.htm <u>cached</u>

78. <u>Conflict Zone - Get In The Zone</u> 🖺
    Playnation: **Get In The Zone**. **Get In The Zone** News. Ha Ha! Bet you thought
    I was facing make you a job offer then?! No, we're all quite ...
    www.playnationmag.co.uk/t/details/getinthezone/pc/id16920/article.html
    <u>cached</u>

79. <u>Doug Banks | The Show</u> 🖺
    ... Auto Zone. What puts you in the zone? **Get In The Zone** With AutoZone Be
    the AutoZone "Pick of the Week" and tell us "what puts you in the zone?". ...
    www.dougbanksshow.com/theshow/features.php <u>cached</u>

80. <u>Consulting services drive results</u> (PDF) 🖺

**D0012**

**... Get In the Zone** SEAGULL's Services in the Zone bring immediate results
for your BlueZone implementation, involving hands-on involvement in a live
scenario ...
www.seagullsw.com/pdf/BZservices.pdf view as html

**Results Page:**
**Prev ◀ 1 2 3 4 5 6 7 8 9 10 ▶ Next**

| Web | Directory | News NEW | Yellow Pages | Images |

Your Search: "get in the zone"     Advanced Web Search
Preferences

Search from anywhere online with the Yahoo! Companion Toolbar


Copyright © 2003 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Ad Feedback - Search Feedback

Search Technology provided by Google

**D0013**

CX-21
18

 **YAHOO! search**

Your Search: | "get in the zone" |   [Search]   Advanced Web Search
Preferences

 powered by [hp]

| **Web** | Directory | News *New!* | Yellow Pages | Images |

**WEB RESULTS** 81 - 100 out of about 7,040

81.  **Ai Fit Zone.com - Fit Zone Express (Four Points, Calgary)** 
     ... Athletes and teams can enter the world of high performance training, and
     **"Get in the Zone"**, in our newly constructed sport centre. ...
     www.aifitzone.com/services/locations.htm cached | more results from this site

82.  **earthtimes.org - Sites for nutrition**
     ... Get in the business that boomers need! **Get in the Zone** With eDiets eDiets
     is your online resource for following the Zone Diet. With ...
     www.earthtimes.org/search/n/nutrition/0p1p1p10p0p1p2 cached | more results
     from this site

83.  **Manager Zone - mzone.soccergaming.com**
     All content on this page is copyrighted, and cannot be published on other
     pages without prior notice to the webmaster. ...
     mzone.soccergaming.com/ cached | more results from this site

84.  **New Mexico Intragency Fire Prevention Office Opens**
     ... June 1, 2002) - Albuquerque area public libraries and video rental stores
     have stepped forward to make the video, **"Get In The Zone"**, available for
     viewing ...
     www.fs.fed.us/r3/fire/prevention/NewsReleases/020601_FreeVideoReleases.htm
     cached

85.  **Realty Times - Agent News and Advice**
     ... We need to relax to **get in "the zone"**. You might try counting backwards
     from 100 or taking a few deep breaths to slow down your breathing. ...
     realtytimes.com/rtapages/19990901_zone.htm cached

86.  **Exercise motivation. Sports motivation, fitness motivation.**
     Exercise motivation, sports fitness motivation. **Get in the Zone** as like a
     world-class athlete, get a healthy lifestyle. Garret Braunreiter, success coach.
     ...
     www.internetfitness.com/motivation.htm cached

87.  **PC: Get In The Zone - Conflict Zone**
     PCZ UK: **Get In The Zone. Get In The Zone** News. Ha Ha! Bet you thought I
     was facing make you a job offer then?! No, we're all quite ...
     www.pczone.co.uk/t/details/news-cvg/id16920/story.htm cached

88.  **The Albany Herald - News Department**
     ... top. We'll call to confirm your information. **GET IN THE ZONE**: Do you know
     someone who other readers would find interesting? We're ...
     albanyherald.net/news.htm cached

89.  **MTVAsia.com - Britney Gets Down With Madonna Again**
     ... Britney Spears is hooking up with Madonna once again -- this time for the
     first single from her forthcoming album, now titled **Get In The Zone**. ...

**D0014**

*6 x 21*

*19*

www.mtvasia.com/news/International/Items/0309/0309050.html cached

90. **IWF- Get In The Zone** 🗐
Click to enter the new iwf.
members.tripod.com/~amaja/iwf/frames.html cached

91. Chat-Zone 🗐
Welcome To Chat-Zone.com's online chatroom communities - **Get In the
Zone!** Chat-Zone.com Chatroom Communities. General Community a ...
www.chat-zone.com/ cached | more results from this site
↳ More sites about: World Wide Web > Chat

92. Life Coach DT Coach Life - Coaching - Los Angeles, Sedona,
and ... 🗐
... target. They have reached the Zone. DT Coach helps you get.....**In the
Zone.** Every person can use a Coach and get.....**In the Zone.** ...
www.dtcoach.com/indexmain.htm cached

93. Editorial, February 2001 🗐
Editorial, February 2001 **Get in the 'Zone'.** By Matt Naitove. Have you ever
wished you had a secretary to page through each issue of ...
www.plasticstechnology.com/articles/200102ed.html cached | more results
from this site

94. Illinois Chapter AAP 🗐
Asthma Education Project. Phase II of the **"Get In The Zone"** Asthma
Education through Problem-based Learning project is well underway. ...
www.illinoisaap.org/asthmaproject.html cached | more results from this site

95. In the Zone of Magic 🗐
... of magic. I find that watching witches and magic users, even fictitious ones
portrayed by actors, helps me **get in the zone.** Below ...
www.angelfire.com/md/meadowlark/zone.html cached | more results from this
site

96. Zone Perfect Meals In Minutes 🗐
... How to stay in the Zone through simple Zone rules · How to get your kids in
the Zone · How to choose the right Zone The Inside Scoop: **Get in the Zone**
in mere ...
www.expertfitness.com/zoneperfectmealsinminutes.html cached

97. Sportsbook Zone 🗐
offers a directory of sportsbooks, casinos, bingo halls, poker rooms, lotto
centers, and gambling rules for specific sports.
www.sportsbook-zone.com/ cached
↳ More sites about: Gambling > Sports Books

98. 3-Get in the Zone 🗐
... **Get In The Zone** (Find Where You Want To Live). You're the only one who
can really judge the right place for YOU to live. Most folks ...
www.gmac-okc.com/3-getin.htm cached

99. Q&A with Kyle Brown :: The sophomore receiver from West ... 🗐
... Q: Is there any specific song you like to listen to that really gets you in the
zone? A: Not really, I mostly listen to rap to kind of **get in the zone.** ...
msuspartans.ocsn.com/sports/m-footbl/spec-rel/090303aab.html cached

**D0015**

# YAHOO! search 

Search Home - Yahoo! - Help

Your Search: "get in the zone" [Search]

Advanced Web Search
Preferences



| Web | Directory | News NEW! | Yellow Pages | Images |



**WEB RESULTS** 101 - 120 out of about 7,040

101. **The Zone Diet Plan-The Zone is the Perfect Diet!**
... Join FormulaZone, and we will give you access to hundreds of recipes, plus tools for building your own recipes. Get In The Zone, it's the Perfect Diet! ...
www.formulazone.com/zone_the_perfect_diet.asp cached

102. **----> Britney Music <----**
... media, así que les repito,. DESCARGUEN LO QUE PUEDAN!!! BWebmaster. TrackListing de Get In The Zone. 1. Me Against The Music (Bloodshy ...
www.britneysites.com/out.cgi?ID=2048 cached

103. **105.3 the Zone - WKZN-FM**
... surrounding areas. Also, Get in the ZONE on 105.3 The Zone for your chance to win FREE tickets! Get in the Concert Zone! Cowboy ...
1053thezone.com/concertzone.asp cached | more results from this site

104. **Nutrition Information**
Nutrition Information. Nutrition Search: Nutrition More and more consumers are taking greater responsibility for their health and ...
www.prodworks.com/Nutrition.htm

105. **- Corrective Exercise Kinesiologist - Certified Personal Fitness ...**
Today's Date & Time is: Home Page. ...
www.fit-zone.com/ cached

106. **[naGalera] :: Tudo sobre Britney Spears**
... [Rap/Bridge] I gettin' get sick of people, Trying to take my music, It's like a competition, Where's the beat, I wanna get in the zone. ...
www.nagalera.com.br/mus_britney.php cached

107. **Lyrics**
... drum, gotta give it that bass I'm up against the speaker Trying to take on the music It's like a competition Lyric is the beat I wanna get in the zone I wanna ...
www.geocities.com/afbritney/Lyrics.html cached | more results from this site

108. **Creature Corner - An Appendage of CHUD.COM**
... A director has been chosen. FANTASIA CANCELED Why we have to wait another year. OLDER NEWS. GET IN THE ZONE by Johnny Butane. When ...
www.creature-corner.com/news2/apr22deadzone.php3 cached

109. **TANTALIZING.NET - Britney Spears Past the Maximum - News, ...**
... Posted by Jerold, posted on 17 Sep 2003 Britney Interview Capricho Posted by Olly, posted on 17 Sep 2003 Rumored tracklisting for 'Get In The

**D0016**

Zone' Posted by ...
www.tantalizing.net/ cached

110. Homeschooling Articles - Homeschool.com - Your Virtual
Homeschool 🔖
Welcome to Click Learning **Get in the Zone**—And Click Your Way to a Great
Science Curriculum! Recommended Science Website: The Science ...
www.homeschool.com/clicklearning/articles/00/05/09.asp cached

111. Charleston Mercury 🔖
... know. You just do your job. What you've been trained to do. You just **get in
the zone**. You understand." "Yes, I understand. Now ...
www.charlestonmercury.net/index.cfm?loc=palmettopatriot cached

112. In the Zone Article 🔖
... Summoning these feelings often brings on the corresponding physical
responses. 3. Realizing that the easiest way to **get in the zone** is to have fun.
...
www.arts.ilstu.edu/music/faculty/koehler/inthezone.html cached

113. SurfRocket.com: Directory: Nutrition 🔖
... Shopper thenaturalshopper.com. **Get In the Zone** With eDiets eDiets is
your online resource for following the Zone Diet. With customized ...
www.surfrocket.com/Health/Nutrition/ cached

114. church and children: In the Zone: A Teen Guide to Prayer 🔖
... find helpful prayers to pray, good advice, and insights from the Scripture
and the Catechism of the Catholic Church--all to help you **get In the Zone**
with Christ ...
bookstore.mychurchcenter.com/n_1569553297.htm cached

115. ALLIANCE HOCKEY : 2001 - 2002 🔖
... Looking to add your company and GET INTO THE ALLIANCE HOCKEY
ZONE? If so, please contact us at **Get In The Zone** today! NATIONAL
SPORTS. ...
www.alliancehockey.com/links/hockeyzone.html cached

116. Britney Spears - Oops She Did It Again 🔖
... video, que será lanzado al público el próximo 13 de octubre por la cadena
de música MTV, pertenece al cuarto álbum de Spears, **"Get In The Zone"**, y
verá a ...
osdia.metropoliglobal.com/ cached

117. Britney Spears to drop new album in mid-November 🔖
... Editor. September 16, 2003 10:23 AM - Pop queen Britney Spears will
release her fourth album, titled **"Get in the Zone,"** on Nov. 18 ...
www.livedaily.com/news/5488.html cached

118. OwnTheZoneGolf.com 🔖
... Tiger Woods has been practicing Self-Hypnosis since he was 13 years old.
So now he can **get In The Zone** more often than any other professional
golfer. ...
www.ownthezonegolf.com/index.php?page=golf_articles_1.htm cached

119. Firehouse.com: In The Line Of Duty Section 🔖
Updated: 10:42:55 AM September 16, 2003. California Assistant Chief Dies
From 1996 Injury A California assistant chief died Wednesday ...

**D0017**

221

22

Case 3:04-cv-00326-DMS-JFS   Document 51   Filed 11/23/04   PageID.491   Page 27 of 42

Yahoo! Search Results for "get in the zone"                    Page 3 of 3

cms.firehouse.com/content/section/gen_section.jsp?sectionId=39 cached |
more results from this site

120. **USATODAY.com - Final Four teams hope to 'get lost' during
    winning ...** 🔄
    ... I'm just trying to make baskets. I'm not trying to **get in the zone** or anything
    like that. I'm just trying to help my team win.". ...
    www.usatoday.com/sports/columnist/zillgitt/2003-04-04-zillgitt-final-four_x.htm
    cached

Results Page:
**Prev** ◀ 1 2 3 4 5 6 7 8 9 10 ▶ **Next**

**Web** | **Directory**   **News** NEW   **Yellow Pages**   **Images**

Your Search: `"get in the zone"`   [Search]   Advanced Web Search
                                              Preferences

Copyright © 2003 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Ad Feedback - Search Feedback

Search Technology provided by Google

**D0018**

Ex 21

23



Also Available → | Top Movies | Photo Galleries | Video/DVD | Browse IMDb | Independent Film

Search: [                    ] (Go!)

    ○ IMDb.com    ● Web

Showing 1 - 10 of about 4590

### "The Zone" Diet Drawbacks
www.exceptionalmen.com/getinshape     Read our FAQ for the 2 Drawbacks in The Zone Diet & Body for    Sponsored Link
Life. Aff

### In the Zone Delivery Canada - Delivering Zone Diet Meals to ...
Sorry, your browser doesn't support Java(tm). Referral Program More Info -
Click Here, Now Available "The Vegetarian Zone" More Info - Click Here. ...
http://www.inthezonedelivery.com/

### ManagerZone - Online Manager Game
Free online soccer manager game. Own, coach and manage your own football club.
Are you the best manager? Welcome to the worlds largest online manager game!
http://www.managerzone.com/

### AutoZone.com - Get in the Zone!
... Store Locator, Use our Store Locator to find an AutoZone store in your neighborhood.
Get in the Zone. Be Car Care Aware, Curious about vehicle service intervals? ...
http://www.autozone.com/

### Memory Foam Mattress Topper - TechnoScout.com
Catalog Quick Order - Enter an item number. View your Shopping Cart
0 Items in Cart, Call Us toll free 1-800-704-1209, Safe and Secure ...
http://www.technoscout.com/general/product/product.asp?product=510

### Stay in the Zone
... News. The Sport Psychology Resource For Athletes Who Want To Get In
The Zone And Stay In The Zone. :: click here for more info, How ...
http://www.stayinthezone.com/

#### Teaching people how to get in the zone and stay in the zone and ...
Testimonials: ...
http://www.stayinthezone.com/satisfied_clients.htm

### PCWorld.com - Get in the Zone
... Get in the Zone. Set IE's Security Zones to prevent private data from being
leaked. Tuesday, May 23, 2000. The Web can be a dangerous place. ...
http://www.pcworld.com/howto/article/0,aid,16852,00.asp

### Fast Company | Want an Appointment? Get in the Zone.
... Want an Appointment? Get in the Zone. Click here. From: Issue 40 | November
2000, Page 444 By: Gina Imperato Illustrations by: Stephanie Power. ...
http://www.fastcompany.com/magazine/40/clickhere.html

### BBC NEWS | Technology | Gamers get into 'The Zone'
You are in: Technology. ...

D0019

24

http://news.bbc.co.uk/2/hi/technology/2154092.stm

BSLive.org - New Album 'Get In The Zone' Out Nov 18th
... consideration. A video for the cut premieres Oct. 13 on MTV. 17 Sep
2003 by AJ - News Archives, Get In The Zone : Album tracklisting. 1 ...
http://www.bslive.org/

1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Next

Search results powered by

# Google

---

Home | Search | Now Playing | News | My Movies | Games | Boards | Help | US Movie Showtimes | Top 250 |
Register | Recommendations  | Box Office | Index | Trailers | IMDbPro.com - Free Trial | IMDb Publicity Photos

Copyright © 1990-2003 Internet Movie Database Inc.
Terms and Privacy Policy under which this service is provided to you. .
An amazon.com. company. Advertise on IMDb. License our content.

**D0020**

http://www.imdb.com/googlesearch/?q=%22get+in+the+zone%22                    9/19/2003  6472

25



Main Menu | Title | Summary | Chart | Marketing | International
Graph | Archives | Pickup | Sets | Information | Help

Back

| Title | Artist | Lbl | Cf | Rel Date | Sales |
|-------|--------|-----|----|---------|-------|
| IN THE ZONE | FINGER ROLL | BAMA | A | 02/04/97 | 694 |
| IN THE ZONE | HANFF*BILL | VIRR | A | 01/01/97 | 30 |
| IN THE ZONE | IVY QUEEN & WYCLEF JEAN | SOD | S | 10/27/98 | 14267 |
| IN THE ZONE | JEAN*EVELYN | DIGI | S | 09/01/96 | 37 |
| IN THE ZONE | TISDALE*WAYMAN | MOT | A | 08/13/96 | 84167 |





Nielsen
SoundScan

Nielsen Soundscan, a division of VNU Marketing Information, Inc.

EXHIBIT 23

D0021

**Sassoon, Daniel, Zomba NY**

| | |
|---|---|
| **From:** | Daniel Sassoon |
| **Sent:** | Thursday, October 09, 2003 7:09 PM |
| **To:** | 'don.rawlins@autozone.com' |
| **Cc:** | Dan Zucker; 'Vivien Lewit' |
| **Subject:** | RE: Britney - In the Zone |

Dear Don:
Sorry for the delay (I've had a family emergency that is ongoing right now). Although I
had planned to send something a little more formal, I wanted to get back to you quickly,
particularly given the pleasant, good faith nature of our discussions. So, I am writing
informally now to confirm our discussion wherein I told you that we were planning on
changing the title for Britney's upcoming album to "In the Zone". Although I'm trying to
be informal and quick in this e-mail, I'm still a lawyer at heart so I feel compelled to
restate our position that: (a) we did not (and do not) believe that using the title "Get
in the Zone" for a music record would infringe in any way upon your clients' alleged
trademark to the phrase (I say alleged b/c I have not independently researched this), (b)
we appreciate your reaching out and calling us to engage in good faith discussions to
express your concerns, (c) we have officially changed the title of Britney's album to "In
the Zone", (d) you indicated that your clients had no issues with the title "In the Zone"
as an album title, and (e) we do not believe there is any basis for your client to make a
good faith objection to the use of the title "In the Zone" based on its alleged trademark
or otherwise. Based on our discussions, I hope and expect that we can cross this off our
respective "to do" lists, but I must nevertheless reserve all of Zomba and Britney Spear's
rights and remedies (again, sorry for the formality...).
Best regards,
Daniel

-----Original Message-----
From: don.rawlins@autozone.com [mailto:don.rawlins@autozone.com]
Sent: Thursday, October 09, 2003 4:59 PM
To: daniel.sassoon@zomba.com
Subject: RE:


When can I expect your letter?


Donald R. Rawlins
Vice President &
Assistant General Counsel
AutoZone, Inc.
123 South Front Street
Memphis, TN 38103-3607
(901) 495-7967
Fax (901) 495-8316
don.rawlins@autozone.com

Relentlessly creating the most exciting Zone for vehicle solutions!




| | | | |
|---|---|---|---|
| | Daniel Sassoon | | |
| | &lt;daniel.sassoon@z | To: | "'don.rawlins@autozone.com'" |
| &lt;don.rawlins@autozone.com&gt; | | | |
| | omba.com&gt; | cc: | |
| | | Subject: | RE: |
| | 10/01/2003 02:07 | | |
| | PM | | |

**D0026**

Cr 24

27

**EXHIBIT 24**

Thanks for the info. I'll try to get you something by the end of the week. For your records, my info is: Daniel Sassoon Vice President, Business Affairs Zomba Recording Corporation 135-137 West 25th Street NY, NY 10001
Tel: 212-824-1710

Again, thank you for reaching out by phone and your courtesy on this matter. Best regards, Daniel

-----Original Message-----
From: don.rawlins@autozone.com [mailto:don.rawlins@autozone.com]
Sent: Wednesday, October 01, 2003 3:07 PM
To: daniel.sassoon@zomba.com
Subject:


Donald R. Rawlins
Vice President &
Assistant General Counsel
AutoZone, Inc.
123 South Front Street
Memphis, TN 38103-3607
(901) 495-7967
Fax (901) 495-8316
don.rawlins@autozone.com

Relentlessly creating the most exciting Zone for vehicle solutions!

------------------------------------------------------------------------
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.


------------------------------------------------------------------------
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

D0027  0424

28



EXHIBIT 26

CX 26
29



1. Me Against The Music *featuring Madonna*
2. (I Got That) Boom Boom *featuring*
   *Ying Yang Twins*
3. Showdown
4. Breathe On Me
5. Early Mornin'
6. Toxic
7. Outrageous
8. Touch Of My Hand
9. The Hook Up
10. Shadow
11. Brave New Girl
12. Everytime
BONUS REMIX:
13. Me Against The Music
   *featuring Madonna*
   *Rishi Rich's Desi Kulcha Re*

Management: Larry Rudolph

8 2876-53748-2 8

CV.26
30



137-139 West 25th Street
New York, NY 10001
Telephone: 212-727-0016
Fax: 212-206-1088

# BRITNEY SPEARS

### "Toxic" impacts radio January 12
### *In The Zone* 2X Platinum
## The ONYX HOTEL TOUR 2004
### Kicks off in San Diego March 2nd

**New York – January 7, 2004** – Britney Spears' hotly anticipated tour, in support of her new album "In The Zone", has been named the *Onyx Hotel Tour* and will kick off in San Diego on March 2nd and travel to more than 25 cities around the U.S. and Canada.

Britney's set design will be based on the mysterious theory of the Onyx stone. The Onyx Hotel is a unique, mysterious hotel powered by an onyx stone. Each guest who enters this hotel shines their own light into the onyx, and in return, makes their fantasies come to life. It's a vibrant, whimsical place where wondrous dreams are realized, and the darkest of secrets are revealed.

Britney expressed, "I'm especially looking forward to bringing my tour to new markets and performing in front of fans that may not have had the opportunity to see any of my previous tours."

For her fans, the *Onyx Hotel Tour* will be an incredible experience not to be missed. Tickets for Britney Spears – Onyx Hotel Tour 2004 – are on sale in select markets. Check local listings for on sales, dates and times.

Britney is pleased to announce Kelis as a special guest on her tour. "'Milkshake' is one of my favorite new songs, and I am so excited that Kelis, who is so talented, has agreed to open the Onyx Hotel Tour for me."

Spears newest video "Toxic" will make its world premier on MTV's "Making the Video" on Tuesday, January 13th 6:30pm EST. "Toxic" will debut on MTV's TRL January 15th at 7:00pm EST.

London Office: Zomba House, 165-167 High Road, Willesden, London NW 10 2SG, England, Telephone: (44) 181-459-8899, Fax: (44) 181-451-3900
European Office: Zomba Record Holdings B.V., Hoefloo 24, 1251 EB Laren (N.H.), Holland, Telephone: (31) 3553-16314, Fax: (31) 3553-16785
Los Angeles Office: 9000 Sunset Boulevard, Suite 300, Los Angeles, CA 90069, Telephone: (310) 247-8366
A ZOMBA COMPANY

D0049   *CX 27*

EXHIBIT 27

30



137-139 West 25<sup>th</sup> Street
New York, NY 10001
Telephone: 212-727-0016
Fax: 212-206-1088

*In The Zone* DVD will be in stores on March 23, 2004.

Spears will also perform in Portugal at the Rock In Rio Festival on June 5<sup>th</sup>. Additional international dates for The Onyx Hotel Tour will be announced shortly.

A portion of all ticket sales will be donated to The Britney Spears Foundation. Designed to benefit deserving youth, The Britney Spears Foundation supports the annual Britney Spears Camp for the Performing Arts. The annual camp includes 130 boys and girls who participate in performing arts workshops and master classes. For more information on Britney Spears, The Britney Spears Foundation or Britney's fan club please visit *www.britneyspears.com*.

Britney Spears
Onyx Hotel Tour 2004
North American Itinerary

| | | |
|---|---|---|
| March 2 | San Diego | San Diego Sports Arena |
| March 3 | Phoenix | Glendale Arena |
| March 5 | Fresno | Savmart Arena |
| March 6 | Las Vegas | MGM Grand |
| March 8 | Los Angeles | Staples Center |
| March 9 | Oakland | Oakland Arena |
| March 11 | Portland | Rose Garden Arena |
| March 12 | Seattle | Key Arena |
| March 15 | Denver | Pepsi Center |
| March 17 | Omaha | Quest Center |
| March 18 | Moline | Mark The Quad |
| March 19 | Chicago | Allstate Arena |
| March 21 | Detroit | Palace of Auburn Hills |
| March 23 | Atlanta | Philips Arena |
| March 24 | Columbia | Colonial Center |
| March 25 | Jacksonville | Jacksonville Arena |
| March 28 | Miami | American Airlines Arena |
| March 29 | Orlando | TD Waterhouse Centre |
| March 31 | Philadelphia | Wachovia Center |
| April 1 | Cleveland | Gund Arena |
| April 3 | Toronto | Air Canada Centre |
| April 4 | Montreal | Bell Centre |
| April 6 | Manchester | Verizon Wireless Arena |
| April 8 | Providence | Dunkin' Donuts Center |
| April 10 | East Rutherford | Continental Airlines Arena |

London Office: Zomba House, 165-167 High Road, Willesden, London NW 10 2SG, England, Telephone: (44) 181-459-8899, Fax: (44) 181-451-3900
European Office: Zomba Record Holdings B.V., Hoefloo 24, 1251 EB Laren (N.H.), Holland, Telephone: (31) 3553-16314, Fax: (31) 3553-15785
Los Angeles Office: 9000 Sunset Boulevard, Suite 300, Los Angeles, CA 90069, Telephone: (310) 247-8366
A ZOMBA COMPANY



137-139 West 25th Street
New York, NY 10001
Telephone: 212-727-0016
Fax: 212-206-1088

*Itinerary subject to change. Check your local listing for on sales, dates and times.

For more information about Britney Spear contact:
Sonia Muckle
Jive Records
212-824-1370

For more information about Britney Spears Tour contact:
Lori Berk
Jive records
212-824-1885
lori.berk@jiverecords.com

London Office: Zomba House, 165-167 High Road, Willesden, London NW 10 2SG, England, Telephone: (44) 181-459-8899, Fax: (44) 181-451-3900
European Office: Zomba Record Holdings B.V., Hoefloo 24, 1251 EB Laren (N.H.), Holland, Telephone: (31) 3553-16314, Fax: (31) 3553-16785
Los Angeles Office: 9000 Sunset Boulevard, Suite 300, Los Angeles, CA 90069, Telephone: (310) 247-8366
A ZOMBA COMPANY

D0051   GA 27
32