USDC SCAN INDEX SHEET

















CAG   11/24/04   12:03

3:04-CV-00326   LITE BREEZE INC V. SPEARS

*52*

*DECL.*

ORIGINAL

1  Peter J. Anderson, Esq., SBN 088891
   LAW OFFICES OF PETER J. ANDERSON, A P.C.
2  100 Wilshire Boulevard, Suite 2010
   Santa Monica, CA 90401
3
   Tel: (310) 260-6030
4  Fax: (310) 260-6040

5  Attorney for Defendants BRITNEY SPEARS,
   CLEAR CHANNEL ENTERTAINMENT
6  TELEVISION HOLDINGS, INC.,
   SIGNATURES NETWORK, INC.,
7  ZOMBA RECORDING CORP. and
   BRITNEY BRANDS, INC.
8
   Bruce Isaacs, Esq. SBN 100926
9  WYMAN & ISAACS LLP
   8840 Wilshire Blvd., Second Floor
10 Beverly Hills, CA  90211

11 Tel:  (310) 358-3221
   Fax:  (310) 358-3224
12
   Attorney for Defendant
13 ZOMBA RECORDING CORP.

```
FILED

NOV 2 3 2004

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

14                UNITED STATES DISTRICT COURT

15              SOUTHERN DISTRICT OF CALIFORNIA

16 LITE BREEZE, INC., a California      )  Case No. '04 CV 0326 DMS (JFS)
   Corporation,                         )
17                                       )  DECLARATION OF
                 Plaintiff,              )  PETER J. ANDERSON IN SUPPORT
18                                       )  OF DEFENDANTS' MOTION FOR
          vs.                            )  SUMMARY JUDGMENT OR
19                                       )  PARTIAL SUMMARY JUDGMENT
   BRITNEY SPEARS, an individual; CLEAR )
20 CHANNEL ENTERTAINMENT               )
   TELEVISION HOLDINGS, INC., a Delaware )  Date:  January 21, 2005
21 Corporation; SIGNATURES NETWORK,     )  Time: 2:30 p.m.
   INC., a California Corporation; ZOMBA )
22 RECORDING CORPORATION, dba JIVE      )       Courtroom of the Honorable
   RECORDS, a New York Corporation;      )            Dana M. Sabraw
23 BRITNEY BRANDS, INC., a Louisiana     )       United States District Judge
   Corporation, and DOES 1-10,           )
24                                       )
                 Defendants.             )
25                                       )
26

27

28

DECLARATION OF PETER J. ANDERSON                                04CV0326

# TABLE OF CONTENTS

DECLARATION OF PETER J. ANDERSON..............................................................1

1.    INTRODUCTION....................................................................................1

2.    THE DEPOSITION TESTIMONY OF RODD GARDNER, PLAINTIFF'S SOLE
      OWNER AND OFFICER..........................................................................1

      (a)    Mr. Gardner Is Plaintiff's Sole Owner And Officer...............................2

      (b)    Mr. Gardner's Admission That "In The Zone" Is A Common Phrase In The
             English Language, Meaning A Special, Superlative Performance................3

      (c)    Plaintiff's Use Of Its Registered Mark For Inexpensive Custom-Printed T-Shirts
             For Athletic Teams And Special Events...............................................4

      (d)    Plaintiff's Claimed Use Of "In The Zone" As A Mark For Musical
             Performances And Records............................................................9

             (1)    *Plaintiff's Allegations And January 15, 2004 USTPO Application Stating
                    That Plaintiff Intended To Start Using "In The Zone" In The Future As A
                    Mark For Musical Performances And Records*..............................9

             (2)    *Plaintiff's Amendment To Allege Use Of "In The Zone" As A Mark For
                    Musical Performances And "Promotion" Of Musical Concerts" Since
                    1994*...........................................................................12

             (3)    *Plaintiff's Claimed Use Of "In The Zone" In Connection With Live
                    Musical Performances*.......................................................12

                    i.     "The Zone": Plaintiff's 1993-95 Financial Interest In A Gym In
                           Illinois Where Bands Sometimes Played At Night...................12

                    ii.    Plaintiff's Claimed Use Of "In The Zone" For Music Performances
                           And "Promoting" Concerts............................................16

                    iii.   Plaintiff's Involvement In The Homemade "Los Mariachis" CD That
                           A Team In The "Over The Line" Tournament Gave Away............21

      (e)    Plaintiff's Admission That It Would Be Difficult To Refer To The Britney
             Spears In The Zone Album Without Using The Phrase "In The Zone"..........28

i

3.   PLAINTIFF'S VERIFIED DISCOVERY RESPONSE CONFIRMING, *INTER ALIA*, PLANTIFF HAS NO DOCUMENTARY EVIDENCE OF THE ALLEGED LIKELIHOOD OF CONFUSION AND SECONDARY MEANING IN THE MUSIC FIELD..................................................................................29

4.   THE PHRASE "IN THE ZONE"........................................................30

    (a)   Use Of The Phrase "In The Zone"..................................30

    (b)   Prior Use Of "In The Zone" In Album And Song Titles........................31

    (c)   Other Uses Of "In The Zone" As A Title And In Literary And Other Works..................................................................32

    (d)   Other Uses Of "In The Zone" As A Mark........................34

5.   MISCELLANEOUS........................................................38

Exhibit 1..................................................................................39

Exhibit 3..................................................................................43

Exhibit 7..................................................................................44

Exhibit 11..................................................................................56

Exhibit 12..................................................................................58

Exhibit 17..................................................................................66

Exhibit 18..................................................................................69

Exhibit 43..................................................................................71

Exhibit 44..................................................................................73

Exhibit 45..................................................................................74

Exhibit 46..................................................................................77

Exhibit 47..................................................................................81

Exhibit 48..................................................................................83

ii

DECLARATION OF PETER J. ANDERSON                    04CV0326

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 49 ................................................................................................................88

Exhibit 50................................................................................................................99

Exhibit 51................................................................................................................100

Exhibit 52................................................................................................................102

Exhibit 53................................................................................................................103

Exhibit 54................................................................................................................118

Exhibit 55................................................................................................................129

Exhibit 56................................................................................................................141

Exhibit 57................................................................................................................144

Exhibit 58................................................................................................................145

Exhibit 59................................................................................................................146

Exhibit 60................................................................................................................148

Exhibit 61................................................................................................................153

Exhibit 62................................................................................................................159

Exhibit 63................................................................................................................163

Exhibit 64................................................................................................................168

Exhibit 65................................................................................................................172

Exhibit 66................................................................................................................176

Exhibit 67................................................................................................................180

Exhibit 68................................................................................................................185

Exhibit 69................................................................................................................189

Exhibit 70................................................................................................................193

iii

DECLARATION OF PETER J. ANDERSON                                    04CV0326

Exhibit 71.................................................................................197

Exhibit 72.................................................................................201

Exhibit 73.................................................................................209

Exhibit 74.................................................................................213

Exhibit 75.................................................................................216

Exhibit 76.................................................................................220

Exhibit 77.................................................................................224

Exhibit 78.................................................................................229

Exhibit 79.................................................................................233

Exhibit 80.................................................................................237

Exhibit 81.................................................................................241

Exhibit 82.................................................................................245

Exhibit 83.................................................................................249

Exhibit 84.................................................................................252

Exhibit 85.................................................................................256

Gardner Deposition Excerpts.................................................................257

iv

*DECLARATION OF PETER J. ANDERSON*                                    04CV0326

<u>DECLARATION OF PETER J. ANDERSON</u>

I, Peter J. Anderson, declare:

1.   <u>INTRODUCTION.</u>

1.     I am an attorney admitted to practice before this Court and all Courts of the State of California.  I have personal knowledge of the following facts and I could competently testify to these facts if called upon to do so.

2.     I represent defendants Britney Spears, Clear Channel Entertainment Television Holdings, Inc. ("Clear Channel"), Signatures Network, Inc. ("Signatures"), Zomba Recording Corp. ("Zomba"), Britney Brands, Inc. ("Britney Brands") and Britney Touring, Inc. ("Britney Touring") (collectively, "defendants") in this action.  This Declaration is submitted in support of defendants' Motion for Summary Judgment or, in the alternative, Partial Summary Judgment.

2.   <u>THE DEPOSITION TESTIMONY OF RODD GARDNER, PLAINTIFF'S SOLE OWNER AND OFFICER.</u>

3.     On August 6 and 9, 2004 I served on plaintiff's counsel in this action a Notice and an Amended Notice, respectively, of the deposition of Rodd Gardner.  Pursuant to the Notice and Amended Notice and the Magistrate Judge's August 24, 2004 Minute Order in this action, an initial session of the deposition of Mr. Gardner proceeded on September 2, 2004, in San Diego, California.  I attended that deposition and questioned Mr. Gardner, as did Bruce Isaacs, Esq., who also represents Zomba in this action.  At the conclusion of that session of the deposition and in Mr. Gardner's presence, plaintiff's counsel, Kathleen Walker, Esq., stipulated that Mr. Gardner would have 30 days to review and correct the transcript of

1

DECLARATION OF PETER J. ANDERSON                                              04CV0326

that session of his deposition.  On October 20, 2004 I received a letter from Ms. Walker advising that Mr. Gardner made no changes to the transcript of the session of his deposition and that he had signed the verification page.

5.    To assist the Court in reviewing Mr. Gardner's deposition testimony that is offered in support of defendants' Motion, this Declaration quotes the deposition testimony as it relates to various topics.  A true and correct copy of the actual pages of the transcript of Mr. Gardner's deposition where the testimony appears, along with a copy of the signed verification page I received from Ms. Walker, is also attached to this Declaration.

(a)    <u>Mr. Gardner Is Plaintiff's Sole Owner And Officer.</u>

6.    Mr. Gardner testified that he is the sole owner and officer of plaintiff, which was formed in the 1980's:

    Q.    When was Lite Breeze formed?

    A.    Lite Breeze was established in the mid-'80s.

    Q.    And Lite Breeze, Inc. was incorporated when?

    A.    I do not remember that day.

    Q.    Who owns Lite Breeze, Inc.?

    A.    I do.

                    . . .

    Q. …  Since the incorporation of Lite Breeze, Inc., have there been any other owners of that corporation?

    A.    I don't believe so.

    Q.    Who are the officers of Lite Breeze?

    A.    I am.

    Q.    And since 1989, have there been any other officers of Lite Breeze?

    A.    Since '89?

2

DECLARATION OF PETER J. ANDERSON                                          04CV0326

1   Q. Let me do it this way:  Since the incorporation of Lite Breeze.

2   A. There may have been.  Don't recall.

3 Gardner Depo. at 7, line 17, to 8, line 13.

4

5  (b) Mr. Gardner's Admission That "In The Zone" Is A Common Phrase In The

6   English Language, Meaning A Special, Superlative Performance.

7

8  7. Plaintiff alleges in its Third Amended Complaint that plaintiff uses "in the

9 zone" as a trademark.  At his deposition, Mr. Gardner testified that "in the zone" is a common

10 phrase in the English language:

11   Q. ...  Aside from its use in the market, "in the zone" is a phrase in the English

12  language, correct?

13   A. I believe so.

14   Q. When did you first hear the phrase "in the zone" used?

15   A. I don't know that I ever heard it before I used it when I was eight years

16  old.

17   Q. In what context did you use it when you were eight years old?

18   A. When I was a pitcher and played Little League baseball.

19   Q. And how did you use the phrase?

20   A. Well, we used it for two reasons at that time.  But basically we used it as a

21  -- as a higher level of performance, sometimes even unconscious, that basically might

22  be better than you can normally be, and usually achieved by great will and practice.

23   Q. What year was this?  What years?  What time period?

24   A. Approximately 1969.

25   Q. And what's the other meaning of "in the zone"?  In the strike zone?

26   A. Correct.

27       ...

28

DECLARATION OF PETER J. ANDERSON         04CV0326

1    Q.    Have you ever heard the phrase "in the zone" used by a sportscaster to
2    describe an athlete's performance?

3    A.    I have.

4    Q.    How many times?

5    A.    Possibly hundreds.

6    ...

7    Q.    What does the phrase "in the zone" mean to you?

8    A.    I think that for me, it means a higher level of performance that is almost
9    subconscious, that happens at a moment in time when body, mind, and soul become
10   one.

11   Q.    Did you decide to use the phrase on sportswear as a description of a higher
12   level of performance, as you have described it?

13   A.    Yes.

14   Q.    Does it -- does the phrase have that meaning when Lite Breeze uses it on a
15   T-shirt?

16   A.    Yes.

17   Gardner Depo. at 30, line 19, to 31, line 16, at 32, lines 3-8, & line 17 to 33, line 4.

18

19   (c)    Plaintiff's Use Of Its Registered Mark For Inexpensive Custom-Printed T-Shirts
20          For Athletic Teams And Special Events.

21

22   8.    Plaintiff alleges in each of its pleadings that in 2001 the United States Patent
23   and Trademark Office (the "USPTO") granted plaintiff registrations for "in the zone" as a
24   trademark for use in connection with t-shirts, sweatshirts, sweatpants, shorts and tanktops. A
25   copy of the two registrations is attached to plaintiff's pleadings and for the Court's
26   convenience a copy is attached to this Declaration as Exhibits 17 and 18. Mr. Gardner testi-
27   ///
28   ///

4

DECLARATION OF PETER J. ANDERSON                                    04CV0326

fied that plaintiff uses "in the zone" for custom-printed athletic clothing that it sells to coaches, schools, clubs and organizers of special events.  He testified:

> Q.   Does Lite Breeze sell athletic clothing and sporting team uniforms?
>
> A.   It does.
>
> Q.   To whom does it sell them?
>
> A.   It sells them to catalogs and coaches and special events and schools and clubs and organizations and institutions and -- the list goes on.  That's all I can say.

Gardner Depo. at 10, line 21, to 11, line 3.

9.   Mr. Gardner testified that plaintiff sells custom-printed t-shirts with the mark "in the zone" to teams and directly to organizers of certain special events, as opposed to retail sales.  He testified:

> Q.   I went to GiantSportsFactory.com and it does say in a pull-down tab that it has In The Zone brand sportswear, but when I clicked on that, nothing happened and I couldn't find any In The Zone brand sportswear on that site.  Is there any In The Zone sportswear offered on that site?
>
> A.   Certainly.  We are not very good at building web sites, but we have done the best we can to show our apparel.  You can go to the camp section and you can see camp shirts that are sold.  Most of the merchandising that Lite Breeze does under the name In The Zone now is very specific to the group, organization, or event with -- which is using it to either profit or -- or promote.  We really don't produce a lot of goods today specifically for retail merchandising.
>
> Q.   You don't produce a lot of In The Zone market clothing for retail merchandising; is that what you're saying?
>
> A.   We don't produce a lot of it for specific retail merchandising, that's correct.
>
> Q.   Okay.  Thank you.  And what did you mean that most of what you do is for groups, organizations, or events?

5

DECLARATION OF PETER J. ANDERSON                                    04CV0326

1    A.    Well, we are in the decorating business, and decorating could be

2    embroidery, decorating could be silk-screening.  It could be heat stamping.  There's a

3    lot of ways to decorate your products.  And depending on the use or needs of our

4    customer base, they might have a particular need for a camp or for an event, and they

5    will come to us and ask us to customize.  Because we come from the silk-screening

6    industry, we know how to customize products which would be really a multilevel type

7    of branding where it might say Ohio State or Notre Dame or Michigan State and also

8    say In The Zone on the same products.

9    Q.    When you say "in the decorating business," you mean decorating clothing,

10    T-shirts, and the like?

11    A.    I am talking about the clothing business, right.

12    Q.    And how long has it been that Lite Breeze has focused on the group

13    organization and event buyers?

14    A.    Since its inception.

15    Gardner Depo. at 13, line 18, to 15, line 10.

16

17    10.    Mr. Gardner testified that plaintiff sells its custom-printed t-shirts through the

18    Internet and directly to organizers of special events.  As to Internet sales, he testified that

19    plaintiff's "in the zone" clothing marked "in the zone" is sold only through the Internet site,

20    giantsportsfactory.com, that he and plaintiff own:

21    Q.    Is GiantSportsFactory.com a Lite Breeze site?

22    A.    Site as in?

23    Q.    Web site.  Internet site.

24    A.    GiantSportsFactory.com is owned by Lite Breeze, Incorporated and Rodd

25    Garner.

26                                             …

27    Q.    To your knowledge, are there any other sites other than GiantSports-

28    Factory.com that is selling what you would refer to as In The Zone apparel?

6

DECLARATION OF PETER J. ANDERSON                                      04CV0326

1          A.   As far as I know today, that is the only site.

2   Gardner Depo. at 12, lines 11-16, & at 13, lines 13-17.

3

4          11.   The home page of plaintiff's and Mr. Gardner's giantsportsfactory.com site lists

5   custom-printed t-shirts for $2.69 to $2.99 and states:

6

7                "Save up to 40% on T-Shirts, Uniforms and Sports Gear,

8                   for Teams, Camps, Clubs, Events, Corporate and Charities"

9

10  The home page of giantsportsfactory.com also states "You are 'In the Zone' at the Giant

11  Sports Factory," and includes a logo consisting of a large "G" encircled with the words:

12

13                 "Giant Sports Factory Home of the $3 T-shirt"

14

15  The main page upon "entry" to plaintiff's and Mr. Gardner's site is headed:

16

17                "SPORTING GOODS 'FACTORY DIRECT'

18                   AT VOLUME DISCOUNT PRICES"

19

20  A true and correct copy of the home page of giantsportsfactory.com and the main page upon

21  "entry" to the site is attached to this Declaration as Exhibit 43.

22

23         12.   Plaintiff produced in this action a canvas banner approximately a foot high and

24  five feet long, that states "$3 Custom T-shirts InTheZone.com" and which Mr. Gardner

25  testified is placed at special events where plaintiff's custom-printed t-shirts are sold.   Plain-

26  ///

27  ///

28  ///

7

DECLARATION OF PETER J. ANDERSON                                    04CV0326

1  tiff's counsel also recently produced photocopies of Polaroid photographs of items, including

2  the banner, produced at the deposition.  Attached to this Declaration as Exhibit 44 is a true

3  and correct copy of the photocopy I received from plaintiff's counsel of a Polaroid

4  photograph of the banner.  Mr. Gardner testified:

5           Q.    Ms. Walker also produced this banner which says, "$3 Custom T-shirts

6       InTheZone.com."  When was this banner created?

7                                              …

8           A.    Between '88 and -- I'm sorry, between '98 and 2000.

9           Q.    How has this banner been used?

10          A.    To the best of my knowledge, it's been placed at sporting events, it's been

11      placed at parades, jazz festivals, Over-The-Line tournaments, and I'm sure many more.

12          Q.    But those are all the ones that you have knowledge about?

13          A.    Those are the ones I know about, right.

14          Q.    Okay.  And did you place the banner at any of these events?

15          A.    I did not.

16          Q.    Who did?

17          A.    Banners like those are usually placed by a gentleman by the name of Bob

18      Ruane.  B-o-b, R-u-a-n-e.

19          Q.    Mr. Ruane is a sales rep for Lite Breeze?

20          A.    Mr. Ruane is a private contractor who is hired by Lite Breeze, Incorporated

21      to represent In The Zone promotion and merchandising.

22  Gardner Depo. at 16, lines 2-4, & at 16, line 8, to 17, line 2.

23

24       13.    Although the banner plaintiff produced at the session of Mr. Gardner's

25  deposition refers to "inthezone.com," in the testimony quoted above at paragraph 10 Mr.

26  Gardner testified that as far as he knows his and plaintiff's giantsportsfactory.com web site is

27  the only Internet web site selling plaintiff's "in the zone" apparel.  At the outset of this case I

28  tried going to inthezone.com but the page said the site was under construction.  Subsequently,

8

DECLARATION OF PETER J. ANDERSON                                    04CV0326

plaintiff has used the cite to re-direct visitors to one of plaintiff's press releases:

> Q.   It refers to www.InTheZone.com.  If you go to that site, isn't it correct that what you do -- what you get is your -- you are kicked over to the press release that Lite Breeze issued?
>
> A.   Correct.  Yes.

Gardner Depo. at 84, lines 19-23.  A true and correct copy of that press release is attached as Exhibit 1 to this Declaration.

14.   Plaintiff also produced a document that refers to plaintiff's "in the zone" mark as "The Trademark in Sports."  A true and correct copy of the document, marked Exhibit 3, is attached to this Declaration.  Mr. Gardner testified:

> Q.   I am going to ask that the court reporter mark as Exhibit 3 a copy of one of the documents that Ms. Walker produced this morning.  Have you seen this before?
>
> A.   Yes.
>
> Q.   What is this?
>
> A.   This is a document that represents logos that have been preapproved by our company, Lite Breeze, that assists us in policing and promoting our brand.

Garder Depo. at 21, line 22, to 22, line 5.

(d)   Plaintiff's Claimed Use Of "In The Zone" As A Mark For Musical Performances And Records.

(1)   Plaintiff's Allegations And January 15, 2004 USTPO Application Stating That Plaintiff Intended To Start Using "In The Zone" In The Future As A Mark For Musical Performances And Records.

15.   After the November, 2003 release of the Britney Spears In the Zone album and after the announcement of the Britney Spears concert tour, which was initially referred to as

9

the Britney Spears In the Zone Tour 2004, plaintiff filed with the USPTO on January 15, 2004, an application to register "in the zone" as plaintiff's mark for use in connection with "Phonograph records featuring music, pre-recorded audio cassettes and compact disc featuring music; pre-recorded video tapes featuring music performances; magnetically encoded phone cards" and "Entertainment services in the nature of live performances by a musical artist."  Plaintiff's application did not state that plaintiff had already been using "in the zone" for any of these purposes.  Instead, plaintiff filed an "intent to use" application stating that plaintiff "has a bona fide intention to use" "in the zone" for these purposes in the future.  A true and correct copy of one of plaintiff's January 15, 2004 "intent to use" application is attached to this Declaration as Exhibit 12.

16.   Plaintiff's January 15, 2004 "intent to use" application, which was produced by Ms. Walker in this case, indicates that the application was signed electronically by Mr. Gardner, as the person declaring the truth of the application's statements, including the statement that plaintiff intended to use "in the zone" as a mark for albums, musical performances and these other purposes in the future.  Mr. Gardner testified:

> Q.   Let me mark as Exhibit 12 a copy of a document that was produced today by your counsel which says at the top, "United States Patent and Trademark Office."
>
> ...
>
> Q.   Let's go to the third page.  It's got a place for an electronic signature, "Rodd Garner, January 15, 2004."  Do you see that?
>
> A.   Yes, I do.
>
> Q.   Does it refresh your memory that in January of 2004 you applied to the trademark office to register a trademark?
>
> A.   I do recall Peter [Hahn, plaintiff's other counsel] supplying me with trademark information that I needed to sign.
>
> Q.   And did you --

10

DECLARATION OF PETER J. ANDERSON                                      04CV0326

1        A.    I just don't remember this being the application.  But there's my name on

2    it.  So --

3        Q.    Do you have any reason to doubt that you signed this application

4    electronically?

5        A.    No.

6        Q.    By "Peter," you mean Peter Hahn?

7        A.    Correct.

8    Gardner Depo. at 98, lines 20-23, & at 99, lines 7-24.

9

10       17.    Plaintiff's initial Complaint filed in this action on February 17, 2004 alleges at

11   page 4, paragraph 15:

12            "15.    In addition, *as of the date of the filing of this Complaint*, Plaintiff

13       is actively engaged in expanding its use of the IN THE ZONE mark in

14       connection with *musical recordings* in interstate commerce throughout the

15       United States including in the State of California."

16   (Emphasis added.)  Plaintiff's First Amended Complaint filed in this action on May 14, 2004,

17   repeats the exact same allegation at page 4, paragraph 15:

18            "15.    In addition, *as of the date of the filing of this Complaint*, Plaintiff

19       is actively engaged in expanding its use of the IN THE ZONE mark in

20       connection with *musical recordings* in interstate commerce throughout the

21       United States including in the State of California."

22   (Emphasis added.)

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

11

DECLARATION OF PETER J. ANDERSON                                           04CV0326

(2)    *Plaintiff's Amendment To Allege Use Of "In The Zone" As A Mark For Musical Performances And "Promotion" Of Musical Concerts" Since 1994.*

18.    In August, 2004, plaintiff sought leave to file a Second Amended Complaint adding Britney Brands as a defendant.  Plaintiff did not disclose in its Motion that, in addition, plaintiff's Second Amended Complaint also changed plaintiff's prior allegations of plaintiff's use of the mark "in connection with musical recordings."  The Second Amended Complaint alleges at page 4, paragraph 15:

> "16.    In addition, *as early as 1994*, Plaintiff has actively engaged in expanding its use of the IN THE ZONE mark in connection with *musical performances and promotion of musical concerts* in interstate commerce throughout the United States including in the State of California."

(Emphasis added.)  Leave to file the amendment was granted September 12, 2004 by Magistrate Stiven, pursuant to his Order of that date.  Plaintiff includes the same new paragraph 16 at page 4 of plaintiff's Third Amended Complaint filed November 18, 2004.

(3)    *Plaintiff's Claimed Use Of "In The Zone" In Connection With Live Musical Performances.*

i.    *"The Zone": Plaintiff's 1993-95 Financial Interest In A Gym In Illinois Where Bands Sometimes Played At Night.*

19.    Plaintiff produced in this action a copy of a photograph depicting a sign reading "The Zone -- Restaurant - Deli - Bar," below which is a banner referring to a performance by Edgar Winter.  A true and correct copy of that photograph along with others plaintiff produced, is attached to this Declaration as Exhibit 7.  Mr. Gardner testified that these photographs are from 1993-95, when he believes plaintiff was "financially involved" in two

12

DECLARATION OF PETER J. ANDERSON              04CV0326

1   buildings in Manteno, Illinois.  He testified that one building had a restaurant, deli and "sports

2   bar," while the other building had an "athletic center" that was used for live musical

3   performances at night, and which bore the sign "Prepare to be Rocked."  Mr. Gardner testified

4   that plaintiff sold its interest in the two buildings nine years ago:

5       Q.   Exhibit 7.  Let me place in front of you a copy of some photographs that

6   Lite Breeze has produced.  Have you seen these photographs before?

7       A.   Yes.

8       Q.   When were these photographs taken?

9       A.   19 -- this is approximately -- '93, '94, '95.

10                  …

11       Q.   Where were they taken?

12       A.   In Manteno, Illinois.

13       Q.   The first page refers to The Zone restaurant, deli, sports bar.  What was

14   The Zone?

15       A.   The Zone is a specific part of the complete venue that I purchased for Lite

16   Breeze, Incorporated back in approximately 1993 that included a restaurant, a deli, a

17   sports bar, an athletic center, and a concert venue.

18       Q.   What do you mean "athletic center"?  What do you mean by that?

19       A.   Athletic center, like you might see at a major college that has both staging

20   and possibly a nice floor that could be used for basketball and also volleyball when it's

21   not being used for special events.

22                  …

23       Q.   Did this complete venue have a marquee?

24       A.   Over and beyond the signage that you are seeing?

25       Q.   Yes.  The signage that refers to the restaurant, the deli, and the sports bar.

26       A.   I believe one of the pictures shows a marquee.  There's a marquee that was

27   in one of the photos that says, "Prepare To Be Rocked," is what it looks like it says.

28       MS. WALKER:  Reference the number.

13

DECLARATION OF PETER J. ANDERSON                                                04CV0326

1      MR. ANDERSON: LB 00025.

2      Q. ...  Was that a permanent part of that building or was that -- I can't tell from

3   the photograph -- or was that a banner that was placed in front, for example?

4      A.   That's permanent signage.

5      Q.   The only thing it said was, "Prepare To Be Rocked"?

6      A.   In this particular photo, yes.

7                                          ...

8      Q. ...  Was there a separate entrance for the restaurant separate from the concert

9   venue?

10     A.   There's multiple doors in each building, and both buildings are attached by

11   a tunnel.

12     Q.   So there's two buildings?

13     A.   There's two complete buildings, yes.

14     Q.   And the restaurant, sports bar, and deli were in one building?

15     A.    Restaurant, sports bar, and deli, yes, were in one building, and the concert

16   hall was in the other building.

17     Q.     And the athletic hall, I believe you referred to, was that in the same

18   building as the athletic center?

19     A.    Is in the same building as the concerts, correct.  If I'm not being clear, the

20   athletic center is the -- what we used the concert venue for during the daytime, and at

21   the nighttime we converted it into concert seating and staging.

22     Q.     Thank you.  I didn't catch that.  Thank you for clarifying that.  One

23   building had an athletic center that was used for concerts at night, the other building

24   had the restaurant, the bar -- the sports bar, and the deli?

25     A.   Correct.

26                                          ...

27     Q.   When you said you purchased [the two buildings] for Lite Breeze, was Lite

28   Breeze the owner?

                                          14

DECLARATION OF PETER J. ANDERSON                                    04CV0326

1         A.   I don't recall the exact documents, but I believe Lite Breeze, Incorporated

2 was financially involved.

3         Q.   Is Lite Breeze, Incorporated still financially involved in The Zone?

4         A.   In this particular project?

5         Q.   The Zone.  Yes.

6         A.   Well, this project has been sold.

7         Q.   When was it sold?

8         A.   In 1995 or '96.

9                                                 ...

10         Q.   Do you have a financial interest in the -- what you refer to as a complete

11 venue that was called The Zone?

12         A.   Today, no.

13         Q.   Have you had any financial interest in what you have described as a

14 complete venue called The Zone since '95 or '96?

15         A.   Since we sold it, no.

16         Q.   What is that complete venue called now; do you know?

17         A.   I do not know.

18 Gardner Depo. at 33, lines 5-11, at 33, line 16, to 34, line 6, at 34, lines 12-23, at 35, line 23,

19 to 36, line 8, at 40, line 9, to  41, line 3, & at 41, line 21 to 42, line 21.  Plaintiff has produced

20 no documents confirming that plaintiff owned the two buildings in Illinois or "The Zone"

21 referred to in Exhibit 7.

22

23      20.    In the testimony quoted in the preceding paragraph, Mr. Gardner testified that

24 he believes plaintiff was "financially involved" in the Manteno, Illinois buildings in 1993 to

25 1995 or 1996.  I conducted a Westlaw search for plaintiff's corporate information and

26 attached to this Declaration as Exhibit 45 is a true and correct copy of a Westlaw printout

27 stating that plaintiff, a California corporation formed on December 1, 1989, was suspended on

28 May 3, 1993 and not reinstated until October 21, 1997.

15

DECLARATION OF PETER J. ANDERSON                                           04CV0326

ii.   Plaintiff's Claimed Use Of "In The Zone" For Music Performances And "Promoting" Concerts.

21.   Mr. Gardner testified:

Q.   And other than what you have testified to about concerts at this facility in Illinois in or prior to 1997, did Lite Breeze have any involvement in any concerts?

A.   The concert involvement that we have is more our involvement with special events because almost all the special events that we are involved with have music.   They have stages, they have award areas in which the music is played. Sometimes it's played at half mile marks or mile marks for marathons and half marathons, sometimes it's at a -- a hospital area, sometimes it's near the massage tents. And then at the end of the course typically there is a festival of some kind where -- in which you would have staging, you would have radio stations who would be cosponsoring as well, and you would have live performances.   And we would be more involved in the sponsorship role, not as a management company.

Q.   By "sponsorship role," if I understand correctly, you -- your company would sell T-shirts and other clothing items and caps and pay a portion of the proceeds to the host of the venue?

A.   Correct.

Q.   And at some of these events, there would be music?

A.   Right.

Q.   Okay.  Setting that aside, just a pure concert where people buy tickets to go to hear someone perform, in 1997 or prior to that, and setting aside the concerts at The Zone in Illinois, did Lite Breeze have any involvement with a pure concert as I have just described it?

A.   Not that I recall.

...

16

DECLARATION OF PETER J. ANDERSON                                    04CV0326

1    Q. ...   What association or involvement has Lite Breeze had with concerts

2    since 1997?

3        A.   Couple jazz festivals here and there, live performances by the Mariachis

4    and Over-The-Line festivals, San Diego Symphony.  Off the top of my head, those are

5    what I remember right now.

6        Q.   Where were the jazz festivals?

7        A.   Jazz festivals are mostly around here, out in the Temecula area.

8                                    ...

9        Q.   When was the last time that you dealt with the San Diego symphony?

10       A.   I believe it was the season of 2000 or 2001.

11                                   ...

12       Q.   And if I understand correctly, the only concert promotions since 1997 that

13   you recall are the San Diego Symphony, the jazz events that you mentioned, and Los

14   Mariachis?

15       A.   And special events that have music.  So if it's a half marathon or marathon

16   or a cycling event that has a stage at the end, the answer is yes.

17       Q.   I was referring again to the pure concerts, where --

18       A.   One hundred percent music?

19       Q.   Right.

20       A.   Okay.

21       Q.   Other than those three things, the San Diego Symphony, the jazz events,

22   and Los Mariachis, Mr.   has never reported to you about any other concert promotions

23   since 1997?

24       A.   Not that I recall.

25   Gardner Depo. at 54, line 15, to 55, line 22, at 59, lines 3-12, at 62, lines 20-22 & at 92, lines

26   3-19.

27   ///

28   ///

17

DECLARATION OF PETER J. ANDERSON                                        04CV0326

1    22.    Mr. Gardner also testified that by "sponsor" and "cross-promote" special

2  events, such as marathons, where music is played, and, in the past, performances of the San

3  Diego Symphony and a local jazz festival, he means that when plaintiff custom prints event t-

4  shirts for event organizers, plaintiff offers the event organizer a discount in return for the

5  organizer agreeing to allow plaintiff to put its mark on the custom t-shirts plaintiff sells the

6  organizers. Mr. Gardner testified:

7                    Q.    What do you mean by "cross-promote"?

8                    A.    Well, on any one of a given T-shirt, like one of the ones that might have

9            been provided earlier, we are a sponsor of all types of events nationwide. So in those

10           sponsorships, we might find ourselves cross-promoting with radio stations, television

11           stations, retail outlets, Southwest Airlines and other airlines, Seven-Eleven and other

12           specialty stores.

13                                               …

14                    Q. … One of the T-shirts that your lawyer has produced today says on the front,

15           "America's Finest City, 1999 5K Run For Asthma, San Diego," and it says, "American

16           Lung Association of San Diego and Imperial Counties."

17                    A.    Right.

18                                               …

19                    Q.    And the back of it says, "America's Finest City Half Marathon, American

20           Lung Association of San Diego and Imperial Counties." And then in the middle of it,

21           it refers to Southwest Airlines, Old Mission Beach Athletic Club, KSON, FOX 6,

22           KBZT 95, Sheraton San Diego, Odyssey, there's a Nike slash mark, and it refers to,

23           "In The Zone Game Day Apparel TM." Okay. Have I accurately described the shirt?

24                    A.    Yes.

25                                               …

26                    Q.    Did Lite Breeze pay to have the phrase "In The Zone Game Day Apparel"

27           put on the back of this shirt?

28

18

DECLARATION OF PETER J. ANDERSON                                          04CV0326

1    A.   We paid by reducing the price of our merchandising.  We have been

2  involved with them for about 12 years.

3    Q.   So is it correct that in return for a discount -- let me go back.  Did Lite

4  Breeze prepare these -- this shirt?

5    A.   Yes.

6    Q.   And did Lite Breeze sell this shirt to the American Lung Association?

7    A.   This -- to the lung association?  That may have been sold directly to the

8  race director or the lung association.  The race director has purchased the event from

9  the lung association.  I don't recall which year it was.

10    Q.   And so it was sold to either the American Lung Association or the race

11  director?

12    A.   Right.

13    Q.   Sold by Lite Breeze to one of those two?

14    A.   Correct.

15    Q.   And in return for reducing the purchase price, they agreed to put In The

16  Zone Game Day Apparel on the back of the shirt; is that correct?

17    A.   Correct.

18    Q.   Is that what you mean by "sponsorship"?

19    A.   Yes.

20    Q.   In your earlier references to sponsorship and cross-promotion, you meant

21  the same thing?

22    A.   More often than not, that is how we got involved with sponsorship, correct.

23    Q.   Has Lite Breeze ever been involved in a sponsorship or done anything

24  other than contributing merchandise at a discount price?

25    A.   We have given financial dollars to some schools and organizations

26  nationwide, including some bands and cheerleading squads and dance and drill teams.

27

28

19

DECLARATION OF PETER J. ANDERSON                                    04CV0326

1      Q.    And in return, you are able to advertise on the T-shirts and -- with the

2   Game Day T-shirt, for example, by having that appear on the back of the T-shirts or at

3   some point on the T-shirts; is that correct?

4      A.    That's where we prefer to get our advertising exposure, yes.

5                                        …

6      Q.    Could you clarify what you were saying before about offering schools the

7   option of promotional dollars.

8      A.    Yes.  We -- we offer products and team merchandise on line and we offer

9   it at two different prices.  We basically reduce the price of a product if somebody

10  allows us to brand on the outside of a uniform.

11     Q.    So then the higher price is without the -- is without the brand?

12     A.    Correct.

13     Q.    Okay.

14  Gardner Depo. at 68, line 19 to 69, line 1, at 69, line 20, to 70, line 1, at 70, lines 7-16, at 70,

15  line 22, to 72, line 16, & at 122, lines 15-25.  Plaintiff's counsel also produced photocopies of

16  the Polaroid photographs of the t-shirts produced at the session of Mr. Gardner's deposition,

17  and a true and correct copy of those photocopies is attached as Exhibit 46 to this Declaration.

18  Also, plaintiff's counsel faxed me a photocopy of the front and back of the American Lung

19  Association 5K t-shirt discussed in the testimony quoted in this paragraph, and a true and

20  correct copy of that photocopy, on which I have noted with an arrow where plaintiff's logo --

21  as shown on Exhibit 3 -- appears on the back of the t-shirt, is attached as Exhibit 47 to this

22  Declaration.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

20

DECLARATION OF PETER J. ANDERSON                                    04CV0326

23.   Mr. Gardner testified:

Q.   Has Lite Breeze ever used the phrase "The In The Zone Tour"?

A.   No.

Q.   Has Lite Breeze ever used the phrase "In The Zone Tour"?

A.   No.

Gardner Depo. at 102, lines 4-9.

iii.   Plaintiff's Involvement In The Homemade "Los Mariachis" CD That
A Team In The "Over The Line" Tournament Gave Away.

24.   Attached to this Declaration as Exhibit 11 is a true and correct copy of the front, back and inside of a "Los Mariachis" CD that plaintiff produced in this case, and a duplicate of that CD is submitted with this Declaration as Exhibit 11-A. The Los Mariachis CD does not contain a bar code or refer to any record company. Mr. Gardner testified:

Q.   Your lawyer produced a CD. I have a photocopy of the front, back, and inside of it. That is going to be marked as Exhibit 11. . . . Have you listened to the CD?

A.   I have.

Q.   Is it correct that the three men singing on at least five of the tracks are Bob Ruane, Dale Olson, and Mike Wright?

A.   I really don't know who sang on the exact tracks. I know Bob was involved, I know Mike was involved.

Q.   Ruane, Olson, and Wright are three friends that play in the Old Mission Beach Athletic Club OTL tournaments?

A.   Correct.

…

Q.   Do they play baseball in the tournaments, sir?

A.   They do.

21

DECLARATION OF PETER J. ANDERSON                                04CV0326

1    Q.    And the tournaments include three-man teams?

2    A.    Correct.

3    Q.    And they are one of the three-man teams, correct?

4    A.    Correct.

5    Q.    And they've played over the last few years under the team name Los

6    Mariachis?

7    A.    That's correct.

8                                    …

9    Q.    Was the CD prepared for a specific event?

10   A.    I think it was prepared around the 50th anniversary of the Over-The-Line

11   celebration.

12                                   …

13   Q.    Do you know if the CD -- the Los Mariachis CD was ever offered for sale?

14   A.    I don't know.

15   Q.    You don't know whether it was ever sold?

16   A.    No, I don't.

17   Q.    Do you know if it was given away?

18   A.    Yes.

19   Q.    To whom?

20   A.    Don't know.

21   Q.    What makes you think it was given away?

22   A.    Just because Bob told me he had given some away.

23   Q.    Do you know how many Bob gave away?

24   A.    I remember him talking about somewhere between 50 and a hundred.

25                                   …

26   ///

27   ///

28   ///

22

DECLARATION OF PETER J. ANDERSON                    04CV0326

1          Q.   Was the CD given away to people at that 50th celebration?

2          A.   I believe it might have been.

3    Gardner Depo. at 72, lines 17-19, at 73, lines 3-4, 12-21, at 74, lines 4-14, at 83, lines 7-21, &

4    at 88, lines 5-7, 8-10.

5

6      25.   Mr. Gardner testified:

7          Q.   Do you know who prepared the Los Mariachis CD, …

8          A.   The CD itself?

9          Q.   Yes.

10         A.   I believe it was produced by Mike.

11         Q.   Mike?

12         A.   I don't even know Mike's last name.

13         Q.   Did he burn it on his home computer?

14         A.   I don't know that.

15         Q.   Do you know when it was produced or prepared?

16         A.   Ninety -- or two thousand -- end of 2002 or beginning of 2003.

17         Q.   Who printed the label?

18         A.   I think Bob.

19         Q.   Bob Ruane?

20         A.   I think so.

21         Q.   And he printed it on his home computer?

22         A.   You have to ask Bob.

23         Q.   So you don't know?

24         A.    I don't know officially, no.  He might have taken it to Kinko's.  I don't

25    know.

26                                ...

27         Q.   Do you know whether they obtained a license for any of the music that's in

28    the CD?

23

DECLARATION OF PETER J. ANDERSON                                04CV0326

1            A.   I don't know.

2  Gardner Depo. at 81, line 22 to 82, line 18, & at 83, lines 1-3.

3

4       26.    In the testimony quoted immediately above, Mr. Gardner testified he did not

5  know if a license had been obtained for any of the music used in the "Los Mariachis" CD.

6  Plaintiff has not produced in discovery a copy of any such license.

7

8       27.    Mr. Gardner testified:

9           Q.   Is it correct that Ruane, Olson, and Wright are not professional singers?

10          A.   Nonprofessional?

11          Q.   They are not professional singers.

12          A.   I don't know.

13                  ...

14          Q.   Have they ever been paid to perform?

15          A.   Don't know.

16                  ...

17          Q. ...  Are Ruane, Olson, or Wright on contract with any record company?

18          A.   Not that I know of.

19                  ...

20          Q.   Is it your testimony that this is a commercial quality CD?

21          A.   No.  It's my testimony that I wasn't involved.

22          Q.   So you have no opinion as to its commercial viability?

23          A.   Correct.

24  Gardner Depo. at 76, lines 2-6, 9-10, at 79, lines 16-18, & at 83, line 25, to 84, line 6.

25

26       28.    Mr. Gardner testified:

27          Q.   When was the last time you listened to the CD?

28          A.   I only heard it once just recently.

24

DECLARATION OF PETER J. ANDERSON                    04CV0326

1           ...

2           Q.   Ms. Walker told the Magistrate the other day that you had forgotten about

3    the CD until Mr. Ruane reminded you. Is that true?

4           A.   That's true.

5           Q.   It's true you had forgotten about the CD?

6           A.   That's true.

7    Gardner Depo. at 75, lines 14-16, & at 75, line 21, to 76, line 1.  Elsewhere, Mr. Gardner

8    testified that until recently he "didn't know whether or not the CD was ever made."  Gardner

9    Depo. at 86, lines 11-24.

10

11          29.   Mr. Gardner testified:

12          Q.   Other than watching them perform, do you have any association with them

13   as Los Mariachis?

14          A.   We have given sponsorship dollars as In The Zone towards their entry fees

15   and VIP tenting and have given away some products at some of the Over-The-Line

16   tournaments.

17          Q.   What do you mean by "VIP tenting"?

18          A.   Every year the Mariachis put up a VIP tent at the Over-The-Line

19   tournament, and In The Zone is one of the sponsors of that.

20          Q.   And are we talking about the same thing, where you sell them shirts at a

21   discounted price and in return you get something?

22          A.   No.

23          Q.   Then how is Lite Breeze a sponsor of VIP tenting for Los Mariachis?

24          A.   We just pay for there -- every tent area has a cost incurred.  So we pay a

25   partial along with a couple other sponsors.  One of the other sponsors is Tecate,

26   another sponsor is a Tequila prod uct, I think.

27          Q.   And what do you -- what does Lite Breeze get in return?

28

25

DECLARATION OF PETER J. ANDERSON                                    04CV0326

1          A.    We get to expose the In The Zone banners and we get to give away some

2     In The Zone T-shirts.

3          Q.    In The Zone banners, for example, like the one Ms. Walker produced

4     today?

5          A.    That is one example, yeah.

6                                              …

7          Q.    And you said that Lite Breeze's other relationship with Los Mariachis is to

8     help pay the entry fees; is that correct?

9          A.    Right.

10         Q.    And in return for helping to pay the entry fees for Los Mariachis into the

11    OTL tournament, what does Lite Breeze get in return?

12         A.    The same.

13                                             …

14         Q. …   Is it correct that what Lite Breeze got for assisting with the VIP tenting

15    is the same thing that Lite Breeze gets for helping Los Mariachis to pay their entry

16    fees?

17         A.    Yes.

18                                             …

19         Q.    How much does the OTL sponsorship, as you have described it, cost Lite

20    Breeze for Los Mariachis each year?

21         A.    It's just part of what I give Bob Ruane.  So each year, maybe -- maybe

22    only a hundred or $200.

23    Gardner Depo. at 76, line 18, to 77, line 19, at 78, lines 9-16, at 79, lines 10-14, & 80, lines 8-

24    12.

25

26         30.    The Los Mariachis CD states inside its cover that "IN THE ZONE is a

27    Registered Trademark," and the phrase "In the Zone" appears on the cover and inside of the

28    Los Mariachis CD with the notation "TM."  the Mr. Gardner testified that the references on

26

DECLARATION OF PETER J. ANDERSON                                          04CV0326

the Los Mariachis CD to "In the Zone" referred to plaintiff's registered marks, Ex. 17 and 18,

for t-shirts and other athletic clothing:

Q.   If you look at the second page which we produced, which is the inside of

the front cover --

MS. WALKER: Exhibit 11.

BY MR. ANDERSON:

Q.   Toward the bottom, it says, "In The Zone is a registered trademark."

A.   Yes.

Q.   Does that refer to Lite Breeze's registered trademark?

A.   Yes.  Actually, the part that is at the bottom there is basically just stuff off

of our business card.

....

Q.   The references to -- on Exhibit 11 to In The Zone being a trademark, that

refers to the Lite Breeze registered trademark that you have referred to?

A.   I believe so.

Gardner Depo. at 84, lines 7-18, & at 85, lines 12-15.

31.   Mr. Gardner testified:

Q. ...   Other than the Los Mariachis CD, has Lite Breeze been involved in any

way in any other cassettes or sound recordings or compact discs?

A.   Not that I'm aware of.

...

Q.   Does Lite Breeze own any sound recordings, any copyrights for sound

recordings?

A.   Not that I'm aware of.

...

Q.   Is it correct that Lite Breeze is not a record company?

A.   Okay. Yes.

27

DECLARATION OF PETER J. ANDERSON                                    04CV0326

1        Q.    Has Lite Breeze ever sold prerecorded videotapes featuring music

2    performances?

3        A.  No.

4                  …

5        Q.   Has Lite Breeze ever been a manager for any musician, celebrity, sports

6    figure?

7        A.  No.

8    Gardner Depo. at 51, lines 16-18, & at 89, lines 1-4, 8-10, 17-22.

9

10    (e)    <u>Plaintiff's Admission That It Would Be Difficult To Refer To The Britney</u>

11            <u>Spears In The Zone Album Without Using The Phrase "In The Zone."</u>

12

13    32.   Mr. Gardner testified:

14        Q. … How could a T-shirt that referred to the album "Britney Spears In The

15    Zone" be issued that didn't refer to the album title?

16        A.   That's the problem.

17                  …

18        Q. … My question to you is:  Do we both agree that it would be difficult to

19    refer to the album without using the album's title?

20        A.   Okay, it would be difficult.

21    Gardner Depo. at 109, lines 4-7 & 16-19.

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

DECLARATION OF PETER J. ANDERSON                        04CV0326

3.    PLAINTIFF'S VERIFIED DISCOVERY RESPONSE CONFIRMING, *INTER ALIA*, PLANTIFF HAS NO DOCUMENTARY EVIDENCE OF THE ALLEGED LIKELIHOOD OF CONFUSION AND SECONDARY MEANING IN THE MUSIC FIELD.

32.    The Notice of Mr. Gardner's deposition that I served on plaintiff's counsel in this action included a request that Mr. Gardner produce documents at his deposition.   In addition, I served on plaintiff's counsel a Request for Production of documents directed to plaintiff.   The Notice and the Request for Production sought the production of the same categories of documents.   To change the date of the deposition and production, I then served an Amended Notice and an Amended Request for Production, each of which also sought the same categories of documents.

33.    On September 1, 2004, plaintiff served a Response to both the request for production included in the Amended Notice of Mr. Gardner's deposition and the Amended Request for Production directed to plaintiff.   Plaintiff responded as follows to the indicated categories included in the Amended Notice of Mr. Gardner's deposition and the Amended Request for Production:

Request No. 3:    Any and all documents that refer or relate to or support Lite Breeze's contention that use by defendants, or any of them, of the words "in the zone" has created, or will create, a likelihood of confusion.

Response:    Plaintiff has no relevant documents.

Request No. 4:    Any and all documents that refer or relate to or support Lite Breeze's contention, if any, that Lite Breeze's claimed mark "In the Zone" has acquired secondary meaning.

Response:    Plaintiff has no relevant documents.

29

DECLARATION OF PETER J. ANDERSON                                                04CV0326

1    Request No. 5:    Any and all documents that refer or relate to or support

2    Lite Breeze's contention, if any, that Lite Breeze's claimed mark "In the Zone" has

3    acquired secondary meaning in connection with any music, sports or entertainment

4    related act, business or endeavor.

5    Response:    Plaintiff has no relevant documents.

6

7    Plaintiff's Response is verified, under oath, by Mr. Gardner.   A true and correct copy of

8    plaintiff's Response, marked as Exhibit 48, is attached to this Declaration.

9

10   4.    THE PHRASE "IN THE ZONE."

11

12       (a)    Use Of The Phrase "In The Zone."

13

14       34.    In the testimony quoted above at paragraph 7, Mr. Gardner testified that the

15   phrase "in the zone" has been used since 1969 to mean "a higher level of performance that is

16   almost subconscious, that happens at a moment in time when body, mind, and soul become

17   one."  Mr. Gardner also testified that he has heard sportscasters use the phrase "in the zone"

18   perhaps hundreds of times to describe an athlete's performance.

19

20       35.    Attached to this Declaration as Exhibit 49 is a true and correct copy of the cover

21   of the July, 2004 issue of Golf Digest, which on its cover states, among other things, "Get In

22   The Zone," and the article titled Finding the Zone that appeared in that issue.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

30

DECLARATION OF PETER J. ANDERSON                                    04CV0326

37.    The phrase "in the zone" is also used in contexts other than sports.  For example, netlingo.com is an on-line site of Internet definitions and it includes the following:

> When <u>programmers</u> shut out all forms of communication because they are entirely focused on -- and extremely busy with -- writing software (or slinging code). In this state, they are said to be "in the zone."

Attached to this Declaration as Exhibit 50 is a true and correct copy of the page from netlingo.com where this Internet definition appears.

38.    As another example, CNN reported on the eve of the United States 2000 presidential debate that then-Governor George Bush's aides described him as "serene and in the zone."  Attached to this Declaration as Exhibit 51 is a true and correct copy of pages one and 35 of a transcript I obtained from cnn.com transcripts.

39.    Exhibit 34 submitted with defendants' Motion is a videotape of a television commercial for Infiniti cars and which also uses the phrase "in the zone."

40.    Attached to this Declaration as Exhibit 52 is a true and correct copy of a listing of an episode of the Fox Television Stations, Inc. broadcast of an episode of the television series Malcolm in the Middle and which describes two characters as being "in the zone" as they "were cranking on [their] geometry homework."

(b)    <u>Prior Use Of "In The Zone" In Album And Song Titles.</u>

41.    The Internet website http://www.allmusic.com lists information about musical artists and music albums that have been released and the website's features include a search function.  Attached to this Declaration as Exhibit 53 is a true and correct copy of pages from

////

////

31

DECLARATION OF PETER J. ANDERSON                                        04CV0326

1 that website and confirming the release of the following albums <u>before</u> the release of the

2 Britney Spears In the Zone Album in 2003:

3        (a)     In the Zone, released in 1995 and featuring Emmett North, Jr.;

4        (b)     In the Zone, released in 1996 and featuring Wayman Tisdale;

5        (c)     In the Zone, released in 1996 and featuring Bill Hanff;

6        (d)     In the Zone, released in 1996 and featuring Ivy Queen;

7        (e)     In the Zone, released in 1996 and featuring Finger Roll;

8        (f)     In the Zone, released in 2002 and featuring the Capricorns;

9        (g)     In the Heath Zone, released in 1997 and featuring Tony Purrone;

10        (h)     Livin' in the Zone, released in 2001 and featuring Lesette Wilson;

11        (i)     In the Dub Zone, released in 2003 and featuring Ja Man;

12        (j)     Chalk Zone: In the Zone, released in 2003 and featuring songs from the

13 Nickelodeon television series Chalk Zone.

14

15     42.    The American Society of Composers, Authors and Publishers ("ASCAP") and

16 Broadcast Music, Inc. ("BMI") are performing rights societies that, among other things,

17 collect royalties for the public performance of copyrighted musical compositions. ASCAP

18 and BMI both have websites and the features of their websites, http://www.ascap.com and

19 http://www.bmi.com, respectively, include a search function. Where a song's songwriters

20 include both ASCAP and BMI members, the songs are listed by both ASCAP and BMI.

21 Attached to this Declaration as Exhibits 54 and 55 are true and correct copy of pages from,

22 respectively, ASCAP's and BMI's websites and which list at least 35 different musical

23 compositions titled "in the zone."

24

25     (c)    <u>Other Uses Of "In The Zone" As A Title And In Literary And Other Works.</u>

26

27     43.    An Internet search revealed that In the Zone is the title of a series of NBA-

28 endorsed videogames for Nintendo and Playstation, first released in 1996. For example,

32

attached to this Declaration as Exhibit 56 is a true and correct copy of pages from gamespot.com and epinions.com regarding these videogames.

44.     Attached to this Declaration as Exhibit 57 is a true and correct copy of the cover and of the book titled In the Zone, and subtitled Transcendent Experience in Sports, by Michael Murphy and Rhea A. White.

45.     Attached to this Declaration as Exhibit 58 is a true and correct copy of the cover and of the book titled Playing In the Zone: Exploring the Spiritual Dimensions of Sports, by Andrew Cooper.

46.     Attached to this Declaration as Exhibit 59 is a true and correct copy of a biography I obtained online of Melissa Forman and which states that she created and produced for Fox Broadcasting Company a television show titled In the Zone, about youth baseball and which was nominated three times for an Academy of Arts and Sciences "Emmy" award.

47.     Attached to this Declaration as Exhibit 60 is a true and correct copy of a 2003 article I obtained online at FilmmakerMagazine.com, titled Shooting In the Zone, about documentary filmmaker Don Lenzer and, among other things, his belief that "it's possible to educate one's intuitive powers, to take practical steps to make a sometimes encumbering technology second nature and to get to that cherished place where we're shooting 'in the zone.'"

48.     Attached to this Declaration as Exhibit 61 is a true and correct copy of an article I obtained online at espn.go.com, titled Shooting "In the Zone" and about hunting.

///

///

33

DECLARATION OF PETER J. ANDERSON                                    04CV0326

49.     Attached to this Declaration as Exhibit 62 is a true and correct copy of the homepage of inthezonemag.com and an article I obtained at that website about an AAU basketball team titled In the Zone.

(d)     Other Uses Of "In The Zone" As A Mark.

50.     The United States Patent and Trademark Office (the "USPTO") has an Internet website at http://www.uspto.gov that includes among its features the ability to search the USPTO's records for trademark applications and registrations.  Attached to this Declaration as Exhibit 63· is a true and correct copy of pages from the USPTO's Internet website confirming Konami Corp.'s 1997 registration of "In The Zone" for computer game programs, video games and video game instructional materials, first used in 1995.

51.     Attached to this Declaration as Exhibit 64 is a true and correct copy of pages from the USPTO's Internet website confirming Fox Sports Productions, Inc.'s 1998 registration of "In The Zone" for on-line computer services providing information and multimedia presentations over a global network featuring sports and entertainment, first used in 1996.

52.     Attached to this Declaration as Exhibit 65 is a true and correct copy of pages from the USPTO's Internet website confirming Fox Sports Productions, Inc.'s 2000 registration of "In The Zone" for entertainment services in the nature of television programs, first used in 1996.

53.     Attached to this Declaration as Exhibit 66 is a true and correct copy of pages from the USPTO's Internet website confirming Lifetime Products, Inc.'s 2001 registration of "In The Zone" for portable basketball standards, first used in commerce in 1998.

///

34

DECLARATION OF PETER J. ANDERSON                                    04CV0326

54.     Attached to this Declaration as Exhibit 67 is a true and correct copy of pages from the USPTO's Internet website confirming Two Brothers I, Inc.'s 2002 registration of "In The Zone" for retail convenience stores and gasoline supply services, first used in 1997.

55.     Attached to this Declaration as Exhibit 68 is a true and correct copy of pages from the USPTO's Internet website confirming Rehage Entertainment, Inc.'s 2003 registration of "In The Zone" for sports festival services, namely conducting flag football festivals, first used in 1994.

56.     Attached to this Declaration as Exhibit 69 is a true and correct copy of pages from the USPTO's Internet website confirming Performance Zone Fitness & Nutrition, Inc.'s 1996 registration of "Get In The Zone" for nutritional supplements, first used in 1995.

57.     Attached to this Declaration as Exhibit 70 is a true and correct copy of pages from the USPTO's Internet website confirming Fox Sports Productions, Inc.'s and Twentieth Century Fox Film Corp.'s 2000 registration of "Fox Sports In The Zone" for entertainment services in the nature of television programs, first used in 1996.

58.     Attached to this Declaration as Exhibit 71 is a true and correct copy of pages from the USPTO's Internet website confirming Half-A-Car Co., Inc.'s 2000 registration of "In The Zone Selling" for automobile dealer salesman training services, first used in 1997.

59.     Attached to this Declaration as Exhibit 72 is a true and correct copy of pages from the USPTO's Internet website confirming Mirant Corporation's 2002 registration of "We're In the Zone" for the generation and for the transmission and distribution of electricity to retail and wholesale customers, first used in 2001.

///

///

35

60.     Attached to this Declaration as Exhibit 73 is a true and correct copy of pages from the USPTO's Internet website confirming Zones, Inc.'s 2002 registration of "Get In The Zone" for restaurants, first used in 1999.

61.     Attached to this Declaration as Exhibit 74 is a true and correct copy of pages from the USPTO's Internet website confirming Speedbar, Inc.'s 2002 registration of "Get In The Zone" for retail auto parts stores, first used in 2001.

62.     Attached to this Declaration as Exhibit 75 is a true and correct copy of pages from the USPTO's Internet website confirming Douglas Markham's 2000 registration of "Living In The Zone" for fitness and nutrition seminars, first used in 1999.

63.     Attached to this Declaration as Exhibit 76 is a true and correct copy of pages from the USPTO's Internet website confirming PreVision Marketing, LLC's 2002 registration of "Marketing In The Zone" for marketing consulting, first used in 1996.

64.     Attached to this Declaration as Exhibit 77 is a true and correct copy of pages from the USPTO's Internet website confirming Dana Craig's 2004 registration of "Investing In The Zone" for financial analysis, planning, forecasting and consulting, first used in 2003.

65.     Attached to this Declaration as Exhibit 78 is a true and correct copy of pages from the USPTO's Internet website confirming Southwest Recreational Industries, Inc.'s 2004 registration of "Play In The Safety Zone" for synthetic turf systems, first used in 2003.

66.     Attached to this Declaration as Exhibit 79 is a true and correct copy of pages from the USPTO's Internet website confirming Ingersoll-Rand Corp.'s 2003 registration of "Get In The Know Zone" for pre-recorded CD-ROMs for distributors of pumps and related equipment, first used in 2000.

36

DECLARATION OF PETER J. ANDERSON                                    04CV0326

67.     Attached to this Declaration as Exhibit 80 is a true and correct copy of pages from the USPTO's Internet website confirming Graybar Services, Inc.'s 2001 registration of "In The Graybar Zone" for newsletters regarding electrical, communication and data products, first used in 1999.

68.     Attached to this Declaration as Exhibit 81 is a true and correct copy of pages from the USPTO's Internet website confirming Graybar Services, Inc.'s 2002 registration of "In The Graybar Zone" for wholesale distribution of electrical, communication and data products, first used in 1999.

69.     Attached to this Declaration as Exhibit 82 is a true and correct copy of pages from the USPTO's Internet website confirming Ed Strachar's 2000 registration of "Into The Genius Zone" for educational materials kits including prerecorded audio and video cassettes, first used in 1998.

70.     Attached to this Declaration as Exhibit 83 is a true and correct copy of pages from the USPTO's Internet website confirming ESPN, Inc.'s 1999 registration of "ESPN Zone" for a chain of bars and restaurants, first used in 1997.

71.     Attached to this Declaration as Exhibit 84 is a true and correct copy of pages from the USPTO's Internet website confirming ESPN, Inc.'s 2000 registration of "ESPN Zone" for entertainment services, namely a sports-oriented complex, first used in 1997.

72.     I conducted a Westlaw search of fictitious business name statements filed in California for the use of phrase "in the zone." Attached to this Declaration as Exhibit 85 is a true and correct copy of Westlaw listing of 63 fictitious business name statements filed in California. Some are multiple filings by the same or apparently related persons or companies, and the listing indicates that 13 different people or companies, including plaintiff, have filed

37

1   in California fictitious business name statements for the use of "in the zone" as a business

2   name and that 22 different people, again including plaintiff, have filed in California fictitious

3   business name statements for the use of phrases with or like "in the zone" as business names.

4

5   5.     MISCELLANEOUS.

6

7        73.     I am familiar with the documents produced by the parties in this action and I

8   have produced to plaintiff's counsel, among other things, documents reflecting Signatures'

9   sales of the Britney Spears fan t-shirt that includes the phrase "in the zone." Those

10  documents, which have been designated "Confidential" under the Protective Order entered in

11  this case on the parties' Stipulation, indicate that the wholesale price of the t-shirts sold to

12  retailers were approximately $7 to $9 per t-shirt.

13

14       I declare under penalty of perjury that the foregoing is true and correct. Executed on

15  November 23, 2004 , in Santa Monica, California.

16

17  _____

18                    Peter J. Anderson, Esq.

19

20

21

22

23

24

25

26

27

28

38

DECLARATION OF PETER J. ANDERSON                                    04CV0326

PRESS RELEASE: Britney Spears Sued in $10 Million Trademark Infringement Action i... Page 1 of 4



**eMediaWire**™
A PRWEB.COM NEWSWIRE

PR Web (English) ►
AmbosMedios (Español) ►
WunZhang (Traditional Chinese) ►

Home ⎵ About ⎵ Submit Release ⎵ PR Firms ⎵ Contact Us ⎵ Editors/Jo

August 31, 2004                    **Global News & Press Release Dis**

⦿ **CUSTOM NEWS FEED FOR JOURNALISTS**
   *Customize your free daily PRWEB news feed.*
⦿ **FREE SYNDICATION**
   *Add these headlines to your web site.*

⦿ **MEMBER LOGII**
   *Register Here!*
⦿ **PR Web™ Help**
   *Free @PRWeb.c*

News by Category   News by Country   News by MSA   All News for Today   Browse News
►                  ►                 ►             ►                    ►

All Press Releases for June 9,
2004

► Email this story to a colleague
► Printer Friendly Version

# Britney Spears Sued in $10 Million Trademark Infringement Action in Connection with Her "In The Zone" CD and Related Concert Activities

*Britney Spears Sued in $10 Million Trademark Infringement Action in Connection With Her "In The Zone" CD And Related Concert Activities*

San Diego, CA (PRWEB) June 10, 2004 -- Lite Breeze Inc., a San Diego company, has sued Britney Spears, along with three other defendants, in United States District Court for the Southern District of California for 10 million dollars. Lite Breeze alleges that Ms. Spears has infringed its United States Trademark, IN THE ZONE, in connection with her most recent CD, "In The Zone". See Lite Breeze Inc. v. Spears, Clear Channel Entertainment Television Holdings, Inc., Signatures Network, Inc. and Zomba Recording Corp., dba Jive Records, Case No. 04-CV-0326 DMS (JFS) (S.D. Cal. Feb. 17, 2004).

The lawsuit was filed in February, 2004; however Ms. Spears did not accept service of the legal papers until

**CONTACT INFORMATION**
Kathleen Walker
KATHLEEN M. WALKER, ATTORNEY AT LAW
619-255-0987
Email us Here

**ATTACHED FILES**
There are no multimedia files attached to this release. If this is your release you may add images or other multimedia files through your login.

**ABOUT PR WEB™ & these News Releases**
If you have any questions regarding information in these press releases please contact the company listed in the press release. Please do not contact PRWeb. We



**EXHIBIT 1**



May, 2004. Although Lite Breeze has been in communication with Ms. Spears' attorney since February, Ms. Spears refused to give her attorney the authority to accept service of the legal papers. Ms. Spears avoided numerous attempts to serve her the legal papers over the past several months. Finally, Ms. Spears agreed to accept service of the papers if Lite Breeze agreed to postpone the taking of her deposition for six months. Ms. Spears and the other defendants must file their answers to the allegations by June 14, 2004.

Since receiving a cease and desist letter from Lite Breeze requesting that Ms. Spears and the other defendants stop using its IN THE ZONE trademark, the Spears camp has allegedly pulled from sale all t-shirts using the IN THE ZONE trademark. Additionally, Lite Breeze suspects that the name of Ms. Spears' current worldwide concert tour was changed from "Britney Spears In The Zone 2004 Tour" to "The Onyx Hotel Tour" after the defendants discovered Lite Breeze's trademark.

Lite Breeze, Inc. is a San Diego based corporation specializing in athletic clothing and sporting team uniforms throughout the United States under its brand name IN THE ZONE. Additionally, Lite Breeze promotes musical and live sporting event entertainment using its IN THE ZONE trademark. Lite Breeze alleges that Ms. Spears' unauthorized use of its trademark is causing confusion in the marketplace and has harmed its trademark.

Rodd Garner, President of Lite Breeze, said "We have spent over 12 years building name recognition and brand loyalty with the IN THE ZONE and THE ZONE trademark. IN THE ZONE is as wholesome and All-American as hotdogs and apple pie. We are associated with sporting and musical events throughout the country. By releasing her CD entitled "In The Zone" and its promotional tour, now entitled "The Oynx Hotel Tour", Ms. Spears has taken Lite Breeze's brand and equated it with what Rolling Stone Magazine has stated 'offers strip-club, 1-900 sex, accommodating and hollow.'" See Jon Pareles, Rolling Stone, Dec. 11, 2003.

Mr. Garner stated that the public is likely to be confused about the origin of goods associated with the IN THE ZONE trademark. Either the public will believe that Lite

will be unable to assist you with your inquiry. PRWeb disclaims any content contained in these release. Our complete disclaimer appears here.

*1.2*

*6x1*

*40*

Breeze has licensed Ms. Spears' use of the trademark or the public will believe the opposite - that Ms. Spears owns the rights to IN THE ZONE and that Lite Breeze has received a license from Ms. Spears. Either option is unacceptable to Mr. Garner who has made clear that the image presented by Ms. Spears in connection with her unauthorized use of trademark is aimed at the same demographic as IN THE ZONE's customers and her use of the mark does not represent the values, morals and ethics of IN THE ZONE and Lite Breeze.

Ms. Spears' unauthorized use of the trademark is in direct contradiction to her 2002 public service announcements warning people against music piracy and theft of intellectual property. In those announcements, Ms. Spears stated that downloading music from the Internet is the same as going into a CD store and stealing the CD. See Spears Warns Against Piracy, BBC, Sept. 26, 2002.

In the lawsuit, Ms. Spears is accused of stealing the intellectual property, i.e. the trademark, of Lite Breeze. If Lite Breeze is successful in its lawsuit, Ms. Spears and the other defendants could be ordered to turn over all profits earned for Spears' In The Zone CD, the related tour and merchandising, and all damages to Lite Breeze.

Additionally, the defendants may be required to pay three times any judgment awarded if the Court determines that Ms. Spears' use of the IN THE ZONE trademark was willful. When Lite Breeze filed the lawsuit, it estimated that damages would be $10 million. Since that time, one of the defendants in the lawsuit, Signatures Network, has publicly stated that the first leg of Ms. Spears most recent concert tour has sales figures of more the $30 million. Ms. Spears is beginning the second leg of her U.S. concert tour on June 22, 2004 in Hartford, Connecticut. Accordingly, the damages sought in the lawsuit may be much higher than Lite Breeze originally estimated.

Press release issued by Lite Breeze Inc., San Diego, California, June 7, 2004.

# # #

1.3

Ex.1

41

**Disclaimer:** If you have any questions regarding information in these press releases please contact the company listed in the press release. Please do not contact PR Web™. We will be unable to assist you with your inquiry. PR Web™ disclaims any content contained in these release. Our complete disclaimer appears here.

© Copyright 1997-2004, PR Web™. All Rights Reserved

*1.4*

# THE TRADEMARK IN SPORTS

 

  

  

 

 

## THE MARK

*IN THE ZONE* IS A TRADEMARK OF LITE BREEZE INC.
8260 CAMINO SANTA FE, BLDG. D-1, SAN DIEGO, CA 92121

## APPROVED USAGE

ANY USE OF LOGOS ABOVE MUST HAVE EXPRESSED CONSENT BY LITE BREEZE
INC. PROMOTIONS DEPARTMENT AND MAY NOT BE USED IN ANY WAY SHAPE OR
FORM ON APPAREL THAT HAS NOT BEEN PRODUCED BY LITE BREEZE, INC.

FOR FURTHER INFORMATION REGARDING USAGE CALL (619) 453-5888
LB
00260

Detts  9-2-04
EXHIBIT NO.  3
GARNER
L DeBoer   (1p)

   3

EXHIBIT 3

E4.3
43





LB
00022

**EXHIBIT 7**

Defs  9-2-04
EXHIBIT NO. 7
GARNER
L. DeBoer    (12p)

7   EX7
44





LB
00023

Ex.7.2

45





LB
00024

7.3

Ex·7

46



LB
00025

7. 4

Ex. 7

47





LB
00026

7.5
Ex.7
48





LB
00027

7.6
EX. 7
49





LB
00028

7.7 Ex.7
50





LB
00029

7.8

Ex. 7
51





LB
00030

7.9
Ex. 7
52





LB
00031

7.10
Ex.7
53





LB
00032

7.11
Ex. 7
54





LB
00033

7.12
Ex.7
55





EXHIBIT NO. 11
GARNER
L DeBoer  (2p)

EXHIBIT 11



**LOS MARIACHIS** ®

SPECIAL THANKS
Words & Music by Miguel
Vocals by Los Mariachis de OTL-O
Guitar: Miguel & David
Drums: Jose Korg
Trumpet: Julio Korg
Tequila: Margaritaville
Beer: Tecate
Soundsmith: David Smith
Strategy & Sampling at Old Town Mexican Cafe
Uniforms by Amvets & Beres Thrift shop
Fashion Consultant: IN THE ZONE
Music Production: David Smith
Benefiting: Bob's Friends, Family and Associates

Congratulations to the "Old Mission Beach Athletic Club"
in Celebration of 50 Grand Years in America's Finest City

© 2002-03 Los Mariachis
All rights reserved

Promotion by BOB RUANE & IN THE ZONE,
under the influence of Sun, Sport and Sound.

IN THE ZONE (TM)
"Management Group
"Developing and Managing Talent Worldwide"
Promotions / Events / Concerts / Merchandising

A division of Lite Breeze, Incorporated
864 Grand Ave. #505. San Diego, Ca. 92109
www.InTheZone.com

IN THE ZONE is a Registered Trademark

Contact: Bob Ruane
c/o IN THE ZONE
Ph 858-488-1400
Fx 858-488-1489




11.2
CX 11
57



**United States
Patent and
Trademark Office**

Please confirm that the information shown below is correct. If there are any errors, click *"Change"* to return to the previous form. Otherwise, click *"Submit"* to process payment, or *"Cancel"* to abort the transaction.

### Credit Card Payment Information:

```
------------------------------------------------------------
Card Number:            37835445646461008
Card Type:              AMERICAN EXPRESS
Name on Card:           PETER K. HAHN
Expiration Date:        03/2004
Street Address 1:       600 WEST BROADWAY, SUITE 2600
Street Address 2:
City:                   SAN DIEGO
State:                  CALIFORNIA
Zip Code:               92101
Country:                USA
Amount:                 670
Description:            e-TEAS application: IN THE ZONE

Attorney Docket Number:  20911-1              Optional
------------------------------------------------------------
```

**Submit  Change  Cancel**
Your transaction may take up to 90 seconds; we appreciate your patience.

**Note – Pressing 'Submit' multiple times may cause the same transaction to be processed multiple times.**
**Pressing 'Cancel' after pressing 'Submit' will not cancel the transaction.**

LB
00443

Defts  9-2-04
EXHIBIT NO. 12
GARNER
L DeBoer   (8p)

**EXHIBIT 12**

12
58

PTO Form 1478 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

## Trademark/Service Mark Application, Principal Register

### Review Text Form for E-Signature

## To the Commissioner for Trademarks:

MARK: (Standard Character Format, see mark)

The applicant, Lite Breeze, Inc., a corporation of California, residing at 864 Grand Ave., Suite 505 , San Diego, CA USA 92109, requests registration of the trademark/service mark shown on the drawing page in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 009: Phonograph records featuring music; pre-recorded audio cassettes and compact disc featuring music; pre-corded video tapes featuring music performances; magnetically encoded phone cards

International Class 041: Entertainment services in the nature of live performances by a musical artist

The mark is presented in standard character format without claim to any particular font style, size or color.

The literal element of the mark consists of IN THE ZONE.

The applicant hereby appoints Peter K. Hahn and Katherine M. Hoffman of Luce, Forward, Hamilton & Scripps, LLP, 600 West Broadway, Suite 2600, San Diego, CA USA 92101 to submit this application on behalf of the applicant. The attorney docket/reference number is 20911-1.
The USPTO is authorized to communicate with the applicant or its representative at the following email address: phahn@luce.com

A fee payment in the amount of $670 will be submitted with the application, representing payment for 2 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is

LB
00444

12.2
€ 1. 12

59

being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

| Electronic Signature |
| --- |
| The application will not be "signed" in the sense of a traditional paper document. To verify the contents of the application, the signatory must enter any combination of alpha/numeric characters that has been specifically adopted to serve the function of the signature, preceded and followed by the forward slash (/) symbol. Acceptable "signatures" could include: /john doe/; /jd/; and /123-4567/. |

Signature:          /Rodd A. Garner/          Date:  01/15/2004
                                                     MM/DD/YYYY

Signatory's Name      Rodd A. Garner

Signatory's Position  President

Last Signed:       Thu Jan 15 19:30:05 EST 2004

[SIGN IT]  [CLEAR]

LB
00445

12.3
Ex.12
60

Trademark/Service Mark Applica', Principal Register (eSignRev)          Page 3 of 3

## *Instructions

To have the proper signatory sign the application electronically, please complete the following steps:

1. Click on the link reading **"Send this Text Form to the authorized signatory(ies) to request e-signature(s)"** at the top of the page.
2. Enter email address(es) on the request form and click on the **"Send Email"** button at the end of the request form.
3. The requestor and the signatory will both receive an email acknowledgement for the request.
4. The signatory clicks on the listed URL address in the received email to open the Text Form.
5. The signatory completes the signature and date fields, and clicks on the **"Sign It"** button at the end of the form.
6. The signatory and requestor will both receive a confirmation number through e-mail.

### Privacy Policy Statement

The information collected on this form allows the PTO to determine whether a mark may be registered on the Principal or Supplemental register, and provides notice of an applicant's claim of ownership of the mark. Responses to the request for information are required to obtain the benefit of a registration on the Principal or Supplemental register. 15 U.S.C. section 1051 et seq. and 37 C.F.R. Part 2. All information collected will be made public. Gathering and providing the information will require an estimated 12 or 18 minutes (depending if the application is based on an intent to use the mark in commerce, use of the mark in commerce, or a foreign application or registration). Please direct comments on the time needed to complete this form, and/or suggestions for reducing this burden to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington D.C. 20231. Please note that the PTO may not conduct or sponsor a collection of information using a form that does not display a valid OMB control number.

Go Back

LB
00-446

12.4
E x. 12
61

# A request to sign Trademark Application electronically

On Thu Jan 15 19:17:23 EST 2004, an email was sent to **gsf777@yahoo.com** and a copy message also sent to **sedge@luce.com**. You have only requested that another party sign the application. Do not continue the submission process until the application has actually been signed. Once the application has actually been signed, you will automatically receive a new e-mail from the USPTO. This new e-mail will provide a link to access the Validation Page, from which you can then continue the Pay/Submit Process for the signed application.

NOTE: The application must be signed, returned, and filed to the USPTO within 2 weeks, from the point of initial validation. If the process cannot be completed in that timeframe, you should instead use the downloadable portable form to save the application indefinitely, by clicking on the button at the bottom of the Validation Page.



**TEAS support team**
**Thu Jan 15 19:17:23 EST 2004**



**Trademark Electronic Application System (TEAS) service**
**U.S. Patent and Trademark Office**
**PrinTEAS@uspto.gov**

LB
00447

12.5
Ex.12

62

Case 3:04-cv-00326-DMS-JFS Document 52 Filed 11/23/04 PageID.580 Page 74 of 370

PTO Form 1478 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

# Trademark/Service Mark Application, Principal Register

## Review Text Form for E-Signature

## To the Commissioner for Trademarks:

**MARK:** (Standard Character Format, see mark)

The applicant, Lite Breeze, Inc., a corporation of California, residing at 864 Grand Ave., Suite 505 , San Diego, CA USA 92109, requests registration of the trademark/service mark shown on the drawing page in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 009: Phonograph records featuring music; pre-recorded audio cassettes and compact disc featuring music; pre-corded video tapes featuring music performances; magnetically encoded phone cards

International Class 041: Entertainment services in the nature of live performances by a musical artist

The mark is presented in standard character format without claim to any particular font style, size or color.

The literal element of the mark consists of IN THE ZONE.

The applicant hereby appoints Peter K. Hahn and Katherine M. Hoffman of Luce, Forward, Hamilton & Scripps, LLP, 600 West Broadway, Suite 2600, San Diego, CA USA 92101 to submit this application on behalf of the applicant. The attorney docket/reference number is 20911-1.
The USPTO is authorized to communicate with the applicant or its representative at the following email address: phahn@luce.com

A fee payment in the amount of $670 will be submitted with the application, representing payment for 2 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is

00448

12·6
E×.12
63

being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

| Electronic Signature |
| --- |
| The application will not be "signed" in the sense of a traditional paper document. To verify the contents of the application, the signatory must enter any combination of alpha/numeric characters that has been specifically adopted to serve the function of the signature, preceded and followed by the forward slash (/) symbol. Acceptable "signatures" could include: /john doe/; /jd/; and /123-4567/. |

Signature:            /Rodd A. Garner/          Date: 01/15/2004
                                                      MM/DD/YYYY

Signatory's Name     Rodd A. Garner

Signatory's Position  President

Last Signed:          Thu Jan 15 19:30:05 EST 2004

[SIGN IT]   [CLEAR]

LB
00449

12.7
EX.12
64

**\*Instructions**

To have the proper signatory sign the application electronically, please complete the following steps:

1. Click on the link reading **"Send this Text Form to the authorized signatory(ies) to request e-signature(s)"** at the top of the page.
2. Enter email address(es) on the request form and click on the **"Send Email"** button at the end of the request form.
3. The requestor and the signatory will both receive an email acknowledgement for the request.
4. The signatory clicks on the listed URL address in the received email to open the Text Form.
5. The signatory completes the signature and date fields, and clicks on the **"Sign It"** button at the end of the form.
6. The signatory and requestor will both receive a confirmation number through e-mail.

## Privacy Policy Statement

The information collected on this form allows the PTO to determine whether a mark may be registered on the Principal or Supplemental register, and provides notice of an applicant's claim of ownership of the mark. Responses to the request for information are required to obtain the benefit of a registration on the Principal or Supplemental register. 15 U.S.C. section 1051 et seq. and 37 C.F.R. Part 2. All information collected will be made public. Gathering and providing the information will require an estimated 12 or 18 minutes (depending if the application is based on an intent to use the mark in commerce, use of the mark in commerce, or a foreign application or registration). Please direct comments on the time needed to complete this form, and/or suggestions for reducing this burden to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington D.C. 20231. Please note that the PTO may not conduct or sponsor a collection of information using a form that does not display a valid OMB control number.

Go Back

LB
00450

12.8
EX.12
65



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.

The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.

A copy of the Mark and pertinent data from the application are part of this certificate.

This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.

*Nicholas P. Godici*

Acting Director of the United States Patent and Trademark Office

EX. 17

66

**EXHIBIT 17**

## Requirements for Maintaining a
## Federal Trademark Registration

## SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. §1058, upon the expiration of the following time periods:
   i)  At the end of 6 years following the date of registration.
   ii) At the end of each successive 10-year period following the date of registration.

*Failure to file a proper Section 8 Affidavit at the appropriate time will result in the cancellation of the registration.*

## SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. §1059, at the end of each successive 10-year period following the date of registration.

*Failure to file a proper Application for Renewal at the appropriate time will result in the expiration of the registration.*

**No further notice or reminder of these requirements will be sent to the Registrant by the Patent and Trademark Office. It is recommended that the Registrant contact the Patent and Trademark Office approximately one year before the expiration of the time periods shown above to determine the requirements and fees for the filings required to maintain the registration.**

EX.17
67

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 2,478,730
Registered Aug. 21, 2001

### TRADEMARK
### PRINCIPAL REGISTER

## IN THE ZONE

LITE BREEZE, INC. (CALIFORNIA CORPORA-
TION)
10183 AVENIDA MAGNIFICA
SAN DIEGO, CA 92131 , BY ASSIGNMENT; BY
ASSIGNMENT FISHER, HAIG (UNITED STATES
CITIZEN) SANTA BARBARA, CA 93109

FOR: CLOTHING, SPECIFICALLY T-SHIRTS
AND SWEATSHIRTS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 10-18-1992; IN COMMERCE 10-18-1992.

SER. NO. 74-320,029, FILED 10-2-1992.

HOWARD B. LEVINE, EXAMINING ATTORNEY

EX. 17
68

# The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.

The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.

A copy of the Mark and pertinent data from the application are part of this certificate.

This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.

*Nicholas P. Godici*

Acting Director of the United States Patent and Trademark Office

**EXHIBIT 18**

Ex. 18
69

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,493,712
Registered Oct. 2, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## IN THE ZONE

LITE BREEZE, INC. (CALIFORNIA CORPORA-
TION)
8260 CAMINO SANTA FE, BUILDING D-1
SAN DIEGO, CA 92121

FOR: SPORTSWEAR, NAMELY SHORTS, T-
SHIRTS, TANKTOPS, SWEATSHIRTS AND SWEAT-
PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-22-1992; IN COMMERCE 7-22-1992.

SER. NO. 74-389,236, FILED 5-11-1993.

HOWARD B. LEVINE, EXAMINING ATTORNEY

EX.18
70



**List your site on 3000 Engines**
**SiteScreamer.com Get Hosted Netmill.net**



t-shirts
AS LOW AS $2.69
STATE CHAMPS

You Design On-Line
It's Fun, Fast and Easy



YOU ARE "IN THE ZONE" AT THE

GSF                    AWAY TEAM

CLICK HERE TO ENTER
Save up to 40% on T-Shirts, Uniforms and Sports Gear
for Teams, Camps, Clubs, Events, Corporate & Charities



free art online

PROPERTY OF
UNIVERSITY

*15 Sports Designs
you can Customize
Heavyweight Shirt
and Print..$2.99
No Screen Charges
No Set Up Fees

## GIANT SPORTS FACTORY
**MAIN ENTRANCE    FLASH ENTRANCE**



Save up to 40% off sports gear

BRAS SHORTS BAGS
SOCKS and More*



buy'm blank

You Save BIG on Factory Direct,
Unprinted Tees,  1st Quality, USA brands.
Short or Longsleeve  Tees, Sweats, Tanks, Polo shirts & Ladies Tees.
Youth and Adult Size from Small up to 3XL. Over $40 million inventory.



active ankle
AS LOW AS $26.95

White 12 as ow as $29.95



## SPORTING GOODS "FACTORY DIRECT" AT VOLUME DISCOUNT PRICES
### Over 6,000 Coaches Served / We Accept School Purchase Orders

<u>Contact Us</u> | <u>Tournament</u>
<u>Brackets</u> | <u>Cheerleading</u> | <u>Cheers</u> | <u>Embroidery</u>

Product Search ☐

| Super Savers | Athletic Gear & Equipment | Unprinted Apparel | Sport Click Art | 1-2 Color Designs | 3-6 Color Designs |

**FAST & EASY**
**Sports Apparel Printing**
**at Discount Prices!**

PRINTED APPAREL
GET A QUOTE
SELECT ART
_CUSTOMIZING
_ORDERING
SPECIALS
_VOLLEYBALL APPAREL
_CLOSE OUTS
_ITEMS NEAR $1.00
_IN SEASON
PRINTING PRICES
_1-2 COLOR PRINT
_3-6 COLOR PRINT
_CAMP TEES
_NUMBERING
COACHES CORNER
CAMPS & EVENTS
CAMP STORES
PEP TALK &
MOTIVATION
_QUOTES & PHRASES
TIPS & DRILLS

Brand Search ☐



t-shirts **AS LOW AS $2.69**
You Design On-Line
It's Fun, Fast and Easy
15 Sports Prints to choose. Customize all 15
or send us your logo. LongSleeve Tees $5.99
Sweats $8.99 No screen charges No set up Fees

**buy'm blank**
You Save BIG on Factory
Direct, Unprinted Tees,
1st Quality, USA brands.
Short or Longsleeve Tees, Sweats, Tanks,
Polo shirts & Ladies Tees. Youth and Adult
Size up to 3XL. Over $40 million Inventory.



Save up to **40%** off sports gear
BRAS, SHORTS, BAGS, SOCKS and More!



**active ankle** AS LOW AS **$26.95**
White i2 as low as $29.95

<u>Affiliates</u> | <u>About Us</u> | | <u>Mission Statement</u> | <u>Privacy</u> | <u>Legal</u> | <u>Guarantee</u>
<u>Tell a Friend</u> | <u>Print Colors</u> | <u>Shirt Colors</u> | Terms and Conditions | <u>Q&A</u> | Ab
<u>Our Tee's</u> | <u>Fundraising</u>
Copyright © 2001 Giant Sports Factory.com



LB
00611

EXHIBIT 44

CX.44
73



15240251077                                                    Page 1

15240251077
**CORPORATE RECORDS & BUSINESS REGISTRATIONS**

This Record Last Updated:09/20/2002
Database Last Updated:05-13-2004
Update Frequency:WEEKLY
Current Date:05/14/2004
Source:AS REPORTED BY THE SECRETARY OF STATE OR
OTHER OFFICIAL SOURCE

**COMPANY INFORMATION**

Name:LITE BREEZE, INC.
Address:8260 CAMINO SANTA FE #D1
SAN DIEGO, CA 92121
D&B DUNS:<u>17-366-0317</u>

**FILING INFORMATION**

Filing Date:12/01/1989
State of Incorporation:CALIFORNIA
Date Incorporated:12/01/1989
Status:ACTIVE
Corporation Type:PROFIT
Business Type:CORPORATION
Address Type:MAILING
Registration ID#:C1564757
Where Filed:SECRETARY OF STATE/CORPORATIONS
DIVISION
1500 - 11TH STREET
SACRAMENTO, CA 95814

**REGISTERED AGENT INFORMATION**

Agent Name:RODD GARNER
Address:3233 VIA ALICANTE #45
LA JOLLA, CA 92037

**PRINCIPAL INFORMATION**

Name:RODD A GARNER
Title:PRESIDENT
Address:3233 VIA ALICANTE #45
LA JOLLA, CA 92037

**AMENDMENT INFORMATION**

Amendments:10/21/1997 REINSTATED; FRANCHISE TAX
BOARD REVIVOR
05/03/1993 SUSPENDED CORPORATION; FRANCHISE TAX
BOARD SUSPENSION

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

**EXHIBIT 45**

EX.45
74

15240251077                                                                      Page 2

## TAX INFORMATION

Franchise Tax Details:

        Status:GOOD STANDING
   TO ORDER ORIGINAL FILINGS OR OTHER RELATED DOCUMENTS, CALL 1-877-DOC-RETR (1-877-
                                362-7387).

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE
OFFICIAL RECORD.   CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

GX.45

75



LB
00610



EXHIBIT 46

Ex.46
77

LB
00608



Ex. 46

78



LB
00612

EX. 46

75





LB
00609

EX 46
80

11/13/2004  16:23    61    0986        KATHLEEN M WAL            PAGE    02



LB 610

Front

✝ **AMERICAN LUNG ASSOCIATION.**
*of San Diego and Imperial Counties*

EXHIBIT 47

EX.47

81



LB 610
BACK

Ex. 47

82

1  KATHLEEN M. WALKER SBN 202185
   Attorney At Law
2  3421 Thorn Street
   San Diego, California 92104
3  619-255-0987 telephone
   619-255-0986 facsimile
4
   Attorney for Plaintiff LITE BREEZE, INC.
5

6                  UNITED STATES DISTRICT COURT

7                  SOUTHERN DISTRICT OF CALIFORNIA

8

9   LITE BREEZE, INC., a California     )   Case No.: 04-CV-0326 DMS (JFS)
                                        )
10  Corporation,                        )
                                        )
11            Plaintiff,                )
                                        )
12        vs.                           )
                                        )
13  BRITNEY SPEARS, an individual; CLEAR )  **PLAINTIFF'S RESPONSE TO**
                                        )   **DEFENDANTS' FIRST REQUEST FOR**
14  CHANNEL ENTERTAINMENT              )   **THE PRODUCTION OF DOCUMENTS**
                                        )   **AND THINGS**
15  TELEVISION HOLDINGS, INC., a Delaware )
                                        )
16  Corporation; SIGNATURES NETWORK,    )
                                        )
17  INC., a California Corporation; ZOMBA )
                                        )
18  RECORDING CORPORATION, dba JIVE     )
                                        )
19  RECORDS, a New York Corporation; and )
                                        )
20  DOES 1 -10,                         )
                                        )
21            Defendants.               )

22  _____

23

24

25

             PLAINTIFF'S FIRST RESPONSE TO DOCUMENT REQUEST-

                          **EXHIBIT 48**

                                                    Ex. 48

                                                    83

RESPONSES

1

2 REQUEST NO. 1:

3      Any and all documents that refer or relate to your use of the words "in the zone" as a

4 trademark or service mark in connection with the promotion, performance, sponsorship or sale of

5 any music, sports or entertainment related act, business or endeavor.

6 RESPONSE TO REQUEST NO. 1:

7      Plaintiff will produce all responsive documents in its possession, custody and control.

8 Due to fire-related damage and loss of some of Plaintiff's documents and things, Lite Breeze is

9 continuing its search for documents and things and reserves the right to supplement this request

10 in the event additional documents are located.

11

12

13 REQUEST NO. 2:

14      Any and all documents that refer or relate to or support your contention that the use by

15 defendants, or any of them, of the words "in the zone" infringed upon, or infringes upon your

16 claimed rights in the phrase "in the zone."

17 RESPONSE TO REQUEST NO. 2:

18      Plaintiff will produce all responsive documents in its possession, custody and control.

19 Due to fire-related damage and loss of some of Plaintiff's documents and things, Lite Breeze is

20 continuing its search for documents and things and reserves the right to supplement this request

21 in the event additional documents are located.

22

23

24

25

PLAINTIFF'S FIRST RESPONSE TO DOCUMENT REQUEST-

EX. 48

94

REQUEST NO..3:

Any and all documents that refer or relate to or support your contention that use by defendants, or any of them, of the words "in the zone" has created or will create a likelihood of confusion.

RESPONSE TO REQUEST NO. 3:

Plaintiff has no relevant documents.

REQUEST NO. 4:

Any and all documents that refer or relate to or support your contention, if any, that your claimed mark "In the Zone" has acquired a secondary meaning.

RESPONSE TO REQUEST NO. 4:

Plaintiff has no relevant documents.

REQUEST NO. 5:

Any and all documents that refer or relate to or support your contention, if any, that your claimed mark "In the Zone" as acquired secondary meaning in connection with any music, sports or entertainment related act, business or endeavor.

RESPONSE TO REQUEST NO. 5:

Plaintiff has no relevant documents.

EX. 48

85

REQUEST NO. 6:

An example of each use of you of the claimed mark "In the Zone."

RESPONSE TO REQUEST NO. 6:

Plaintiff will produce all responsive documents in its possession, custody and control. Due to fire-related damage and loss of some of Plaintiff's documents and things, Lite Breeze is continuing its search for documents and things and reserves the right to supplement this request in the event additional documents are located.

REQUEST NO. 7:

Unless produced in response to another request above, any and all contracts, letter agreements or other documents that set forth, describe, relate to or refer to your sponsorship or other involvement in any music, sports or entertainment related act, business or endeavor.

RESPONSE TO REQUEST NO. 7:

Plaintiff will produce all responsive documents in its possession, custody and control. Due to fire-related damage and loss of some of Plaintiff's documents and things, Lite Breeze is continuing its search for documents and things and reserves the right to supplement this request in the event additional documents are located.

Dated  September 1, 2004       By: _Kathleen M. Walker_

Kathleen M. Walker

Attorney for Plaintiff
Lite Breeze, Inc.

PLAINTIFF'S FIRST RESPONSE TO DOCUMENT REQUEST-

Ex. 48
86

## VERIFICATION

I, Rodd Garner, am the President of Lite Breeze, Inc., Plaintiff in this action. I have read the foregoing and know the contents thereof. The same is true of my own knowledge, except as to those matters, which are therein alleged on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 1, 2004

Rodd Garner

PLAINTIFF'S FIRST RESPONSE TO DOCUMENT REQUEST-

EX 48
87



NEW TIGER SERIES! • THE DRIVER DEBATE

The #1 Golf Publication

# Golf Digest

golfdigest.com
July 2004

GET IN THE
ZONE
WHAT IT IS
HOW TO FIND IT

3 SHOTS TO SAVE PAR
ERNIE ELS

MASTER
THE HATED
HALF-WEDGE
BY PHIL MICKELSON

$3.99 U.S.
$5.99 CANADA
£3.25 U.K.

How to play, what to play, where to play

```
‖BXBCCKX ******AUTO**5-DIGIT 90025
‖GLF0753197003/4‖NOV04      514 P94
M ARC                      GLF15
STE 1950                   BZAE
11601 WILSHIRE BLVD
LOS ANGELES CA 90025-0388

‖ᵦᵦᵦ‖‖ᵤᵤ‖‖ᵤᵤᵤᵤᵦᵦᵦᵦᵦ‖ᵤᵤᵤᵤ‖‖ᵦᵤᵦᵤᵦᵤᵦᵤᵦᵦ‖
```

1,550,000 circulation • World's largest golf publication

EXHIBIT 49

LA 48
88

# Finding the Zone

## by Jaime Diaz

Photo illustration
by Aaron Cook

Gx 49
89



SPECIAL REPORT ▶ PART II
THE FUTURE ▶ OF GOLF

The mind can help us play better golf
(if we'd just quit fighting it).
Head games hurting you?
Help is on the way

**The Future of Golf**



*Editor's note:* In June, Part I of a Special Report on The Future of Golf concentrated on the new golfer-athlete embracing physical fitness. This month we approach golf's next frontier: the mind. "A lot of players are realizing what they really have to do to compete and get better," says Ernie Els, who credits training his mind as a major reason for ending his five-year drought in the major championships.

In Part II we'll show you how psychologists and scientists are helping the game's top players "get in flow." There's a self-test to determine when you're in the zone (*page 137*), mental drills by Jim McLean (*page 138*), a first-person story on experiencing hypnosis (*page 140*) and a guide for finding your own mental guru (*page 146*).

> *Clearly, Mickelson was in a kind of state—let's call it the zone. He surrendered to this grace that was given.*

A MID THE SPLENDOR OF THE Augusta National's back nine on the most glorious Sunday of his life, Phil Mickelson was in the zone.

There were no brain-wave readings or heart-rhythm monitors to prove it, nor did his body definitively "glow with the First Light," to quote one of Michael Murphy's high-flying attempts to capture the magical state in *Golf in the Kingdom.* The normally voluble *Lefty* never mentioned the word all week. The closest he came was to allow that before the final round, he had "a different feeling."

But everyone knew it, as surely as people collectively know anything when they see it. It was in his smile, in his stride, in the calm of his eyes, and, most of all, in his performance. Mickelson was indeed different—at peace, in command—his best self. In a near-perfect Masters of hole-outs and clutch play, Phil's felicity was the most perfect thing about it.

"Clearly, Mickelson was in a kind of state—let's call it the zone," says Murphy, now 73, as close an observer of the "transformational tide" as he was when he wrote his underground classic 32 years go. "He surrendered to this grace that was given."

J.D. CUBAN

*EX.49*

91

Human beings love the zone. Love to be in it. Love to observe when others are in it. *Love to wonder when it will happen again.* Centuries before the zone had a name, there was an awareness of an elevated state of performance free of cognitive chatter. "We never do anything well till we cease to think about the manner of doing it," wrote the English essayist William Hazlitt. A simple concept, very difficult to follow.

The zone is rare and seemingly random, requiring what is literally a harmonic convergence within the brain's infinitely complex control centers. "Brain cells firing in synchronicity—that's the zone," says Dr. Debbie Crews, a pioneering sport psychologist and researcher at Arizona State who studies brain maps of optimal performance.

Using data gained from a laboratory in which he won nine major championships and some 160 other tournaments worldwide, Gary Player concurs. "The zone is *using the utmost of your brain, your entire mental capacity,*" he says. "When I was in the zone, I was a person made of two extremes. I was walking on air, and yet at the same time I was like a lion in a cage. Jack Nicklaus was that way more than anyone—having that balance of being uptight in terms of concentration, with the ability to relax and let himself perform at just the right time. When a great player unleashes that force within himself, tremendous things are possible."

In those moments, the equation "performance equals potential minus interference" loses its limiting component. The zone results when a skilled actor meticulously first uses the conscious mind to commit lines to memory and inhabit the character, then unleashes the intuitive mind to deliver a performance full of spontaneity, originality and emotional connection.

Competitive sport is the most public arena in which the human animal tests the limits of body and mind. The search for the zone is why the best play. Tennis great Billie Jean King has said that after playing a brilliant point during which she'd entered the zone, "I wanted to stop the match and grab the microphone and shout, 'That's what it's all about!'"

Even if King had wanted to elaborate, she could not have fully conveyed the moment. The terms commonly used to describe the zone—*confident, calm, fearless, free, fluid, flow, energized, automatic, peaceful, clear, rapturous, detached*—all carry their fair share of meaning, but even in sum can neither

## SELF-TEST

With the help of Dr. Gio Valiante, a psychology professor at Rollins College in Winter Park, Fla., who works with such PGA Tour players as Chad Campbell, Heath Slocum and Billy Andrade, we developed a self-test to determine if you're "in flow." Below is a series of statements that sport psychologists often use to describe flow, followed by real-life scenarios. How well you identify (or don't) with each should give you a better idea of your mental approach to the game.  **Pete McDaniel**

### YOU KNOW YOU'RE IN FLOW WHEN ...

1. **Your mind is quiet.** Example: You're not worried about the fact that as a single you've been paired with three tool-and-die salesmen from Des Moines.
2. **There is a merging of action and awareness.** You lay up short of the water hazard instead of trying to hit the career 3-wood.
3. **You feel unrushed, even in high-pressure situations.** You're going at the same pace and rhythm 1 down on the 18th tee as you were at the first tee.
4. **Pressure sharpens focus rather than detracts from it.** Your concentration increases on a must-make putt.
5. **You experience a feeling of complete control. Paradoxically, you feel as if you're abandoning control to gain control.** You're operating on autopilot, letting muscle memory execute the shots.
6. **You lose self-consciousness while increasing self-awareness.** Your golf swing is funky but effective, and you don't care what critics say about it.
7. **The transition from one thought to the next flows seamlessly without distraction.** You pick out the target, go through your pre-shot routine and pull the trigger while your playing partner is still grousing about a missed three-footer two holes ago.
8. **You're operating without even a hint of fear.** You approach the final of the club championship like it's the Saturday-morning foursome with your pals.

### YOU KNOW YOU'RE OUT OF FLOW WHEN ...

1. **You feel rushed or panicked.** Time seems to be passing quickly. Your pre-putt routine of three practice strokes is reduced to one, and you're not even aware of it.
2. **You worry about outcomes.** You're thinking about having to pay off the bet if you miss the two-footer.
3. **You're easily distracted by outside forces as opposed to someone in flow who is impervious to distraction.** You lose it and hit a poor shot every time your opponent jingles coins in his pocket.
4. **Your motivation is apathetic or languid.** You develop a "who-cares-I'm-going-to-screw-up-anyway" attitude before every shot.
5. **Rather than gaining control through abandoning control, you hold on too tightly.** You become stoic and rehearsed over every shot, sometimes milking the club through a series of re-grips and incessant waggles.
6. **You notice you're in flow.** After three consecutive birdies, you're on your way to a career round, then you subconsciously sabotage the next hole with bad swings and poor course management en route to a triple bogey.
7. **You're afraid to make mistakes. Fear is paralyzing.** The pin placement calls for a flop shot, which you've practiced extensively and executed successfully several times, but you choose a bump-and-run chip instead and botch the shot.

EX. 99

92

reproduce nor provide entry to the experience. In the zone, action always speaks louder than words.

"That's because the zone has nothing to do with words," says Chuck Hogan, a longtime author and instructor in the psychology of golf. "The zone is the opposite of words."

Adds Al Geiberger, who in 1977 shot the first official 59 in PGA Tour history: "Later on people called it the zone; we didn't even know what to call it. I still don't think anybody really knows how the super-low rounds happen."

No wonder that in this most analyzed of all sports, the zone seems to hover just above its tantalized zealots. In a game where time and a stationary ball seem to give the player the most control—to plan, to rehearse, to adjust—we can easily have the least.

It's the game's cruel joke that the closest the fearful, ego-driven and brain-locked golfers get to the zone is when, immediately after a poor shot or missed putt, we reflexively drop another ball, and with our mind on nothing else but where the damn thing should have gone in the first place, stripe it down the middle or into the hole.

The zone is quicksilver—the more we grab it, the more it slips away. "The moment you think you're in it, you're out of it," goes the zone conundrum, which seems to extend to those who would profess to understand it. It is *the* mystery of golf.

But lately there's evidence that things are changing. An accelerated collective learning curve has taken over the elite levels of golf. Advances in technique, fitness and nutrition have been discernible, but the zone has remained elusive.

"It's been the missing piece of the puzzle, and the most important," says Dr. Jim Loehr, a sport psychologist who runs LGE Performance Systems in Orlando.

Just two years ago, a poll revealed that although elite players believed mental skills were half to 80 percent of the game, the majority said they spent less than 10 percent of their practice time on them. At the same time, some 350 players on the PGA, Champions, European and LPGA tours are wearing a pendant with funny-looking copper wiring called a QLink, which supposedly reduces stress.

Here are four recent factors that have given us a new perspective on the zone:

## JIM McLEAN'S MENTAL EXERCISES

### Cure your first-tee jitters with the ring-of-fire drill

Anyone who has ever played golf knows that a huge part of the game is played between the ears. Study the drills here and on the following pages, and I'm sure they'll improve your state of mind on the golf course. They'll allow you to be more imaginative, so that you'll see the shot come to life in your mind before swinging—"go to the movies," as Jack Nicklaus says.

*—Jim McLean, Golf Digest Teaching Professional*

**Problem:** The player experiences first-tee jitters and can't take his or her mind off the trees, rough and water bordering the fairway.

**Result:** The player makes a nervous swing and hits a wayward opening tee shot.

**Goal:** Find a mental key that will let you forget the surrounding trouble and focus on the fairway.

**Practice procedure:** Here's a drill I learned from mental coach Chuck Hogan. Each time you address the ball in practice, imagine a ring of fire a few feet in front of your ball. Now, just concentrate on hitting the ball through that big circle. Bring this image with you to the first tee and keep using it throughout the round.



## 1. Rejection of mechanical thoughts

The rise of the zone has coincided with a growing acceptance that the old Holy Grail—swing mechanics—has fallen victim to the law of diminishing returns.

"What has happened is that the techni-

*Intellect doesn't conquer golf, it makes it harder.*

EX: 49

93

cal side in golf was so prevalent that the mental aspects of getting in the zone have been hidden," says Pia Nilsson, former European team Solheim Cup captain and co-founder of Vision54/Coaching for the Future, the training program named after a hypothetical round of 18 birdies. "People looked at how players like Hogan and Faldo were obsessed with technique, but they didn't realize that those two players hid their equal or even greater commitment to the mental side."

As the ball-striking abilities of the game's best have become more uniform, there is a growing acknowledgement that what separates players most is mental ability.

"The search for the perfect technique will never stop, nor should it," says Joe Parent, the author of *Zen Golf* and Vijay Singh's mental coach. "That's what practice is about. But in competition, the players are beginning to realize that swing thoughts work not as intended—to control the body during the swing with a conscious thought—but more as a security blanket that temporarily produces reduced tension. The trouble is, the more you use a swing thought, the more *thinking* it intrudes on fluidity, until it doesn't work anymore. More of today's players are learning to trust their technique to feelings or images ruled by the intuitive mind rather than engaging the thinking mind with how they intend to do it."

**2. The changing golf culture**

The Western world has grown increasingly more open to Eastern philosophy, in which disciplines like yoga emphasize the power of the intuitive mind over cognitive thought. In the martial arts, warriors strive to reach the point where they can act with lightning speed against opponents without having to think or reason about the best defensive or offensive moves to make. This is the essence of the zone.

Great golfers through the ages would agree (but not publicly, because of the golf culture's traditional aversion to the touchy-feely). Byron Nelson once told sport psychologist Bob Rotella that in his epic 1945 season he would play rounds so focused on hitting good shots that he

## JIM McLEAN'S MENTAL EXERCISES

### Improve your impact with the Bethlehem Steel drill

**Problem:** The player's left hand and wrist break down in the hitting area.
**Result:** The player just cannot hit a powerful shot—off the tee or from the fairway.
**Goal:** To discover a mental image that will allow the left wrist to stay firm through impact.
**Practice procedure:** Imagine that your left hand and wrist are made out of steel. This image will encourage a firm left-hand position, a slightly open clubface and a fade shot. My friend Ken Venturi always told me the main job of the left wrist was to not break down before impact. Here's a little add-on: The left thumb also releases down through and past impact. Practice lots of small shots with different clubs until you gain the feel of this action and then master it.



Adapted from *Golf Digest's Ultimate Drill Book* by Jim McLean ($30, Gotham Books). Find it in bookstores or order from golfdigestproshop.com.

never knew how he had scored until after the round. He was in the zone. When Rotella asked why Nelson had never included his mental approach in any of his instruction books, Nelson said, "Aw, people didn't talk about that sort of thing in those days." Today they are less reluctant.

"*Western culture is founded on the power of intellect,*" Parent says. "We conquered the world with intellect—inventing and building and expanding—so we think we can conquer anything with intellect. But intellect doesn't conquer golf, it makes it harder. Finally, *we're learning to let go and trust the body to react in the unbelievably precise way it can when it's run by the intuitive mind.*"

*Finally, we're learning to let go and trust the body.*

Ex. 49

94

**The Future of Golf**

### 3. Getting "in flow"

The national best-seller, *Flow: the Psychology of Optimal Experience*, by Mihaly Csikszentmihalyi, brought the desirability and accessibility of the zone state into popular culture. The premise is that flow—the state of being so involved in an activity that nothing else seems to matter—is when people are happiest. In such a state, the quality of the experience becomes more fulfilling than the end result. For people who are thus enlightened, achieving such optimal experiences becomes life's foremost goal.

More than two decades of study showed that flow is most often achieved when a person's body or mind is stretched to its limits in a voluntary effort to accomplish something difficult and worthwhile. The activity itself must be challenging and have defined rules, all the better to promote intense concentration. No wonder golf is so addictive.

The growth that occurs when flow is achieved makes a person more capable and motivated to achieve flow again.

"The pursuit of flow has been very instructive in teaching golfers to play for the right reasons," says Dr. Gio Valiante, a Rollins College psychology professeor who works with several tour players, including Chad Campbell. "Someone who plays to impress others or prove something will have too many external thoughts to truly focus. The player who plays to learn, improve and excel is fully involved in the process and its details. That's a player who can get into the zone and be more fulfilled."

### 4. Tiger and Annika

Because they have entered it so often in their parallel domination of golf, Tiger Woods and Annika Sorenstam have raised curiosity about the zone more than any two golfers in history.

Woods especially has exhibited a fierce yet calm focus as he's consistently harnessed his best golf for the biggest occasions, prompting Davis Love III in 2002 to observe, "Something is going on with him that's not going on with us." Sorenstam's 59 in 2001 and her poise under the extreme scrutiny of playing against the best

---



**T**HE LEADING APOSTLES OF SPORT PSYCHOLOGY tend to walk softly, as if it's best to sneak up on the zone. Terms like *quiet, calm* and *humility* refer not just to their teachings, but to their personal styles.

Not Pete Siegel. A hypnotherapist based in Marina del Rey, Calif., Siegel takes charge and makes things happen, a veritable bull in a chakra shop. He's all about challenge and confrontation.

"Give [Bob] Rotella a guy, and give me a guy," he says in his raspy East Coast baritone, trying out an idea he has for a "Dueling Shrinks" reality show. "I guarantee you, my guy will do better."

Siegel, 48, knows his style is jarring, but he says that's beside the point: "I get results." His Power-Mind clientele during the past 25 years has included teams from professional baseball, football and hockey, as well as boxers, body-builders and track-and-field athletes. He has worked with tour player James McLean, a rookie last year on the PGA Tour.

When I called Siegel, it was with the knowledge that Tiger Woods had undergone hypnosis as a teenager, and that past players such as Billy Casper had been adherents. Siegel, who charges pro athletes

**Siegel says:
"I get results."**

## Better golf through **hypnosis?** *Ehhx-cellent*

$7,500 for two half-day sessions, was eager to demonstrate how he can increase a golfer's concentration and confidence.

Siegel first requested that I give him what he termed a "negative sheet" in which I listed experiences or issues in my life that I felt hindered my ability to play better golf. I was candid in recounting some painful experiences both on and off the course, as well as some unproductive habits. Then we scheduled a session. We met at a hotel, per Siegel's instructions: "Get a room on the top floor, in a corner of the building where the adjoining rooms are empty. It could get loud."

I had nothing to worry about. Being hypnotized was pleasant and enlightening. As I stretched out, Siegel, seated within reach of the controls of a portable sound system, altered his boombox of a voice to a languorously even basso profundo. "Let yourself go all the way down," he said slowly. "*Thaat's* right. *Ehhx-cellent. Goooood.*"

With my eyes closed, I never lost the feeling of being a voluntary subject, capable of getting up and walking out the door if I wanted. Instead, I let myself become fully engaged in Siegel's instructions and requests to explore memory. A couple of times, Siegel said things to me in a loud voice (to imprint the memory) and asked me to answer loudly, which I did unselfconsciously. When he brought me out of the hypnotic state, I felt rested and refreshed.

From there it was to the golf course, where Siegel spoke about the zone in much the same language used by other sport psychologists. He gave me a pre-shot routine and trigger word—*ease*—intended to bring me fully into the moment. Since then I've played only sporadically, and not always well. But I have a different feeling about me—strangely confident and relaxed. It might have something to do with a Siegel-inspired mantra: *play, not prove*. "We did some good work," Siegel assured me. "The only kind I do." **J.D.**

---

J.D. CUBAN

*Ex. 49*

95

men last year at Colonial has also made her a mental model.

Though introverted, both can be candid when speaking of the mental side of the game. Woods has said, "My greatest gift is my creative mind." In his most successful year, 2000, he spoke of "almost willing yourself into the zone." Sorenstam is animated when talking about the challenge to improve and "living my dream."

It is surely no accident that both players were nurtured in no-limits learning environments. "More than anything, Tiger is perfectly safe," Chuck Hogan wrote in *Tiger's Bond of Power*. "Psychologically and emotionally, his parents offered him unconditional acceptance. . . . Literally, he cannot know failure."

Sorenstam, meanwhile, honed her ability to visualize and stay in the present.

"Annika has given herself permission to be great," says Nilsson. "It shocks some people, being so bold. But it's crucial that you see yourself doing something exceptional, *so that when the time comes, you don't bail out.* Because you feel you belong there, you stay in the zone."

At the level below the superstars, peak performance is becoming more frequent. Whereas Jack Fleck's 1955 U.S. Open victory was for decades discounted as the unlikeliest kind of fluke by a long-shot journeyman, major-championship victories last year by Ben Curtis and Shaun Micheel only intensified interest in the zone.

"More players are more physically and mentally prepared to play, so more players have a chance for the zone," says Valiante. "The fitness trailer promotes the zone. A clean diet promotes the zone. Being quiet and calm before a round instead of getting fired up promotes the zone. It's reasonable that in a given year, a player will get in the zone four or five times, for an entire round or even an entire tournament. Spread among all the players, that's a lot of exceptional performances."

**Searching for the elusive final frontier**
It's dangerous, however, to think we might be close to having the zone figured out.

"I would say the experience is less frequent in sports than ever," says Dr. Fran Pirozzolo, a neuropsychologist who works with professional sports teams and individual athletes. "I look at Sam Snead, an intuitive genius who played for the intrin-

sic joy and yet had the discipline to develop his skills. Sam was built to enter the zone, probably quite often. But our culture today has taken the concept of play out of high-level sports and replaced it with a photocopy of work. At the same time, there is a drive in our culture to make things easy. The most important condition for entering the zone is a high-challenge situation with highly developed skills to meet the challenge. Without the enjoyment of play, and without high challenge and high skills, you don't have the zone. And I think we have less of those things today."

While not as skeptical, Dr. Bob Rotella, the doyen of golf sport psychologists, is leery of claims that the zone has become more accessible. "Are we getting better at getting players closer to the zone than we were 15 years ago? No question," says Rotella. "Just like the physical game, it's the quality of your misses. And players are getting better at reducing or minimizing their mental misses. But we certainly don't have any hard evidence that players are getting into the zone more often. People may be more fascinated with the zone than ever, and we might understand what it looks like in a lab more than ever, and



**JIM McLEAN'S MENTAL EXERCISES**

*Reduce excess tension with the spaghetti drill*

**Problem:** The player experiences a great degree of tension in the arms at address.

**Result:** This tension causes the player to make an overly slow swing and lose power.

**Goal:** To find a mental image that promotes a relaxed address position and a syrupy, yet accelerating, Sam Snead-like swing.

**Practice procedure:** When setting up to hit the ball, imagine that your arms are made of spaghetti, as the late, great teacher Claude Harmon taught me to do. You want the arms to be comfortably extended and relaxed, never rigid or tight. The spaghetti image will put you on the right track.

PETER STEMMLER

Ex. 49

96

## The Future of Golf



Mind Meter

**The Freeze-Framer tracks you in the zone; the Mind Meter measures your brain's activity.**

that's all very seductive. But that doesn't make it happen more often."

Rotella worries that unrealistic expectations will end up making the zone more remote. "The biggest problem players tend to have is thinking the key to being great is to be in the zone all the time, and they think they can intentionally make it happen," he says. "Michael Jordan estimated that in his career he was in the zone only 2 percent of the time. Just like people get lost in trying to hit every shot perfectly, they can also get lost in criticizing themselves for not being in the zone all the time. Which is about the surest way to never get in it. The zone happens when it happens."

Research, meanwhile, focuses on patterns and cause-and-effect. Debbie Crews measures brain waves and produces brain maps that chart how the brain works in optimal performance. Crews' findings indicate that peak performance produces intensity in the body, a fast heart rate and high electrical frequencies firing in the brain. The most predominant characteristic is activity in which the right and left hemispheres of the brain work together equally. "It's anything but a passive state; it's very much a heightened state," says Crews. "I think it shows that too many performance coaches are making the mistake of getting people too relaxed."

Most interestingly, Crews has found when subjects can see the real-time readings from the different areas of the brain and heart on a bar graph, they can intuitively create changes in the body to produce readings that are closer to the zone's characteristics.

"It's amazing how elite performers can change their numbers," says Crews. "I don't tell them what to feel, I just let them figure it out. It's nonverbal, which shows the best players know the feeling of the zone. If moving the

readings also helps them to remember that feeling later, that could be a breakthrough."

The same principle of self-adjustment applies to a portable device developed by the husband-and-wife sport psychology team of Dr. Deborah Graham and Jon Stabler. The "Mind Meter" is about the size of a cigarette pack. Based on the changing beat-to-beat intervals of the heart, it measures a player's level of "arousal" before, during and after a shot. An optimum level of arousal is determined from the readings of a player's shots (usually between 40 and 60 on a scale of 1-100).

Stabler says that with the device, a player learns that too-high arousal num-

bers result when thoughts of outcome, swing mechanics, fear or doubt intrude. He says good players quickly become adept at replicating the state of mind that gets a good number.

"It proves to them that arousal control—not swing-fix thoughts—is the key," says Stabler. "They gain trust in their ability to control their arousal in important situations, which builds confidence. We're teaching our clients to get in the zone on demand, or very close to it, on a regular basis, rather than getting there very seldom, and by accident."

Another system, this one devised by HeartMath, focuses on controlling emotions and their negative effects on performance by monitoring the heart and its pathways to the brain and nervous system. HeartMath adherents contend they can synchronize activity in the brain and nervous system through the self-generation of a "coherent" heart rhythm pattern.

The key technique is called Quick Coherence. It begins with a person focusing attention on an area of the heart and pretending to breathe slowly and gently through the heart to a count of five or six. While continuing to breathe this way, the subject concentrates on a positive feeling or attitude like compassion or appreciation. The process produces an even and more coherent heart-rate pattern that triggers optimum performance potential in the brain.

Proponents say the technique works anytime or anyplace a person feels nervous or irritated, including the golf course before or after a shot. The effect can be quantified by Freeze-Framer soft-

*Please turn to page 178*



> *Are we getting better at getting players closer to the zone than we were 15 years ago? No question.*

MICKELSON PHOTO ILLUSTRATION: AARON GOODMAN • METER: JIM HERITY

Gx. 49
97



**Fore the Love of the Game!**



#1 New York Times
BESTSELLING AUTHORS
Jack Canfield
Mark Victor Hansen
Jeff Aubery
Mark & Chrissy Donnelly

**Chicken Soup for the Golfer's Soul**
The 2nd Round

More Stories of Insight,
Inspiration and Laughter
on the Links

**Inspiring stories that
will touch your heart.**



#1 New York Times
BESTSELLING
Jack Canfield
Mark Victor Hansen
Jeff Aubery
Mark & Chrissy Donnelly

**Chicken Soup for the Golfer's Soul**

101 Stories of
Insight, Inspiration
and Laughter on the Links

Available in quality
softcover at your favorite
bookstore or golf shop.



HCI
The Life Issues Publisher
Health Communications Inc.

**(800) 441-5569
www.hcibooks.com**

Continued from page 145

ware that provides heart readings with the use of a finger clip.

"I use the techniques in my lessons, and I've seen them bring peacefulness and fluidity back into people's swings," says Laird Small, 2003 PGA Teacher of the Year and director of the Pebble Beach Golf Academy. "It shows people the difference between being in and out of the zone, and they can take it from there."

**The players react**

Even with science as a portal to the zone, getting to the destination is the most personal of journeys.

"When I was in college, I read an article about how to get into the zone and did everything exactly," remembers Pia Nilsson. "Nothing happened. To get in the zone, a player has to be intimately aware of their feelings and reactions and experiences. Then when they find the right signal, they have a golden nugget for life."

Just about every top player has his own vision of the zone. Peter Jacobsen says he achieved the zone in winning the Greater Hartford Open last year at age 49. "The key is to create your own reality on the course," Jacobsen says. "Down the stretch at Hartford, I just kept saying to myself, *Be who you are, and the golf shots will be easy.*"

Mickelson went through a similar process in achieving his "different feeling" at the Masters.

"It wasn't anything I worked on with anybody," he says. "I just decided that I had come so close trying to be so focused and so intense, but that's not really the way I am normally. I enjoy having fun, and I wanted to carry that into my play. And that brought out my best game."

It's a story that resonates with Chuck Hogan, who after 35 years of pursuing the zone from all angles, has come full circle.

"The zone is all about play," Hogan says. "It's the simplest bypass to all the things we do to screw ourselves up. The whole reason we play is to find that primal joy we once had. We know it's in there, and it becomes its own reward. The way to the zone is your own."

Clearly, golfers are still finding their way. The road ahead will surely include breakthroughs in biofeedback technology that will better define the physiological and psychological conditions of the zone, and help golfers to better control and

## How a pro balances the mind and mechanics

**By Nick Price**
Golf Digest Playing Editor

*Editor's note: Nick Price began working with Dr. Bob Rotella in the late 1980s and won three major championships from 1992-'94.*

I had to balance inputs before I was able to find the zone. I've always been a bit between two worlds. Mechanics play a role, because when you're swinging well you don't think about your golf swing, and you can focus better on your target, which is very much a zone thing. When swinging poorly, you get more focused on your golf swing but not so much on your target.

Now, Bob Rotella will tell you, use your focus, and your swing will follow. Then somebody like David Leadbetter will tell you it's fine using your focus, but if you haven't got the technique to deliver, it doesn't matter. I've learned one thing for sure: If I'm playing poorly and I focus well, I play better than the other way around. I'd rather err in the direction of focus than on the golf swing.

If I had been able to apply those skills earlier, I wouldn't have had so many struggles in the '80s. Now I'm saying, "I don't have to play great. I just have to put the ball in play." And I have to think great. Then, when you start hitting it great, that's when it all comes together.

replicate them. Mental coaches can be expected to refine their messages to more narrowly focus their students on the crucial prerequisites of the zone. And a greater number of increasingly enlightened individuals will be more open to actively seeking heightened states of consciousness.

Though there's a good chance the zone will become more accessible, none of these advances guarantees it won't remain rare and elusive. It's a possibility even the most aggressive seekers placidly accept. Something elemental tells us that the mystery of golf was never meant to be solved. ▰




1.5Mbps T1 from just $399/mo
45Mbps DS3 low as $2500/mo
www.Broadband.com
Feedback - Ads by Google

 www.netlingo.com

# in the zone

When programmers shut out all forms of communication because they are entirely focused on-and extremely busy with-writing software (or slinging code). In this state, they are said to be "in the zone." It also refers to "doing what you want to be doing" and can indicate a transition, such as "I think marriage and kids are a zone I'm just not interested in yet."

**NetLingo Classification:** Online Jargon



*done!*

## E-mail this info to a friend:

 Send e-Mail

## Browse by Letter:

a  b  c  d  e  f  g  h  i  j  k  l  m  n  o  p  q  r  s  t  u  v  w  x  y  z

## Search by Keyword:

 Search NetLingo

## NetLingo Partners

### with us

Home Equity Loans | Best Gambling Sites | Dating Personals | Online Advance Loan | Online Credit Report - Free Credit Check Offers | Cell Wireless Plan | Bad Credit Loan and Credit Card | Coupons | Coupons Online Coupons | Coupon & Deals | Coupon Sale | Coupon Codes | On Buy with Coupons | Coupons Off | Online Coupons | Encyclopedia | On | Spelling Center | Dictionary | ESL Tools | Online Schools | Gift Ideas | Skin Care | Search for Credit Cards

**Sidebar index:**

@
@

2
2B or not 2B

4
411
4ever

8
86

a
a New York minute
A/S/L
ABI - Binary
ABI - Broker
above the fold
ac or .ac
access
access control
access control list
access devices
access number
access provider
access rights
access time
account
ACM
acquisition
acquisition cost
Acrobat
acronym
actionable
active
Active Server Pages
ActiveX
ad banner
ad blocking
ad click
ad network
ad server software
ad space
ad view
ADC
address
Address Resolution
Protocol (ARP)
ADN
Adobe
ADPCM
ADSL
adware
AFAIC
AFAIK

EXHIBIT 50

http://www.netlingo.com/inframes.cfm                              11/20/2004

# CNN.com transcripts

Editions | myCNN | Video | Audio | Headline News
Brief | Feedback

**MAINPAGE**
**WORLD**
**U.S.**
**WEATHER**
**BUSINESS**
**SPORTS**
**TECHNOLOGY**
**SPACE**
**HEALTH**
**ENTERTAINMENT**
**POLITICS**
**LAW**
**CAREER**
**TRAVEL**
**FOOD**
**ARTS & STYLE**
**BOOKS**
**NATURE**
**IN-DEPTH**
**ANALYSIS**
**LOCAL**

**EDITIONS:**
CNN.com Europe

change default
edition

**MULTIMEDIA:**
video
video archive
audio
multimedia
showcase
more services

**E-MAIL:**
Subscribe to
one of our news
e-mail lists.
Enter your
address:

[    ] [go]

## Inside Politics

### Gore and Bush to Meet in First Head-to-Head Debate

Aired October 3, 2000 - 5:00 p.m. ET

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

JUDY WOODRUFF, CNN ANCHOR: Al Gore and George W. Bush go through their final paces before their first presidential debate.

(BEGIN VIDEO CLIP)

CANDY CROWLEY, CNN CORRESPONDENT: It will be high noon at 9:00 p.m. in Boston: no confetti, no banners, no able advisers.

(END VIDEO CLIP)

WOODRUFF: Candy Crowley and the rest of our political team set the stage and preview strategy.

In the closest race since Nixon versus Kennedy, we will look to the past and the future of election 2000 before the tradition of presidential debates is carried on in Boston tonight.

ANNOUNCER: This is a special edition of INSIDE POLITICS, with Judy Woodruff at CNN election headquarters, and analysts Jeff Greenfield and Bill Schneider.

WOODRUFF: Thank you for joining us. Bernie Shaw is on assignment in Danville, Kentucky, where he will moderate Thursday's vice presidential debate.

Tonight, of course, George W. Bush and Al Gore are the main attraction. When they take the stage at the University of Massachusetts in Boston in about four hours, their every word, their every gesture will be scrutinized by journalists, and more importantly, by the voters. A

CNN.c

CNN S

Sear
CNN.c

[Find]

CNN.co
TOP S

Bush s
openir
charity
busine

Rescu
days a
devas
earthq

Daiml
emplo
rapidly
ranks
worke

Disney
a gone

(MOR

QNmons
Playin

Coke

Sun M
tiny pr

(MOR

**EXHIBIT 51**

GX 51
100

GOV. GEORGE W. BUSH (R-TX), PRESIDENTIAL NOMINEE: Tonight's not the night for gimmicks. Tonight's the night to talk about heart, compassion and vision.

CROWLEY (voice-over): Bush's goal is to show himself as a man of substance, ready for primetime, ready for the Oval Office. He needs an error free, powerful evening. Bush will emphasize his education agenda, a subject on which he expounds comfortably; his Social Security reform plan, which he believes has resonance among swing voters; his defense policies and his plans to revamp Medicare.

Aides say Bush is also prepared and eager to defend his across- the-board tax cut, which they fully expect Al Gore to target. There will be a single theme in Bush's policy talk: a bright line he wants to paint for voters. His agenda, he will will argue, gives more freedom to Americans. Gore's agenda, he will say, gives more power to the government.

But there is a broader picture that plays to what strategists see as a key Bush strength. In the end, the Bush camp wants viewers to know, not just the details of policy, but the nature of the man.

KARL ROVE, BUSH CAMPAIGN CHIEF STRATEGIST: He's a plain-spoken person, he's not an accomplished orator, he's not a practiced debater, he's a person who, you know, sort of says what he feels and so look, there are people that are far more accomplished at debating, but he's a good strong leader.

CROWLEY: Bush is ready to use this side-by-side event to highlight instances where he believes Al Gore has changed positions for political gain. As the Texas governor arrived in Boston, aides did some early shelling.

ROVE: You know, we don't know exactly which version of the vice president we'll see tonight, alpha male or not, but people see George W. Bush as he is and who he is, and that's what's going to be important.

CROWLEY: A natural competitor, the governor is said to be most comfortable as a crunch player; if so, he will be in his favorite venue this evening.

BUSH: I look forward to it.

CROWLEY: With polls showing some lingering questions about his readiness for the job, Bush needs to show himself a man of substance with the personal qualities that would make voters comfortable to have him in the Oval Office for four years. As he arrived in Boston, Bush was described by aides as "serene and in the zone."

(END VIDEOTAPE)

EX.51

/01



**"Evacuation" Original Air Date 5/13/01**
**Chapter 228**

I knew I was supposed to be home to help dad
and Reese with the new couch. But Stevie and I
were in the zone. We were cranking on our
geometry homework and actually got two weeks
ahead. I was an hour late, but c'mon it was for
school! Mom totally overreacted and grounded
me for two weeks. No phone. No television. No
friends. And no dessert. It was so unfair. I
stormed off to my room, while dad and Dewey
went to take the old couch to the dump.

That night, some army guy showed up and said
the whole neighborhood was being evacuated. A
train derailed and caused some sort of toxic spill.

Trademark and Copyright
Notice:        
TM and © FOX and its
related entities.

All rights reserved.
Use of this Web site assumes
acceptance of the **Terms of Use** and **Privacy Polic**

EXHIBIT 52

Ex 52
/02



User
Addi

log
Pass
Pass

| Home | Search | | Album | | Advanced Search |

**Overview**      **Review**      **Credits**      **Chart & Awards**

In the Zone                                                    ✉ Send to
                                                                  Friend
Emmett North Jr. & the Gallery of Groove



**Tracks**

| | Title | Composer | Time |
|---|---|---|---|
| ✔ 1 | In the Zone | Cuttill, North, Pyzer, Stevens | 5:03 |
| 2 | From L.A. to London (Gotta Hustle) | Cuttill, North, Pyzer, Stevens | 4:57 |
| 3 | The Groove | Franklin | 5:03 |
| 4 | Burnt Offerings | Cuttill, North, Pyzer, Stevens | 4:38 |
| 5 | Montuno | Cuttill, North, Pyzer, Stevens | 5:21 |
| ✔ 6 | Between the Spaces | Cuttill, North, Pyzer, Stevens | 5:53 |
| 7 | Wah-Wah Man | Cuttill, North, Pyzer, Stevens | 4:43 |
| 8 | Sometimes | Cuttill, North, Pyzer, Stevens | 5:34 |
| 9 | Wicked Thoughts | Cuttill, North, Pyzer, Stevens | 4:17 |
| 10 | Sanctified | Cuttill, North, Pyzer, Stevens | 6:53 |

✔ indicates 🔊 Track Pick

◀ listen

**Album Browser**

< Previous          Next >

**Artist**
Emmett North Jr. & the Gallery of
Groove

**Album**
In the Zone

**Release Date**
1995

**Label**
Jump Cut

**Genre**
Jazz

**Moods**
Smooth
Rollicking
Laid-
Back/Mellow

**Releases**

| Year | Type | Label | Catalog # |
|---|---|---|---|
| 1995 | CD | Jump Cut | 011 |

Corrections to this Entry?

allmusic ((( In the Zone > Overview )))

© 2004 AEC One Stop Group; Inc. All Rights Reserved.

EX53
104

allmusic ((( In the Zone > Overview )))                                          Page 1 of 2



User
Add

log
Pass
Pass

**Home**     **Search** [_____]  **Album**   [Go!] [Advanced Search]

**Overview**      **Review**      **Credits**      **Chart & Awards**

In the Zone                                                          ✉ Send to
                                                                        Friend
Wayman Tisdale



🛒 buy ◀listen

**Album Browser**

< Previous                          Next >

**Artist**
Wayman Tisdale

**Album**
In the Zone

**Rating**
★★★☆☆

**Release Date**
1996

**Label**
Motown

**Time**
62:23

**Genre**
Jazz

**Styles**
Contemporary
Jazz
Crossover
Jazz
Smooth Jazz
Fusion

**Review**                                                        by Leo Stanley

Wayman Tisdale's second album, *In the Zone*, suffers from the same problems of his debut *Power Forward*. Although it is evident that Tisdale has affection for smooth urban R&B and jazz fusion, he has just enough skills and instinct to make make his music pleasant, but not enought to make it engaging. As a result, *In the Zone* never rises beyond background music, and like all background music, it sounds fine while it's on, but nothing sticks around after the record is finished.

**Tracks**

| | Title | Composer | Time |
|---|---|---|---|
| 1 | In the Zone Interlude | | 1:12 |
| 2 | Watch Me Play | Allen, Brookins, Tisdale | 5:04 |
| 3 | In the Zone | Dixie, Tisdale | 5:01 |
| 4 | Summer Breeze | Crofts, Seals | 6:39 |
| 5 | These Feelings | Brookins, Swinga, Tisdale | 4:18 |
| 6 | High School Interlude | | :42 |
| 7 | Day Road Trip | Dixie, Tisdale | 5:34 |
| 8 | Don't Take Your Love Away | Dixie, Tisdale | :03 |
| 9 | College Interlude | | :51 |
| 10 | Washington High | Tisdale | 4:20 |
| 11 | Starship | Henderson | 5:43 |
| 12 | Early Morning Drive | Allen, Tisdale | 5:38 |
| 13 | Pro Interlude | | 1:04 |
| 14 | Thinking of You | Broening, Tisdale | 6:35 |
| 15 | No Me Without You [John 3:16] | Gonzales | 5:09 |
| 16 | Summer Breeze Remix [*] | Crofts, Seals | 4:30 |

**Releases**

| Year | Type | Label | Catalog # |
|---|---|---|---|
| 1996 | CD | Motown | 530696 |
| 1996 | CS | Motown | 530696 |

**D0136**

Ck.53

allmusic ((( In the Zone > Overview )))                                        Page 2 of 2

**Products**
 Sheet Music

**Corrections to this Entry?**

About Us | Site Guide | Contact | Product Submissions | Advertise | Privacy Policy | Terms of Service | Help Center
© 2004 AEC One Stop Group, Inc. All Rights Reserved.

**D0137**



| Home | Search | | Album | Go! Advanced Search |

**Overview**     **Review**     **Credits**     **Chart & Awards**

In the Zone                                                    ⊠ Send to
                                                                  Friend
Bill Hanff



**Tracks**

| | Title | Composer | Time |
|---|---|---|---|
| 1 | Miss Goody Two Shoes | Curry, Rainwater | 3:18 |
| 2 | I Wanna Love Somebody Like I Love You | Chambers, Jones | 3:13 |
| 3 | Somewhere Down the Line | Berardo | 4:47 |
| 4 | Old Fires Still Burn | Knox, Payne | 3:54 |
| 5 | Comfort Zone | Mirijanian, Swan | 3:17 |
| 6 | Don't You Ever Say Never to Love | Curry, Lehnan, Lewis | 2:54 |
| 7 | Closer to Crazy | Orender, Wright | 3:22 |
| 8 | Honky Tonk Mood | Beard, Curry, Lewis | 3:32 |
| 9 | There's No Future (In the Past) | Mirijanian, Swan | 3:17 |
| 10 | Daddy's Little Girl | Young | 4:14 |

**Artist**
Bill Hanff

**Album**
In the Zone

**Release Date**
Jun 11, 1996

**Label**
Virginia

**Time**
35:48

**Genre**
Country

**Styles**
Contemporary Country

**Releases**

| Year | Type | Label | Catalog # |
|---|---|---|---|
| 1996 | CD | Virginia | 1170 |
| 1996 | CS | Virginia | 1170 |

**Corrections to this Entry?**

About Us | Site Guide | Contact | Product Submissions | Advertise | Privacy Policy | Terms of Service | Help Center
© 2004 AEC One Stop Group, Inc. All Rights Reserved.

**D0135**

Ex.53



User
Add

log
Pass
Pass

| Home | Search | | Album | Go | Advanced Search |
|------|--------|--|-------|-----|------------------|

**Overview**        **Review**        **Credits**        **Chart & Awards**

In the Zone                                                        ☒ Send to
                                                                      Friend
Ivy Queen & Wyclef Jean



**Tracks**

| | | | | Title | Composer | Time |
|--|--|--|--|-------|----------|------|
| | | | 1 | In the Zone | Castillero, Ivy Queen ... | 4:16 |
| | | | 2 | In the Zone | Castillero, Ivy Queen ... | 4:13 |
| | | | 3 | In the Zone | Castillero, Ivy Queen ... | 3:36 |
| | | | 4 | In the Zone | Castillero, Ivy Queen ... | 4:25 |
| | | | 5 | In the Zone [Acappella] | Castillero, Ivy Queen ... | 3:21 |

**Releases**

| Year | Type | Label | Catalog # | |
|------|------|-------|-----------|--|
| 1999 | 12 | Sony International | 82931 | |
| 1999 | | Sony International | 82931 | |

◀ listen

**Artist**
Ivy Queen & Wyclef Jean

**Album**
In the Zone

**Rating**
★★☆☆

**Release Date**
Feb 9, 1999

**Label**
Sony International

**Type**
Single

**Genre**         **Styles**
Latin            Latin Rap
                 Tropical

Corrections to this Entry?

About Us | Site Guide | Contact | Product Submissions | Advertise | Privacy Policy | Terms of Service | Help Center
© 2004 AEC One Stop Group, Inc. All Rights Reserved.

D0138

Ex.53

108



Home    Search    [_____]    **Album**    [*Go*] [Advanced Search]

Overview       Review       Credits       **Chart & Awards**

In the Zone                                                    ✉ Send to
                                                                 Friend
Finger Roll



| **Tracks** | | | | | |
|---|---|---|---|---|---|
| | Title | | Composer | | Time |
| 1 | In the Zone | | Dawson, Nelson | | 4:42 |
| 2 | Sweet Sticky Thing | | Beck, Bonner, Jones ... | | 4:54 |
| 3 | Thinking of You | | Dawson, Nelson | | 1:46 |
| 4 | Tears from Heaven | | Dawson, Nelson | | 5:10 |
| 5 | To the Wire | | Dawson, Nelson | | 4:46 |
| 6 | My Favorite Things | | Hammerstein, Rodgers | | 3:52 |
| 7 | Betcha by Golly, Wow | | Bell, Creed | | 4:22 |
| 8 | For All Seasons | | Dawson, Nelson | | 5:33 |
| 9 | Windin Roads | | Dawson, Nelson | | 4:53 |
| 10 | People Make the World Go Round | | Bell, Creed | | 5:47 |
| 11 | Alfie | | Bacharach, David | | 5:23 |
| 12 | Obre Gado | | Nelson | | 3:34 |

**Album Browser**

‹ Previous                        Next ›

**Artist**
Finger Roll

**Album**
In the Zone

**Release Date**
Nov 26, 1996

**Label**
Bama Sweet

**Time**
54:42

**Genre**
Jazz

| **Releases** | | | | |
|---|---|---|---|---|
| Year | Type | Label | Catalog # | |
| 1996 | CD | Bama Sweet | 3312 | |
| 1996 | CS | Bama Sweet | 3312 | |

**Corrections to this Entry?**

About Us | Site Guide | Contact | Product Submissions | Advertise | Privacy Policy | Terms of Service | Help Center
© 2004 AEC One Stop Group, Inc. All Rights Reserved.

**D0134**

allmusic ((( In the Zone > Overview )))                                       Page 1 of 1



| Home | Search | | Album | | Go! | Advanced Search |

**Overview**      **Review**      **Credits**      **Chart & Awards**

In the Zone                                                         ⊠ Send to
                                                                      Friend
The Capricorns

**Artist**                    Review                              by Ned Raggett
The Capricorns
                              "Refreshing," that's the word for it -- which may seem strange, in that the
**Album**                     Capricorns have clear roots in nervous synth-pop energy. But compared to
In the Zone                   the endless run of willfully trashy garage/punk bands that after a certain
                              point plagued music circa 2002, having a band with a "The Somethings"-style
**Rating**                    name that actually brought something comparatively new to the table can't
★★★★☆                         be celebrated enough. The duo of Heather Lynn and Kirsten Nordine, sharing
                              vocals and keyboards (along with Lynn... Read More...
**Release Date**
2002                          Releases

**Label**
Paroxysm

| Year | Type | Label | Catalog # | |
|------|------|-------|-----------|--|
| 2002 | CD | Paroxysm | PAROXYSM-012 | |

**Genre**
Rock

Corrections to this Entry?

About Us | Site Guide | Contact | Product Submissions | Advertise | Privacy Policy | Terms of Service | Help Center
© 2004 AEC One Stop Group, Inc. All Rights Reserved.

**D0139**



| Home | Search | | Album | Go! Advanced Search |
|------|--------|--|-------|---------------------|

**Overview**      **Review**      **Credits**      **Chart & Awards**

In the Heath Zone                                              ✉ Send to
                                                                 Friend
Tony Purrone



🛒 buy

**Album Browser**
< Previous                          Next >

**Artist**
Tony Purrone

**Album**
In the Heath Zone

**Rating**
★★☆☆☆

**Release Date**
Jul 15, 1997

**Recording Date**
Oct 1996

**Label**
Steeplechase

**Time**
70:37

**Genre**
Jazz

Corrections to this Entry?

**Review**                                    by David R. Adler

Tony Purrone's second release as a leader is devoted entirely to the music of his mentor and longtime employer, tenor sax legend Jimmy Heath. Expanding his group from a trio to a quartet this time around, Purrone is joined by bassist Lyn Christie, drummer Keith Copeland, and saxophonist Nick Brignola. The album draws well-deserved attention to Heath's rhythmically advanced compositions and, having played them all with the man himself, Purrone brings an insider's perspective. ... Read More...

**Tracks**

| | Title | Composer | Time |
|--|-------|----------|------|
| 1 | All Members | Heath | 8:24 |
| 2 | D. Waltz | Heath | 6:17 |
| 3 | Bro' Slim | Heath | 5:29 |
| 4 | Heritage Hum | Heath | 7:43 |
| 5 | Ineffable | Heath | 6:05 |
| 6 | Picture of Heath | Heath | 6:38 |
| 7 | Mellowdrama | Heath | 7:41 |
| 8 | Longravity | Heath | 7:58 |
| 9 | Two Tees | Heath | 6:33 |
| 10 | The 13th House | Heath | 7:49 |

**Releases**

| Year | Type | Label | Catalog # |
|------|------|-------|-----------|
| 1997 | CD | Steeplechase | 31410 |

D0145

allmusic ((( In the Heath Zone > Overview )))                                      Page 2 of 2

About Us | Site Guide | Contact | Product Submissions | Advertise | Privacy Policy | Terms of Service | Help Center
© 2004 AEC One Stop Group, Inc. All Rights Reserved.

http://www.allmusic.com/cg/amg.dll?p=amg&token=&sql=10:qzarqj7ioj0a                8/16/2004

Ex 53
/12

**allmusic**

Home    Search    [              ] Album    [Go!] [Advanced Search]

Overview    Review    Credits    Chart & Awards

Livin' in the Zone                                          ✉ Send to
                                                              Friend
Lesette Wilson



🛒 buy  listen

**Album Browser**

< Previous                     Next >

**Artist**
Lesette Wilson

**Album**
Livin' in the Zone

**Rating**
★★★☆☆

**Release Date**
Aug 21, 2001

**Label**
N2K

**Genre**         **Styles**
Jazz              Fusion
                  Urban

Corrections to this Entry?

**Review**                                          by Matt Collar

Leading into what sounds like the intro to "Rock Me Amadeus" on the first track of Livin' in the Zone is a spoken word statement of purpose where various people take the mic to lay out what it really means to be living as such. Apparently, to one person that means, "The place in which all dreams and wishes manifest itself." Incorrect grammar aside, the track leads one to expect an epic R&B concept album. In actuality, keyboardist/producer Lesette Wilson has crafted an average, while admittedly accomplished, instrumental pop album ... Read More...

**Tracks**

| | Title | Composer | Time |
|---|---|---|---|
| 1 | Living' in the Zone (Prelude) | Wilson | 1:07 |
| 2 | It's On | Wilson | 3:58 |
| 3 | Too High | Wonder | 4:19 |
| 4 | Livin' in the Zone | Wilson | 4:39 |
| 5 | One More Time | Jefferson, Thomas, Wilson | 4:09 |
| 6 | Theme from "Home Invaders" | Wilson | 4:00 |
| 7 | Before I Let Go | Beverly | 5:17 |
| 8 | Live Your Dream | Jefferson, Thomas, Wilson | 4:48 |
| 9 | One | Loftin, Wilson | 4:31 |
| 10 | Wine Down | Wilson | 5:05 |
| 11 | Piece of Patrice | Wilson | 4:24 |
| 12 | Reflections | Wilson | 4:46 |

**Releases**

| Year | Type | Label | Catalog # |
|---|---|---|---|
| 2001 | CD | N2K | 4222 |

About Us | Site Guide | Contact | Product Submissions | Advertise | Privacy Policy | Terms of Service | Help Center
© 2004 AEC One Stop Group, Inc. All Rights Reserved.

D0144

Ex.53
113



| Home | Search | | Album | | **Go!** Advanced Search |

| Overview | Review | Credits | Chart & Awards |

In the Dub Zone

Ja-Man All Stars

☒ Send to Friend



★★★★
ja-man
all stars
in the dub zone

🔊 buy ⦀ listen

**Artist**
Ja-Man All Stars

**Album**
In the Dub Zone

**Rating**
★★★★☆

**Release Date**
Mar 11, 2003

**Label**
Blood & Fire

**Type**
Compilation

**Genre**        **Styles**
Reggae          Dub

**Corrections to this Entry?**

**Review**                                          by Rick Anderson

In 1998, the Blood & Fire label released a reggae collection entitled *129 Beat Street: Ja-Man Special 75-78*, which featured classic singles produced by Dudley "Manzie" Swaby during the classical era of roots reggae. *In the Dub Zone* draws on Swaby's dub productions from the same period and from a few years later, at the beginning of the dancehall era. It includes the entirety of two dub albums, Ja-Man Dub and King's Dub... Read More...

**Tracks**

| | Title | Composer | Time |
|---|---|---|---|
| 1 | Dub Zone | Ja Man All Stars | 2:37 |
| 2 | Dangerman Version | Ja Man All Stars | 2:23 |
| 3 | Herb Cutter | Ja Man All Stars | 4:21 |
| 4 | Dread Nut Chalice | Ja Man All Stars | 3:17 |
| 5 | Well Black | Ja Man All Stars | 2:37 |
| 6 | Fire Bun | Ja Man All Stars | 3:24 |
| 7 | Half Ounce | Ja Man All Stars | 3:01 |
| 8 | Big Spliff | Ja Man All Stars | 3:25 |
| 9 | Rasta Feeling | Ja Man All Stars | 3:18 |
| 10 | Bush Weed | Ja Man All Stars | 3:18 |
| 11 | Don't Get Crazy | Ja Man All Stars | 2:03 |
| 12 | Weak Heart Drop | Ja Man All Stars | 3:12 |
| 13 | Blood Version | Ja Man All Stars | 2:59 |
| 14 | King's Dub | Ja Man All Stars | 3:21 |
| 15 | Nuclear Blast | Ja Man All Stars | 3:46 |
| 16 | Poor Man Skank | Ja Man All Stars | 3:06 |
| 17 | Censemania Dub | Ja Man All Stars | 3:09 |
| 18 | Hotter Claps | Ja Man All Stars | 2:59 |
| 19 | East Man Skank | Ja Man All Stars | 3:22 |
| 20 | West Man Skank | Ja Man All Stars | 3:29 |
| 21 | Higher Ranking Dub | Ja Man All Stars | 3:28 |
| 22 | Hot Steppers Dub | Ja Man All Stars | 3:16 |
| 23 | Downtown Rubadub | Ja Man All Stars | 3:34 |

**Releases**

| Year | Type | Label | Catalog # |
|---|---|---|---|
| 2003 | CD | Blood & Fire | 41 |

**D0142**

G).53

/14

About Us | Site Guide | Contact | Product Submissions | Advertise | Privacy Policy | Terms of Service | Help Center
© 2004 AEC One Stop Group, Inc. All Rights Reserved.

D0143

Ex. 53

115



Home       Search    [                  ] Album       [GO] Advanced Search

**Overview**      **Review**      **Credits**      **Chart & Awards**

ChalkZone: In the Zone                                              ☒ Send to
                                                                      Friend
Original Soundtrack

**Artist**                          **Review**                    by Heather Phares
Original Soundtrack                 The soundtrack to Nickolodeon's *ChalkZone* series -- which revolves around
                                    the adventures of Rudy Tabootie, his magic piece of chalk, his best friend
**Album**                           Penny, and his chalk-drawn sidekick Snap -- features songs from the show,
ChalkZone: In the Zone              including the theme song "Rudy's Got the Chalk" and "Comin' to Life," which
                                    helps explain how Rudy's magic chalk allows him to enter the *ChalkZone*.
**Rating**                          While most of the songs are inspired by funk and rock, several of them, such
★★★☆☆                               as the Latin-tinged "Escucha Mi Corazon" and country-based "Amazin' River,"
                                    add a nice ... Read More...

**Genre**          **Styles**
Soundtrack         Television
                   Soundtracks
                   Cartoon Music

**Moods**          **Themes**
Amiable/Good-      Hanging Out
Natured
Exuberant
Carefree
Confident
Party/Celebrat
ory

**Products**
  Books

**Corrections to this Entry?**

About Us | Site Guide | Contact | Product Submissions | Advertise | Privacy Policy | Terms of Service | Help Center
© 2004 AEC One Stop Group, Inc. All Rights Reserved.

D0147

allmusic ((( In the Free Zone > Overview )))                                        Page 1 of 1



**Overview**    ·Review        **Credits**      **Chart & Awards**

In the Free Zone                                                    ☒ Send to
                                                                      Friend
Bloc

**Artist**
Bloc                          **Releases**
                              ꞌYear    ꞇ!Type  ꞇꞇLabel        ꞇꞇCatalog #      ꞇ
**Album**                      1991    CD      A&M           75021-5343-2
In the Free Zone                       CS      A&M           75021-5343-4

**Release Date**
1991

**Label**
A&M

**Time**
49:59

**Genre**
Rock

**Corrections to this Entry?**

About Us | Site Guide | Contact | Product Submissions | Advertise | Privacy Policy | Terms of Service | Help Center
© 2004 AEC One Stop Group, Inc. All Rights Reserved.

**D0148**

Cx53

117



## ASCAP
The American Society of Composers, Authors and Publishers

| HOME | ACE Title Search | What's New | Join ASCAP | About ASCAP | ASCAPLatino | Contact Us |

## ACE TITLE SEARCH

**Results**

Disclaimer | Terms and Use Restrictions | ACE Comments | FAQ's | Help ⑦

Your title search for "IN THE ZONE" returned 35 results. Underlined text
indicates that additional information is available.

**NOTICE: Title variations are included in the search, so the main title may
not necessarily contain your search string.**

### Displaying Results 1 - 10

[First Page]   [Last Page]
1 2 3 4 [Next]

Save

1. 🎵 **HAPPY ENDING**                                    (Title Code: 380417085)
   Writers:                          Performers:
   HIMMELMAN PETER                   (none found)

   Variations:                       Publishers/Administrators:
   IN THE ZONE (CLOSING THEME)       TCF MUSIC PUBLISHING INC
                                     C/O TWENTIETH CENTURY FOX FILM CORP.
                                     ATTN: TED SPELLMAN
                                     P O BOX 900
                                     MUSIC DEPT - BLDG #18
                                     BEVERLY HILLS, CA, 90213
                                     Tel. (310) 369-2541

2. 🎵 **IN THE ZONE**                                     (Title Code: 391435571)
   Writers:                          Performers:
   MATTHEW EUGEINO                   KENDALL WILLIAMS
   RICHARD MASSUCCI
   WILLIAMS KENDALL

   Variations:                       Publishers/Administrators:
   (none found)                      Contact ASCAP Clearance representative at (212)621-6160
                                     for other publisher information.

3. 🎵 **IN THE ZONE**                                     (Title Code: 390426154)
   Writers:                          Performers:
   CAREY ANTHONY                     PLANET P PROJECT

   Variations:                       Publishers/Administrators:
   (none found)                      UNIVERSAL POLYGRAM INTERNATIONAL
                                     PUBLISHING INC.
                                     % UNIVERSAL MUSIC PUBLISHING GROUP
                                     2440 SEPULVEDA BLVD.
                                     SUITE 100
                                     LOS ANGELES , CA, 90064
                                     Tel. (310) 235-4700

**EXHIBIT 54**

**D0153**  Ex.54

118

4. ☑ **IN THE ZONE**                                    (Title Code: 390571541)
    **Writers:**                          **Performers:**
      ELWOOD PAUL I                    (none found)

    **Variations:**                       **Publishers/Administrators:**
      (none found)                       Contact ASCAP Clearance representative at (212)621-6160
                      for other publisher information.

5. ☑ **IN THE ZONE**                                    (Title Code: 390574066)
    **Writers:**                          **Performers:**
      DAWSON THOMAS JAMES JR           FINGER ROLL
      NELSON DENNIS E                  FINGEROLL
                      FINGERROLL

    **Variations:**                       **Publishers/Administrators:**
      (none found)                       THOMAS DAWSON PUBLISHING
                      % THOMAS JAMES DAWSON JR
                      2330 E DEL MAR BLVD
                      #323
                      PASADENA , CA, 91107
                      Tel. (818) 577-8123

                      Contact ASCAP Clearance representative at (212)621-6160
                      for other publisher information.

6. ☑ **IN THE ZONE**                                    (Title Code: 390621764)
    **Writers:**                          **Performers:**
      WEBB WILLIAM SIMON PIETER        (none found)

    **Variations:**                       **Publishers/Administrators:**
      (none found)                       CYPRESS CREEK MUSIC
                      941-A CLINT MOORE ROAD
                      CONGRESS CORPORATE PLAZA
                      BOCA RATON , FL, 33487
                      Tel. (561) 995-0331

                      Contact ASCAP Clearance representative at (212)621-6160
                      for other publisher information.

7. ☑ **IN THE ZONE**                                    (Title Code: 390623388)
    **Writers:**                          **Performers:**
      EDMONDSON JOHN B                 (none found)

    **Variations:**                       **Publishers/Administrators:**
      (none found)                       NEIL A KJOS MUSIC COMPANY
                      4382 JUTLAND
                      SAN DIEGO , CA, 92117

8. ☑ **IN THE ZONE**                                    (Title Code: 390704782)
    **Writers:**                          **Performers:**
      GULLEY KEVIN MICHAEL             ICE CUBE
      HUTCHISON GREGORY FRENARD
      ICE CUBE
      JOHNSON JOSEPH (USA 2)
      LONG JERRY BUDDY

    **Variations:**                       **Publishers/Administrators:**
      KEN GRIFFEY JR. THEME            TCF MUSIC PUBLISHING INC
                      C/O TWENTIETH CENTURY FOX FILM CORP.
                      ATTN: TED SPELLMAN
                      P O BOX 900
                      MUSIC DEPT - BLDG #18
                      BEVERLY HILLS, CA, 90213
                      Tel. (310) 369-2541

                      W B MUSIC CORP
                      % WARNER BROS INC
                      (WARNER BROS MUSIC DIV)

**D0154**

Ex 54

119

10585 SANTA MONICA BLVD
ATTN: JAY MORGENSTERN
LOS ANGELES, CA, 90025
Tel. (310) 441-8600

Contact ASCAP Clearance representative at (212)621-6160
for other publisher information.

**9.** ☐ **IN THE ZONE**                                           (Title Code: 390744328)

**Writers:**                    **Performers:**
POPE RUPERT VYVYAN KENRICK      (none found)

**Variations:**                 **Publishers/Administrators:**
(none found)                    EXTREME PRODUCTION MUSIC USA
                                % EXTREME GROUP HOLDINGS INC
                                1547 FOURTEENTH STREET
                                SANTA MONICA , CA, 90404
                                Tel. (310) 395-0408

**10.** ☐ **IN THE ZONE**                                          (Title Code: 390757387)

**Writers:**                    **Performers:**
MANDEL THOMAS N                 (none found)
SODEN WILLIAM CHARLES JR

**Variations:**                 **Publishers/Administrators:**
(none found)                    WESTIE MUSIC
                                260 CRANDON BLVD
                                SUITE #32 PMB#63
                                KEY BISCAYNE , FL, 33149
                                Tel. (215) 635-1486

[First Page]   [Last Page]
**1** 2 3 4 [Next]

☐
HOME | ACE TITLE SEARCH | WHAT'S NEW | PRESS RELEASES
Join ASCAP | About ASCAP | ASCAPLatino | CONTACT US | SITE MAP
FOR MEMBERS | CAREER DEVELOPMENT | INSIDE MUSIC | CUSTOMER LICENSEES
LEGISLATION | ASCAP JAM | ASCAP STORE

Copyright and Terms of Use | Privacy Policy | http://www.ascap.com | info@ascap.com
Reproduction or use of editorial or pictorial content in any manner is strictly prohibited
without express written permission from ASCAP.
© 2004 ASCAP

**D0155**   Ex.54

ASCAP ACE - Search Results



**ASCAP**
The American Society of Composers, Authors and Publishers

| HOME | ACE Title Search | What's New | Join ASCAP | About ASCAP | ASCAPLatino | Contact Us |

## ACE TITLE SEARCH

### Results

Disclaimer | Terms and Use Restrictions | ACE Comments | FAQ's | Help ⑦

Your title search for "IN THE ZONE" returned 35 results. Underlined text
indicates that additional information is available.

**NOTICE: Title variations are included in the search, so the main title may
not necessarily contain your search string.**

**Displaying Results 11 - 20**

[First Page]  [Last Page]
[Previous] 1 **2** 3 4 [Next]

Save

**11.** ☐ **IN THE ZONE**                                    **(Title Code: 390806243)**
   Writers:                              Performers:
   GOODMAN JOEL S                        MUSICBOX LLC
   STEIN DANIEL E

   Variations:                           Publishers/Administrators:
   (none found)                          BOX OF MUSIC
                                         % MUSIC BOX LLC
                                         ATT DANIEL STEIN
                                         25761 VISTA VERDE DRIVE
                                         CALABASAS , CA, 91302
                                         Tel. (818) 224-4240

**12.** ☐ **IN THE ZONE**                                    **(Title Code: 390822378)**
   Writers:                              Performers:
   WITHERS THOMAS HAROLD GEORGE          (none found)

   Variations:                           Publishers/Administrators:
   (none found)                          RYKOMUSIC
                                         101 CHARLES DRIVE
                                         BUILDING ONE
                                         BRYN MAWR , PA, 19010
                                         Tel. (610) 520-7200

**13.** ☐ **IN THE ZONE**                                    **(Title Code: 390907714)**
   Writers:                              Performers:
   DEIANNI MICHAEL ANTHONY               (none found)

   Variations:                           Publishers/Administrators:
   (none found)                          EDITORS CHOICE MUSIC
                                         % GARY A FITZGERALD
                                         208 WEST 30TH STREET
                                         SUITE 1006
                                         NEW YORK , NY, 10001

**D0156**

Ex. 54

121

Tel. (212) 695-1992

**14.** ▣ **IN THE ZONE**                              (Title Code: 390908393)
**Writers:**                          **Performers:**
  ROLLINS ANDREW                 ANDREW ROLLINS

**Variations:**                       **Publishers/Administrators:**
  (none found)                     CERMORTIN MUSIC
    % ANDREW ROLLINS
    11836 KLING STREET
    VALLEY VILLAGE , CA, 91607
    Tel. (818) 760-7761

**15.** ▣ **IN THE ZONE**                              (Title Code: 391049471)
**Writers:**                          **Performers:**
  GAMANS ERIK DAVID              GAMANS/RISHKOFSKI
  GAMANS ERIK DAVID
  RISHKOFSKI KEITH

**Variations:**                       **Publishers/Administrators:**
  (none found)                     PHATSAC MUSIC
    % ERIK GAMANS
    5038 HAZELTINE AVE # 104
    SHERMAN OAKS , CA, 91423
    Tel. (818) 508-0556

**16.** ▣ **IN THE ZONE**                              (Title Code: 391083255)
**Writers:**                          **Performers:**
  JACKSON KORI MONET             KORI MONET JACKSON LUNA 1ST GE

**Variations:**                       **Publishers/Administrators:**
  (none found)                     1ST GETT
    % KORI JACKSON
    1925 W 54TH STREET
    LOS ANGELES , CA, 90062
    Tel. (323) 328-8793

**17.** ▣ **IN THE ZONE**                              (Title Code: 391135396)
**Writers:**                          **Performers:**
  FARRIS JAMES JACOB             (none found)

**Variations:**                       **Publishers/Administrators:**
  ALL MEDIA MUSIC AMM107 TRACKS 9 10 11 12   INVESTMENT MUSIC
    % PREMIERE RADIO NETWORKS INC
    P. O. BOX 947
    BRYN MAWR , PA, 19010
    Tel. (610) 971-9490

**18.** ▣ **IN THE ZONE**                              (Title Code: 391172177)
**Writers:**                          **Performers:**
  MANDEL THOMAS N                (none found)
  SODEN WILLIAM CHARLES JR

**Variations:**                       **Publishers/Administrators:**
  (none found)                     WESTIE MUSIC
    260 CRANDON BLVD
    SUITE #32 PMB#63
    KEY BISCAYNE , FL, 33149
    Tel. (215) 635-1486

**19.** ▣ **IN THE ZONE**                              (Title Code: 391257255)
**Writers:**                          **Performers:**
  JACKSON RITTY R JR             RITTY SMOOTH KAT
  MAROLDA THOMAS JAMES

**D0157** Ex.54

/22

Variations:                         Publishers/Administrators:
(none found)                        SONGGRAM MUSIC
                                      ATTN: THOMAS J MAROLDA
                                      7936 VERDE SPRINGS DR
                                      LAS VEGAS , NV, 89128
                                      Tel. (609) 371-2524

20. IN THE ZONE                                    (Title Code: 391263597)
    Writers:                         Performers:
      MC CRAY JOEL BURTRAND            JOEL MC CRAY

    Variations:                       Publishers/Administrators:
      (none found)                     WWWHARBORHOUSEMUSICPUBLISHERS
                                        COM
                                       % HARBOR HOUSE STUDIOS
                                       1000 RANDOL MILL AVENUE
                                       SUITE B
                                       ROANOKE , TX, 76262
                                       Tel. (817) 379-1500

[First Page]   [Last Page]
[Previous] 1 2 3 4 [Next]

HOME | ACE TITLE SEARCH | WHAT'S NEW | PRESS RELEASES
Join ASCAP | About ASCAP | ASCAPLatino | CONTACT US | SITE MAP
FOR MEMBERS | CAREER DEVELOPMENT | INSIDE MUSIC | CUSTOMER LICENSEES
LEGISLATION | ASCAP JAM | ASCAP STORE

Copyright and Terms of Use | Privacy Policy | http://www.ascap.com | info@ascap.com
Reproduction or use of editorial or pictorial content in any manner is strictly prohibited
without express written permission from ASCAP.
© 2004 ASCAP

D0158

Ex.59

123



# ASCAP
The American Society of Composers, Authors and Publishers

| HOME | ACE Title Search | What's New | Join ASCAP | About ASCAP | ASCAPLatino | Contact Us |

## ACE TITLE SEARCH

### Results
Disclaimer | Terms and Use Restrictions | ACE Comments | FAQ's | Help ⑦

Your title search for "IN THE ZONE" returned 35 results. Underlined text
indicates that additional information is available.

**NOTICE: Title variations are included in the search, so the main title may
not necessarily contain your search string.**

**Displaying Results 21 - 30**

[First Page]  [Last Page]
[Previous] 1 2 **3** 4 [Next]

Save
21. ☐ **IN THE ZONE**                                          (Title Code: 391285493)
    Writers:                                    Performers:
    SMITH MICHAEL DENNIS                        (none found)
    WARD GRAHAM PAUL

    Variations:                                 Publishers/Administrators:
    (none found)                                TCF MUSIC PUBLISHING INC
                                                C/O TWENTIETH CENTURY FOX FILM CORP.
                                                ATTN: TED SPELLMAN
                                                P O BOX 900
                                                MUSIC DEPT - BLDG #18
                                                BEVERLY HILLS, CA, 90213
                                                Tel. (310) 369-2541

                                                Contact ASCAP Clearance representative at (212)621-6160
                                                for other publisher information.

22. ☐ **IN THE ZONE**                                          (Title Code: 391289891)
    Writers:                                    Performers:
    BURNETT BILL                                (none found)

    Variations:                                 Publishers/Administrators:
    (none found)                                TUNES BY NICKELODEON INC
                                                % FAMOUS MUSIC CORPORATION
                                                ATTN: IRWIN ROBINSON
                                                1633 BROADWAY
                                                11TH FLOOR
                                                NEW YORK , NY, 10019

23. ☐ **IN THE ZONE**                                          (Title Code: 391297793)
    Writers:                                    Performers:
    SMITH MICHAEL DENNIS                        GRAHAM PAUL WARD
    WARD GRAHAM PAUL                            MICHAEL DENNIS SMITH

    Variations:                                 Publishers/Administrators:

**D0159**

(none found)                          Contact ASCAP Clearance representative at (212)621-6160
                                      for other publisher information.

**24.** ☐ **IN THE ZONE**                                (Title Code: 391348371)
    **Writers:**                       **Performers:**
     ADJIAN BERDJ DAVID            DAVEED

    **Variations:**                    **Publishers/Administrators:**
    (none found)                        INFINITE MIND
                                          % BERDJ ADJIAN
                                          11907 DARLINGTON AVE # 102
                                          LOS ANGELES , CA, 90049
                                          Tel. (310) 820-5781

**25.** ☐ **IN THE ZONE**                                (Title Code: 391422094)
    **Writers:**                       **Performers:**
     ANDERSON DEAN H               DEAN ANDERSON

    **Variations:**                    **Publishers/Administrators:**
    (none found)                        THREE UNDER MUSIC
                                          6255 SUNSET BOULEVARD
                                          SUITE 820
                                          HOLLYWOOD , CA, 90028
                                          Tel. (323) 461-3211

**26.** ☐ **IN THE ZONE (COLLEGE FOOTBALL SATURDAY)(SBC)**   (Title Code: 570365281)
    **Writers:**                       **Performers:**
     SHIMKIN ANTHONY MARC          (none found)
     SICURELLA JOSEPH ADAM

    **Variations:**                    **Publishers/Administrators:**
    SBC (COLLEGE FOOTBALL SATURDAY)(IN THE ZONE)   BERKSHIRE HILLS MUSIC INC
    COLLEGE FOOTBALL SATURDAY (IN THE ZONE)          ATTN: IVY TOMBAK
    SBC (IN THE ZONE)                                9220 SUNSET BOULEVARD
    ZMLY 3637 ("IN THE ZONE"/SBC)                    SUITE 220
    ALL RIGHT LISTEN UP (SBC COLLEGE FOOTBALL SAT    LOS ANGELES , CA, 90069
    SBC (ALL RIGHT LISTEN UP)                        Tel. (310) 860-2650
    SBC COLLEGE FOOTBALL SATURDAY (ALL RIGHT LIST

**27.** ☐ **IN THE ZONE CUES**                           (Title Code: 098011324)
    **Writers:**                       **Performers:**
     HIMMELMAN PETER               (none found)

    **Variations:**                    **Publishers/Administrators:**
    (none found)                        TCF MUSIC PUBLISHING INC
                                          C/O TWENTIETH CENTURY FOX FILM CORP.
                                          ATTN: TED SPELLMAN
                                          P O BOX 900
                                          MUSIC DEPT - BLDG #18
                                          BEVERLY HILLS, CA, 90213
                                          Tel. (310) 369-2541

**28.** ☐ **IN THE ZONE CUES**                           (Title Code: 398041402)
    **Writers:**                       **Performers:**
     HIMMELMAN PETER               (none found)

    **Variations:**                    **Publishers/Administrators:**
    (none found)                        TCF MUSIC PUBLISHING INC
                                          C/O TWENTIETH CENTURY FOX FILM CORP.
                                          ATTN: TED SPELLMAN
                                          P O BOX 900
                                          MUSIC DEPT - BLDG #18
                                          BEVERLY HILLS, CA, 90213
                                          Tel. (310) 369-2541

**29.** ☐ **IN THE ZONE CUES**                           (Title Code: 398041420)

D0160

Ex.54
/25

**Writers:**
STAINBROOK JON

**Variations:**
(none found)

**Performers:**
(none found)

**Publishers/Administrators:**
TCF MUSIC PUBLISHING INC
C/O TWENTIETH CENTURY FOX FILM CORP.
ATTN: TED SPELLMAN
P O BOX 900
MUSIC DEPT - BLDG #18
BEVERLY HILLS, CA, 90213
Tel. (310) 369-2541

30. **IN THE ZONE CUES**                                      (Title Code: 398042947)
**Writers:**
LOFGREN NILS HILMER

**Variations:**
(none found)

**Performers:**
(none found)

**Publishers/Administrators:**
TCF MUSIC PUBLISHING INC
C/O TWENTIETH CENTURY FOX FILM CORP.
ATTN: TED SPELLMAN
P O BOX 900
MUSIC DEPT - BLDG #18
BEVERLY HILLS, CA, 90213
Tel. (310) 369-2541

[First Page]   [Last Page]
[Previous] 1 2 **3** 4 [Next]

HOME | ACE TITLE SEARCH | WHAT'S NEW | PRESS RELEASES
Join ASCAP | About ASCAP | ASCAPLatino | CONTACT US | SITE MAP
FOR MEMBERS | CAREER DEVELOPMENT | INSIDE MUSIC | CUSTOMER LICENSEES
LEGISLATION | ASCAP JAM | ASCAP STORE

Copyright and Terms of Use | Privacy Policy | http://www.ascap.com | info@ascap.com
Reproduction or use of editorial or pictorial content in any manner is strictly prohibited
without express written permission from ASCAP.
© 2004 ASCAP

**D0161**

*Ex. 54*

*/26*



| HOME | ACE Title Search | What's New | Join ASCAP | About ASCAP | ASCAPLatino | Contact Us |

## ACE TITLE SEARCH

Results

Disclaimer | Terms and Use Restrictions | ACE Comments | FAQ's | Help ⓘ

Your title search for "IN THE ZONE" returned 35 results. Underlined text
indicates that additional information is available.

**NOTICE: Title variations are included in the search, so the main title may
not necessarily contain your search string.**

### Displaying Results 31 - 35

[First Page]  [Last Page]
[Previous] 1 2 3 **4**

Save

**31.** ☐ IN THE ZONE CUES                         (Title Code: 398048923)
Writers:                          Performers:
STAINBROOK JON CARL           (none found)

Variations:                       Publishers/Administrators:
PLAID CONNECTION              TCF MUSIC PUBLISHING INC
                              C/O TWENTIETH CENTURY FOX FILM CORP.
                              ATTN: TED SPELLMAN
                              P O BOX 900
                              MUSIC DEPT - BLDG #18
                              BEVERLY HILLS, CA, 90213
                              Tel. (310) 369-2541

**32.** ☐ IN THE ZONE THEME                        (Title Code: 390570819)
Writers:                          Performers:
HIMMELMAN PETER               (none found)

Variations:                       Publishers/Administrators:
(none found)                  TCF MUSIC PUBLISHING INC
                              C/O TWENTIETH CENTURY FOX FILM CORP.
                              ATTN: TED SPELLMAN
                              P O BOX 900
                              MUSIC DEPT - BLDG #18
                              BEVERLY HILLS, CA, 90213
                              Tel. (310) 369-2541

**33.** ☐ ME AGAINST THE MUSIC                     (Title Code: 431178111)
Writers:                          Performers:
HARDNETT DORIAN MICHELLE      BRITNEY SPEARS
NASH TERIUS YOUNGDELL         SPEARS B
NKHEREANYE THABISO            SPEARS BRITNEY
O'BRYAN GARY
SPEARS BRITNEY
STEWART CHRISTOPHER A

**D0162**

Gx.54
/27

Variations:
IN THE ZONE

Publishers/Administrators:
MARCHNINENTH MUSIC
% SONGS OF PEER LTD
5358 MELROSE AVENUE
SUITE 400
LOS ANGELES , CA, 90038
Tel. (323) 960-3400

MORNINGSIDE TRAIL MUSIC
% SONGS OF PEER LTD
5358 MELROSE AVENUE
SUITE 400
LOS ANGELES , CA, 90038
Tel. (323) 960-3400

SONGS OF PEER LTD
ATTN: COPYRIGHT DEPT
5358 MELROSE AVENUE
SUITE 400
LOS ANGELES , CA, 90038
Tel. (323) 960-3400

TABULOUS MUSIC
% HITCO SOUTH
% WINDSWEPT PACIFIC ENTERTAINMENT CO
9320 WILSHIRE BLVD
# 200
BEVERLY HILLS , CA, 90212
Tel. (310) 550-1500

Contact ASCAP Clearance representative at (212)621-6160
for other publisher information.

**34.** ME AGAINST THE MUSIC
                                                             (Title Code: 431204976)

Writers:
O'BRYAN GARY

Performers:
BRITNEY SPEARS

Variations:
IN THE ZONE

Publishers/Administrators:
Contact ASCAP Clearance representative at (212)621-6160
for other publisher information.

**35.** TOTAL IMPACT
                                                             (Title Code: 500661047)

Writers:
WOLF RICHARD LAWRENCE

Performers:
(none found)

Variations:
IN THE ZONE (WK #11 EPISODE 1049)

Publishers/Administrators:
PRODLAB MUSIC
% ZIFFREN BRITTENHAM BRANCA AND FISCHER
1801 CENTURY PARK WEST
LOS ANGELES , CA, 90067
Tel. (310) 552-6554

[First Page]  [Last Page]
[Previous] 1 2 3

D0163  Ex. 54



**BMI**   Virtually Indispensable.

| join | | licensing | musicworld | news | events | video | search | abo |

BMI.com Repert

There are 46 Titles

First  Previous  1 2  Next Last

**IN THE ZONE    BMI Work #6666204**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| CICCONE MADONNA L | ASCAP | 125053706 |
| HARDNETT DORIAN MICHELLE | ASCAP | 346430572 |
| NASH TERIUS YOUNGDELL | ASCAP | 424091289 |
| NKHEREANYE THABISO | ASCAP | 338765329 |
| O BRYAN GARY | ASCAP | 445394539 |
| SPEARS BRITNEY | BMI | 353662065 |
| STEWART CHRISTOPHER A | ASCAP | 334895434 |

**Publishers**

| BRITNEY SPEARS MUSIC | BMI | 353662163 |
|---|---|---|
| ZOMBA SONGS INC | BMI | 244580665 |

*Additional Non-BMI Publishers*

**IN THE ZONE    BMI Work #4961453**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| GULLEY KEVIN MICHAEL | BMI | 227524575 |
| HUTCHISON GREGORY FRENARD | BMI | 214011439 |
| JACKSON O SHEA | ASCAP | 128443675 |
| JOHNSON JOSEPH | BMI | 233053017 |
| LONG JERRY BUDDY | BMI | 230571991 |

**Publishers**

| DOLLARZ N SENSE MUZICK | BMI | 228177070 |
|---|---|---|
| FOX FILM MUSIC CORPORATION | BMI | 214142125 |
| KOKE IS IT MUZIK | BMI | 179416441 |
| PHRONT STREET MUZICK | BMI | 179625234 |
| PIMP CLINIC MUZICK | BMI | 194660445 |
| SONGS OF MADNESS | BMI | 192979803 |
| STRAIGHT CASH MUSIC | BMI | 244558555 |
| WARNER-TAMERLANE | BMI | 185314175 |

**search the repertoire for:**

Title

In the Zone

Search

**Display:**
- ☑ Songwriters/Compos
- ☑ Publishers
- ☐ Artists
- ☐ Alternate Titles

**disclaimer**

In using this database, it understood that you have read and agreed to our Terms and Conditions of Use.

**more info**

Hints

User Guide

FAQ

Disclaimer

Contact Info

D0164

**EXHIBIT 55**

Ex. 55

PUBLISHING CO
*Additional Non-BMI Publishers*

**IN THE ZONE**   BMI Work #4928532

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| PESANTE MARTHA I | BMI | 193654443 |

**IN THE ZONE**   BMI Work #3846662

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| DIXIE ARTHUR FREDERICK JR | BMI | 189536421 |
| TISDALE WAYMAN L | BMI | 231335016 |
| **Publishers** | | |
| FREDDYMAN MUSIC | BMI | 189543328 |
| TISWAY MUSIC | BMI | 185823443 |

**IN THE ZONE**   BMI Work #1824212

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| KARTCHNER RANDEL E NETWORK MUS | BMI | 130444906 |
| **Publishers** | | |
| NETWORK MUSIC | BMI | 428775422 |

**IN THE ZONE**   BMI Work #3798864

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| DAWSON THOMAS | ASCAP | 0 |
| NELSON DENNIS E | BMI | 202822313 |
| **Publishers** | | |
| STREET ZONE MUSIC | BMI | 240208807 |
| *Additional Non-BMI Publishers* | | |

**IN THE ZONE**   BMI Work #5882695

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| MC ALLISTER JEFFERY LEE | BMI | 403839759 |
| NODERER MARK AARON | BMI | 239192946 |
| STEVENS MARY LEE | BMI | 219393849 |
| **Publishers** | | |
| MIGHTY MUSIC ZONE | BMI | 186676124 |

**D0165**

Ex.55
130

**IN THE ZONE    BMI Work #5316944**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| CAFFEY THOMAS JOSEPH | ASCAP | 127535282 |
| CUNNINGHAM ERIC STEPHEN | BMI | 227884830 |
| LANG CHRISTOPHER PAUL | BMI | 79536828 |
| **Publishers** | | |
| KILLER TRACKS | BMI | 182028192 |

*Additional Non-BMI Publishers*

**IN THE ZONE    BMI Work #2010559**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| HALL MASON R | NA | 0 |
| ROY MICHAEL | NA | 0 |
| **Publishers** | | |
| BIG MACE MUSIC | BMI | 182635951 |

**IN THE ZONE    BMI Work #4085070**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| SMOTHERS ALBERT ABRAHAM | BMI | 246704075 |
| **Publishers** | | |
| LERIC MUSIC INC | BMI | 355915147 |

**IN THE ZONE    BMI Work #4243458**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| SANDERS LARRY W | BMI | 143573674 |
| **Publishers** | | |
| WILL BURN RECORDING AND PUBLIS | BMI | 196385719 |

**IN THE ZONE    BMI Work #4371615**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| HARRIS MARZETT C | BMI | 196820145 |
| **Publishers** | | |
| NUZONE PUBLISHING | BMI | 197456521 |

**IN THE ZONE    BMI Work #4393601**

D0166

EX 55


| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| WALDENMAIER JACK | BMI | 232424306 |
| **Publishers** | | |
| MUSIC BAKERY PUBLISHING | BMI | 233428585 |

**IN THE ZONE    BMI Work #5174589**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| VINYARD TERRY | BMI | 355550362 |
| **Publishers** | | |
| NO E MUSIC | BMI | 355546250 |

**IN THE ZONE    BMI Work #6617150**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| KOPATZ DAVID WILLARD | ASCAP | 334140994 |
| MUSKER FRANK | BMI | 75484745 |
| **Publishers** | | |
| CAREERS BMG MUSIC PUBLISHING I | BMI | 228960349 |
| *Additional Non-BMI Publishers* | | |

**IN THE ZONE    BMI Work #5995294**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| BROWN PATRICK JOSEPH | BMI | 421290101 |
| VON BOEHM JON | BMI | 405627669 |

**IN THE ZONE    BMI Work #6697163**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| NORTH EMMETT O B JR | BMI | 87679607 |
| **Publishers** | | |
| ARTICHOKE PUBLISHING INC | BMI | 60550210 |
| LONDON FOG PUB CO LTD | BMI | 229563158 |
| *Additional Non-BMI Publishers* | | |

**IN THE ZONE    BMI Work #6360136**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| ANDERSON COREY S | BMI | 351291970 |

**D0167**

Ex.15

**IN THE ZONE     BMI Work #6802730**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| SMITH MICHAEL DENNIS | BMI | 182940751 |
| WARD GRAHAM PAUL | ASCAP | 430178778 |
| **Publishers** | | |
| FOX FILM MUSIC CORPORATION | BMI | 214142125 |
| *Additional Non-BMI Publishers* | | |

**IN THE ZONE ALONE     BMI Work #4574221**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| SAHM DOUGLAS W | BMI | 269322355 |
| **Publishers** | | |
| DOUGLAS SAHM MUSIC CO | BMI | 60916387 |

**IN THE ZONE BUMPER     BMI Work #5591180**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| GARROD PHILIP MAC KENZIE | BMI | 241560985 |
| HAYS REED K | BMI | 129761946 |
| SCHREER SCOTT P | BMI | 37000822 |
| **Publishers** | | |
| FOX FILM MUSIC CORPORATION | BMI | 214142125 |

**IN THE ZONE INTERLUDE     BMI Work #3915202**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| ALLEN DERRICK L | SESAC | 209186567 |
| TISDALE WAYMAN L | BMI | 231335016 |
| **Publishers** | | |
| PENNY FUNK MUSIC | BMI | 233436783 |
| SEVEN SUMMITS MUSIC | BMI | 183647935 |
| TISWAY MUSIC | BMI | 185823443 |

**IN THE ZONE KEN GRIFFEY JR THE     BMI Work #4961453**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| GULLEY KEVIN MICHAEL | BMI | 227524575 |
| HUTCHISON GREGORY FRENARD | BMI | 214011439 |
| JACKSON O SHEA | ASCAP | 128443675 |

**D0168**

EX-55

/33

| JOHNSON JOSEPH | BMI | 233053017 |
| LONG JERRY BUDDY | BMI | 230571991 |

**Publishers**

| DOLLARZ N SENSE MUZICK | BMI | 228177070 |
| FOX FILM MUSIC CORPORATION | BMI | 214142125 |
| KOKE IS IT MUZIK | BMI | 179416441 |
| PHRONT STREET MUZICK | BMI | 179625234 |
| PIMP CLINIC MUZICK | BMI | 194660445 |
| SONGS OF MADNESS | BMI | 192979803 |
| STRAIGHT CASH MUSIC | BMI | 244558555 |
| WARNER-TAMERLANE PUBLISHING CO | BMI | 185314175 |

*Additional Non-BMI Publishers*

**IN THE ZONE THEME    BMI Work #4307892**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
| --- | --- | --- |
| GARROD PHIL | BMI | 241561198 |
| HAYS REED K | BMI | 129761946 |
| SCHREER SCOTT P | BMI | 37000822 |

**Publishers**

| FOX FILM MUSIC CORPORATION | BMI | 214142125 |

**IN THE ZONE-BG CUES    BMI Work #0**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
| --- | --- | --- |
| LEROUX ALAIN JAMES | SACEM | 17880277 |
| MULET HERNAN TEODORO | BMI | 228156375 |

**Publishers**

| GRAND CYPRESS PUBLISHING (LIBR | BMI | 216454385 |

*Additional Non-BMI Publishers*

First  Previous  1 2  Next Last

Site Search         Go
Site Map
join | songwriter | licensing | musicworld | news | events | video | search | about
All content Copyright 1994-2003 ©, Broadcast Music, Inc. unless otherwise specif
All marks indicated by the ® are registered trademarks of Broadcast Music, Inc

**D0169**

*Ex. 55*

*134*

Privacy | Contact Us | Jobs @ BMI
**Terms & Conditions**

**D0170**

C £ S S

/35

 **BMI**        Virtually Indispensable.

| join | : | : licensing : musicworld : news : events : video : search : abo |

BMI.com Repertc

There are 46 Titles

**First Previous 1 2 Next Last**

IN THE ZONE-BG CUES    BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| MINUCCI CHIELI | ASCAP | 121351623 |
| RHODES RICK (US 1) | ASCAP | 126147592 |
| SKINNER STEPHEN JAY | BMI | 71385771 |
| **Publishers** | | |
| FIRST DIGITAL MUSIC | BMI | 211629598 |

*Additional Non-BMI Publishers*

IN THE ZONE-BG CUES    BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| GOODRUM WILLIAM ASHBY | BMI | 231191504 |
| **Publishers** | | |
| FOX FILM MUSIC CORPORATION | BMI | 214142125 |

IN THE ZONE-BG CUES    BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| GARROD PHILIP MAC KENZIE | BMI | 241560985 |
| HAYS REED K | BMI | 129761946 |
| SCHREER SCOTT P | BMI | 37000822 |
| **Publishers** | | |
| FOX FILM MUSIC CORPORATION | BMI | 214142125 |

IN THE ZONE-BG CUES    BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| GARROD PHILIP MAC KENZIE | BMI | 241560985 |
| HAYS REED K | BMI | 129761946 |
| SCHREER SCOTT P | BMI | 37000822 |
| **Publishers** | | |

---

**search the repertoire for:**

Title

In the Zone

[ Search ]

**Display:**
☑ Songwriters/Compos
☑ Publishers
☐ Artists
☑ Alternate Titles

**disclaimer**

In using this database, it understood that you have read and agreed to our Terms and Conditions of Use.

**more info**

Hints
User Guide
FAQ
Disclaimer
Contact Info

---

**D0171**

EX 55
136



FOX FILM MUSIC CORPORATION    BMI        214142125

**IN THE ZONE-BG CUES    BMI Work #0**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| HOWARD JAMES NEWTON | ASCAP | 69574335 |

**Publishers**

| FOX FILM MUSIC CORPORATION | BMI | 214142125 |
|---|---|---|

**IN THE ZONE-BG CUES    BMI Work #0**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| NEWMAN DAVID LOUIS | BMI | 139947429 |

**Publishers**

| FOX FILM MUSIC CORPORATION | BMI | 214142125 |
|---|---|---|

**IN THE ZONE-BG CUES    BMI Work #0**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| GARROD PHILIP MAC KENZIE | BMI | 241560985 |
| HAYS REED K | BMI | 129761946 |
| SCHREER SCOTT P | BMI | 37000822 |

**Publishers**

| FOX FILM MUSIC CORPORATION | BMI | 214142125 |
|---|---|---|

**IN THE ZONE-BG CUES    BMI Work #0**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| SULLIVAN DIRK WILLIAM | BMI | 232707783 |

**Publishers**

| METRO PARK MUSIC | BMI | 201452719 |
|---|---|---|

**IN THE ZONE-BG CUES    BMI Work #0**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| WRIGHT STEVEN JAMES | BMI | 239825930 |

**Publishers**

| METRO PARK MUSIC | BMI | 201452719 |
|---|---|---|

**IN THE ZONE-BG CUES    BMI Work #0**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|

**D0172**

Ex. 55

137

COODLEY MITCHELL R (SEVEN STOR | BMI | 200025846

**Publishers**

SEVEN STORY MUSIC | BMI | 200458021

**IN THE ZONE-BG CUES   BMI Work #0**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
| --- | --- | --- |
| PLOWMAN MICHAEL RICHARD | SOCAN | 196523445 |

**Publishers**

*Additional Non-BMI Publishers*

**IN THE ZONE-BG CUES   BMI Work #0**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
| --- | --- | --- |
| ANDERSON ANDREW DAVID | BMI | 280549062 |
| FROILAN PHILIP R | BMI | 354000802 |
| GARRY KEVIN J | BMI | 352874345 |
| SPIEZIO SCOTT EDWARD | BMI | 353321295 |

**Publishers**

*Additional Non-BMI Publishers*

**IN THE ZONE-BG CUES   BMI Work #0**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
| --- | --- | --- |
| DOWDALL DIANE K | ASCAP | 339304762 |
| LANG SMILEY | BMI | 246575642 |
| REYNOLDS SCOTT E | ASCAP | 126672178 |

**Publishers**

NO REED MUSIC PUBLISHING | BMI | 232646187

*Additional Non-BMI Publishers*

**IN THE ZONE-BG CUES   BMI Work #0**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
| --- | --- | --- |
| ALLEN ROBERT LOREN | BMI | 186342653 |
| BROWNE MARK ALAN | ASCAP | 338011494 |

**Publishers**

NO REED MUSIC PUBLISHING | BMI | 232646187

*Additional Non-BMI Publishers*

**IN THE ZONE-BG CUES   BMI Work #0**

D0173

CLASS
138

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| DOWDALL DIANE K | ASCAP | 339304762 |
| LANG SMILEY | BMI | 246575642 |
| REYNOLDS SCOTT E | ASCAP | 126672178 |
| **Publishers** | | |
| NO REED MUSIC PUBLISHING | BMI | 232646187 |
| *Additional Non-BMI Publishers* | | |

**IN THE ZONE-BG CUES   BMI Work #0**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| BERGMAN WILLIAM JAY | ASCAP | 127092782 |
| GOWDY BRUCE BETTS (MEGATRAX MU | BMI | 144893841 |
| **Publishers** | | |
| MEGATRAX MUSIC | BMI | 186762429 |
| *Additional Non-BMI Publishers* | | |

**IN THE ZONE-BG CUES   BMI Work #0**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| CHOKAN KEVIN JAMES | BMI | 200142548 |
| **Publishers** | | |
| NO REED MUSIC PUBLISHING | BMI | 232646187 |

**IN THE ZONE-BG CUES   BMI Work #0**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| CUNNINGHAM ERIC STEPHEN | BMI | 227884830 |
| LANG CHRISTOPHER PAUL | BMI | 79536828 |
| **Publishers** | | |
| KILLER TRACKS | BMI | 182028192 |

**IN THE ZONE-BG CUES   BMI Work #0**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| HOROWITZ PAUL A | BMI | 218652565 |
| SCHUMANN MARC D | ASCAP | 126232211 |
| **Publishers** | | |
| PAUL TAYLOR MUSIC | BMI | 221926487 |
| *Additional Non-BMI Publishers* | | |

**D0174**

Ex. 55

139

**IN THE ZONE-BG CUES**   **BMI Work #0**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| HOROWITZ PAUL A | BMI | 218652565 |
| SCHUMANN MARC D | ASCAP | 126232211 |

**Publishers**

| | | |
|---|---|---|
| PAUL TAYLOR MUSIC | BMI | 221926487 |

*Additional Non-BMI Publishers*

**IN THE ZONE-BG CUES**   **BMI Work #0**

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| ISBELL JAMES C | BMI | 34495576 |
| MC COY CHARLIE | ASCAP | 18884651 |

**Publishers**

| | | |
|---|---|---|
| KILLER TRACKS | BMI | 182028192 |

*Additional Non-BMI Publishers*

First  Previous  1 2  Next  Last

Site Search          Go

Site Map

join | songwriter | licensing | musicworld | news | events | video | search | about
All content Copyright 1994-2003 ©, Broadcast Music, Inc. unless otherwise specif
All marks indicated by the ® are registered trademarks of Broadcast Music, Inc
Privacy | Contact Us | Jobs @ BMI
**Terms & Conditions**

**D0175**

CX.55

/40

Files Hardware Sports Cheat Codes ℕ

Videos Community Reviews

E-MAIL ADDRESS  PAS

**Join GameSpot**

**Free Membership**

**GameSpot Complete**

**GameSpot Features**

News

Reviews

**Free Downloads**

**Free Game Videos**

Cheat Codes

Community

**Daily Updates**

**Find Games**

Search By Ti 🔲

**Advanced Search**

## NBA In The Zone '99

Publisher: Konami      Developer: Konami      Genre: Sports      Rele

**GameSpace Review  Previews  News  Downloads  Movies  Che**

In the Zone '99 can deliver fun gameplay, especially with multiplayer games and three-point shooting contests, if gamers accept its defensive AI and speed flaws.
- *Nelson Taruc*
**FULL REVIEW**

**5.5 mediocre**

F

(

Category: Sports > Traditional > Basketball > Sim
Tech Information: 1-4 Players.
See NBA In the Zone '99 on: **Nintendo 64 | PlayStation**

| Most Recent GameSpot Updates | | |
|---|---|---|
| date | type | description |
| 05/03/99 | Screens | 26 new screens |
| **Updates From the Web** | | |
| date | site name / link | article / score |
| 04-22-1999 **IGN** | | 5.6 / 10 |
| 01-01-1980 **GamePro** | | 3.5 / 5 |
| 09-03-2002 **All Game Guide** | | 2.5 / 5 |
| 01-01-1980 **Operation Sports** | | 65 / 100 |
| 01-01-1980 **TotalGames.net** | | 59 / 100 |
| 05-30-2003 **Electronic Gaming Monthly** | | 6.5 / 10 |
| 06-16-2002 **Nintendo Power** | | 6.9 / 10 |

The links above are provided as a convenience only; the related sites are not affiliated with GameSpot, and we do not endorse or sanction their content.

**See all updates from the Web at** 

| Sc |
|---|
| Last  |
| 05/03/ |

more

**EXHIBIT 56**

ex.56



Join Epinions | Help | Sign In

Sponsored by DISCOVER

| CARS | BOOKS | MOVIES | MUSIC | COMPUTERS & SOFTWARE | ELECTRONICS | GIFTS | HOME & GARDEN | KIDS & FAMILY | OFFICE SUPPLY | SPORTS | TRAVEL |

Search for | Nintendo 64 Games | [ Search ] Advanced Search

Home > Games > Nintendo 64 Games

# NBA In The Zone 2000 for Nintendo 64



**Overall rating:** ★★☆☆☆
Reviewed by 1 Epinions user
We found this product at **3 stores.**
The lowest base price is **$4.50**

Write a Review

➡ **Compare Prices**

➡ **View Details**

➡ **Read Reviews**

Subscribe to reviews on this product

**Compare Prices**
Showing 1-3 of 3 stores

| Sort by Store Name | Sort by Store Rating | Notes | Enter your ZIP for prices with tax and shipping. Price + Tax + Shipping = Total Price Enter your ZIP [Go] | Sort by Price | |
|---|---|---|---|---|---|
| Featured Store **Amazon Marketplace** | ✓✓✓✓½ 37 store reviews | In stock! Used merchandise Price subject to change Free shipping on orders over $... | | Used price $4.50 | **Buy** at Amazon Mark |
| Featured Store | ✓✓✓✓½ 47 store reviews | Stock status: N/A | | | at |
| Featured Store **gamequestdirect.com** | ✓✓✓✓½ 16 store reviews | In stock! Usually ships the next busines... | Your ZIP is used only to show applicable tax and shipping charges. | $19.99 | **Buy** at gamequestdir |

Showing 1-3 of 3 stores

Why are these stores listed?

State Tax Only. Does not include local taxes. Shipping costs are
Please check merchant website for exact shipp

**Read Reviews**

In The Zone 2000
by SammyBoi

**Featured Resources**

*Ex. 56*

*142*

Additional information on NBA In The Zone 2000 for Nintendo 64 or other products.

**Nintendo 64.**
Low prices on your top picks! Try eBay first.
www.eBay.com

**Is Zone Diet for you?**
Compare the Zone with all diets. Take our Free easy quiz today.
www.BestDietForMe.com

**Free Nintendo 64**
Get $500 for Nintendo 64 & more, absolutely free. Aff.
www.consumertestingpanel.com

**Free Nintendo**
Get 100% Free Nintendo Products Xbox & PS2 Avail. Free Shipping
www.FreeVideoGames.com

**Free "Nintendo DS"**
Get this popular video game free. Free w/free shipping. Sign up now.
www.freegiftworld.com

Help | Member Center | Message Boards | Privacy Statement | Site Index
About Epinions | Careers | Contact Epinions | Merchant Center | New Merchants | Advertising

Epinions | DealTime USA | DealTime UK | PriceTool | shopping.com

© 1999-2004 Epinions, Inc. Trademark Notice

Epinions.com periodically updates pricing and product information from third-party sources,
so some information may be slightly out-of-date. You should confirm all information before relying on it.

CX56

143

# MICHAEL MURPHY
author of GOLF IN THE KINGDOM
and RHEA A. WHITE



IN THE ZONE

TRANSCENDENT EXPERIENCE IN SPORTS

**EXHIBIT 57**

Ex 57
144

  amazon.com.        🛒 VIEW CART | WISH LIST | YOUR ACCOUNT | HELP

**Shop in Sporting Goods** (Beta-What is this?)

WELCOME | YOUR STORE | BOOKS | APPAREL & ACCESSORIES | ELECTRONICS | TOYS & GAMES | DVD | COMPUTERS | ▶ SEE MORE STORES

SEARCH    BROWSE SUBJECTS    BESTSELLERS    MAGAZINES    CORPORATE ACCOUNTS    E-BOOKS & DOCS    BARGAIN BOOKS

 **Philips HeartStart Home Defibrillator** Because every minute counts. **Shop now**

**SEARCH**

| Books ▾ |
| GO! |


| |
| GO! |
Powered by A9.com

**BOOK INFORMATION**
Explore this item
  **buying info**
  customer reviews
  editorial reviews
  search inside
**Share your thoughts**
  write a review
  write a *So You'd Like to...* guide
  e-mail a friend about this item

**RECENTLY VIEWED ITEMS**

 What to Eat in the Zone: The Quick & Easy, Mix & Match Counter for Staying in the Zone by Barry Sears

The Zone: A Dietary Road Map to Lose Weight Permanently : Reset Your Generic Code : Prevent Disease : Achieve Maximum Physical Performance by Barry Sears

▶ **See more in the Page**

## Playing in the Zone: Exploring the Spiritual Dimensions of Sports

by ANDREW COOPER "Some moments live in memory as though they have their own secret tendency, as though they possess their own intention to perform some work on..." (more)

 SEARCH INSIDE

Search inside this book

**List Price:** ~~$13.00~~
**Price:** **$9.75** & Eligible for **FREE Super Saver Shipping** on orders over $25. See details 
**You Save:** $3.25 (25%)
**Availability:** Usually ships within 24 hours from Amazon.com Only 4 left in stock--order soon (more on the way).

**51 used & new** from $3.45

**Edition:** Paperback

**READY TO**

🛒 Add to Sh

or

Sign in to turn orderin

**MORE BUYING**

**51 used & new**

Have one to sell?

✛**Wish and**

Add to Wis

Add to Weddin

You could $50 Amazon gif or the Grand Pri: adding five to your Wis Learn mo

### Better Together

Buy this book with The Mental Edge by Ken Baum, et al today!



**Total List Price:** ~~$26.05~~
**Buy Together Today:** $20.91

**Buy both now!**

Customers who bought this item also bought these items:

- The Mental Edge: Maximize Your Sports Potential With the Mind/Body Cor Ken Baum
- Mental Training For Peak Performance : Top Athletes Reveal the Mind Exe Use to Excel by Steven Ungerleider
- Mind Gym : An Athlete's Guide to Inner Excellence by Gary Mack
- What Makes Winners Win: Over 100 Athletes, Coaches, and Managers Tel

**EXHIBIT 58**

Ex. 58



Up

Brisun has several strategic partners. We are delighted to team up with these individuals and companies on a regular basis. We believe their work adds yet another dimension to this exciting industry.

## Melissa Forman, Producer and Director

Melissa, a twelve-year television veteran, says, "My career to date has been exciting and has at each turn continued to offer me greater and greater challenges. Through the course of my work, I have developed the ability to convey my passion for a subject and in so doing entertained and educated the viewer."

Most recently, Melissa has directed and produced athlete profiles for Red Bull of North America. One such profile was awarded Best Short Film at the prestigious Banff Mountain Film Festival. Earlier this year she directed and produced two, hour-long documentaries for The Outside Television Series. She also created, produced and directed "No Boundaries" a travel and adventure series for the FOX Network, which took her all over the US to the most extreme places.

Prior to that, Melissa was on staff at the FOX Broadcasting Company where for four years she had created and produced In The Zone, a 3 time Emmy nominated magazine format, youth baseball show. Melissa initiated the first coordinated program between FOX Sports and FOX Sports.com, encouraging kids to go online in order to fulfill their baseball fantasy and to promote upcoming episodes. Prior to her position as VP of Special Projects, Melissa previously held the title Creative Director, On Air Promotions where she helped launch the network by developing a signature look and feel of what would become the number one pregame show in America. She received an Emmy award for The Fox NFL Sunday, Best Pregame Show. During her tenure at Fox she also developed and produced critically acclaimed "Under The Helmet" NFL anti-violence public service announcements.

Melissa began her career at MTV in New York, where she worked her way from Production Assistant to Associate Producer of MTV's Unplugged. The Emmy nominated Unplugged features contemporary music talent in an acoustic setting. As Associate Producer of MTV Sports, she received two Emmy Awards for Best Edited Sports Series and created signature "MTV Style" of direction. Melissa pushed the boundaries by developing new alternative sports and produced programming from the top of The Andes to the bottom of the Great Barrier Reef.

## Susan L. Spiegel, Producer and Director

Sue has been involved in television and film production for more than fifteen years. Her

production experience runs the gamut from sports to documentary programming including open, bumper and promo campaigns for all of the major networks.

Sue has produced and directed for "MTV Sports", Fox's Billboard and Music Awards, ESPN's "ESPY Awards", NBC Winter and Summer Olympics, Hawaii Ironman, US Open Tennis, WE Channel's "Cinematherapy", and Fox Sports' "Sports Illustrated Sportsman of the Year Awards."

Sue has won several Emmy Awards and a Cable Ace Award for "Erase the Hate" a documentary that she produced and directed, launching USA Networks' anti-hate campaign.

In addition, Sue has worked with such celebrities as Diane Lane, Andre Agassi, Alec and Billy Baldwin, Michael Bolton, Cindy Crawford, Reggie Jackson, Demi Moore, Paul Newman, Martha Plimpton, and Michael Richards, just to name a few

"The Pack-T" marks Sue's directorial debut in the short film genre.



# Matt Morchower, CEO, Varsity Entertainment

Powerful Entertainment Programming & First-Class Client Production Services... Click here to read more about Varsity Entertainment.

# Marc Forest, Double Time Productions

Ex.59

147



subscribe   merchandise   history
order form   advertise   contact

THE MAGAZINE OF INDEPENDENT FILM

## Fall 2003 — Line Items

### SHOOTING IN THE ZONE

Thoughts on documentary cinematography from Don Lenzer.

In This Is
  Feature
  Line Ite
  Column
  Report
Links
  Resourc
  Festiva
  Film Sit
Archives
  Back Iss
Online Fea
Search
Message E
Filmmaker



n a vérité documentary, the director of photography is often the de facto director. Aside from lighting responsibilities, the d.p. is the one capturing the image: framing the compositions, choosing the length of the shot and deciding which element within the frame to emphasize — all in a series of split-second decisions.

Documentary filmmaker Don Lenzer.

For more than 30 years, the appropriately named Don Lenzer has proved a master of such doc decision making. Lenzer is a documentary director/cinematographer whose cinematographer or director of photography credits can be found on five Academy Award–winning feature documentaries, including *Woodstock* (1970), *He Makes Me Feel Like Dancin'* (1983), *Maya Lin: A Strong Clear Vision* (1994), *Into the Arms of Strangers: Stories of the Kindertransport* (2000) and *Thoth* (2002).

Lenzer's directing credits include the 1969 Public Broadcast Lab feature-length documentary *Fathers and Sons* and the 1970 short film *A Wonderful Construction,* which featured images of the then soon-to-be-completed World Trade Center. More recently he co-directed and shot the Emmy Award–winning PBS Great Performances documentary *Itzhak Perlman: In The Fiddler's House* (1996). And he just completed *Among the Stars,* an hour-long documentary shot on Mini DV about a unique theatrical troupe of learning-challenged adults.

The following comments were culled from his recent postings to the IFP Virtual Doc Conference, an online documentary forum funded by the John D. and Catherine T. MacArthur Foundation and moderated by filmmaker Doug Block. The full transcript of

**EXHIBIT 60**

CX 60
/48

Lenzer's replies to questions submitted through the forum are
archived at The D-Word (www.d-word.com).

Ads by
Goooooo

**Docume**
**Transcr**
Docume
audio or
tape
transcrib
low price
www.prc

**Docume**
Docume
for sale.
Check o
deals no
www.eB

**We Lov**
**Docume**
We have
of
Docume
in all sha
and size
www.der

Shop eB
buy for l
Register
today! (a
www.eb

### 1. On the relationship between intuition and technique in documentary lensing.

Whenever I think about developing my skills as a
cameraman/filmmaker, I veer between feeling that it's largely a
mystery, an intuitive thing on the one hand and that it's a
completely learnable thing on the other. Lately I've begun
increasingly to believe in what we might call "educated intuition." I
know that sounds like an oxymoron, but I really do believe it's
possible to educate one's intuitive powers, to take practical steps
to make a sometimes encumbering technology second nature and
to get to that cherished place where we're shooting "in the zone."

First of all, let's assume that we all have an indispensable passion
without which no mastery could possibly be achieved. And the
particular nature of the passion we have is different in each of us
and can dictate the individual path we take to gain mastery of our
crafts. For me, making documentary films, whether shooting or
directing, is simply a way of learning about the world. But I think of
it in a more tangible or physical way; the terms "appropriating" or
"grasping" the world come to mind. It seems a little paradoxical for
someone whose profession is based largely on perception, but I
sometimes imagine myself a sightless person when I'm working,
reading a scene as though it were a book written in Braille.

I think it's tremendously important to train yourself to find the
meaning of a scene, to learn how to "read" a scene, to define point
of view and perspective. That's what training and education in the
broadest sense should be all about. And the more that education
(both practical and theoretical) progresses, the more intuitive your
work will become.

### 2. On his approach to shooting a particular film or scene.

I think generally my predilection is to be "inside" a scene, to film
close to my subject using the short (wide) end of the lens, going in
for the rare close-up depending on the emotional intensity of the
scene. Generally, I'm inclined to cover a conversation over the
shoulder, with the person who is talking or listening looking as
directly into the lens as possible. That's usually the most dramatic
option, and I try to make the transition to a new angle so the move
can be used, but of course it often isn't.

EX6O
199

Let's say you're shooting a scene of a doctor breaking some particularly bad news about test results of a family member to the rest of the family. Where does the dramatic emphasis of the scene lie? Is it in the interaction between the doctor and the family members? Is it in the reaction of the family members, or is it in the difficulty the doctor has in conveying the information? These are all important questions. Of course an editor needs coverage to cut a scene. But simply to "cover" a scene to give an editor all the options might not be the strongest way to film it. To choose the most meaningful approach might require taking risks and a willingness to push the envelope. And it demands a real understanding of what the scene means. It also doesn't necessarily mean choosing the most virtuoso approach either. In the case of the doctor scene, the most powerful choice could demand a virtually static camera over the shoulder of the doctor, pushing in maybe just a little, waiting for the possibly silent response of the family members. These aren't easy questions, and I think that's why you can't discern very many individual styles among documentary d.p.'s. We're so preoccupied with just covering the action.

### 3. On the collaboration between documentary director and d.p.

Getting off to a good start in a collaboration between director and d.p. of a documentary is one of the most important elements of the filmmaking process, and that collaboration can take many forms. Since the d.p.'s task is to help realize the director's vision, it's of utmost importance that the director be as clear as possible about what he or she wants. That doesn't mean the director has to do all the work — that's partly what you hire other talented people for. But throughout the process, there has to be an ongoing refinement of what the film is about. It's also important that the initial choice of d.p. be an informed one based on the director's understanding of the d.p.'s particular skills and style. You've got to know the person's work or have confidence based on some initial understanding.

Different directors have different strengths and weaknesses, and I think it's important to be clear about that and eliminate as much defensiveness or ego from the process as possible. You orchestrate different creative talents to help realize your vision, and presumably you choose them because you have confidence that they can do just that. There has to be the right mix of conveying what you want (and finding the right time to convey it) and providing the space, the freedom for the d.p. to exercise his or her craft. Personal chemistry is another critical element. It's so

Ex. 60

150

important to make sure you have the right personal mix as you embark on a project.

### 4. On the relationship with the director during shooting.

When doing more formal, controlled work, tripoded urban or nature shots and formal interviews, I almost always like the director to look in the viewfinder or work with a monitor. We discuss framing, moves and style — I think it's important to know we're on the same page. In some rare instances, though, that's not the part of the process that a director is most interested in, and he or she leaves things entirely up to me. That's okay, but I do like to be reassured that I'm really comprehending the director's vision even though most of the big questions have been discussed earlier.

Shooting vérité material, however, raises other issues. Directing a vérité camera while the shooting is in progress is always a delicate matter, and that's why it's so important that the choice of collaborator be right from the very beginning. The d.p. can be "in the zone" when the shoot is going well, but that can be broken all too easily. I know that a director can have greater peripheral vision sometimes than the cameraperson while shooting, and by the same token, it's possible for the cameraperson to be more engaged in the drama of a scene. It is necessary sometimes for the camera's attention to be redirected, but how that's done is tremendously important. Believe it or not, I've experienced a director physically turning me like a tripod. Not much breaks concentration more than that. Personally, I like it best when the director just whispers information in my ear rather than tapping or moving me. Sometimes, when the collaboration is really strong, a simple glance or subtle gesture from the director will do the trick.

### 5. On the differences between shooting film and video.

When I'm shooting film, which is increasingly rare, I always work with an assistant. I used to have the a.c. help a lot with focus, even when I was doing handheld work, and it freed me to do more complicated moves. But I almost never do that anymore. It's just too intrusive. On a rare occasion, when I'm on a tripod and I need to zoom, focus and follow exposure at the same time, I'll ask my a.c. to help with focus.

I find focusing when I'm shooting Mini DV to be a nightmare, not only because of the low-res CCD viewfinder but also because of the non-dented focus ring — no markings, no stops at near and

Gx. 60

151

infinity focus. I keep the setting on manual focus but use the automatic push focus to get my gross focus, which is more important for wide angle where it's harder to see focus. But I'm always too conscious about focus when I'm shooting Mini DV. I also think you have to develop a different shooting style [with Mini DV]. With a broadcast lens, though, you can use a technique that an old-timer taught me a few years ago when I was one of the cameramen on the opening show of the series ER. It was a special "live" show that used five video cameras. It's a simple technique you can use on any broadcast video or cine lens. You just put little markings (roll up a little gaffer tape or glue something like pieces of coaxial cable shielding) at intervals on the focus barrel, say at 5", 10" and 15". Something like that to give you an actual physical reference.

**6. Stylized camerawork in documentary film.**

I have been asked from time to time (almost exclusively in those rare instances that I've worked on commercials) to "jazz things up" with skewed angles and "shakycam." And I'm usually pretty frustrated when I'm asked to do that. Skewed angles for an architectural or graphic montage, that's one thing and a fairly traditional one at that. But I've spent a lot of time trying to develop the skills to tell stories with as little intrusion of technology as possible. For me storytelling is the preeminent issue. And I feel that a lot of gimmicks (but not necessarily electronic manipulation of the image) are an excuse to mask the lack of good storytelling. I may be wrong about this, of course, and it may really be true that the MTV generation has a minuscule attention span that can only be held by some formalistic techniques. I don't think so, though. I think great stories that touch our lives, captured with engaged energy and grace, will hold our interest whether we're 16 or 60.

---

back to top
home page | subscribe | merchandise | history | order form | advertise | contact
fall 2003: columns | features | line items | reports
archives | links | search

© 2004 Filmmaker Magazine

Ex.60

/52



ESPN | NBA.com | NHL.com | RPM | ABC | EXPN | Insider | Shop | Fantasy

 

## OUTDOORS : GENERAL : COLUMNS



BASSMASTER.COM

GREAT OUTDOOR GAMES

FISHING

HUNTING

CONSERVATION

SPORTING DOGS

TV LISTINGS

ONLINE STORE

▶ OUTDOORS SEARCH

▶ WEATHER

Zip Code:

Get Forecast

▶ RESOURCES

**Top Rated
Outfitters
Fishing Hot
Spots
Marine &
Topo Maps
Hunt/Fish
Licenses
Fish
Destinations
Hunt
Destinations**

EXHIBIT 61

Ex.61
153

**Animal Encyclopedia**
**Solunar Charts**
**Desktop Wallpaper**
**Shooting Targets**
**Wildlife Agencies**

COMMUNITY

**Fantasy Leagues**
**Message Boards**
**Photo Galleries**
**Online Games**
**Newsletter sign-up**
**Contact us**



JAMES SWAN
*Actor, Author, and Outdoorsman*

Shooting in "The Zone"
**Controlling the excitement of high-pressure shooting is just one of the tricks to mastering the moment of truth.**
**By James A. Swan, Ph.D.**
Author
"In Defense of Hunting"


I don't know about you, but I felt a lot of the commentary during the recent Olympic Games was pretty superficial and inane. Especially upsetting was the coverage (or lack of coverage) of sports psychology. Periodically commentators would remark that an athlete had used a sports psychologist in their training, but that's about it. Since people normally don't go to see a psychologist when they're healthy, the failure to explain the practice of modern sports psychology conjures up all kinds of negative connotations, which are inappropriate.

The fact of the matter is that one of the reasons

CX-61
154

why athletic performance has improved so much in recent years is because just about every serious athlete now either sees a sports psychologist or uses sports psychology techniques. Sports psychology has raised the mental game to a new level of refinement, and it has applications for shooting and hunting and other sports, as well as business and life in general.

**" There are those moments in all sports when mind and body melt together into a dynamic unity of concentration, and perfection just unfolds. "**

### Targeting "The Zone"

*"The buck stepped out from behind the tree, a scant 20 yards away. I raised my bow, picked a spot directly behind the foreleg and without thinking the arrow flew directly into the middle of the heart-lung kill zone. I cannot remember releasing the shot, but it was perfect and the deer died in seconds."*

There are those moments in all sports when mind and body melt together into a dynamic unity of concentration, and perfection just unfolds. Some sports psychologists call it "the zone." Then, there are those other times.

*"The buck stepped out from behind the tree. My legs and hands were shaking so much the arrow started rattling against the bow. I started to raise the bow and the arrow fell off the rest and onto the ground. My heart was beating so loud that I think that was what scared him off. I just came unglued."*

We all miss on occasion. Game animals are not stationary targets. Branches do get in the way. The wind blows. But, when "buck fever" strikes, we seem to do nothing right. It's called "performance anxiety." To anyone with the problem it's like being cursed by a demon.

If there is no excitement in your hunting or shooting, then it's probably time to hang up the bow or gun and try photography. Or, if all you want is excitement, there's always sky diving or bungee-jumping. The real issue for hunters and shooters is managing the excitement you feel when you're participating. And that requires that you learn how to relax and concentrate.

### Removing barriers to full concentration

Practice helps build confidence in your ability to make shots. Practice is important, but repetition alone is not enough. Perfection is learning to master the skills involved. And that requires understanding the entire process, developing the ability to analyze one's performance, and mastering the ability to relax and stay focused.

One key to consistent peak performance in any sport is concentration — not willfully bearing down so much as attaining a focused mental state of mind-body coordination where intention and execution arise from a conscious decision that seems to happen without thought.

To illustrate how mental thoughts influence concentration, try this simple experiment with a friend. Hold your arm straight out in front of you and make it strong, as if you are holding up a weight. Ask your friend to push down to determine your strength. He need not push too hard, just enough to affirm your strength. Now think of your arm as a wet noodle and have him test your strength again. You can try to resist as hard as you want, but if you have an image of your

EX.61
155

arm as a wet noodle, it will lose a significant amount of strength. This is essentially what happens when buck fever or target panic destroys your accuracy.

Modern sports psychologists have borrowed a number of cocncepts from meditation and martial arts and applied them to athletic performance. The following are several techniques that may be useful in strengthening your concentration.

## 1. Use visual imagery
Extend your arm and ask a friend to test your muscle strength. Resist as they apply downward pressure. This is your baseline reference point.

Now pick a point on a wall. Extend an arm and direct your hand at that point. Imagine that a beam of light is flowing from your arm. Point that beam of light so that it hits directly on your target. Now ask someone to pull down on your arm. Resist their pressure. If your concentration and visualization are strong and focused, your muscle strength will dramatically increase, but your muscle tension will not.

Take this visualization technique with you when you pick up your bow or gun. Shooting at one spot over and over again helps develop consistency, but in hunting the target doesn't always stand still or appear where you want it.

Picking a small spot to shoot at on a target, or on a deer, helps to narrow focus and improve concentration. You can practice narrowing your focus with visual imagery anywhere. I understand that US women's sporting clays champ Linda Joy practices "tracking" clays by concentrating on the blades of a slow-moving fan.

## 2. Choose words to increase focus
Reciting a word, a phrase or a series of words helps many develop powers of concentration. Recall how the image of your arm as a wet noodle decreased strength and confidence. Try the same exercise of extending your arm and confidently thinking about the word "focus" or "the spot."

Select a word that feels appropriate to what you are doing. "Bullseye," "zone," or "jackpot" work for some people. That word, mentally repeated while shooting, will drive away useless mental chatter. Combine the imagery with the word and you'll have created an "affirmation," and your concentration will improve more as your actions express your thoughts.

### Relax at will

Excitement is good. But reacting anxiously to excitement initiates a vicious spiral that lessens accuracy. The key to accurate shooting, whether at a tin can, a speeding clay or at a trophy whitetail, is to manage the excitement much like a surfer catches a wave and rides it out under control. Learning to relax at will helps dispel anxiety that impedes performance.

## 1. Learn to control breathing
In addition to being an essential act of life, breathing unites mind and body. The respiratory system ties directly into the nervous system. Breathing is an involuntary act that changes according to our level of excitement. It is also easily controlled consciously. If you can control your breathing, you can control your excitement as well.

_Ex.61_

To quiet your mind, try this exercise. Inhale slowly to a count of 10. Then hold your breath for a count of five, and exhale slowly for a count of 10. You can experiment with the number of beats, gradually increasing them to increase relaxation. Some people can develop a 32-count exhalation! Take your pulse before doing this exercise. After doing it five times or so, take your pulse again and you will see a drop in heart rate. It is a useful method to steady oneself in any tense life situation, including that moment when a bull elk steps out of the brush 20 yards away.

Some archers find that if you coordinate your breathing with the draw of the bow, you increase your ability to concentrate as well as stay relaxed. A common rhythm is to inhale slowly on the draw, hold your breath when you are at full draw, visualize your shot and exhale after you have released the arrow.

**Shooting in "The Zone"**

"The Zone" that athletes talk about is a state of mind where time seems to slow down and physical performance seems effortless. It is a state of both excitement and relaxation. If you get "buck fever," know that you are half way there, because you've got the excitement part down pat. That adrenaline rush is the raw material from which perfect shots are made. All you have to do now is apply these techniques to bring that excitement under control. As it happens, your senses will become more alive. Scenes take on a new freshness and nature becomes more rich and enjoyable. This is what a "hunter's high" is all about. "Buck fever" is just hunter's high shifting into a higher gear. The key to success is to learn to ride that high, like a surfer rides a wave, until the moment of truth arives and you make that perfect shot.

 *James Swan is the author of the book "In Defense of Hunting." To purchase a copy visit his website.*

✉ **Send this story to a friend** | **Most sent stories**

**ESPN.com: Help** | **Media Kit** | **Report a Bug** | **Contact Us** | **Tools** | **Jobs at ESPN.com** | **Supplier Information** | Copyright ©2004 ESPN Internet Ventures. Terms of Use and UPDATED Privacy Policy and Safety Information are applicable to this site. Visit our lite site if you're having problems viewing this page.

▶ ALSO SEE

• More Columns

• James Swan: winter biathlon deserves respect

CX.61

157

- <u>James Swan: Hunting movies, Pt. 2</u>
- <u>James Swan: Snipe hunting</u>
- <u>James Swan: Hunting music</u>
- <u>James Swan: Hunting on the big screen</u>
- <u>James Swan: Carrots and sticks</u>
- <u>James Swan: Support our celebrity friends</u>
- <u>James Swan: Explaining why we hunt</u>
- <u>James Swan: The helping hand</u>
- <u>James Swan: St. Hubert's Day</u>
- <u>James Swan: Take a non-hunter afield</u>
- <u>James Swan:Shooting ranges are wildlife sanctuaries</u>
- <u>James Swan: What hunters can do</u>

GX.61

158



# THE ZONE

Dade/Broward County's Finest High School Student Athletes

LOGIN

Home  Sports  Forum  Our Mission  Advertising  Links/Sponsors  Our Staff  Contact

**New Stories**

AAU Basketball
Trio Leads Tropics

AAU Basketball
ITZ Association
Champs

Basketball

**Quick Links**

• Football
• Basketball
• Baseball
• Wrestling
• Track & Field

• AAU Basketball
• Feature Stories
• Coaches Corner
• Around Florida

• Dolphins Tickets
• Titans Tickets
• Cowboys Tickets
• Eagles Tickets
• Rams Tickets

▶ Chicago Hotels
▶ NY City Hotels
▶ Las Vegas Hotels
▶ Hotels

Football Tickets
Patriots Tickets
Titans Tickets

**Top Story**

### icebox

Giving Athletes Lifetime
Best Performances

Ultimate Mental Skills & Toughness Training
Explosive Speed, Agility, Quickness, Vertical

**www.iceboxathlete.com**

Please mention Code # 640952 when purchasing product.

Be sure to check out our advertiser below!!!

**Buy Football Tickets**
**Buy Philadelphia Eagles Tickets**

December 17-21, 2004
Miami, Florida

**Nike Skills Camp at UM**

**Updated-Coast to Coast Camp Schedule (Excel Format)**

Ⓟ **Eric Diaz Verbals to Stetson**
By Rudy Rodriguez-Chomat
October 4, 2004, 2004

Columbus forward Eric Diaz made a verbal committment Saturday to Stetson.

Diaz averaged 20 points and 10 rebounds per game as a junior at Columbus last season. He also earned 2nd Team All Dade honors for the second straight season.

With his senior year on the horizon, he wanted to get his trips out of the way and make a decision before the season started.

Check out the in the zone shop!

**Top Prospects**
**Performers**
**Employment Internships**

**Zoned Out Shootout**
Dec 18-20, 2003

**Trainers R Us Presents**

http://www.inthezonemag.com

11/11/2004 10:03:05 AM

**EXHIBIT 62**

CX-62
159



# In the Zone Claims Association Championship
*By Rudy Rodriguez-Chomat*
*May 31, 2004*

In the Zone entered the AAU Gold Coast Association Qualifier with something to prove.

After a disappointing weekend at the Coast-to-Coast tournament where In the Zone went 1-2 on the weekend, including an embarrassing loss to Coast-to-Coast Orange, had to show itself that it had the heart to knock off some good teams.

The task of winning became even harder when it was determined that Donovin McLendon, In the Zone's top player would be unavailable for the tournament. The team was also without back up combo guard Davon Dukes and defensive specialist Ryan Wright as well as sharp-shooter Marques Butler and power forward Zak Rogan.

Minus those five players, the team picked up combo guard Daryl Lewis out of Key West High School. The addition paid great dividends. The team also picked up guard Marc Taylor from Taravella who contributed more than one could imagine. The test would not come though until the semifinal and championship games.

Facing the Lauderdale Lakes Vikings in a rematch of the championship game at the Miami Basketball Blast-Off when the Vikings overcame a 15-point third quarter lead to knock of In the Zone 70-67, In the Zone players played with passion down the final seconds of the game.

Down by as many as 17 points in the second quarter, In the Zone fought back to claim a 95-91 double overtime win to capture the Association championship.

Wadner Joseph hit 4 of 6 free throws in the second overtime and Lewis hit 3 of 4 to lead the way.

The team also overcame the hot shooting of Jerome Davis as he drilled three triples in the third and was as hot as one could possibly be. He finished the game with 29 points.

Although down 58-45 entering the fourth, In the Zone had the desire and heart to get back in the game and did just that.

After Lewis hit a three to cut the lead to 7 midway through the quarter, the team continued to fight and managed to tie the game at 69 in the final minute and a chance to win it

Ex.62

· with a final shot. Anthony Corral's floater was just short and the game went into overtime.

Again, In the Zone trailed failling behind 80-74 in the first overtime, but outscored the Vikings 8-2 to finish the quarter to tie it at 82 at the end of the first overtime. Rudy Buzzard drilled two free throws with 11 seconds to play to tie the game.

That's when things got interesting.

With Corral already having fouled out in the first overtime, in the first minute of the second overtime Buzzard fouled out, followed by Uwem Eshietedoho less than a minute later. Buzzard had 20 points, 8 rebounds and 3 assists and Eshietedoho had 20 points and 15 rebounds.

Leading 90-84 with just over a minute to play, In the Zone had a line up that included Joseph, Lewis, Johnny Miller, Taylor and Cole Mayer, all under 6'2, while the Vikings had a line up that included 6'9 Ryan Reid among others.

The Vikings went on a quick 7-0 run to take a 91-90 lead, but Lewis came back to knock down two free throws to take a 92-91 lead. Joseph then knocked down three of his next four free throws to give In the Zone and the program's first-ever tournament championship.

Taylor contributed 4 points in the final overtime that proved to the difference in the game.

After knocking off the Coral Springs Ballas 72-39 at the Coast-to-Coast tournament, the Ballas proved to be a much tougher team trading bucket for bucket with In the Zone. The Ballas shooters were flat out stroking the jumpers from nearly half court making it very difficult to defend them. After a low-scoring first quarter that saw In the Zone take a 10-5 lead, the lead was pushed to eight at the half with In the Zone leading 34-26. The lead increased to 52-38 at the end of the third, but the Ballas did not back down.

· Knocking down four treys from way beyond the arc, the Ballas cut into the lead, but could get no closer than the final margin as In the Zone prevailed 72-65.

Anthony Corral and Uwem Eshietedoho led In the Zone scoring 17 points each. Rudy Buzzard added 15 and Wadner Joseph contributed 14.

In the second pool play game, In the Zone ran into a scrappy West Broward Blazers team that simply refused to go away. With In the Zone playing it's second game in three hours, it was a prime opportunity for the Blazers to try to get the upset as they were playing their first game on the day.

In the Zone raced to a 21-11 lead at the end of the first, but atrocious free throw shooting by In the Zone and deadly three-point shooting by the Blazers allowed the Blazers to · tie the score at 31 at the half.

In the Zone took over the game taking an eight point lead into the fourth at 47-39, but the Blazers didn't go away. More three-point shooting in the fourth kept them closer, but In the Zone held them off 64-56 to win the pool and advance to a match up with Gold Coast in the

Ex.62

161

semifinals.

Once again, In the Zone was short-handed, but was able to knock off Gold Coast 65-59 to advance to the championship game of the tournament. Entering the fourth with a 43-41 lead, the guts and hearts of In the Zone players were tested as Corral, the team's starting point guard went down with a knee sprain when he got tangled up with Gold Coast's Derrick Bernard.

Playing without Corral for the final six minutes of the game, In the Zone opened up the lead to as many as eight before prevailing down the stretch.

Miller led In the Zone with 27 points on 10 of 18 shooting. In the Zone's free throw shooting also came through late as the team knocked down 10 of 12 free throws in the fourth.

Bernard led Gold Coast with 23 points.

Would you like to Comment on this Article?

Ex.62

/62



**United States Patent and Trademark Office**

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |
|---|---|---|---|---|---|---|

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Wed Aug 18 04:47:38 EDT 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:         OR  Jump  to record:         Record 95 out of 125

Check Status  *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| Word Mark | IN THE ZONE |
| Goods and Services | IC 028. US 022 023 038 050. G & S: computer game programs, video game machines, video game cartridges, video game CD ROMs, video output game machines, hand held video games and instructional materials sold therewith. FIRST USE: 19950501. FIRST USE IN COMMERCE: 19950501 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 74703334 |
| Filing Date | July 18, 1995 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | May 28, 1996 |
| Registration Number | 2089702 |
| Registration Date | August 19, 1997 |
| Owner | (REGISTRANT) Konami Co., Ltd. CORPORATION JAPAN 4-3-1 Toranomon Minato-ku Tokyo 105 JAPAN |
| | (LAST LISTED OWNER) KONAMI CORPORATION CORPORATION BY CHANGE OF NAME JAPAN 4-3-1 TORANOMON, MINATO-KU TOKYO JAPAN |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Joseph R. Marcus |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |

**EXHIBIT 63**

**D0093**

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
|---|---|---|---|---|---|---|---|---|---|
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | |

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT

D0094

EX. 63

164

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on 2004-08-18 12:57:28 ET**

**Serial Number:** 74703334 <u>Assignment Information</u>

**Registration Number:** 2089702 <u>Assignment Information</u>

**Mark (words only):** IN THE ZONE

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2003-08-05

**Filing Date:** 1995-07-18

**Transformed into a National Application:** No

**Registration Date:** 1997-08-19

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 106

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -Warehouse (Newington)

**Date In Location:** 2004-05-06

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. KONAMI CORPORATION

**Address:**
KONAMI CORPORATION
4-3-1 TORANOMON, MINATO-KU
TOKYO
Japan
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Japan

---

## GOODS AND/OR SERVICES

**International Class:** 028
computer game programs, video game machines, video game cartridges, video game CD ROMs, video output game machines, hand held video games and instructional materials sold therewith
**First Use Date:** 1995-05-01
**First Use in Commerce Date:** 1995-05-01

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

**D0095**

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=74703334                    8/18/2004   Ex. 63

165

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2003-08-05 - Section 8 (6-year) accepted & Section 15 acknowledged

2003-04-04 - TEAS Response to Office Action Received

2002-11-04 - PAPER RECEIVED

2002-12-25 - Post Registration action mailed Section 8 & 15

2002-08-26 - Section 8 (6-year) and Section 15 Filed

2002-08-26 - PAPER RECEIVED

2002-08-22 - Section 8 (6-year) and Section 15 Filed

2002-08-22 - TEAS Section 8 & 15 Received

2002-05-30 - Section 8 (6-year) and Section 15 Filed

1997-08-19 - Registered - Principal Register

1997-06-18 - Allowed for Registration - Principal Register (SOU accepted)

1997-05-06 - Correspondence Received In Law Office

1996-12-20 - Non-final action mailed

1996-12-13 - Statement of use processing complete

1996-12-13 - Extension 1 granted

1996-10-25 - Amendment to Use filed

1996-10-25 - Extension 1 filed

1996-08-20 - Notice of allowance - mailed

1996-05-28 - Published for opposition

1996-04-26 - Notice of publication

1996-01-18 - Approved for Pub - Principal Register (Initial exam)

1996-01-03 - Case file assigned to examining attorney

---

## CONTACT INFORMATION

**Correspondent**
Joseph R. Marcus (Attorney of record)

JOSEPH R. MARCUS

**D0096**

Ex. 63

166

WELSH & KATZ, LTD.
120 SOUTH RIVERSIDE PLAZA, 22ND FLOOR
CHICAGO, IL 60606

**Domestic Representative**
Welsh & Katz, Ltd.



# UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Wed Aug 18 04:47:38 EDT 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| Logout | Please logout when you are done to release system resources allocated for you.

| Start | List At:          OR | Jump | to record:        Record 41 out of 125

| Check Status | *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | FOX SPORTS IN THE ZONE |
| **Goods and Services** | IC 042. US 100 101. G & S: on-line computer services in the nature of providing information and multimedia presentations produced for and distributed over a global information network featuring sports and entertainment. FIRST USE: 19960404. FIRST USE IN COMMERCE: 19960404 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 160103 260321 |
| **Serial Number** | 75092518 |
| **Filing Date** | April 22, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 17, 1996 |
| **Registration Number** | 2136622 |
| **Registration Date** | February 17, 1998 |
| **Owner** | (REGISTRANT) Fox Sports Productions, Inc. CORPORATION DELAWARE 5746 Sunset Boulevard Los Angeles CALIFORNIA 90028 |
| | (REGISTRANT) Twentieth Century Fox Film Corporation CORPORATION DELAWARE 10201 West |

**EXHIBIT 64**                                                    **D0098**

ex 64
168

Pico Boulevard Los Angeles CALIFORNIA 90035

(LAST LISTED OWNER) TWENTIETH CENTURY FOX FILM CORPORATION CORPORATION DELAWARE 10201 WEST PICO BOULEVARD LOS ANGELES CALIFORNIA 90035

| | |
|---|---|
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | DAPHNE GRONICH |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SPORTS" APART FROM THE MARK AS SHOWN |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT

**D0099**

Ex 64

169

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on 2004-08-18 13:00:07 ET**

**Serial Number:** 75092518 <u>Assignment Information</u>

**Registration Number:** 2136622 <u>Assignment Information</u>

**Mark**



**(words only):** FOX SPORTS IN THE ZONE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 1998-02-17

**Filing Date:** 1996-04-22

**Transformed into a National Application:** No

**Registration Date:** 1998-02-17

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -Warehouse (Newington)

**Date In Location:** 1999-06-03

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. TWENTIETH CENTURY FOX FILM CORPORATION

**Address:**
TWENTIETH CENTURY FOX FILM CORPORATION
10201 WEST PICO BOULEVARD
LOS ANGELES, CA 90035
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

### GOODS AND/OR SERVICES

**D0100**

Ex 64

Latest Status Info                                                                    Page 2 of 2

**International Class:** 042
on-line computer services in the nature of providing information and multimedia presentations produced for and distributed over a global information network featuring sports and entertainment
**First Use Date:** 1996-04-04
**First Use in Commerce Date:** 1996-04-04

**Basis:** 1(a)

---

### ADDITIONAL INFORMATION

**Disclaimer:** "SPORTS"

---

### MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

### PROSECUTION HISTORY

1998-02-17 - Registered - Principal Register

1996-12-17 - Published for opposition

1996-11-15 - Notice of publication

1996-09-20 - Approved for Pub - Principal Register (Initial exam)

1996-09-18 - Examiner's Amendment Completed

1996-09-08 - Case file assigned to examining attorney

1996-09-05 - Case file assigned to examining attorney

---

### CONTACT INFORMATION

**Correspondent**
DAPHNE GRONICH (Attorney of record)

DAPHNE GRONICH
FOX INC
INTELLECTUAL PROPERTY DEPARTMENT
PO BOX 900
BEVERLY HILLS CA 90213

---

**D0101**



# UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Wed Aug 18 04:47:38 EDT 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At:          OR **Jump** to record:      Record 85 out of 125

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| Word Mark | IN THE ZONE |
| Goods and Services | IC 041. US 100 101 107. G & S: entertainment services in the nature of production and distribution of television programs. FIRST USE: 19960131. FIRST USE IN COMMERCE: 19960131 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75091610 |
| Filing Date | April 19, 1996 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | July 4, 2000 |
| Registration Number | 2404964 |
| Registration Date | November 21, 2000 |
| Owner | (REGISTRANT) Fox Sports Productions, Inc. CORPORATION DELAWARE 5746 Sunset Boulevard Los Angeles CALIFORNIA 90028 |
| Attorney of Record | Daphne Gronich |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**EXHIBIT 65**                                         **D0089**

http://tess2.uspto.gov/bin/showfield?f=doc&state=1k0qrt.2.85          8/18/2004 EX65

/72

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT

**D0090**

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2000-11-21 - Registered - Principal Register

2000-08-11 - Case file assigned to examining attorney

2000-07-04 - Published for opposition

2000-06-02 - Notice of publication

2000-03-10 - Approved for Pub - Principal Register (Initial exam)

1997-08-15 - Letter of suspension mailed

1997-03-10 - Correspondence Received In Law Office

1996-11-12 - Non-final action mailed

1996-09-12 - Case file assigned to examining attorney

1996-09-04 - Case file assigned to examining attorney

---

## CONTACT INFORMATION

**Correspondent**
Daphne Gronich (Attorney of record)

Daphne Gronich
Fox Inc.
Intellectual Property Department
P.O. Box 900
Beverly Hills, CA 90213

---

**D0091**

**Thank you for your request. Here are the latest results from the TARR web server.**

*This page was generated by the TARR system on 2004-08-18 12:56:48 ET*

**Serial Number:** 75091610

**Registration Number:** 2404964

**Mark (words only):** IN THE ZONE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2000-11-21

**Filing Date:** 1996-04-19

**Transformed into a National Application:** No

**Registration Date:** 2000-11-21

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 115

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -Warehouse (Newington)

**Date In Location:** 2004-08-05

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Fox Sports Productions, Inc.

**Address:**
Fox Sports Productions, Inc.
5746 Sunset Boulevard
Los Angeles, CA 90028
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

### GOODS AND/OR SERVICES

**International Class:** 041
entertainment services in the nature of production and distribution of television programs
**First Use Date:** 1996-01-31
**First Use in Commerce Date:** 1996-01-31

**Basis:** 1(a)

---

### ADDITIONAL INFORMATION

*(NOT AVAILABLE)*

**D0092**



# UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Wed Aug 18 04:47:38 EDT 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: ___ OR **Jump** to record: ___ Record 54 out of 125

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| Word Mark | IN THE ZONE |
| Goods and Services | IC 028. US 022 023 038 050. G & S: portable basketball standard with a weight-bearing base ballast. FIRST USE: 19980715. FIRST USE IN COMMERCE: 19980715 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75620524 |
| Filing Date | January 13, 1999 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | November 14, 2000 |
| Registration Number | 2426151 |
| Registration Date | February 6, 2001 |
| Owner | (REGISTRANT) Lifetime Products, Inc. CORPORATION UTAH Freeport Center, Building D-11 Clearfield UTAH 84016 |
| Attorney of Record | DAVID B FONDA |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |

EXHIBIT 66

http://tess2.uspto.gov/bin/showfield?f=doc&state=1k0qrt.2.54

D0080

8/18/2004  Ex 66
176

**CONTACT US | PRIVACY STATEMENT**

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2004-08-18 12:54:23 ET**

**Serial Number:** 75620524

**Registration Number:** 2426151

**Mark (words only):** IN THE ZONE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2001-02-06

**Filing Date:** 1999-01-13

**Transformed into a National Application:** No

**Registration Date:** 2001-02-06

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 107

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -Warehouse (Newington)

**Date In Location:** 2001-02-09

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Lifetime Products, Inc.

**Address:**
Lifetime Products, Inc.
Freeport Center, Building D-11
Clearfield, UT 84016
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Utah

---

### GOODS AND/OR SERVICES

**International Class:** 028
portable basketball standard with a weight-bearing base ballast
**First Use Date:** 1998-07-15
**First Use in Commerce Date:** 1998-07-15

**Basis:** 1(a)

---

### ADDITIONAL INFORMATION

(NOT AVAILABLE)

**D0082**

Ex 66

178

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2002-10-30 - TEAS Change of Correspondence Received

2002-05-09 - PAPER RECEIVED

2001-02-06 - Registered - Principal Register

2000-11-14 - Published for opposition

2000-10-13 - Notice of publication

2000-08-03 - Approved for Pub - Principal Register (Initial exam)

2000-05-30 - Correspondence Received In Law Office

2000-02-29 - Letter of suspension mailed

2000-02-28 - Previous action count withdrawn

1999-05-27 - Non-final action mailed

1999-05-18 - Case file assigned to examining attorney

---

## CONTACT INFORMATION

---

**Correspondent**
DAVID B FONDA (Attorney of record)

Richard C. Gilmore
Workman Nydegger & Seeley
60 East South Temple Suite 1000
Salt Lake City UT 84111

**Phone Number:** (801) 533-9800
**Fax Number:** (801) 328-1707

---

**D0083**



# UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Wed Aug 18 04:47:38 EDT 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At:        OR **Jump** to record:        Record 58 out of 125

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | IN THE ZONE |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Retail convenience store and retail gasoline supply services. FIRST USE: 19970500. FIRST USE IN COMMERCE: 19970500 |
| | IC 037. US 100 103 106. G & S: Car washing services. FIRST USE: 19970500. FIRST USE IN COMMERCE: 19970500 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 260301 |
| **Serial Number** | 75456442 |
| **Filing Date** | March 25, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 2, 1999 |
| **Registration Number** | 2633744 |
| **Registration Date** | October 15, 2002 |
| **Owner** | (REGISTRANT) TWO BROTHERS I, INC. CORPORATION ARIZONA 3565 East Broadway Road Mesa ARIZONA 85204 |

**EXHIBIT 67**

**D0084**

Cv.67

8/18/2004

180

**Attorney of Record** JORDAN M MESCHKOW

**Description of**          The mark is lined for the colors, yellow, red, orange, and green. The area of the mark lined for green is
**Mark**                    actually teal.

**Type of Mark**            SERVICE MARK

**Register**                PRINCIPAL

**Live/Dead**
**Indicator**               LIVE

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT

D0085

*Cx.67*

/81

Latest Status Info                                                    Page 1 of 3

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2004-08-18 12:55:14 ET

Serial Number: 75456442

Registration Number: 2633744

Mark



(words only): IN THE ZONE

Standard Character claim: No

Current Status: Registered.

Date of Status: 2002-10-15

Filing Date: 1998-03-25

Transformed into a National Application: No

Registration Date: 2002-10-15

Register: Principal

Law Office Assigned: LAW OFFICE 105

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark
Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -Warehouse (Newington)

Date In Location: 2002-12-02

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. TWO BROTHERS I, INC.

**Address:**
TWO BROTHERS I, INC.
3565 East Broadway Road
Mesa, AZ 85204
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Arizona

---

### GOODS AND/OR SERVICES

**D0086** Cv.67

**International Class:** 035
Retail convenience store and retail gasoline supply services
**First Use Date:** 1997-05-00
**First Use in Commerce Date:** 1997-05-00

**Basis:** 1(a)

**International Class:** 037
Car washing services
**First Use Date:** 1997-05-00
**First Use in Commerce Date:** 1997-05-00

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

**Lining and Stippling:** The mark is lined for the colors, yellow, red, orange, and green. The area of the mark lined for green is actually teal.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2002-10-15 - Registered - Principal Register

2002-07-22 - Opposition terminated for Proceeding

2002-07-22 - Opposition dismissed for Proceeding

2000-03-30 - Opposition instituted for Proceeding

1999-12-03 - Extension of time to oppose - Filed

1999-11-02 - Published for opposition

1999-10-01 - Notice of publication

1999-06-17 - Approved for Pub - Principal Register (Initial exam)

1999-04-14 - Correspondence Received In Law Office

1998-11-13 - Non-final action mailed

1998-11-09 - Case file assigned to examining attorney

1998-11-04 - Case file assigned to examining attorney

---

## CONTACT INFORMATION

**Correspondent**
JORDAN M MESCHKOW (Attorney of record)

JORDAN M. MESCHKOW
MESCHKOW & GRESHAM PLC
SUITE 409

**D0087**

Ex. 87
/ 83

Latest Status Info

5727 N 7TH STREET
PHOENIX, AZ 85014

D0088

8/18/2004

Gx 67

184



**UNITED STATES PATENT AND TRADEMARK OFFICE**

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Wed Aug 18 04:47:38 EDT 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout. Please logout when you are done to release system resources allocated for you.

Start List At:          OR Jump to record:        Record 48 out of 125

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| Word Mark | **IN THE ZONE** |
| Goods and Services | IC 041. US 100 101 107. G & S: sports festival services, namely, conducting a flag football festival. FIRST USE: 19941100. FIRST USE IN COMMERCE: 19941100 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75262646 |
| Filing Date | March 24, 1997 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | December 16, 1997 |
| Registration Number | 2787765 |
| Registration Date | December 2, 2003 |
| Owner | (REGISTRANT) REHAGE ENTERTAINMENT, INC. CORPORATION LOUISIANA 928 City Park Avenue New Orleans LOUISIANA 701193613 |
| Attorney of Record | CHARLES C GARVEY JR |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |

**EXHIBIT 68**

**D0106**

*CX68*

**CONTACT US | PRIVACY STATEMENT**

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2004-08-18 13:01:49 ET

Serial Number: 75262646

Registration Number: 2787765

Mark (words only): IN THE ZONE

Standard Character claim: No

Current Status: Registered.

Date of Status: 2003-12-02

Filing Date: 1997-03-24

Transformed into a National Application: No

Registration Date: 2003-12-02

Register: Principal

Law Office Assigned: LAW OFFICE 102

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 900 -Warehouse (Newington)

Date In Location: 2003-12-08

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. REHAGE ENTERTAINMENT, INC.

Address:
REHAGE ENTERTAINMENT, INC.
928 City Park Avenue
New Orleans, LA 701193613
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Louisiana

---

## GOODS AND/OR SERVICES

International Class: 041
sports festival services, namely, conducting a flag football festival
First Use Date: 1994-11-00
First Use in Commerce Date: 1994-11-00

Basis: 1(a)

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

**D0108**

*Ex 68*

*187*

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2003-12-02 - Registered - Principal Register

2003-08-11 - Opposition terminated for Proceeding

2003-08-11 - Opposition dismissed for Proceeding

1998-02-23 - Opposition instituted for Proceeding

1998-01-12 - Opposition papers filed

1997-12-16 - Published for opposition

1997-11-14 - Notice of publication

1997-10-13 - Approved for Pub - Principal Register (Initial exam)

1997-10-01 - Case file assigned to examining attorney

## CONTACT INFORMATION

Correspondent
CHARLES C GARVEY JR (Attorney of record)

CHARLES C. GARVEY, JR.
GARVEY, SMITH & NEHRBASS
LAKEWAY THREE BUILDING 3838 N. CAUSEWAY
BLVD., SUITE 3290
METAIRIE, LA 70002

**D0109**

Ex 68
/ 88



**UNITED STATES PATENT AND TRADEMARK OFFICE**

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Sat Nov 20 04:27:08 EST 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout. Please logout when you are done to release system resources allocated for you.

Start List At: _____ OR Jump to record: _____   Record 98 out of 127

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | GET IN THE ZONE |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: nutritional supplements. FIRST USE: 19950606. FIRST USE IN COMMERCE: 19950619 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 261121 |
| **Serial Number** | 74691724 |
| **Filing Date** | June 21, 1995 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 5, 1996 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 1976680 |
| **Registration Date** | May 28, 1996 |
| **Owner** | (REGISTRANT) PERFORMANCE ZONE FITNESS AND NUTRITION, INC. CORPORATION DELAWARE 23110 State Road 54 Lutz FLORIDA 335496988 |
| **Assignment** | ASSIGNMENT RECORDED |

**EXHIBIT 69**

CX 69

189

| | |
|---|---|
| **Recorded** | |
| **Attorney of Record** | William S. Van Royen |
| **Description of Mark** | The mark is lined for the colors purple, red, yellow, and orange. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
|---|---|---|---|---|---|---|---|---|---|
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | |

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

EX-69

190

 

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2004-11-20 21:29:08 ET

**Serial Number:** 74691724 Assignment Information

**Registration Number:** 1976680 Assignment Information

**Mark**



**(words only):** GET IN THE ZONE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 1998-05-07

**Filing Date:** 1995-06-21

**Transformed into a National Application:** No

**Registration Date:** 1996-05-28

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 105

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1998-09-14

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. PERFORMANCE ZONE FITNESS AND NUTRITION,INC.

**Address:**
PERFORMANCE ZONE FITNESS AND NUTRITION,INC.
23110 State Road 54
Lutz, FL 335496988
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

### GOODS AND/OR SERVICES

Ex.69

**International Class:** 005
nutritional supplements
**First Use Date:** 1995-06-06
**First Use in Commerce Date:** 1995-06-19

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

**Lining and Stippling:** The mark is lined for the colors purple, red, yellow, and orange.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2003-01-11 - TEAS Change of Correspondence Received

1998-05-07 - Cancellation terminated for Proceeding

1998-05-07 - Cancellation dismissed for Proceeding

1997-07-24 - Cancellation Instituted No. 999999

1997-06-06 - Section 7 correction issued

1996-10-28 - Section 7 amendment filed

1996-05-28 - Registered - Principal Register

1996-03-05 - Published for opposition

1996-02-02 - Notice of publication

1995-12-01 - Approved for Pub - Principal Register (Initial exam)

1995-11-30 - Case file assigned to examining attorney

---

## CORRESPONDENCE INFORMATION

**Correspondent**
William S. Van Royen (Attorney of record)

Steven Craig Bryan
4160 Bridlewood Trail
Evans GA 30809

**Phone Number:** 706-210-4654
**Fax Number:** 706-210-4654

---

Ex 65



# UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |
|------|-------|--------|---------------|------------------|----------------|------------|

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Wed Aug 18 04:47:38 EDT 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
|---|---|---|---|---|---|---|---|---|---|

| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |
|---|---|---|---|---|---|

| Logout | Please logout when you are done to release system resources allocated for you.

| Start | List At:     OR | Jump | to record:      **Record 44 out of 125**

| Check Status | *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| Word Mark | FOX SPORTS IN THE ZONE |
|---|---|
| Goods and Services | IC 041. US 100 101 107. G & S: entertainment services in the nature of production and distribution of television programs. FIRST USE: 19960131. FIRST USE IN COMMERCE: 19960131 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 160103 260321 |
| Serial Number | 75092510 |
| Filing Date | April 22, 1996 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | August 8, 2000 |
| Registration Number | 2398853 |
| Registration Date | October 31, 2000 |
| Owner | (REGISTRANT) Fox Sports Productions, Inc. CORPORATION DELAWARE 5746 Sunset Boulevard Los Angeles CALIFORNIA 90028 |
| | (REGISTRANT) Twentieth Century Fox Film Corporation CORPORATION DELAWARE 10201 West Pico Boulevard Los Angeles CALIFORNIA 90035 |

**EXHIBIT 70**

**D0102**

(LAST LISTED OWNER) TWENTIETH CENTURY FOX FILM CORPORATION CORPORATION DELAWARE 10201 WEST PICO BOULEVARD LOS ANGELES CALIFORNIA 90035

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Daphne Gronich |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SPORTS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
|---|---|---|---|---|---|---|---|---|---|
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | |

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT

**D0103**

Ex. 30
194

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2004-08-18 13:00:47 ET

Serial Number: 75092510 Assignment Information

Registration Number: 2398853 Assignment Information

Mark



(words only): FOX SPORTS IN THE ZONE

Standard Character claim: No

Current Status: Registered.

Date of Status: 2000-10-31

Filing Date: 1996-04-22

Transformed into a National Application: No

Registration Date: 2000-10-31

Register: Principal

Law Office Assigned: LAW OFFICE 115

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -Warehouse (Newington)

Date In Location: 2000-11-03

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. TWENTIETH CENTURY FOX FILM CORPORATION

Address:
TWENTIETH CENTURY FOX FILM CORPORATION
10201 WEST PICO BOULEVARD
LOS ANGELES, CA 90035
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Delaware

---

### GOODS AND/OR SERVICES

**D0104**

Gx 70

195

Latest Status Info                                                                                    Page 2 of 2

International Class: 041
entertainment services in the nature of production and distribution of television programs
First Use Date: 1996-01-31
First Use in Commerce Date: 1996-01-31

Basis: 1(a)

---

## ADDITIONAL INFORMATION

Disclaimer: "SPORTS"

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2000-10-31 - Registered - Principal Register

2000-08-08 - Published for opposition

2000-07-07 - Notice of publication

2000-03-10 - Approved for Pub - Principal Register (Initial exam)

1997-08-14 - Letter of suspension mailed

1997-05-02 - Correspondence Received In Law Office

1996-12-23 - Unresponsive paper received

1996-11-12 - Non-final action mailed

1996-09-12 - Case file assigned to examining attorney

1996-09-05 - Case file assigned to examining attorney

---

## CONTACT INFORMATION

Correspondent
Daphne Gronich (Attorney of record)

DAPHNE GRONICH
FOX INC
INTELLECTUAL PROPERTY DEPT
PO BOX 900
BEVERLY HILLS CA 90213

---

D0105

CX.70
/96



# UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Sat Nov 20 04:27:08 EST 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [      ] OR **Jump** to record:     Record 69 out of 127

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | IN THE ZONE SELLING |
| **Goods and Services** | IC 041. US 100 101 107. G & S: training services for automotive dealers in the art of selling and leasing automobiles. FIRST USE: 19970901. FIRST USE IN COMMERCE: 19970901 |
| | IC 039. US 100 105. G & S: leasing of automobiles. FIRST USE: 19970901. FIRST USE IN COMMERCE: 19970901 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75262591 |
| **Filing Date** | March 24, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 17, 1998 |
| **Registration Number** | 2352230 |
| **Registration Date** | May 23, 2000 |
| **Owner** | (REGISTRANT) Half-A-Car Co., Inc. CORPORATION DELAWARE 308 East Lancaster Avenue Wynnewood PENNSYLVANIA 19096 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | HARRIET E PERKINS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**EXHIBIT 71**

EX.71

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT**

Ex.7F
198

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2004-11-20 21:27:47 ET**

**Serial Number:** 75262591 Assignment Information

**Registration Number:** 2352230 Assignment Information

**Mark (words only):** IN THE ZONE SELLING

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2000-05-23

**Filing Date:** 1997-03-24

**Transformed into a National Application:** No

**Registration Date:** 2000-05-23

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 107

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2000-05-31

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Half-A-Car Co., Inc.

**Address:**
Half-A-Car Co., Inc.
308 East Lancaster Avenue
Wynnewood, PA 19096
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

### GOODS AND/OR SERVICES

**International Class:** 039
leasing of automobiles
**First Use Date:** 1997-09-01
**First Use in Commerce Date:** 1997-09-01

**Basis:** 1(a)

**International Class:** 041
training services for automotive dealers in the art of selling and leasing automobiles
**First Use Date:** 1997-09-01
**First Use in Commerce Date:** 1997-09-01

*Ex. 71*

**Basis:** 1(a)

---

### ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

### MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

### PROSECUTION HISTORY

---

2000-05-23 - Registered - Principal Register

2000-03-09 - Allowed for Registration - Principal Register (SOU accepted)

2000-03-09 - Case file assigned to examining attorney

1999-12-10 - Statement of use processing complete

1999-11-08 - Amendment to Use filed

1999-07-09 - Extension 2 granted

1999-06-09 - Extension 2 filed

1999-01-07 - Extension 1 granted

1998-12-08 - Extension 1 filed

1998-06-09 - Notice of allowance - mailed

1998-03-17 - Published for opposition

1998-02-13 - Notice of publication

1998-01-15 - Approved for Pub - Principal Register (Initial exam)

1997-12-15 - Communication received from applicant

1997-09-02 - Non-final action mailed

1997-08-18 - Case file assigned to examining attorney

---

### CORRESPONDENCE INFORMATION

---

**Correspondent**
HARRIET E PERKINS (Attorney of record)

HARRIET E PERKINS
SEIDEL GONDA LAVORGNA & MONACO PC
2 PENN CTR PLZ STE 1800
PHILADELPHIA PA 19102

---

EX.71

200



## United States Patent and Trademark Office

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Sat Nov 20 04:27:08 EST 2004*

| PTO Home | Trademark | Tess Home | New User | Structured | Free Form | Browse Dict | Bottom | Help | Prev List |
| Curr List | Next List | First Doc | Prev Doc | Next Doc | Last Doc |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: _____ OR Jump to record: _____    Record 31 out of 127

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | WE'RE IN THE ZONE |
| **Goods and Services** | IC 040. US 100 103 106. G & S: Generation of energy for retail and wholesale customers. FIRST USE: 20010402. FIRST USE IN COMMERCE: 20010402 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76242099 |
| **Filing Date** | April 17, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 27, 2001 |
| **Registration Number** | 2540256 |
| **Registration Date** | February 19, 2002 |
| **Owner** | (REGISTRANT) Mirant Corporation CORPORATION DELAWARE 1155 Perimeter Center West Suite 100 Atlanta GEORGIA 30338 |
| **Attorney of Record** | Daniele E. Bourgeois |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| PTO Home | Trademark | Tess Home | New User | Structured | Free Form | Browse Dict | Top | Help | Prev List |
| Curr List | Next List | First Doc | Prev Doc | Next Doc | Last Doc |

EV-72
201

**CONTACT US | PRIVACY STATEMENT**

*Ex 72*

*202*

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2004-11-20 21:23:32 ET

Serial Number: 76242099

Registration Number: 2540256

Mark (words only): WE'RE IN THE ZONE

Standard Character claim: No

Current Status: Registered.

Date of Status: 2002-02-19

Filing Date: 2001-04-17

Transformed into a National Application: No

Registration Date: 2002-02-19

Register: Principal

Law Office Assigned: LAW OFFICE 111

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2002-03-04

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Mirant Corporation

**Address:**
Mirant Corporation
1155 Perimeter Center West Suite 100
Atlanta, GA 30338
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 040
Generation of energy for retail and wholesale customers
**First Use Date:** 2001-04-02
**First Use in Commerce Date:** 2001-04-02

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

EX72

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2003-11-17 - TEAS Change of Correspondence Received

2002-02-19 - Registered - Principal Register

2001-11-27 - Published for opposition

2001-11-07 - Notice of publication

2001-07-01 - Approved for Pub - Principal Register (Initial exam)

2001-06-25 - Case file assigned to examining attorney

## CORRESPONDENCE INFORMATION

**Correspondent**
Daniele E. Bourgeois (Attorney of record)

Ginabeth B. Hutchison
Alston & Bird LLP
1201 W. Peachtree Street
Atlanta GA 30309-3424

**Phone Number:** 404-881-7000
**Fax Number:** 404-881-7777

Ex 72



# UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Sat Nov 20 04:27:08 EST 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [        ]   OR   Jump   to record: [        ]   Record 30 out of 127

Check Status   *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | WE'RE IN THE ZONE |
| **Goods and Services** | IC 039. US 100 105. G & S: Transmission and distribution of energy to retail and wholesale customers. FIRST USE: 20010402. FIRST USE IN COMMERCE: 20010402 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76241861 |
| **Filing Date** | April 17, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 19, 2002 |
| **Registration Number** | 2569858 |
| **Registration Date** | May 14, 2002 |
| **Owner** | (REGISTRANT) Mirant Corporation CORPORATION DELAWARE 1155 Perimeter Center West, Suite 100 Atlanta GEORGIA 30338 |
| **Attorney of Record** | Daniele E. Bourgeois |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |**

Ex 72

205

**CONTACT US | PRIVACY STATEMENT**

Ex.72

206

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2004-11-20 21:23:06 ET**

Serial Number: 76241861

Registration Number: 2569858

Mark (words only): WE'RE IN THE ZONE

Standard Character claim: No

Current Status: Registered.

Date of Status: 2002-05-14

Filing Date: 2001-04-17

Transformed into a National Application: No

Registration Date: 2002-05-14

Register: Principal

Law Office Assigned: LAW OFFICE 111

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

Current Location: 900 -File Repository (Franconia)

Date In Location: 2002-05-21

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Mirant Corporation

**Address:**
Mirant Corporation
1155 Perimeter Center West, Suite 100
Atlanta, GA 30338
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

### GOODS AND/OR SERVICES

**International Class:** 039
Transmission and distribution of energy to retail and wholesale customers
**First Use Date:** 2001-04-02
**First Use in Commerce Date:** 2001-04-02

**Basis:** 1(a)

---

### ADDITIONAL INFORMATION

(NOT AVAILABLE)

EK72
2 07



---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2003-11-17 - TEAS Change of Correspondence Received

2002-05-14 - Registered - Principal Register

2002-02-19 - Published for opposition

2002-01-30 - Notice of publication

2001-11-03 - Approved for Pub - Principal Register (Initial exam)

2001-09-27 - Case file assigned to examining attorney

2001-09-24 - Case file assigned to examining attorney

2001-09-24 - Case file assigned to examining attorney

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Daniele E. Bourgeois (Attorney of record)

Ginabeth B. Hutchison
Alston & Bird LLP
1201 W. Peachtree Street
Atlanta GA 30309-3424

**Phone Number:** 404-881-7000
**Fax Number:** 404-881-7777

---

Ex. 72

11/20/2004

208



# UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |
|------|-------|--------|---------------|------------------|----------------|------------|

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Sat Nov 20 04:27:08 EST 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
|----------|-----------|-----------|----------|------------|-----------|-------------|--------|------|-----------|
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [          ] OR **Jump** to record: [          ]   Record 37 out of 127

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | GET IN THE ZONE |
| **Goods and Services** | IC 042. US 100 101. G & S: RESTAURANT SERVICES. FIRST USE: 19990228. FIRST USE IN COMMERCE: 19990228 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76218160 |
| **Filing Date** | February 26, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 28, 2001 |
| **Registration Number** | 2510297 |
| **Registration Date** | November 20, 2001 |
| **Owner** | (REGISTRANT) ZONES, INC. CORPORATION MASSACHUSETTS 74 Lawrence Plain Road Hadley MASSACHUSETTS 01035 |
| **Attorney of Record** | Donald S Holland |
| **Prior Registrations** | 1680727;1780479;1781631;1781632;1781633;1781634;1785729;1785730;1808225; 1914006;1942911;1942915;1944208;1948849;1992255;2105378;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
|----------|-----------|-----------|----------|------------|-----------|-------------|-----|------|-----------|

**EXHIBIT 73**

*Ex.73*

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

Ex 73
210

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2004-11-20 21:24:33 ET**

**Serial Number:** 76218160

**Registration Number:** 2510297

**Mark (words only):** GET IN THE ZONE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2001-11-20

**Filing Date:** 2001-02-26

**Transformed into a National Application:** No

**Registration Date:** 2001-11-20

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-12-04

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. ZONES, INC.

**Address:**
ZONES, INC.
74 Lawrence Plain Road
Hadley, MA 01035
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Massachusetts

---

### GOODS AND/OR SERVICES

**International Class:** 042
RESTAURANT SERVICES
**First Use Date:** 1999-02-28
**First Use in Commerce Date:** 1999-02-28

**Basis:** 1(a)

---

### ADDITIONAL INFORMATION

**Prior Registration Number(s):**

EX.73

211

1680727
1780479
1781631
1781632
1781633
1781634
1785729
1785730
1808225
1914006
1942911
1942915
1944208
1948849
1992255
2105378

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2001-11-20 - Registered - Principal Register

2001-08-28 - Published for opposition

2001-08-08 - Notice of publication

2001-06-28 - Approved for Pub - Principal Register (Initial exam)

2001-06-25 - Case file assigned to examining attorney

## CORRESPONDENCE INFORMATION

**Correspondent**
Donald S Holland (Attorney of record)

DONALD S HOLLAND
HOLLAND & BONZAGNI PC
171 DWIGHT ROAD
LONGMEADOW MASSACHUSETTS 01106-1700

**Phone Number:** (413) 567-2076



## UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Sat Nov 20 04:27:08 EST 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [____] OR **Jump** to record: [____]    Record 35 out of 127

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| Word Mark | GET IN THE ZONE |
| Goods and Services | IC 035. US 100 101 102. G & S: RETAIL AUTO PARTS STORE SERVICES. FIRST USE: 20010319. FIRST USE IN COMMERCE: 20010319 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 76250224 |
| Filing Date | May 3, 2001 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | October 16, 2001 |
| Registration Number | 2527429 |
| Registration Date | January 8, 2002 |
| Owner | (REGISTRANT) Speedbar, Inc. CORPORATION NEVADA One Capital Place Grand Cayman CAYMAN ISLANDS |
| Attorney of Record | CAROLINE C SMITH |
| Prior Registrations | 1704811;2397635;AND OTHERS |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | Top | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

**EXHIBIT 74**                                        EX74

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2004-11-20 21:20:16 ET**

**Serial Number:** 76250224

**Registration Number:** 2527429

**Mark (words only):** GET IN THE ZONE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-01-08

**Filing Date:** 2001-05-03

**Transformed into a National Application:** No

**Registration Date:** 2002-01-08

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 106

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2002-01-18

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Speedbar, Inc.

**Address:**
Speedbar, Inc.
One Capital Place
Grand Cayman
Cayman Islands
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Nevada

---

### GOODS AND/OR SERVICES

**International Class:** 035
RETAIL AUTO PARTS STORE SERVICES
**First Use Date:** 2001-03-19
**First Use in Commerce Date:** 2001-03-19

**Basis:** 1(a)

---

### ADDITIONAL INFORMATION

**Prior Registration Number(s):**

Ex. 74

1704811
2397635

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2002-01-08 - Registered - Principal Register

2001-10-16 - Published for opposition

2001-09-26 - Notice of publication

2001-08-21 - Approved for Pub - Principal Register (Initial exam)

2001-08-10 - Case file assigned to examining attorney

---

## CORRESPONDENCE INFORMATION

---

**Correspondent**
CAROLINE C SMITH (Attorney of record)

CAROLINE C SMITH
SHAW PITTMAN
2300 N ST NW
WASHINGTON DC 20037-1128

**Phone Number:** (202) 663-8000

**Domestic Representative**
Shaw Pittman

---

Ex. 74
215



## UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Sat Nov 20 04:27:08 EST 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: _____ OR **Jump** to record: _____      Record 63 out of 127

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| Word Mark | LIVING IN THE ZONE |
| Goods and Services | IC 041. US 100 101 107. G & S: EDUCATIONAL SERVICES, NAMELY, CONDUCTING SEMINARS IN THE FIELD OF FITNESS AND NUTRITION. FIRST USE: 19990815. FIRST USE IN COMMERCE: 19990815 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75422266 |
| Filing Date | January 23, 1998 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | May 11, 1999 |
| Registration Number | 2406685 |
| Registration Date | November 21, 2000 |
| Owner | (REGISTRANT) Markham, Douglas J. INDIVIDUAL UNITED STATES 752 McKevett Road Santa Paula CALIFORNIA 93060 |
| Attorney of Record | MATTHEW P. LYNCH |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**EXHIBIT 75**

EX 75

216

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT

Ex.75

217

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2004-11-20 21:26:28 ET

Serial Number: 75422266

Registration Number: 2406685

Mark (words only): LIVING IN THE ZONE

Standard Character claim: No

Current Status: Registered.

Date of Status: 2000-11-21

Filing Date: 1998-01-23

Transformed into a National Application: No

Registration Date: 2000-11-21

Register: Principal

Law Office Assigned: LAW OFFICE 111

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-10-27

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Markham, Douglas J.

Address:
Markham, Douglas J.
752 McKevett Road
Santa Paula, CA 93060
United States
Legal Entity Type: Individual
Country of Citizenship: United States

---

## GOODS AND/OR SERVICES

International Class: 041
EDUCATIONAL SERVICES, NAMELY, CONDUCTING SEMINARS IN THE FIELD OF FITNESS AND NUTRITION
First Use Date: 1999-08-15
First Use in Commerce Date: 1999-08-15

Basis: 1(a)

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

Ex.75

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2000-11-21 - Registered - Principal Register

2000-08-22 - Allowed for Registration - Principal Register (SOU accepted)

2000-08-01 - Statement of use processing complete

2000-05-30 - Amendment to Use filed

1999-12-28 - Notice of allowance - mailed

1999-11-04 - Opposition terminated for Proceeding

1999-11-04 - Opposition dismissed for Proceeding

1999-09-20 - Opposition instituted for Proceeding

1999-06-15 - Extension of time to oppose - Filed

1999-05-11 - Published for opposition

1999-04-09 - Notice of publication

1999-01-09 - Approved for Pub - Principal Register (Initial exam)

1998-11-27 - Communication received from applicant

1998-06-18 - Non-final action mailed

1998-06-10 - Case file assigned to examining attorney

---

## CORRESPONDENCE INFORMATION

**Correspondent**
MATTHEW P. LYNCH (Attorney of record)

MATTHEW P LYNCH
28720 ROADSIDE DR STE 225
AGOURA HILLS CA 91301

---

Ex.75



# UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Sat Nov 20 04:27:08 EST 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [      ] OR **Jump** to record: [      ]         Record 24 out of 127

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | MARKETING IN THE ZONE |
| **Goods and Services** | IC 035. US 100 101 102. G & S: MARKETING CONSULTING SERVICES, NAMELY ASSISTING THIRD PARTIES IN THE DEVELOPMENT OF MARKETING CAMPAIGNS BASED ON EXAMINATION AND ANALYSIS OF CONSUMER BASE SUBSETS AND THE BEHAVIORAL AND STATISTICAL CHARACTERISTICS THEREOF. FIRST USE: 19960101. FIRST USE IN COMMERCE: 19960101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78031838 |
| **Filing Date** | October 22, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 4, 2002 |
| **Registration Number** | 2612760 |
| **Registration Date** | August 27, 2002 |
| **Owner** | (REGISTRANT) PreVision Marketing, LLC CORPORATION DELAWARE 55 Old Bedford Road Lincoln MASSACHUSETTS 01773 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MARKETING" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | LIVE |

**EXHIBIT 76**

CX-76

Indicator

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

Ex.76

221

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2004-11-20 21:20:39 ET**

**Serial Number:** 78031838 Assignment Information

**Registration Number:** 2612760 Assignment Information

**Mark (words only):** MARKETING IN THE ZONE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-08-27

**Filing Date:** 2000-10-22

**Transformed into a National Application:** No

**Registration Date:** 2002-08-27

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 102

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2002-09-03

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. PreVision Marketing, LLC

**Address:**
PreVision Marketing, LLC
55 Old Bedford Road
Lincoln, MA 01773
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

### GOODS AND/OR SERVICES

**International Class:** 035
MARKETING CONSULTING SERVICES, NAMELY ASSISTING THIRD PARTIES IN THE DEVELOPMENT OF
MARKETING CAMPAIGNS BASED ON EXAMINATION AND ANALYSIS OF CONSUMER BASE SUBSETS AND
THE BEHAVIORAL AND STATISTICAL CHARACTERISTICS THEREOF
**First Use Date:** 1996-01-01
**First Use in Commerce Date:** 1996-01-01

**Basis:** 1(a)

---

### ADDITIONAL INFORMATION

CX 76

**Disclaimer:** "MARKETING"

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2002-08-27 - Registered - Principal Register

2002-06-04 - Published for opposition

2002-05-15 - Notice of publication

2002-02-07 - Approved for Pub - Principal Register (Initial exam)

2001-12-07 - Case file assigned to examining attorney

2001-10-03 - Communication received from applicant

2001-10-03 - Communication received from applicant

2001-03-27 - Non-final action mailed

2001-03-22 - Case file assigned to examining attorney

## CORRESPONDENCE INFORMATION

**Correspondent**
PreVision Marketing, LLC
55 OLD BEDFORD RD
LINCOLN MA 01773-1125

Ex. 76



# UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Sat Nov 20 04:27:08 EST 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [____] OR **Jump** to record:          Record 27 out of 127

---

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | INVESTING IN THE ZONE |
| **Goods and Services** | IC 036. US 100 101 102. G & S: FINANCIAL ANALYSIS AND CONSULTATION; FINANCIAL PLANNING; AND FINANCIAL FORECASTING. FIRST USE: 20031014. FIRST USE IN COMMERCE: 20031014 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76295992 |
| **Filing Date** | August 8, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 31, 2002 |
| **Registration Number** | 2872129 |
| **Registration Date** | August 10, 2004 |
| **Owner** | (REGISTRANT) Craig, Dana C. INDIVIDUAL UNITED STATES 1070 St. Mellion Drive Nevillewood PENNSYLVANIA 15142 |
| **Attorney of Record** | Carl A. Ronald |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

---

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

---

**EXHIBIT 77**

CX 77

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT**

*Ex.77*
225

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2004-11-20 21:21:52 ET

**Serial Number:** 76295992

**Registration Number:** 2872129

**Mark (words only):** INVESTING IN THE ZONE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2004-08-10

**Filing Date:** 2001-08-08

**Transformed into a National Application:** No

**Registration Date:** 2004-08-10

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 105

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-08-16

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Craig, Dana C.

**Address:**
Craig, Dana C.
1070 St. Mellion Drive
Nevillewood, PA 15142
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States
**Phone Number:** (412) 392-5878

---

### GOODS AND/OR SERVICES

**International Class:** 036
FINANCIAL ANALYSIS AND CONSULTATION; FINANCIAL PLANNING; AND FINANCIAL FORECASTING
**First Use Date:** 2003-10-14
**First Use in Commerce Date:** 2003-10-14

**Basis:** 1(a)

---

### ADDITIONAL INFORMATION

CX.77

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2004-08-10 - Registered - Principal Register

2004-05-17 - Case file assigned to examining attorney

2004-05-12 - Case File in TICRS

2004-04-13 - Allowed for Registration - Principal Register (SOU accepted)

2004-03-30 - Statement of use processing complete

2004-03-30 - Extension 2 granted

2004-03-19 - Amendment to Use filed

2004-03-19 - Extension 2 filed

2004-03-19 - TEAS Extension Received

2004-03-19 - TEAS Amendment of Use Received

2003-10-02 - Extension 1 granted

2003-09-24 - Extension 1 filed

2003-09-24 - TEAS Extension Received

2003-03-25 - Notice of allowance - mailed

2002-12-31 - Published for opposition

2002-12-11 - Notice of publication

2002-10-22 - Approved for Pub - Principal Register (Initial exam)

2002-09-20 - Communication received from applicant

2002-09-20 - PAPER RECEIVED

2002-09-12 - Case file assigned to examining attorney

2002-04-09 - Non-final action mailed

2001-09-14 - Case file assigned to examining attorney

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Carl A. Ronald (Attorney of record)

CARL A. RONALD

Ex.77

TUCKER ARENSBERG, P.C.
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

**Phone Number:** (412) 594 - 3912
**Fax Number:** (412) 594- 5619

E x. 77

228



# UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Sat Nov 20 04:27:08 EST 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [      ] OR **Jump** to record: [      ]      Record 29 out of 127

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | PLAY IN THE SAFETY ZONE |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Promoting public awareness for the need for safe athletic playing fields and related need for testing athletic playing fields for shock absorbency. FIRST USE: 20020103. FIRST USE IN COMMERCE: 20020103 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76372059 |
| **Filing Date** | February 19, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 2, 2003 |
| **Registration Number** | 2816130 |
| **Registration Date** | February 24, 2004 |
| **Owner** | (REGISTRANT) Southwest Recreational Industries, Inc. CORPORATION TEXAS P.O. Box 589 701 Leander Drive Leander TEXAS 78641 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Mitra N. Vahdat, Esq. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**EXHIBIT 78**

*Ex. 78*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT**

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2004-11-20 21:22:34 ET

**Serial Number:** 76372059 Assignment Information

**Registration Number:** 2816130 Assignment Information

**Mark (words only):** PLAY IN THE SAFETY ZONE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2004-02-24

**Filing Date:** 2002-02-19

**Transformed into a National Application:** No

**Registration Date:** 2004-02-24

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-03-01

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Southwest Recreational Industries, Inc.

**Address:**
Southwest Recreational Industries, Inc.
P.O. Box 589 701 Leander Drive
Leander, TX 78641
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Texas

---

### GOODS AND/OR SERVICES

**International Class:** 035
Promoting public awareness for the need for safe athletic playing fields and related need for testing athletic playing fields for shock absorbency
**First Use Date:** 2002-01-03
**First Use in Commerce Date:** 2002-01-03

**Basis:** 1(a)

---

### ADDITIONAL INFORMATION

Ex.79
231

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2004-02-24 - Registered - Principal Register

2003-12-02 - Published for opposition

2003-11-12 - Notice of publication

2003-10-02 - Approved for Pub - Principal Register (Initial exam)

2003-08-18 - Communication received from applicant

2003-09-22 - Case File in TICRS

2003-08-18 - TEAS Response to Office Action Received

2003-03-11 - Non-final action mailed

2003-01-07 - Communication received from applicant

2003-01-07 - PAPER RECEIVED

2002-07-11 - Non-final action mailed

2002-07-10 - Case file assigned to examining attorney

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Mitra N. Vahdat, Esq. (Attorney of record)

MITRA N. VAHDAT, ESQ.
MILLER & MARTIN LLP
SUITE 1000 VOLUNTEER BUILDING
832 GEORGIA AVENUE
CHATTANOOGA, TN 37402-2289
**Phone Number:** (404) 962-6461

---

Ex.38

232



**UNITED STATES PATENT AND TRADEMARK OFFICE**

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |
|------|-------|--------|---------------|------------------|----------------|------------|

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Sat Nov 20 04:27:08 EST 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
|----------|-----------|-----------|----------|------------|-----------|-------------|--------|------|-----------|
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [          ] OR **Jump** to record: [          ]   Record 33 out of 127

**Check Status**  *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | GET IN THE KNOW ZONE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: pre-recorded CD-ROMs containing information related to sales and product training for use by distributors of pneumatic and electro-pneumatic pumps, pneumatic and electro-pneumatic pump accessories, namely, pulsation dampeners, electronic and pneumatic controls, and pump mounts; pneumatic and electro-pneumatic compressors; pneumatic and electro-pneumatic system components, namely air filter, air regulators, air lubricators, coil hoses, tool balancers and safety blow guns; pneumatic and electro-pneumatic industrial hoists; pneumatic and electro-pneumatic material handling equipment; and motion control valves and cylinders. FIRST USE: 20001201. FIRST USE IN COMMERCE: 20010703 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 130113 |
| **Serial Number** | 76316774 |
| **Filing Date** | September 21, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 29, 2002 |
| **Registration** | 2676960 |

**EXHIBIT 79**

*Ex 71*

| | |
|---|---|
| Number | |
| Registration Date | January 21, 2003 |
| Owner | (REGISTRANT) Ingersoll-Rand Company CORPORATION NEW JERSEY 200 Chestnut Ridge Road Woodcliff NEW JERSEY 076777700 |
| Attorney of Record | Dyann L. Kostello |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

Ex. 79

234

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2004-11-20 21:23:58 ET

**Serial Number:** 76316774

**Registration Number:** 2676960

**Mark**



**(words only):** GET IN THE KNOW ZONE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2003-01-21

**Filing Date:** 2001-09-21

**Transformed into a National Application:** No

**Registration Date:** 2003-01-21

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 116

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-03-10

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Ingersoll-Rand Company

**Address:**
Ingersoll-Rand Company
200 Chestnut Ridge Road
Woodcliff, NJ 076777700
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New Jersey

---

### GOODS AND/OR SERVICES

Ex.79
235

**International Class:** 009
pre-recorded CD-ROMs containing information related to sales and product training for use by distributors of pneumatic and electro-pneumatic pumps, pneumatic and electro-pneumatic pump accessories, namely, pulsation dampeners, electronic and pneumatic controls, and pump mounts; pneumatic and electro-pneumatic compressors; pneumatic and electro-pneumatic system components, namely air filter, air regulators, air lubricators, coil hoses, tool balancers and safety blow guns; pneumatic and electro-pneumatic industrial hoists; pneumatic and electro-pneumatic material handling equipment; and motion control valves and cylinders
**First Use Date:** 2000-12-01
**First Use in Commerce Date:** 2001-07-03

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2003-01-21 - Registered - Principal Register

2002-10-29 - Published for opposition

2002-10-09 - Notice of publication

2002-07-29 - Approved for Pub - Principal Register (Initial exam)

2002-06-17 - Communication received from applicant

2002-06-17 - PAPER RECEIVED

2001-12-14 - Non-final action mailed

2001-12-06 - Case file assigned to examining attorney

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Dyann L. Kostello (Attorney of record)

DYANN L. KOSTELLO
MICHAEL BEST & FRIEDRICH LLP
3773 CORPORATE PKWY STE 360
CENTER VALLEY PA 18034-8217

---

EX 7 9
236



# UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Sat Nov 20 04:27:08 EST 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [          ] OR **Jump** to record:        Record 54 out of 127

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| Word Mark | IN THE GRAYBAR ZONE |
| Goods and Services | IC 016. US 002 005 022 023 029 037 038 050. G & S: NEWSLETTER WHICH DISSEMINATES INFORMATION ABOUT ELECTRICAL, COMMUNICATIONS, AND DATA PRODUCTS, AND OF THE SUPPLIERS THEREOF. FIRST USE: 19990400. FIRST USE IN COMMERCE: 19990400 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75729941 |
| Filing Date | June 16, 1999 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | January 18, 2000 |
| Registration Number | 2451899 |
| Registration Date | May 15, 2001 |
| Owner | (REGISTRANT) Graybar Services, Inc. CORPORATION ILLINOIS 900 Regency Drive Glendale Heights ILLINOIS 60139 |
| Attorney of Record | Andrew B. Mayfield |
| Prior Registrations | 0835653;2083090;AND OTHERS |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

**EXHIBIT 80**

EX.80

237

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

Ex. 80

238

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2004-11-20 21:26:04 ET

**Serial Number:** 75729941

**Registration Number:** 2451899

**Mark (words only):** IN THE GRAYBAR ZONE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2001-05-15

**Filing Date:** 1999-06-16

**Transformed into a National Application:** No

**Registration Date:** 2001-05-15

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-06-01

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Graybar Services, Inc.

**Address:**
Graybar Services, Inc.
900 Regency Drive
Glendale Heights, IL 60139
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Illinois

---

## GOODS AND/OR SERVICES

**International Class:** 016
NEWSLETTER WHICH DISSEMINATES INFORMATION ABOUT ELECTRICAL, COMMUNICATIONS, AND DATA PRODUCTS, AND OF THE SUPPLIERS THEREOF
**First Use Date:** 1999-04-00
**First Use in Commerce Date:** 1999-04-00

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

---

Ex 80

239

**Prior Registration Number(s):**
835653
2083090

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2001-05-15 - Registered - Principal Register

2001-01-11 - Allowed for Registration - Principal Register (SOU accepted)

2001-01-08 - Examiner's amendment mailed

2000-12-26 - Non-final action mailed

2000-12-18 - Statement of use processing complete

2000-10-06 - Amendment to Use filed

2000-04-11 - Notice of allowance - mailed

2000-01-18 - Published for opposition

1999-12-17 - Notice of publication

1999-11-22 - Approved for Pub - Principal Register (Initial exam)

1999-10-26 - Communication received from applicant

1999-09-28 - Non-final action mailed

1999-09-23 - Case file assigned to examining attorney

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Andrew B. Mayfield (Attorney of record)

ANDREW B MAYFIELD
ARMSTRONG TEASDALE LLP
ONE METROPOLITAN SQ STE 2600
ST LOUIS MO 63102-2740

---

GX.80
240



# UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Sat Nov 20 04:27:08 EST 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [     ] OR **Jump** to record:          Record 51 out of 127

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | IN THE GRAYBAR ZONE |
| **Goods and Services** | IC 035. US 100 101 102. G & S: WHOLESALE DISTRIBUTORSHIP SERVICES IN THE FIELDS OF ELECTRICAL, COMMUNICATION AND DATA PRODUCTS. FIRST USE: 19990400. FIRST USE IN COMMERCE: 19990400 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75872525 |
| **Filing Date** | December 14, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 28, 2000 |
| **Registration Number** | 2589185 |
| **Registration Date** | July 2, 2002 |
| **Owner** | (REGISTRANT) Graybar Services, Inc. CORPORATION ILLINOIS 900 Regency Drive Glendale Heights ILLINOIS 60139 |
| **Attorney of Record** | Andrew B. Mayfield |
| **Prior Registrations** | 0835651;2083090;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |

**EXHIBIT 81**

CA 81

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2004-11-20 21:25:48 ET

**Serial Number:** 75872525

**Registration Number:** 2589185

**Mark (words only):** IN THE GRAYBAR ZONE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-07-02

**Filing Date:** 1999-12-14

**Transformed into a National Application:** No

**Registration Date:** 2002-07-02

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2002-07-23

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Graybar Services, Inc.

**Address:**
Graybar Services, Inc.
900 Regency Drive
Glendale Heights, IL 60139
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Illinois

---

### GOODS AND/OR SERVICES

**International Class:** 035
WHOLESALE DISTRIBUTORSHIP SERVICES IN THE FIELDS OF ELECTRICAL, COMMUNICATION AND DATA PRODUCTS
**First Use Date:** 1999-04-00
**First Use in Commerce Date:** 1999-04-00

**Basis:** 1(a)

---

### ADDITIONAL INFORMATION

CX.81

**Prior Registration Number(s):**
835651
2083090

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2002-07-02 - Registered - Principal Register

2002-03-20 - Allowed for Registration - Principal Register (SOU accepted)

2002-03-19 - Statement of use processing complete

2002-02-20 - Amendment to Use filed

2001-08-28 - Extension 1 granted

2001-08-14 - Extension 1 filed

2001-02-20 - Notice of allowance - mailed

2000-11-28 - Published for opposition

2000-10-27 - Notice of publication

2000-09-20 - Approved for Pub - Principal Register (Initial exam)

2000-08-14 - Communication received from applicant

2000-08-03 - Non-final action mailed

2000-08-03 - Previous allowance count withdrawn

2000-06-26 - Approved for Pub - Principal Register (Initial exam)

2000-06-19 - Examiner's amendment mailed

2000-05-18 - Case file assigned to examining attorney

2000-05-17 - Case file assigned to examining attorney

## CORRESPONDENCE INFORMATION

**Correspondent**
Andrew B. Mayfield (Attorney of record)

ANDREW B. MAYFIELD
ARMSTRONG TEASDALE
1 METROPOLITAN SQ STE 2600
ST LOUIS MO 63102-2740

EX. 61



**UNITED STATES PATENT AND TRADEMARK OFFICE**

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Sat Nov 20 04:27:08 EST 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| Logout | Please logout when you are done to release system resources allocated for you.

| Start | List At: |____| OR | Jump | to record: |____|    Record 55 out of 127

| Check Status | *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | INTO THE GENIUS ZONE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: EDUCATIONAL MATERIALS KITS COMPRISING A SERIES OF PRERECORDED VIDEO AND AUDIO CASSETTES, RELATING TO SEMINARS, LECTURES, AND INSTRUCTIONAL SESSIONS IN THE FIELDS OF READING, CYBERNETIC COMPREHENSION AND PERSONAL, ATHLETIC AND EDUCATIONAL DEVELOPMENT. FIRST USE: 19980228. FIRST USE IN COMMERCE: 19980228 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75681778 |
| **Filing Date** | April 12, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 5, 2000 |
| **Registration Number** | 2407951 |
| **Registration Date** | November 28, 2000 |
| **Owner** | (REGISTRANT) Strachar, Ed INDIVIDUAL UNITED STATES Post Office Box 21534 Eugene OREGON 97402 |
| **Attorney of Record** | MICHAEL J. HUGHES |
| **Prior Registrations** | 1957731;1992720;2009523 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | LIVE |

**EXHIBIT 82**

Ex.82

245

Indicator

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2004-11-20 21:28:19 ET

**Serial Number:** 75681778

**Registration Number:** 2407951

**Mark (words only):** INTO THE GENIUS ZONE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2000-11-28

**Filing Date:** 1999-04-12

**Transformed into a National Application:** No

**Registration Date:** 2000-11-28

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-10-28

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Strachar, Ed

**Address:**
Strachar, Ed
Post Office Box 21534
Eugene, OR 97402
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

### GOODS AND/OR SERVICES

**International Class:** 009
EDUCATIONAL MATERIALS KITS COMPRISING A SERIES OF PRERECORDED VIDEO AND AUDIO CASSETTES, RELATING TO SEMINARS, LECTURES, AND INSTRUCTIONAL SESSIONS IN THE FIELDS OF *READING, CYBERNETIC COMPREHENSION AND PERSONAL; ATHLETIC AND EDUCATIONAL DEVELOPMENT*
**First Use Date:** 1998-02-28
**First Use in Commerce Date:** 1998-02-28

**Basis:** 1(a)

---

GX 82

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1957731
1992720
2009523

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2002-04-22 - TEAS Change of Correspondence Received

2000-11-28 - Registered - Principal Register

2000-09-05 - Published for opposition

2000-08-04 - Notice of publication

2000-07-13 - Approved for Pub - Principal Register (Initial exam)

2000-07-07 - Examiner's amendment mailed

2000-07-06 - Case file assigned to examining attorney

2000-04-12 - Communication received from applicant

1999-10-12 - Non-final action mailed

1999-10-01 - Previous allowance count withdrawn

1999-09-26 - Approved for Pub - Principal Register (Initial exam)

1999-09-13 - Case file assigned to examining attorney

## CORRESPONDENCE INFORMATION

**Correspondent**
MICHAEL J. HUGHES (Attorney of record)

IPLO Intellectual Property Law Offices
IPLO Intellectual Property Law Offices
1901 South Bascom Avenue Suite 660
Campbell CA 95008

**Phone Number:** 408-558-9950
**Fax Number:** 408-558-9960

G X .82



# UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Wed Aug 18 04:47:38 EDT 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout. Please logout when you are done to release system resources allocated for you.

Start. List At:            OR Jump to record:            Record 2 out of 2

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| Word Mark | ESPN ZONE |
| Goods and Services | IC 042. US 100 101. G & S: BAR AND RESTAURANT SERVICES. FIRST USE: 19971222. FIRST USE IN COMMERCE: 19971222 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75533506 |
| Filing Date | August 10, 1998 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | June 1, 1999 |
| Registration Number | 2272265 |
| Registration Date | August 24, 1999 |
| Owner | (REGISTRANT) ESPN, Inc. CORPORATION DELAWARE ESPN Plaza Bristol CONNECTICUT 06010 |
| Attorney of Record | Robert L Raskopf |
| Prior Registrations | 1345096;1345097;1437972;1731771;AND OTHERS |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT

**EXHIBIT 83**                                                          **D0123**

Ex.83

249

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2004-08-18 19:11:41 ET

Serial Number: 75533506

Registration Number: 2272265

Mark (words only): ESPN ZONE

Standard Character claim: No

Current Status: Registered.

Date of Status: 1999-08-24

Filing Date: 1998-08-10

Transformed into a National Application: No

Registration Date: 1999-08-24

Register: Principal

Law Office Assigned: LAW OFFICE 107

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -Warehouse (Newington)

Date In Location: 1999-08-27

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. ESPN, Inc.

Address:
ESPN, Inc.
ESPN Plaza
Bristol, CT 06010
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Delaware

---

### GOODS AND/OR SERVICES

International Class: 042
BAR AND RESTAURANT SERVICES
First Use Date: 1997-12-22
First Use in Commerce Date: 1997-12-22

Basis: 1(a)

---

### ADDITIONAL INFORMATION

Prior Registration Number(s):

**D0124**

Latest Status Info                                                      Page 2 of 2

1345096
1345097
1437972
1731771

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

1999-08-24 - Registered - Principal Register

1999-06-01 - Published for opposition

1999-04-30 - Notice of publication

1999-02-19 - Approved for Pub - Principal Register (Initial exam)

1999-02-08 - Case file assigned to examining attorney

---

## CONTACT INFORMATION

**Correspondent**
Robert L Raskopf (Attorney of record)

ROBERT L RASKOPF
WHITE & CASE LLP
1155 AVE OF THE AMERICAS
NEW YORK NY 10036

---

D0125

251



# UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Wed Aug 18 04:47:38 EDT 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: _____ OR **Jump** to record: _____ Record 1 out of 2

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | ESPN ZONE |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment services, namely, a sports-oriented entertainment complex featuring interactive, competitive and multimedia sports attractions, games and exhibitions, and sports viewing facilities. FIRST USE: 19971222. FIRST USE IN COMMERCE: 19971222 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75682274 |
| **Filing Date** | April 13, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 30, 1999 |
| **Registration Number** | 2321866 |
| **Registration Date** | February 22, 2000 |
| **Owner** | (REGISTRANT) ESPN, Inc. CORPORATION DELAWARE ESPN Plaza Bristol CONNECTICUT 06010 |
| **Attorney of Record** | Robert L. Raskopf |
| **Prior Registrations** | 1345096;1345097;1437972;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**EXHIBIT 84**                                                           **D0119**

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

D0120

CX. 84
253

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2004-08-18 19:11:12 ET

**Serial Number:** 75682274

**Registration Number:** 2321866

**Mark (words only):** ESPN ZONE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2000-02-22

**Filing Date:** 1999-04-13

**Transformed into a National Application:** No

**Registration Date:** 2000-02-22

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 900 -Warehouse (Newington)

**Date In Location:** 2000-05-10

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. ESPN, Inc.

**Address:**
ESPN, Inc.
ESPN Plaza
Bristol, CT 06010
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

### GOODS AND/OR SERVICES

**International Class:** 041
Entertainment services, namely, a sports-oriented entertainment complex featuring interactive, competitive and multimedia sports attractions, games and exhibitions, and sports viewing facilities
**First Use Date:** 1997-12-22
**First Use in Commerce Date:** 1997-12-22

**Basis:** 1(a)

---

### ADDITIONAL INFORMATION

**D0121**

Ex. 84

254

**Prior Registration Number(s):**
1345096
1345097
1437972

---
### MADRID PROTOCOL INFORMATION
---

(NOT AVAILABLE)

---
### PROSECUTION HISTORY
---

2000-02-22 - Registered - Principal Register

1999-11-30 - Published for opposition

1999-10-29 - Notice of publication

1999-08-31 - Approved for Pub - Principal Register (Initial exam)

1999-07-30 - Case file assigned to examining attorney

1999-07-20 - Case file assigned to examining attorney

---
### CONTACT INFORMATION
---

**Correspondent**
Robert L. Raskopf (Attorney of record)

ROBERT L. RASKOPF
WHITE & CASE
1155 AVENUE OF THE AMERICAS
NEW YORK NY 10036-2711

---

**D0122**



Search Result Citations List - FBN-CA              CN("IN THE ZONE")

| Rank | Business Name | Owner Name | City | ST |
|------|---------------|------------|------|-----|
| 1. | GET IN THE ZONE BASEBALL | JAMES ANTHONY SHIELDS | VALENCIA | CA |
| 2. | GET IN THE ZONE SPORTS WEAR | PRITZL MICHAEL W | CA | FBN-CA |
| 3. | GET IN THE ZONE SPORTSWEAR | PRITZL MICHALE | CA | FBN-CA |
| 4. | GET IN THE ZONE SPORTSWEAR | PRITZL MICHAEL W | CA | FBN-CA |
| 5. | GET IN THE ZONE SPORTSWEAR | PRITZL MICHAEL | CA | FBN-CA |
| 6. | IN DA ZONE | MR ANDREW RIOS | MURRIETA | CA |
| 7. | IN DA ZONE | SAN DIMAS | CA | FBN-CA |
| 8. | IN DA ZONE | ANDREW RIOS | SAN DIMAS | CA |
| 9. | IN THE ZONE | CASTRO LARRY | CARLSBAD | CA |
| 10. | IN THE ZONE | CASTRO GAIL | CARLSBAD | CA |
| 11. | IN THE ZONE | CLEMENTS SHARON | CARLSBAD | CA |
| 12. | IN THE ZONE | CLEMENTS SHARON M | CARLSBAD | CA |
| 13. | IN THE ZONE | MR DAVID PINON | LIVERMORE | CA |
| 14. | IN THE ZONE | PINON DAVID ALEX | LIVERMORE | CA |
| 15. | IN THE ZONE | HOLLYWOOD ARTS AND EDUCATION | LOS ANGELES | CA |
| 16. | IN THE ZONE | HOLLYWOOD ARTS & EDUCATION | LOS ANGELES | CA |
| 17. | IN THE ZONE | LITE BREEZE INC | SAN DIEGO | CA |
| 18. | IN THE ZONE | LITE BREEZE INC | SAN DIEGO | CA |
| 19. | IN THE ZONE | LIFE BREEZE INC | SAN DIEGO | CA |
| 20. | IN THE ZONE | BREEZE INC LIFE | SAN DIEGO | CA |
| 21. | IN THE ZONE | PARKER GLENN HAL | SAN FRANCISCO | CA |
| 22. | IN THE ZONE | FISHER HAIG | SANTA BARBARA | CA |
| 23. | IN THE ZONE | SMITH MARTIN | SANTA | CA |

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

**EXHIBIT 85**

CX.85
256

Search Result Citations List - FBN-CA              CN("IN THE ZONE")

| | | | | |
|---|---|---|---|---|
| 24. | IN THE ZONE | FISHER HAIG | BARBARA SANTA BARBARA | CA |
| 25. | IN THE ZONE | VIVIAN GISELLE | TARZANA | CA |
| 26. | IN THE ZONE | VIVIAN CHARLES | TARZANA | CA |
| 27. | IN THE ZONE | CASTRO GAIL | CA | FB N-CA |
| 28. | IN THE ZONE | LAURSEN SHANA ANNE | CA | FB N-CA |
| 29. | IN THE ZONE | CASTRO LARRY | CA | FB N-CA |
| 30. | IN THE ZONE | HART MATTHEW WILLIAM FLOY | CA | FB N-CA |
| 31. | IN THE ZONE | LAURSEN SHANA ANNE | CA | FB N-CA |
| 32. | IN THE ZONE BARBER SHOP | GRANADA HILLS | CA | FB N-CA |
| 33. | IN THE ZONE BARBER SHOP | KELVIN TRUITT | WINNETKA | CA |
| 34. | IN THE ZONE BASEBALL/SOFTBALL | MS RONNA RANSBURY | MURRIETA | CA |
| 35. | IN THE ZONE BASKETBALL | MR TREVOR BEAL | WALNUT | CA |
| 36. | IN THE ZONE DAY SPA | PEOPLES VANDELLA | OCEANSIDE | CA |
| 37. | IN THE ZONE GOLF | MR TIMOTHY HEREK | COSTA MESA | CA |
| 38. | IN THE ZONE GOLF | HEREK TIMOTHY Q | COSTA MESA | CA |
| 39. | IN THE ZONE GOLF | HEREK TIMOTHY Q | CA | FB N-CA |
| 40. | IN THE ZONE HEALTH & FITNESS | RAMAGE LEE | ENCINITAS | CA |
| 41. | IN THE ZONE HEALTH & FITNESS | RAMAGE TAMMI A | ENCINITAS | CA |
| 42. | IN THE ZONE HEALTH & FITNESS | RAMAGE TAMMI | ENCINITAS | CA |
| 43. | IN THE ZONE HEALTH & FITNESS | RAMAGE LEE M | ENCINITAS | CA |
| 44. | IN THE ZONE HEALTH AND FITNESS CLUB | RAMAGE TAMMI A | ENCINITAS | CA |
| 45. | IN THE ZONE HEALTH AND FITNESS CLUB | RAMAGE LEE | ENCINITAS | CA |
| 46. | IN THE ZONE HEALTH AND FITNESS CLUB | RAMAGE LEE M | ENCINITAS | CA |
| 47. | IN THE ZONE HEALTH AND FITNESS CLUB | RAMAGE TAMMI | ENCINITAS | CA |

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Ĉ v.85
257

Search Result Citations List - FBN-CA                CN("IN THE ZONE")

| | | | | |
|---|---|---|---|---|
| 48. | IN THE ZONE PHOTOGRAPHY | MR JEFF CORNETTE | WINNETKA | CA |
| 49. | IN THE ZONE PHOTOGRAPHY | JEFF CORNETTE | WINNETKA | CA |
| 50. | IN THE ZONE PRO SHOP | MR CESAR ECDAO | ORANGE | CA |
| 51. | IN THE ZONE PRO SHOP | ECDAO CESAR ABLOLA | CA | FBN-CA |
| 52. | IN THE ZONE PRO SHOP | ECDAO KATHRYN ANNE | CA | FBN-CA |
| 53. | IN THE ZONE PUBLISHING | PARKER MYCHAEL S | SAN FRANCISCO | CA |
| 54. | IN THE ZONE SPORTS | LITE BREEZE INC | CA | FBN-CA |
| 55. | IN THE ZONE TENNIS ACADEMY | MS MICHELE QUILICI | SAN JOSE | CA |
| 56. | IN THE ZONE TENNIS ACADEMY | PANG, RYAN J | SAN JOSE | CA |
| 57. | IN THE ZONE TENNIS ACADEMY | QUILICI, MICHELE L | SAN JOSE | CA |
| 58. | IN THE ZONE TRACK CLUB | MARTINEZ, HILARIO R | CAMARILLO | CA |
| 59. | IN THE ZONE TRACK CLUB | COPELAND, CHARLES L | CAMARILLO | CA |
| 60. | IN THE ZONE! | HAYS ERIC | CA | FBN-CA |
| 61. | IN THE ZONE! | DEWITT JEFF | CA | FBN-CA |
| 62. | IN YOUR ZONE | MR JAMES MORGAN | GARDEN GROVE | CA |
| 63. | In the Zone Barber Shop | MS Klevin Truitt | Winnetka | CA |

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

ER85
258

RODD ALAN GARNER   9-2-2004

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

```
                         )
LITE BREEZE, INC., a California  )  .
Corporation,             )
                         )
        Plaintiff,       )
                         ) Case No.
vs.                      )  04 CV 0326 DMS (JFS)
                         )
BRITNEY SPEARS, an individual;   )
CLEAR CHANNEL ENTERTAINMENT      )
TELEVISION HOLDINGS, INC., a     )
Delaware Corporation; SIGNATURES )
NETWORK, INC., a California      )
Corporation; JIVE RECORDS, INC., )
a New York Corporation; and      )
DOES 1-10,               )
                         )
        Defendants.      )
                         )
```

Deposition of RODD ALAN GARNER

Thursday, September 2, 2004

530 B Street, Suite 2100

San Diego, California

Lindy DeBoer, RPR, CSR No. 5405

CLEAVES & ASSOCIATES   (619) 238-1415

RODD ALAN GARNER   9-2-2004

Page 7

| | | |
|---|---|---|
| 09:32:02 | 1 | question that I posed. |
| 09:32:03 | 2 | You will have the opportunity to correct the |
| 09:32:05 | 3 | transcript of your deposition, but let me caution you |
| 09:32:07 | 4 | that if you make any changes, that I or other counsel |
| 09:32:11 | 5 | can comment on the fact that a change was made and ask |
| 09:32:14 | 6 | the Judge or jury to draw a negative inference from the |
| 09:32:18 | 7 | fact a change was made. |
| 09:32:19 | 8 | Are you suffering from any condition that |
| 09:32:20 | 9 | impairs your ability to remember things or testify |
| 09:32:23 | 10 | truthfully? |
| 09:32:23 | 11 | A.   Not that I am aware of. |
| 09:32:25 | 12 | Q.   Have you taken any medication that may |
| 09:32:27 | 13 | interfere with your ability to testify today? |
| 09:32:29 | 14 | A.   I don't believe so. |
| 09:32:31 | 15 | Q.   Any reason why we shouldn't proceed? |
| 09:32:34 | 16 | A.   No. |
| 09:32:34 | 17 | Q.   When was Lite Breeze formed? |
| 09:32:37 | 18 | A.   Lite Breeze was established in the mid-'80s. |
| 09:32:44 | 19 | Q.   And Lite Breeze, Inc. was incorporated when? |
| 09:32:48 | 20 | A.   I do not remember that day. |
| 09:32:49 | 21 | Q.   Who owns Lite Breeze, Inc.? |
| 09:32:51 | 22 | A.   I do. |
| 09:32:52 | 23 | Q.   If I refer to Lite Breeze, will you |
| 09:32:56 | 24 | understand I am referring to Lite Breeze, Inc.? |
| 09:32:57 | 25 | A.   Certainly. |

CLEAVES & ASSOCIATES   (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

260

RODD ALAN GARNER   9-2-2004

Page 8

| | | |
|---|---|---|
| 09:32:58 | 1 | Q.    Thank you. |
| 09:32:59 | 2 | Since the incorporation of Lite Breeze, |
| 09:33:00 | 3 | Inc., have there been any other owners of that |
| 09:33:06 | 4 | corporation? |
| 09:33:09 | 5 | A.    I don't believe so. |
| 09:33:11 | 6 | Q.    Who are the officers of Lite Breeze? |
| 09:33:14 | 7 | A.    I am. |
| 09:33:15 | 8 | Q.    And since 1989, have there been any other |
| 09:33:18 | 9 | officers of Lite Breeze? |
| 09:33:20 | 10 | A.    Since '89? |
| 09:33:22 | 11 | Q.    Let me do it this way:  Since the |
| 09:33:24 | 12 | incorporation of Lite Breeze. |
| 09:33:26 | 13 | A.    There may have been.  Don't recall. |
| 09:33:32 | 14 | Q.    Your counsel was kind enough to produce some |
| 09:33:35 | 15 | additional documents today as well as some T-shirts. |
| 09:33:39 | 16 | Let me hold off on that.  Let me start it |
| 09:33:41 | 17 | differently. |
| 09:33:41 | 18 | I am going to ask that the court reporter |
| 09:33:44 | 19 | mark as Exhibit 1 a copy of a press release. |
| 09:34:17 | 20 | Sir, have you seen this press release |
| 09:34:27 | 21 | before? |
| 09:34:28 | 22 | A.    I believe so. |
| 09:34:29 | 23 | Q.    Did you write it? |
| 09:34:35 | 24 | A.    No, I did not. |
| 09:34:35 | 25 | Q.    Did you approve it before it was released? |

CLEAVES & ASSOCIATES    (619) 238-1415

RODD ALAN GARNER   9-2-2004

Page 10

| | | |
|---|---|---|
| 09:35:47 | 1 | the word "specializing," yes, we do specialize in that. |
| 09:35:52 | 2 | Q.   Move to strike everything other than, "Yes, |
| 09:35:54 | 3 | we do specialize in that" as nonresponsive. |
| 09:35:58 | 4 | Is it correct that Lite Breeze sells |
| 09:36:01 | 5 | athletic clothing and sporting team uniforms, |
| 09:36:09 | 6 | Mr. Garner? |
| 09:36:10 | 7 | A.   Can you hold on one second, please.  Can we |
| 09:36:13 | 8 | go off the record, please? |
| 09:36:15 | 9 | Q.   Sure. |
| 09:36:30 | 10 | (Discussion off the record between the |
| 09:36:32 | 11 | witness and Ms. Walker.) |
| 09:37:53 | 12 | MR. ANDERSON:  Back on the record. |
| 09:37:55 | 13 | Q.   Let's go back a second.  You said that you |
| 09:37:58 | 14 | weren't sure if you had approved the final version of |
| 09:38:00 | 15 | the press release marked as Exhibit 1. |
| 09:38:03 | 16 | In the last version that you saw of the |
| 09:38:05 | 17 | press release, did it have the language that Lite Breeze |
| 09:38:08 | 18 | specializes in selling athletic clothing and sporting |
| 09:38:12 | 19 | team uniforms? |
| 09:38:13 | 20 | A.   I don't recall. |
| 09:38:15 | 21 | Q.   Does Lite Breeze sell athletic clothing and |
| 09:38:19 | 22 | sporting team uniforms? |
| 09:38:19 | 23 | A.   It does. |
| 09:38:20 | 24 | Q.   To whom does it sell them? |
| 09:38:22 | 25 | A.   It sells them to catalogs and coaches and |

CLEAVES & ASSOCIATES   (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

RODD ALAN GARNER   9-2-2004

Page 11

| | | |
|---|---|---|
| 09:38:32 | 1 | special events and schools and clubs and organizations |
| 09:38:40 | 2 | and institutions and -- the list goes on.  That's all I |
| 09:38:54 | 3 | can say. |
| 09:38:55 | 4 | Q.    I do want to know.  Anyone else? |
| 09:38:58 | 5 | A.    The list continues on.  Anybody who desires |
| 09:39:01 | 6 | our products.  If it isn't being used in some kind of |
| 09:39:08 | 7 | way contrary to the beliefs of our company morals, |
| 09:39:11 | 8 | values, and ethics, or promoting something that we may |
| 09:39:16 | 9 | not consider to be of high standing, we possibly sell |
| 09:39:21 | 10 | them our products. |
| 09:39:22 | 11 | Q.    Do you sell to retail outlets? |
| 09:39:25 | 12 | A.    Sometimes. |
| 09:39:26 | 13 | Q.    What retail outlets have you sold to? |
| 09:39:28 | 14 | A.    Well, over the years we have sold to Sears, |
| 09:39:41 | 15 | J.C. Penney's, many, many small retailers nationwide, |
| 09:39:47 | 16 | catalogs such as soccer catalogs, volleyball catalogs, |
| 09:39:55 | 17 | events that might include drill teams, bands. |
| 09:40:02 | 18 | Q.    If I could interrupt.  My question was about |
| 09:40:07 | 19 | retail outlets. |
| 09:40:07 | 20 | A.    I don't think that I can actually give you a |
| 09:40:11 | 21 | definition that divides the difference between retail |
| 09:40:14 | 22 | outlets and special events because at major events |
| 09:40:19 | 23 | nationwide, they usually have festivals associated with |
| 09:40:22 | 24 | them or they possibly have stores inside of those |
| 09:40:25 | 25 | special events.  So sometimes we might be selling to a |

CLEAVES & ASSOCIATES    (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

RODD ALAN GARNER   9-2-2004

Page 12

| | | |
|---|---|---|
| 09:40:30 | 1 | particular store, yet they might be taking those |
| 09:40:33 | 2 | directly to an event and selling them, and it would be |
| 09:40:38 | 3 | the same retail outlet that would be responsible. |
| 09:40:39 | 4 | Q.   Is it your testimony that selling to a |
| 09:40:41 | 5 | catalog is the same as selling to a retail outlet? |
| 09:40:44 | 6 | A.   I believe retail is retail. |
| 09:40:46 | 7 | Q.   So all of these things that you have |
| 09:40:48 | 8 | described, in your view, are retail outlets; is that |
| 09:40:51 | 9 | true? |
| 09:40:51 | 10 | A.   I believe so. |
| 09:40:51 | 11 | Q.   Is GiantSportsFactory.com a Lite Breeze |
| 09:40:57 | 12 | site? |
| 09:40:58 | 13 | A.   Site as in? |
| 09:40:59 | 14 | Q.   Web site.  Internet site. |
| 09:41:03 | 15 | A.   GiantSportsFactory.com is owned by Lite |
| 09:41:06 | 16 | Breeze, Incorporated and Rodd Garner. |
| 09:41:09 | 17 | Q.   Is it owned jointly by you and your |
| 09:41:12 | 18 | corporation? |
| 09:41:12 | 19 | A.   Partially. |
| 09:41:15 | 20 | Q.   What do you mean "partially"? |
| 09:41:20 | 21 | A.   Well, the name itself is a domain name.  The |
| 09:41:23 | 22 | site itself is different than the domain name. |
| 09:41:27 | 23 | Q.   Who owns the domain name? |
| 09:41:29 | 24 | A.   The domain name is owned by both of us. |
| 09:41:33 | 25 | Q.   Who owns the site? |

CLEAVES & ASSOCIATES   (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

264

RODD ALAN GARNER   9-2-2004

Page 13

| | | |
|---|---|---|
| 09:41:34 | 1 | A.   The site is owned by Lite Breeze, |
| 09:41:36 | 2 | Incorporated. |
| 09:41:39 | 3 | Q.   Any sites other than GiantSportsFactory.com |
| 09:41:43 | 4 | that sells Lite Breeze's clothing? |
| 09:41:46 | 5 | A.   There might be retailers that have it that |
| 09:41:50 | 6 | I'm not totally aware of right now, but Lite Breeze |
| 09:41:56 | 7 | apparel -- Lite Breeze apparel?  Or are you talking |
| 09:41:58 | 8 | about In The Zone apparel? |
| 09:42:00 | 9 | Q.   Let's limit it to In The Zone apparel.  I |
| 09:42:03 | 10 | want you to testify from your own knowledge.  So if you |
| 09:42:05 | 11 | don't know about something, then that's fine, you don't |
| 09:42:08 | 12 | know about it. |
| 09:42:08 | 13 | To your knowledge, are there any other sites |
| 09:42:10 | 14 | other than GiantSportsFactory.com that is selling what |
| 09:42:13 | 15 | you would refer to as In The Zone apparel? |
| 09:42:16 | 16 | A.   As far as I know today, that is the only |
| 09:42:20 | 17 | site. |
| 09:42:20 | 18 | Q.   I went to GiantSportsFactory.com and it does |
| 09:42:23 | 19 | say in a pull-down tab that it has In The Zone brand |
| 09:42:28 | 20 | sportswear, but when I clicked on that, nothing happened |
| 09:42:31 | 21 | and I couldn't find any In The Zone brand sportswear on |
| 09:42:34 | 22 | that site. |
| 09:42:36 | 23 | Is there any In The Zone sportswear offered |
| 09:42:38 | 24 | on that site? |
| 09:42:39 | 25 | A.   Certainly.  We are not very good at building |

CLEAVES & ASSOCIATES   (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

265

RODD ALAN GARNER   9-2-2004

Page 14

| | | |
|---|---|---|
| 09:42:42 | 1 | web sites, but we have done the best we can to show our |
| 09:42:45 | 2 | apparel.  You can go to the camp section and you can see |
| 09:42:52 | 3 | camp shirts that are sold.  Most of the merchandising |
| 09:42:54 | 4 | that Lite Breeze does under the name In The Zone now is |
| 09:42:59 | 5 | very specific to the group, organization, or event |
| 09:43:04 | 6 | with -- which is using it to either profit or -- or |
| 09:43:11 | 7 | promote.  We really don't produce a lot of goods today |
| 09:43:18 | 8 | specifically for retail merchandising. |
| 09:43:19 | 9 | Q.  You don't produce a lot of In The Zone |
| 09:43:23 | 10 | market clothing for retail merchandising; is that what |
| 09:43:26 | 11 | you're saying? |
| 09:43:26 | 12 | A.  We don't produce a lot of it for specific |
| 09:43:30 | 13 | retail merchandising, that's correct. |
| 09:43:31 | 14 | Q.  Okay.  Thank you. |
| 09:43:33 | 15 | And what did you mean that most of what you |
| 09:43:35 | 16 | do is for groups, organizations, or events? |
| 09:43:38 | 17 | A.  Well, we are in the decorating business, and |
| 09:43:42 | 18 | decorating could be embroidery, decorating could be |
| 09:43:47 | 19 | silk-screening.  It could be heat stamping.  There's a |
| 09:43:53 | 20 | lot of ways to decorate your products.  And depending on |
| 09:43:58 | 21 | the use or needs of our customer base, they might have a |
| 09:44:02 | 22 | particular need for a camp or for an event, and they |
| 09:44:08 | 23 | will come to us and ask us to customize.  Because we |
| 09:44:12 | 24 | come from the silk-screening industry, we know how to |
| 09:44:16 | 25 | customize products which would be really a multilevel |

CLEAVES & ASSOCIATES    (619) 238-1415

RODD ALAN GARNER   9-2-2004

Page 15

| | | |
|---|---|---|
| 09:44:19 | 1 | type of branding where it might say Ohio State or Notre |
| 09:44:23 | 2 | Dame or Michigan State and also say In The Zone on the |
| 09:44:27 | 3 | same products. |
| 09:44:29 | 4 | Q.    When you say "in the decorating business," |
| 09:44:30 | 5 | you mean decorating clothing, T-shirts, and the like? |
| 09:44:33 | 6 | A.    I am talking about the clothing business, |
| 09:44:35 | 7 | right. |
| 09:44:35 | 8 | Q.    And how long has it been that Lite Breeze |
| 09:44:41 | 9 | has focused on the group organization and event buyers? |
| 09:44:48 | 10 | A.    Since its inception. |
| 09:44:59 | 11 | Q.    Let's talk about the T-shirts that |
| 09:45:01 | 12 | Ms. Walker produced today.  She said, if I understood |
| 09:45:06 | 13 | correctly, that these are one-of-a-kind T-shirts and we |
| 09:45:10 | 14 | can make arrangements to make photocopies. |
| 09:45:12 | 15 | MS. WALKER:  Yes.  We can get photographs. |
| 09:45:14 | 16 | It's my understanding that when Lite Breeze |
| 09:45:17 | 17 | does a run of T-shirts, if the order is for a thousand, |
| 09:45:20 | 18 | they make a thousand, and so there aren't a lot of |
| 09:45:23 | 19 | leftovers.  So these were one of a kind.  I brought them |
| 09:45:26 | 20 | for illustration purposes.  I would be happy to make |
| 09:45:31 | 21 | photographs of both the front and the back and produce |
| 09:45:33 | 22 | those and Bates stamp them if you think necessary. |
| 09:45:36 | 23 | MR. ANDERSON:  I would ask that. |
| 09:45:37 | 24 | Q.    It is correct these are one-of-a-kind shirts |
| 09:45:41 | 25 | at this point? |

CLEAVES & ASSOCIATES   (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

267

RODD ALAN GARNER   9-2-2004

Page 16

| | | |
|---|---|---|
| 09:45:42 | 1 | A.   I believe so. |
| 09:45:44 | 2 | Q.   Ms. Walker also produced this banner which |
| 09:45:50 | 3 | says, "$3 Custom T-shirts InTheZone.com." |
| 09:45:54 | 4 | When was this banner created? |
| 09:45:56 | 5 | A.   Years ago. |
| 09:45:57 | 6 | Q.   Can you give me, to the best of your |
| 09:45:59 | 7 | recollection, the year that it was created? |
| 09:46:04 | 8 | A.   Between '88 and -- I'm sorry, between '98 |
| 09:46:09 | 9 | and 2000. |
| 09:46:11 | 10 | Q.   How has this banner been used? |
| 09:46:17 | 11 | A.   To the best of my knowledge, it's been |
| 09:46:17 | 12 | placed at sporting events, it's been placed at parades, |
| 09:46:27 | 13 | jazz festivals, Over-The-Line tournaments, and I'm sure |
| 09:46:38 | 14 | many more. |
| 09:46:38 | 15 | Q.   But those are all the ones that you have |
| 09:46:41 | 16 | knowledge about? |
| 09:46:41 | 17 | A.   Those are the ones I know about, right. |
| 09:46:44 | 18 | Q.   Okay.  And did you place the banner at any |
| 09:46:47 | 19 | of these events? |
| 09:46:48 | 20 | A.   I did not. |
| 09:46:49 | 21 | Q.   Who did? |
| 09:46:51 | 22 | A.   Banners like those are usually placed by a |
| 09:46:54 | 23 | gentleman by the name of Bob Ruane.  B-o-b, R-u-a-n-e. |
| 09:47:01 | 24 | Q.   Mr. Ruane is a sales rep for Lite Breeze? |
| 09:47:05 | 25 | A.   Mr. Ruane is a private contractor who is |

CLEAVES & ASSOCIATES    (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

268

RODD ALAN GARNER   9-2-2004

Page 17

| | | |
|---|---|---|
| 09:47:10 | 1 | hired by Lite Breeze, Incorporated to represent In The |
| 09:47:13 | 2 | Zone promotion and merchandising. |
| 09:47:18 | 3 | Q.    And am I correct that this banner is a |
| 09:47:22 | 4 | promotion for the shirt that is placed at things like |
| 09:47:25 | 5 | parades and jazz festivals and the other examples you |
| 09:47:29 | 6 | gave? |
| 09:47:30 | 7 | A.    Could you repeat the question. |
| 09:47:31 | 8 | MR. ANDERSON:  Could you read it back, please. |
| 09:47:34 | 9 | (Record read.) |
| 09:48:09 | 10 | THE WITNESS:  After all that, I'm sorry, I don't |
| 09:48:11 | 11 | understand the question. |
| | 12 | BY MR. ANDERSON: |
| 09:48:12 | 13 | Q.    Let me rephrase it.  Let me rephrase it. |
| 09:48:15 | 14 | Am I correct that the banner is placed by |
| 09:48:21 | 15 | Mr. Ruane at these events in order to promote your |
| 09:48:24 | 16 | T-shirt business? |
| 09:48:26 | 17 | A.    It's used to promote our brand name, and |
| 09:48:30 | 18 | that includes our T-shirt business, yes. |
| 09:48:31 | 19 | Q.    And the most prominent thing on the first |
| 09:48:34 | 20 | line is the "$3 T-shirt," right? |
| 09:48:36 | 21 | A.    On this particular banner.  But there are |
| 09:48:38 | 22 | other banners. |
| 09:48:39 | 23 | Q.    Do you have any other banners? |
| 09:48:41 | 24 | A.    I do not.  We are currently looking for |
| 09:48:43 | 25 | them.  We give events banners based on the value of the |

CLEAVES & ASSOCIATES    (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

269

RODD ALAN GARNER   9-2-2004

Page 21

| | | |
|---|---|---|
| 09:53:30 | 1 | Zone" on the clothing? |
| 09:53:31 | 2 | A.    This is one representative example. |
| 09:53:33 | 3 | Q.    And I note that none of the T-shirts that |
| 09:53:36 | 4 | were produced today look like this. |
| 09:53:39 | 5 | Are you aware of any -- where any T-shirts |
| 09:53:44 | 6 | are that -- put it differently.  I lost that one. |
| 09:53:47 | 7 | Are there any T-shirts in existence that |
| 09:53:49 | 8 | look like the ones that are -- that appear in Exhibit 2? |
| 09:53:55 | 9 | MS. WALKER:  In existence or in his possession? |
| 09:53:58 | 10 | MR. ANDERSON:  Within his possession. |
| 09:54:00 | 11 | THE WITNESS:  I don't believe there's any in my |
| 09:54:03 | 12 | possession.  There might be some in existence. |
| | 13 | BY MR. ANDERSON: |
| 09:54:05 | 14 | Q.    When I say in your possession, I don't mean |
| 09:54:08 | 15 | in your pocket today.  I mean in your possession, |
| 09:54:10 | 16 | custody, or control. |
| 09:54:11 | 17 | A.    I understand. |
| 09:54:12 | 18 | Q.    Okay.  When was the last time that Lite |
| 09:54:15 | 19 | Breeze sold T-shirts that looked like the ones that |
| 09:54:19 | 20 | appear in Exhibit B?  I'm sorry, Exhibit 2. |
| 09:54:32 | 21 | A.    Possibly nine or 10 years ago. |
| 09:54:50 | 22 | Q.    I am going to ask that the court reporter |
| 09:54:54 | 23 | mark as Exhibit 3 a copy of one of the documents that |
| 09:55:01 | 24 | Ms. Walker produced this morning. |
| 09:55:04 | 25 | Have you seen this before? |

CLEAVES & ASSOCIATES    (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

270

RODD ALAN GARNER   9-2-2004

Page 22

| | | |
|---|---|---|
| 09:55:06 | 1 | A.    Yes. |
| 09:55:07 | 2 | Q.    What is this? |
| 09:55:11 | 3 | A.    This is a document that represents logos |
| 09:55:17 | 4 | that have been preapproved by our company, Lite Breeze, |
| 09:55:24 | 5 | that assists us in policing and promoting our brand. |
| 09:55:28 | 6 | Q.    When was this document prepared? |
| 09:55:33 | 7 | A.    I can tell by the phone number it was a long |
| 09:55:35 | 8 | time ago, but I don't have an exact date. |
| 09:55:39 | 9 | Q.    Could you give me your best memory?  Are we |
| 09:55:44 | 10 | talking early '90s?  Early '80s?  Late '80s?  I don't |
| 09:55:50 | 11 | want you to speculate.  If you don't know, you don't |
| 09:55:52 | 12 | know. |
| 09:55:52 | 13 | A.    I think early '90s. |
| 09:55:53 | 14 | Q.    Is this document still in use today by |
| 09:55:56 | 15 | Lite Breeze? |
| 09:56:01 | 16 | A.    This exact document could be in use by |
| 09:56:06 | 17 | people that we have sent it to because the logos are |
| 09:56:09 | 18 | still applicable, but I see that the address has |
| 09:56:15 | 19 | changed, the phone number has changed.  So if we were to |
| 09:56:18 | 20 | send out a document today that was similar, we would |
| 09:56:21 | 21 | correct those items. |
| 09:56:22 | 22 | Q.    Do you know if a corrected version of it |
| 09:56:25 | 23 | with the current address has been sent out in the last |
| 09:56:28 | 24 | few years? |
| 09:56:29 | 25 | A.    I do not. |

CLEAVES & ASSOCIATES    (619) 238-1415

RODD ALAN GARNER   9-2-2004

Page 30

| | | |
|---|---|---|
| 10:08:05 | 1 | Q.    I am trying to understand whether |
| 10:08:08 | 2 | GiantSportsFactory.com claims a -- as a market In The |
| 10:08:14 | 3 | Zone or In The Zone 100 Percent.  That is my question, |
| 10:08:18 | 4 | sir. |
| 10:08:18 | 5 | A.    Giant Sports Factory does not.  Giant Sports |
| 10:08:22 | 6 | Factory is only a web site.  Giant Sports Factory is |
| 10:08:28 | 7 | owned by Lite Breeze, Incorporated. |
| 10:08:30 | 8 | Q.    I'm talking about the sentence, |
| 10:08:31 | 9 | "GiantSportsFactory.com, BlockSport, In The Zone, 100 |
| 10:08:35 | 10 | Percent, and You Go Girls are all trademarks of Giant |
| 10:08:38 | 11 | Sports Factory." |
| 10:08:40 | 12 | Do you see that sentence? |
| 10:08:41 | 13 | A.    I do see the sentence. |
| 10:08:42 | 14 | Q.    Is In The Zone 100 Percent one of the |
| 10:08:47 | 15 | trademarks that is referred to in this sentence? |
| 10:08:51 | 16 | A.    I believe not.  I believe it's referring to |
| 10:08:54 | 17 | In The Zone and 100 Percent separately. |
| 10:08:56 | 18 | Q.    Thank you, sir. |
| 10:09:03 | 19 | Aside from its use in the market, "in the |
| 10:09:06 | 20 | zone" is a phrase in the English language, correct? |
| 10:09:10 | 21 | A.    I believe so. |
| 10:09:11 | 22 | Q\    When did you first hear the phrase "in the |
| 10:09:14 | 23 | zone" used? |
| 10:09:15 | 24 | A.    I don't know that I ever heard it before I |
| 10:09:17 | 25 | used it when I was eight years old. |

CLEAVES & ASSOCIATES   (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

272

RODD ALAN GARNER   9-2-2004

Page 31

| | | |
|---|---|---|
| 10:09:21 | 1 | Q.    In what context did you use it when you were |
| 10:09:24 | 2 | eight years old? |
| 10:09:25 | 3 | A.   When I was a pitcher and played Little |
| 10:09:28 | 4 | League baseball. |
| 10:09:30 | 5 | Q.    And how did you use the phrase? |
| 10:09:32 | 6 | A.    Well, we used it for two reasons at that |
| 10:09:37 | 7 | time.  But basically we used it as a -- as a higher |
| 10:09:41 | 8 | level of performance, sometimes even unconscious, that |
| 10:09:46 | 9 | basically might be better than you can normally be, and |
| 10:09:51 | 10 | usually achieved by great will and practice. |
| 10:09:54 | 11 | Q.    What year was this?  What years?  What time |
| 10:10:02 | 12 | period? |
| 10:10:02 | 13 | A.   Approximately 1969. |
| 10:10:08 | 14 | Q.    And what's the other meaning of "in the |
| 10:10:12 | 15 | zone"?  In the strike zone? |
| 10:10:15 | 16 | A.    Correct. |
| 10:10:18 | 17 | Q.    And since then, have you heard the phrase |
| 10:10:20 | 18 | "in the zone" used in -- other than as a mark and just |
| 10:10:25 | 19 | as a phrase? |
| 10:10:29 | 20 | A.    I don't know. |
| 10:10:31 | 21 | Q.    You don't know if you have ever heard "in |
| 10:10:34 | 22 | the zone" used as a phrase in the English language? |
| 10:10:39 | 23 | A.    No.  Because I don't know what other |
| 10:10:43 | 24 | people -- I have heard the words, but I don't know -- I |
| 10:10:46 | 25 | think you are leaning towards do I place meaning on.  If |

CLEAVES & ASSOCIATES    (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

273

RODD ALAN GARNER   9-2-2004

Page 32

| | | |
|---|---|---|
| 10:10:50 | 1 | you ask me have I heard the words, then, yes, I have |
| 10:10:54 | 2 | heard the words. |
| 10:10:54 | 3 | Q.   Have you ever heard the phrase "in the zone" |
| 10:10:56 | 4 | used by a sportscaster to describe an athlete's |
| 10:11:00 | 5 | performance? |
| 10:11:00 | 6 | A.   I have. |
| 10:11:00 | 7 | Q.   How many times? |
| 10:11:04 | 8 | A.   Possibly hundreds. |
| 10:11:06 | 9 | Q.   Have you heard "in the zone" used to |
| 10:11:08 | 10 | describe the performance of people other than athletes? |
| 10:11:19 | 11 | A.   I don't know. |
| 10:11:21 | 12 | Q.   Is the phrase "in the zone" part of the |
| 10:11:24 | 13 | English idiom? |
| 10:11:25 | 14 | A.   I don't know what idiom means. |
| 10:11:27 | 15 | Q.   Is it slang? |
| 10:11:31 | 16 | A.   I don't know. |
| 10:11:33 | 17 | Q.   What does the phrase "in the zone" mean to |
| 10:11:35 | 18 | you? |
| 10:11:38 | 19 | A.   I think that for me, it means a higher level |
| 10:11:46 | 20 | of performance that is almost subconscious, that happens |
| 10:11:55 | 21 | at a moment in time when body, mind, and soul become |
| 10:12:01 | 22 | one. |
| 10:12:01 | 23 | Q.   Did you decide to use the phrase on |
| 10:12:04 | 24 | sportswear as a description of a higher level of |
| 10:12:08 | 25 | performance, as you have described it? |

CLEAVES & ASSOCIATES    (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

274

RODD ALAN GARNER   9-2-2004

Page 33

| | | | |
|---|---|---|---|
| 10:12:15 | 1 | A. | Yes. |
| 10:12:16 | 2 | Q. | Does it -- does the phrase have that meaning |
| 10:12:20 | 3 | when Lite Breeze uses it on a T-shirt? |
| 10:12:22 | 4 | A. | Yes. |
| 10:12:29 | 5 | Q. | Exhibit 7.  Let me place in front of you a |
| 10:12:41 | 6 | copy of some photographs that Lite Breeze has produced. |
| 10:12:50 | 7 | | Have you seen these photographs before? |
| 10:12:53 | 8 | A. | Yes. |
| 10:12:55 | 9 | Q. | When were these photographs taken? |
| 10:13:02 | 10 | A. | 19 -- this is approximately -- '93, '94, |
| 10:13:09 | 11 | '95. |
| 10:13:09 | 12 | Q. | Can you tell from the subject matter of the |
| 10:13:11 | 13 | photographs if they were taken on one occasion, two |
| 10:13:14 | 14 | occasions, three occasions? |
| 10:13:24 | 15 | A. | At least two or more. |
| 10:13:26 | 16 | Q. | Where were they taken? |
| 10:13:29 | 17 | A. | In Manteno, Illinois. |
| 10:13:40 | 18 | Q. | The first page refers to The Zone |
| 10:13:45 | 19 | restaurant, deli, sports bar. |
| 10:13:47 | 20 | | What was The Zone? |
| 10:13:49 | 21 | A. | The Zone is a specific part of the complete |
| 10:13:57 | 22 | venue that I purchased for Lite Breeze, Incorporated |
| 10:14:04 | 23 | back in approximately 1993 that included a restaurant, a |
| 10:14:10 | 24 | deli, a sports bar, an athletic center, and a concert |
| 10:14:17 | 25 | venue. |

CLEAVES & ASSOCIATES   (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

275

RODD ALAN GARNER   9-2-2004

Page 34

| | | |
|---|---|---|
| 10:14:24 | 1 | Q.   What do you mean "athletic center"?  What do |
| 10:14:25 | 2 | you mean by that? |
| 10:14:25 | 3 | A.   Athletic center, like you might see at a |
| 10:14:29 | 4 | major college that has both staging and possibly a nice |
| 10:14:34 | 5 | floor that could be used for basketball and also |
| 10:14:38 | 6 | volleyball when it's not being used for special events. |
| 10:14:40 | 7 | Q.   Did I understand correctly that The Zone was |
| 10:14:43 | 8 | the restaurant, deli, and sports bar part of that |
| 10:14:48 | 9 | facility? |
| 10:14:48 | 10 | A.   No.  The Zone was the whole facility.  That |
| 10:14:52 | 11 | entity included a restaurant, deli, and sports bar. |
| 10:14:59 | 12 | Q.   When you said you purchased it for Lite |
| 10:15:01 | 13 | Breeze, was Lite Breeze the owner? |
| 10:15:05 | 14 | A.   I don't recall the exact documents, but I |
| 10:15:11 | 15 | believe Lite Breeze, Incorporated was financially |
| 10:15:19 | 16 | involved. |
| 10:15:19 | 17 | Q.   Is Lite Breeze, Incorporated still |
| 10:15:24 | 18 | financially involved in The Zone? |
| 10:15:27 | 19 | A.   In this particular project? |
| 10:15:29 | 20 | Q.   The Zone.  Yes. |
| 10:15:32 | 21 | A.   Well, this project has been sold. |
| 10:15:34 | 22 | Q.   When was it sold? |
| 10:15:37 | 23 | A.   In 1995 or '96. |
| 10:15:40 | 24 | Q.   To whom? |
| 10:15:43 | 25 | A.   I believe it was the Smith family. |

CLEAVES & ASSOCIATES   (619) 238-1415

276

RODD ALAN GARNER   9-2-2004

Page 35

| | | |
|---|---|---|
| 10:15:48 | 1 | Q.   Where is the Smith family located? |
| 10:15:51 | 2 | A.   I don't know where they are located today. |
| 10:15:56 | 3 | At that time they were in Illinois as well. |
| 10:16:11 | 4 | Q.   Were you financially involved in The Zone |
| 10:16:15 | 5 | that we are talking about that's depicted -- or |
| 10:16:18 | 6 | referenced in Exhibit 7? |
| 10:16:20 | 7 | A.   I don't recall exactly how the financing |
| 10:16:22 | 8 | took place.  I'd have to look back at some agreements. |
| 10:16:25 | 9 | Q.   If you had any financial arrangement with |
| 10:16:29 | 10 | respect to The Zone, did that also end in '95 or '96? |
| 10:16:36 | 11 | A.   Our relationship with The Zone really has |
| 10:16:38 | 12 | never ended because if you notice in our Foot Locker |
| 10:16:42 | 13 | lawsuit, actually the Trademark Trial and Appeal Board |
| 10:16:48 | 14 | had to make a decision as to whether or not The Zone or |
| 10:16:51 | 15 | In The Zone had a likelihood of confusion.  So I spent a |
| 10:16:55 | 16 | continuous six years on exactly that issue.  And it was |
| 10:17:00 | 17 | decided by the Trademark Trial and Appeal Board that |
| 10:17:03 | 18 | there was a likelihood of confusion between The Zone and |
| 10:17:06 | 19 | In The Zone. |
| 10:17:06 | 20 | MR. ANDERSON:  Move to strike as nonresponsive. |
| 10:17:09 | 21 | MR. ISAACS:  Join.  I join. |
| 10:17:12 | 22 | BY MR. ANDERSON: |
| 10:17:12 | 23 | Q.   Do you have a financial interest in the -- |
| 10:17:16 | 24 | what you refer to as a complete venue that was called |
| 10:17:19 | 25 | The Zone? |

RODD ALAN GARNER   9-2-2004

Page 36

| | | |
|---|---|---|
| 10:17:20 | 1 | A.   Today, no. |
| 10:17:21 | 2 | Q.   Have you had any financial interest in what |
| 10:17:25 | 3 | you have described as a complete venue called The Zone |
| 10:17:30 | 4 | since '95 or '96? |
| 10:17:31 | 5 | A.   Since we sold it, no. |
| 10:17:36 | 6 | Q.   What is that complete venue called now; do |
| 10:17:39 | 7 | you know? |
| 10:17:39 | 8 | A.   I do not know. |
| 10:17:41 | 9 | Q.   Do you know if the Smith family ever |
| 10:17:46 | 10 | referred to it as The Zone? |
| 10:17:46 | 11 | A.   I do not know that. |
| 10:17:47 | 12 | Q.   What was it called when you acquired it for |
| 10:17:50 | 13 | Lite Breeze? |
| 10:17:51 | 14 | A.   Originally it was called Diversatech. |
| 10:17:58 | 15 | Q.   Do you know any of the first names of any |
| 10:18:01 | 16 | members of the Smith family? |
| 10:18:04 | 17 | A.   Don't recall. |
| 10:18:06 | 18 | Q.   Who was the Smiths' lawyer, Smith family's |
| 10:18:11 | 19 | lawyer? |
| 10:18:11 | 20 | A.   Don't recall.  It was a long time ago. |
| 10:18:15 | 21 | Q.   Do you have in your possession, custody, or |
| 10:18:17 | 22 | control any documents relating to the sale of The Zone |
| 10:18:22 | 23 | to the Smith family? |
| 10:18:23 | 24 | A.   Not today.  I might. |
| 10:18:25 | 25 | Q.   Who represented you in connection with that |

CLEAVES & ASSOCIATES   (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

278

RODD ALAN GARNER   9-2-2004

Page 40

| | | |
|---|---|---|
| 10:23:17 | 1 | "in" and then in block letters "The Zone," do you have |
| 10:23:23 | 2 | in your possession, custody, or control any documents |
| 10:23:28 | 3 | that reflect the use of the phrase "The Zone" for the |
| 10:23:33 | 4 | complete venue that you described? |
| 10:23:43 | 5 | A.   I don't think so. |
| 10:23:49 | 6 | MR. ISAACS:  Could you read back the answer. |
| 10:23:56 | 7 | (Record read.) |
| 10:23:58 | 8 | BY MR. ANDERSON: |
| 10:23:58 | 9 | Q.   Did this complete venue have a marquee? |
| 10:24:07 | 10 | A.   Over and beyond the signage that you are |
| 10:24:09 | 11 | seeing? |
| 10:24:10 | 12 | Q.   Yes.  The signage that refers to the |
| 10:24:12 | 13 | restaurant, the deli, and the sports bar. |
| 10:24:15 | 14 | A.   I believe one of the pictures shows a |
| 10:24:18 | 15 | marquee.  There's a marquee that was in one of the |
| 10:24:26 | 16 | photos that says, "Prepare To Be Rocked," is what it |
| 10:24:30 | 17 | looks like it says. |
| 10:24:31 | 18 | MS. WALKER:  Reference the number. |
| 10:24:32 | 19 | MR. ANDERSON:  LB 00025. |
| 10:24:41 | 20 | Q.   Until you said it, I couldn't tell what that |
| 10:24:44 | 21 | said. |
| 10:24:44 | 22 | Was that a permanent part of that building |
| 10:24:48 | 23 | or was that -- I can't tell from the photograph -- or |
| 10:24:52 | 24 | was that a banner that was placed in front, for example? |
| 10:24:54 | 25 | A.   That's permanent signage. |

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

279

RODD ALAN GARNER   9-2-2004

Page 41

| | | |
|---|---|---|
| 10:24:56 | 1 | Q.   The only thing it said was, "Prepare To Be |
| 10:24:59 | 2 | Rocked"? |
| 10:24:59 | 3 | A.   In this particular photo, yes. |
| 10:25:04 | 4 | MR. ISAACS:  Is that the concert one? |
| 10:25:06 | 5 | BY MR. ANDERSON: |
| 10:25:06 | 6 | Q.   Is the building behind -- what is the |
| 10:25:09 | 7 | building behind the sign? |
| 10:25:10 | 8 | A.   That is the concert venue. |
| 10:25:12 | 9 | Q.   And where is the restaurant in relationship |
| 10:25:15 | 10 | to what we are seeing in that photograph, which is the |
| 10:25:21 | 11 | top photograph on Page LB 25? |
| 10:25:21 | 12 | A.   The restaurant and bar and concessions are |
| 10:25:24 | 13 | to the left of that sign that you are seeing. |
| 10:25:27 | 14 | Q.   Do they appear in the photograph or are they |
| 10:25:31 | 15 | off the page on that? |
| 10:25:32 | 16 | A.   They are off the page. |
| 10:25:35 | 17 | Q.   Were there separate entrances to the |
| 10:25:37 | 18 | restaurant and deli and sports bar? |
| 10:25:40 | 19 | A.   Yes.  So -- |
| 10:25:41 | 20 | Q.   I apologize.  That wasn't clear. |
| 10:25:43 | 21 | Was there a separate entrance for the |
| 10:25:50 | 22 | restaurant separate from the concert venue? |
| 10:25:55 | 23 | A.   There's multiple doors in each building, and |
| 10:25:58 | 24 | both buildings are attached by a tunnel. |
| 10:26:02 | 25 | Q.   So there's two buildings? |

CLEAVES & ASSOCIATES   (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

280

RODD ALAN GARNER   9-2-2004

Page 42

| | | |
|---|---|---|
| 10:26:03 | 1 | A.    There's two complete buildings, yes. |
| 10:26:05 | 2 | Q.    And the restaurant, sports bar, and deli |
| 10:26:09 | 3 | were in one building? |
| 10:26:11 | 4 | A.    Restaurant, sports bar, and deli, yes, were |
| 10:26:17 | 5 | in one building, and the concert hall was in the other |
| 10:26:20 | 6 | building. |
| 10:26:20 | 7 | Q.    And the athletic hall, I believe you |
| 10:26:24 | 8 | referred to, was that in the same building as the |
| 10:26:28 | 9 | athletic center? |
| 10:26:29 | 10 | A.    Is in the same building as the concerts, |
| 10:26:36 | 11 | correct. |
| 10:26:38 | 12 | If I'm not being clear, the athletic center |
| 10:26:43 | 13 | is the -- what we used the concert venue for during the |
| 10:26:46 | 14 | daytime, and at the nighttime we converted it into |
| 10:26:50 | 15 | concert seating and staging. |
| 10:26:52 | 16 | Q.    Thank you.  I didn't catch that.  Thank you |
| 10:26:54 | 17 | for clarifying that. |
| 10:26:55 | 18 | One building had an athletic center that was |
| 10:26:58 | 19 | used for concerts at night, the other building had the |
| 10:27:01 | 20 | restaurant, the bar -- the sports bar, and the deli? |
| 10:27:04 | 21 | A.    Correct. |
| 10:27:06 | 22 | MR. ISAACS:  Is this a university town? |
| 10:27:09 | 23 | BY MR. ANDERSON? |
| 10:27:09 | 24 | Q.    You said that -- and I apologize, I forgot. |
| 10:27:12 | 25 | What was town that this was in? |

CLEAVES & ASSOCIATES    (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

281

RODD ALAN GARNER   9-2-2004

Page 51

| | | |
|---|---|---|
| 10:39:20 | 1 | our apparel line called BlockSport.  All one word. |
| 10:39:32 | 2 | Q.   Is it correct that all the clothing that |
| 10:39:32 | 3 | they wore under this relationship that you had with them |
| 10:39:33 | 4 | was BlockSport? |
| 10:39:34 | 5 | A.   No.  They would have been given some In The |
| 10:39:36 | 6 | Zone apparel as well.  But most of their volleyball |
| 10:39:41 | 7 | playing was under the name BlockSport because BlockSport |
| 10:39:44 | 8 | was more volleyball specific. |
| 10:39:54 | 9 | Q.   In 1997 or earlier, had Lite Breeze managed |
| 10:40:01 | 10 | any person, musician, or any other person? |
| 10:40:04 | 11 | A.   What do you mean by "managed"? |
| 10:40:06 | 12 | Q.   Management.  Managed the person.  Have you |
| 10:40:10 | 13 | ever heard that phrase? |
| 10:40:15 | 14 | A.   I have heard of management, but management |
| 10:40:18 | 15 | comes in all kinds of -- |
| 10:40:21 | 16 | Q.   Has Lite Breeze ever been a manager for any |
| 10:40:24 | 17 | musician, celebrity, sports figure? |
| 10:40:31 | 18 | A.   No. |
| 10:40:37 | 19 | Q.   On this -- I apologize for the quality of -- |
| 10:40:41 | 20 | well, this is how I got it.  Can you tell if there's |
| 10:40:44 | 21 | anything cut off at the bottom? |
| 10:40:53 | 22 | A.   I cannot. |
| 10:40:54 | 23 | Q.   If you look -- |
| 10:40:57 | 24 | A.   Restaurant, hotels -- |
| 10:41:00 | 25 | Q.   I believe the bottom line says, "Hotels, |

CLEAVES & ASSOCIATES   (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

282

## RODD ALAN GARNER   9-2-2004

Page 54

| | | |
|---|---|---|
| 10:43:35 | 1 | A. When we made our purchase in 1992 and before |
| 10:43:40 | 2 | we sold the venue in 1995 or 1996. |
| 10:43:43 | 3 | Q. Okay. Were those ever offered for rent? |
| 10:43:50 | 4 | A. They were. But we ended up using them -- |
| 10:43:53 | 5 | before I left, the only way we ended up using them was |
| 10:43:56 | 6 | actually to allow event or group participants to stay |
| 10:44:05 | 7 | there complimentary if they came to participate in one |
| 10:44:07 | 8 | of our events. |
| 10:44:08 | 9 | Q. This exhibit also says above that, |
| 10:44:10 | 10 | "Concerts." |
| 10:44:11 | 11 | What concerts did Lite Breeze manage in 1997 |
| 10:44:19 | 12 | or prior other than what you have testified to about |
| 10:44:22 | 13 | being at The Zone? |
| 10:44:24 | 14 | A. Actually manage? I don't recall any others. |
| 10:44:31 | 15 | Q. And other than what you have testified to |
| 10:44:34 | 16 | about concerts at this facility in Illinois in or prior |
| 10:44:40 | 17 | to 1997, did Lite Breeze have any involvement in any |
| 10:44:45 | 18 | concerts? |
| 10:44:50 | 19 | A. The concert involvement that we have is more |
| 10:44:59 | 20 | our involvement with special events because almost all |
| 10:45:03 | 21 | the special events that we are involved with have music. |
| 10:45:08 | 22 | They have stages, they have award areas in which the |
| 10:45:12 | 23 | music is played. Sometimes it's played at half mile |
| 10:45:17 | 24 | marks or mile marks for marathons and half marathons, |
| 10:45:22 | 25 | sometimes it's at a -- a hospital area, sometimes it's |

CLEAVES & ASSOCIATES   (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

283

RODD ALAN GARNER   9-2-2004

Page 55

| | | |
|---|---|---|
| 10:45:32 | 1 | near the massage tents.  And then at the end of the |
| 10:45:36 | 2 | course typically there is a festival of some kind |
| 10:45:39 | 3 | where -- in which you would have staging, you would have |
| 10:45:42 | 4 | radio stations who would be cosponsoring as well, and |
| 10:45:45 | 5 | you would have live performances.  And we would be more |
| 10:45:49 | 6 | involved in the sponsorship role, not as a management |
| 10:45:52 | 7 | company. |
| 10:45:52 | 8 | Q.    By "sponsorship role," if I understand |
| 10:45:54 | 9 | correctly, you -- your company would sell T-shirts and |
| 10:45:59 | 10 | other clothing items and caps and pay a portion of the |
| 10:46:02 | 11 | proceeds to the host of the venue? |
| 10:46:05 | 12 | A.    Correct. |
| 10:46:05 | 13 | Q.    And at some of these events, there would be |
| 10:46:10 | 14 | music? |
| 10:46:10 | 15 | A.    Right. |
| 10:46:10 | 16 | Q.    Okay.  Setting that aside, just a pure |
| 10:46:15 | 17 | concert where people buy tickets to go to hear someone |
| 10:46:20 | 18 | perform, in 1997 or prior to that, and setting aside the |
| 10:46:25 | 19 | concerts at The Zone in Illinois, did Lite Breeze have |
| 10:46:28 | 20 | any involvement with a pure concert as I have just |
| 10:46:30 | 21 | described it? |
| 10:46:32 | 22 | A.    Not that I recall. |
| 10:46:33 | 23 | Q.    Okay.  If you look on the right-hand side, |
| 10:46:36 | 24 | at the bottom of this exhibit, it says I believe either |
| 10:46:39 | 25 | managing 200 dot coms or managing 1200 dot coms. |

CLEAVES & ASSOCIATES   (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

284

RODD ALAN GARNER   9-2-2004

Page 59

| | | |
|---|---|---|
| 10:56:56 | 1 | the subjects that it mentions were in the time frame |
| 10:57:01 | 2 | 1997 and earlier than 1997.  Now I am going to ask |
| 10:57:06 | 3 | you -- I am going to start with concerts.  What |
| 10:57:12 | 4 | association or involvement has Lite Breeze had with |
| 10:57:16 | 5 | concerts since 1997? |
| 10:57:21 | 6 | A.    Couple jazz festivals here and there, live |
| 10:57:28 | 7 | performances by the Mariachis and Over-The-Line |
| 10:57:33 | 8 | festivals, San Diego Symphony.  Off the top of my head, |
| 10:57:48 | 9 | those are what I remember right now. |
| 10:57:49 | 10 | Q.·   Where were the jazz festivals? |
| 10:57:53 | 11 | A.    Jazz festivals are mostly around here, out |
| 10:57:57 | 12 | in the Temecula area. |
| 10:57:58 | 13 | Q.    What was Lite Breeze's involvement in these |
| 10:58:01 | 14 | things that you described? |
| 10:58:02 | 15 | A.    We -- they would use us because we were in a |
| 10:58:05 | 16 | different area or they would use us to put up posters, |
| 10:58:11 | 17 | to hand out promotional fliers, to help them get |
| 10:58:22 | 18 | involved with other sponsors, and they would use our |
| 10:58:25 | 19 | merchandising to help raise money and sell products at |
| 10:58:29 | 20 | the event that would help them for exposure, and it |
| 10:58:34 | 21 | would also help them profit. |
| 10:58:37 | 22 | Q.    So let's start with the merchandising.  So, |
| 10:58:39 | 23 | for example, San Diego Symphony would buy from Lite |
| 10:58:44 | 24 | Breeze T-shirts that refer to the San Diego Symphony on |
| 10:58:50 | 25 | them, and those shirts would be sold at the symphony? |

CLEAVES & ASSOCIATES    (619) 238-1415

565398e8-ofae-4f7c-bb99-cec3c6fe4eb6

285

RODD ALAN GARNER   9-2-2004

Page 62

| | | |
|---|---|---|
| 11:01:06 | 1 | Breeze was involved in the merchandising.  And that |
| 11:01:10 | 2 | relates to providing T-shirts to them? |
| 11:01:12 | 3 | A.   Providing staff T-shirts or developing a |
| 11:01:15 | 4 | merchandising program in which we sold products to their |
| 11:01:19 | 5 | customers. |
| 11:01:19 | 6 | Q.   And did the T-shirts refer to In The Zone? |
| 11:01:22 | 7 | A.   Some of the T-shirts did, yes. |
| 11:01:28 | 8 | Q.   Do you have a written contract with the |
| 11:01:29 | 9 | San Diego Symphony for this concert? |
| 11:01:32 | 10 | A.   We did when we first started.  We had one |
| 11:01:34 | 11 | contract with them. |
| 11:01:35 | 12 | Q.   Do you have a copy of that? |
| 11:01:36 | 13 | A.   No, I don't. |
| 11:01:38 | 14 | Q.   Who do you deal with at the San Diego |
| 11:01:40 | 15 | Symphony? |
| 11:01:40 | 16 | A.   Actually, don't deal with them anymore. |
| 11:01:42 | 17 | Q.   What was the name of your last contact |
| 11:01:46 | 18 | person there? |
| 11:01:47 | 19 | A.   Don't recall. |
| 11:01:48 | 20 | Q.   When was the last time that you dealt with |
| 11:01:50 | 21 | the San Diego symphony? |
| 11:01:51 | 22 | A.   I believe it was the season of 2000 or 2001. |
| 11:01:58 | 23 | Q.   What is the formal name of the entity that |
| 11:02:01 | 24 | puts on the San Diego Symphony? |
| 11:02:03 | 25 | A.   I believe it might be that.  The checks came |

CLEAVES & ASSOCIATES   (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

286

RODD ALAN GARNER   9-2-2004

Page 68

| 11:08:32 | 1 | said in answer to my question that Lite Breeze since |
| 11:08:35 | 2 | 1997 has cross-promoted with charitable organizations |
| 11:08:40 | 3 | and retail outlets. Are we all on the same page so far? |
| 11:08:46 | 4 | Bear with me. And the retail outlet -- the only one |
| 11:08:49 | 5 | that you recall is Nashbar. |
| 11:08:51 | 6 | A. Well, in cross-promotion -- my dilemma here |
| 11:08:55 | 7 | is that we do so many things. |
| 11:08:56 | 8 | Q. Can I stop you for a second? Let me try and |
| 11:08:59 | 9 | ask the question. That may make it easier for everyone. |
| 11:09:03 | 10 | A. Okay. |
| 11:09:03 | 11 | Q. With respect to Nashbar, is it correct that |
| 11:09:08 | 12 | Lite Breeze sold clothing or other -- or other -- |
| 11:09:14 | 13 | clothing or caps to Nashbar? |
| 11:09:16 | 14 | A. We did sell clothing to Nashbar, yes. |
| 11:09:18 | 15 | Q. Did Lite Breeze do anything else other than |
| 11:09:20 | 16 | sell clothing or caps to Nashbar? |
| 11:09:23 | 17 | A. We would cross-promote volleyball events |
| 11:09:26 | 18 | with Nashbar. |
| 11:09:27 | 19 | Q. What do you mean by "cross-promote"? |
| 11:09:30 | 20 | A. Well, on any one of a given T-shirt, like |
| 11:09:33 | 21 | one of the ones that might have been provided earlier, |
| 11:09:37 | 22 | we are a sponsor of all types of events nationwide. So |
| 11:09:43 | 23 | in those sponsorships, we might find ourselves |
| 11:09:47 | 24 | cross-promoting with radio stations, television |
| 11:09:51 | 25 | stations, retail outlets, Southwest Airlines and other |

CLEAVES & ASSOCIATES   (619) 238-1415

RODD ALAN GARNER    9-2-2004

Page 69

| | | |
|---|---|---|
| 11:09:58 | 1 | airlines, Seven-Eleven and other specialty stores. |
| 11:10:03 | 2 | Q.    With Nashbar, was there a specific event |
| 11:10:06 | 3 | that you sold them shirts for? |
| 11:10:09 | 4 | A.    No.  I think you just focused on that name. |
| 11:10:12 | 5 | But that's just off the top of my head. |
| 11:10:14 | 6 | Q.    I am using it as an example. |
| 11:10:16 | 7 | A.    One major retailer. |
| 11:10:17 | 8 | Q.    Was there a specific event that you sold |
| 11:10:19 | 9 | shirts to Nashbar for? |
| 11:10:20 | 10 | A.    I don't recall. |
| 11:10:22 | 11 | Q.    Let's talk about the charitable |
| 11:10:27 | 12 | organizations.  Can you give me -- start with one |
| 11:10:30 | 13 | example of a charitable organization that, as you |
| 11:10:34 | 14 | described it, you cross-promote with. |
| 11:10:37 | 15 | A.    Okay.  Well, just like Nike cross-promotes |
| 11:10:45 | 16 | music and charity and running events, we do the same |
| 11:10:48 | 17 | thing.  We are involved with the lung association, |
| 11:10:53 | 18 | leukemia, March of Dimes, heart association.  The list |
| 11:11:03 | 19 | is basically endless. |
| 11:11:04 | 20 | Q.    Sir, I was only asking for one example, but |
| 11:11:08 | 21 | let me do it this way.  One of the T-shirts that your |
| 11:11:11 | 22 | lawyer has produced today says on the front, "America's |
| 11:11:14 | 23 | Finest City, 1999 5K Run For Asthma, San Diego," and it |
| 11:11:21 | 24 | says, "American Lung Association of San Diego and |
| 11:11:24 | 25 | Imperial Counties." |

CLEAVES & ASSOCIATES    (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c8fe4eb6

288

RODD ALAN GARNER   9-2-2004

Page 70

| | | |
|---|---|---|
| 11:11:25 | 1 | A.   Right. |
| 11:11:25 | 2 | Q.   It says that on the front.  And the label |
| 11:11:29 | 3 | says, "Delta, Established 1903." |
| 11:11:32 | 4 | What's Delta? |
| 11:11:33 | 5 | A.   Delta is just a brand of T-shirts.  I'm not |
| 11:11:36 | 6 | sure they even exist anymore. |
| 11:11:37 | 7 | Q.   And the back of it says, "America's Finest |
| 11:11:38 | 8 | City Half Marathon, American Lung Association of |
| 11:11:43 | 9 | San Diego and Imperial Counties."  And then in the |
| 11:11:47 | 10 | middle of it, it refers to Southwest Airlines, Old |
| 11:11:52 | 11 | Mission Beach Athletic Club, KSON, FOX 6, KBZT 95, |
| 11:12:01 | 12 | Sheraton San Diego, Odyssey, there's a Nike slash mark, |
| 11:12:07 | 13 | and it refers to, "In The Zone Game Day Apparel TM." |
| 11:12:12 | 14 | Okay. |
| 11:12:13 | 15 | Have I accurately described the shirt? |
| 11:12:16 | 16 | A.   Yes. |
| 11:12:18 | 17 | Q.   In The Zone Game Day Apparel, is that a |
| 11:12:22 | 18 | trademark of Lite Breeze? |
| 11:12:23 | 19 | A.   The In The Zone mark is a trademark that is |
| 11:12:27 | 20 | registered, and Game Day Apparel is a phrase that we |
| 11:12:30 | 21 | have been using in association with our brand. |
| 11:12:33 | 22 | Q.   Did Lite Breeze pay to have the phrase "In |
| 11:12:37 | 23 | The Zone Game Day Apparel" put on the back of this |
| 11:12:41 | 24 | shirt? |
| 11:12:41 | 25 | A.   We paid by reducing the price of our |

RODD ALAN GARNER   9-2-2004

Page 71

| | | |
|---|---|---|
| 11:12:45 | 1 | merchandising.  We have been involved with them for |
| 11:12:47 | 2 | about 12 years. |
| 11:12:48 | 3 | Q.   So is it correct that in return for a |
| 11:12:52 | 4 | discount -- let me go back. |
| 11:12:54 | 5 | Did Lite Breeze prepare these -- this shirt? |
| 11:12:57 | 6 | A.   Yes. |
| 11:12:57 | 7 | Q.   And did Lite Breeze sell this shirt to the |
| 11:13:01 | 8 | American Lung Association? |
| 11:13:02 | 9 | A.   This -- to the lung association?  That may |
| 11:13:04 | 10 | have been sold directly to the race director or the lung |
| 11:13:07 | 11 | association.  The race director has purchased the event |
| 11:13:13 | 12 | from the lung association.  I don't recall which year it |
| 11:13:18 | 13 | was. |
| 11:13:18 | 14 | Q.   And so it was sold to either the American |
| 11:13:21 | 15 | Lung Association or the race director? |
| 11:13:22 | 16 | A.   Right. |
| 11:13:22 | 17 | Q.   Sold by Lite Breeze to one of those two? |
| 11:13:27 | 18 | A.   Correct. |
| 11:13:27 | 19 | Q.   And in return for reducing the purchase |
| 11:13:32 | 20 | price, they agreed to put In The Zone Game Day Apparel |
| 11:13:36 | 21 | on the back of the shirt; is that correct? |
| 11:13:37 | 22 | A.   Correct. |
| 11:13:38 | 23 | Q.   Is that what you mean by "sponsorship"? |
| 11:13:40 | 24 | A.   Yes. |
| 11:13:40 | 25 | Q.   In your earlier references to sponsorship |

CLEAVES & ASSOCIATES    (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

290

RODD ALAN GARNER   9-2-2004

Page 72

| | | |
|---|---|---|
| 11:13:43 | 1 | and cross-promotion, you meant the same thing? |
| 11:13:48 | 2 | A.    More often than not, that is how we got |
| 11:13:51 | 3 | involved with sponsorship, correct. |
| 11:13:54 | 4 | Q.    Has Lite Breeze ever been involved in a |
| 11:13:56 | 5 | sponsorship or done anything other than contributing |
| 11:14:03 | 6 | merchandise at a discount price? |
| 11:14:05 | 7 | A.    We have given financial dollars to some |
| 11:14:09 | 8 | schools and organizations nationwide, including some |
| 11:14:13 | 9 | bands and cheerleading squads and dance and drill teams. |
| 11:14:18 | 10 | Q.    And in return, you are able to advertise on |
| 11:14:22 | 11 | the T-shirts and -- with the Game Day T-shirt, for |
| 11:14:28 | 12 | example, by having that appear on the back of the |
| 11:14:32 | 13 | T-shirts or at some point on the T-shirts; is that |
| 11:14:34 | 14 | correct? |
| 11:14:35 | 15 | A.    That's where we prefer to get our |
| 11:14:37 | 16 | advertising exposure, yes. |
| 11:14:53 | 17 | Q.    Your lawyer produced a CD.  I have a |
| 11:15:01 | 18 | photocopy of the front, back, and inside of it.  That is |
| 11:15:07 | 19 | going to be marked as Exhibit 11. |
| 11:15:12 | 20 | Could I have that back for one second.  I |
| 11:15:15 | 21 | forgot to put the 11 on it.  Thank you, sir. |
| 11:15:27 | 22 | Do you recognize this? |
| 11:15:29 | 23 | A.    I do. |
| 11:15:29 | 24 | Q.    What is it? |
| 11:15:31 | 25 | A.    This is a CD jacket cover and, looks like, |

CLEAVES & ASSOCIATES    (619) 238-1415

RODD ALAN GARNER   9-2-2004

Page 73

| | | |
|---|---|---|
| 11:15:37 | 1 | the actual copy of the CD as well, for a local band that |
| 11:15:43 | 2 | we help to promote. |
| 11:15:44 | 3 | Q.   Have you listened to the CD? |
| 11:15:46 | 4 | A.   I have. |
| 11:15:46 | 5 | Q.   Is it correct that the first track is |
| 11:15:48 | 6 | approximately one minute of a Herb Albert And The |
| 11:15:52 | 7 | Tijuana Brass recording? |
| 11:15:53 | 8 | A.   Don't know. |
| 11:15:53 | 9 | Q.   Did Los Mariachis play the music that was |
| 11:15:58 | 10 | recorded for the first track? |
| 11:16:00 | 11 | A.   I believe so. |
| 11:16:02 | 12 | Q.   Is it correct that the three men singing on |
| 11:16:05 | 13 | at least five of the tracks are Bob Ruane, Dale Olson, |
| 11:16:08 | 14 | and Mike Wright? |
| 11:16:09 | 15 | A.   I really don't know who sang on the exact |
| 11:16:13 | 16 | tracks.  I know Bob was involved, I know Mike was |
| 11:16:17 | 17 | involved. |
| 11:16:17 | 18 | Q.   Ruane, Olson, and Wright are three friends |
| 11:16:22 | 19 | that play in the Old Mission Beach Athletic Club OTL |
| 11:16:26 | 20 | tournaments? |
| 11:16:27 | 21 | A.   Correct. |
| 11:16:28 | 22 | MS. WALKER:  "Play" as in play music or "play" as |
| 11:16:31 | 23 | in play baseball in the tournament? |
| | 24 | BY MR. ANDERSON: |
| 11:16:32 | 25 | Q.   Let me clarify that. |

CLEAVES & ASSOCIATES    (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

292

RODD ALAN GARNER   9-2-2004

Page 74

| 11:16:34 | 1 | They play baseball in the tournaments, |
| 11:16:35 | 2 | correct? |
| 11:16:36 | 3 | A.   They do play both, yes. |
| 11:16:38 | 4 | Q.   Do they play baseball in the tournaments, |
| 11:16:40 | 5 | sir? |
| 11:16:40 | 6 | A.   They do. |
| 11:16:40 | 7 | Q.   And the tournaments include three-man teams? |
| 11:16:43 | 8 | A.   Correct. |
| 11:16:44 | 9 | Q.   And they are one of the three-man teams, |
| 11:16:48 | 10 | correct? |
| 11:16:48 | 11 | A.   Correct. |
| 11:16:48 | 12 | Q.   And they've played over the last few years |
| 11:16:48 | 13 | under the team name Los Mariachis? |
| 11:16:51 | 14 | A.   That's correct. |
| 11:16:51 | 15 | Q.   Are they friends of yours? |
| 11:16:53 | 16 | A.   No. |
| 11:16:53 | 17 | Q.   Ruane is Lite Breeze's representative, |
| 11:16:57 | 18 | right? |
| 11:16:57 | 19 | A.   Correct. |
| 11:16:58 | 20 | Q.   Does he have any other business relationship |
| 11:17:01 | 21 | with Lite Breeze? |
| 11:17:09 | 22 | A.   I mean collectively Bob gives us some advice |
| 11:17:18 | 23 | on property. |
| 11:17:19 | 24 | Q.   Real estate? |
| 11:17:20 | 25 | A.   Uh-huh. |

CLEAVES & ASSOCIATES   (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

293

RODD ALAN GARNER   9-2-2004

Page 75

| | | |
|---|---|---|
| 11:17:21 | 1 | Q.   Other than that? |
| 11:17:23 | 2 | A.   No. |
| 11:17:24 | 3 | Q.   Does Olson have any business relationship |
| 11:17:26 | 4 | with Lite Breeze? |
| 11:17:27 | 5 | A.   No. |
| 11:17:28 | 6 | Q.   Does right have any business relationship |
| 11:17:30 | 7 | with Lite Breeze? |
| 11:17:31 | 8 | A.   No. |
| 11:17:32 | 9 | Q.   Do Ruane, Olson, and Wright work together? |
| 11:17:36 | 10 | A.   As far as I know, no, besides the Mariachis. |
| 11:17:43 | 11 | Q.   Is it correct that the songs on the CD are |
| 11:17:46 | 12 | specific to the OTL? |
| 11:17:50 | 13 | A.   I don't recall. |
| 11:17:51 | 14 | Q.   When was the last time you listened to the |
| 11:17:56 | 15 | CD? |
| 11:17:56 | 16 | A.   I only heard it once just recently. |
| 11:18:00 | 17 | Q.   That was the first time you ever heard it? |
| 11:18:02 | 18 | A.   Yeah.   I have heard the music over the |
| 11:18:06 | 19 | years, but I just -- the CD itself I just heard |
| 11:18:11 | 20 | recently. |
| 11:18:11 | 21 | Q.   Ms. Walker told the Magistrate the other day |
| 11:18:13 | 22 | that you had forgotten about the CD until Mr. Ruane |
| 11:18:16 | 23 | reminded you.  Is that true? |
| 11:18:18 | 24 | A.   That's true. |
| 11:18:18 | 25 | Q.   It's true you had forgotten about the CD? |

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

2 $4

RODD ALAN GARNER   9-2-2004

Page 76

| | | |
|---|---|---|
| 11:18:21 | 1 | A.   That's true. |
| 11:18:24 | 2 | Q.   Is it correct that Ruane, Olson, and Wright |
| 11:18:27 | 3 | are not professional singers? |
| 11:18:29 | 4 | A.   Nonprofessional? |
| 11:18:30 | 5 | Q.   They are not professional singers. |
| 11:18:33 | 6 | A.   I don't know. |
| 11:18:37 | 7 | Q.   Are they a member of any guilds? |
| 11:18:40 | 8 | A.   Not that I know of. |
| 11:18:41 | 9 | Q.   Have they ever been paid to perform? |
| 11:18:43 | 10 | A.   Don't know. |
| 11:18:45 | 11 | Q.   Do you know of any instance where they have |
| 11:18:48 | 12 | performed? |
| 11:18:48 | 13 | A.   I have watched them perform many years. |
| 11:18:51 | 14 | Q.   Where? |
| 11:18:51 | 15 | A.   At the Over-The-Line tournaments.  I also |
| 11:18:54 | 16 | know they have done some television and some radio |
| 11:18:57 | 17 | spots. |
| 11:18:58 | 18 | Q.   Other than watching them perform, do you |
| 11:19:01 | 19 | have any association with them as Los Mariachis? |
| 11:19:06 | 20 | A.   We have given sponsorship dollars as In The |
| 11:19:11 | 21 | Zone towards their entry fees and VIP tenting and have |
| 11:19:15 | 22 | given away some products at some of the Over-The-Line |
| 11:19:20 | 23 | tournaments. |
| 11:19:21 | 24 | Q.   What do you mean by "VIP tenting"? |
| 11:19:24 | 25 | A.   Every year the Mariachis put up a VIP tent |

CLEAVES & ASSOCIATES   (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c8fe4eb6

295

RODD ALAN GARNER   9-2-2004

Page 77

| | | |
|---|---|---|
| 11:19:27 | 1 | at the Over-The-Line tournament, and In The Zone is one |
| 11:19:32 | 2 | of the sponsors of that. |
| 11:19:33 | 3 | Q.    And are we talking about the same thing, |
| 11:19:35 | 4 | where you sell them shirts at a discounted price and in |
| 11:19:39 | 5 | return you get something? |
| 11:19:39 | 6 | A.    No. |
| 11:19:40 | 7 | Q.    Then how is Lite Breeze a sponsor of VIP |
| 11:19:45 | 8 | tenting for Los Mariachis? |
| 11:19:47 | 9 | A.    We just pay for there -- every tent area has |
| 11:19:51 | 10 | a cost incurred.  So we pay a partial along with a |
| 11:19:56 | 11 | couple other sponsors.  One of the other sponsors is |
| 11:20:00 | 12 | Tecate, another sponsor is a Tequila product, I think. |
| 11:20:06 | 13 | Q.    And what do you -- what does Lite Breeze get |
| 11:20:10 | 14 | in return? |
| 11:20:10 | 15 | A.    We get to expose the In The Zone banners and |
| 11:20:13 | 16 | we get to give away some In The Zone T-shirts. |
| 11:20:16 | 17 | Q.    In The Zone banners, for example, like the |
| 11:20:19 | 18 | one Ms. Walker produced today? |
| 11:20:20 | 19 | A.    That is one example, yeah. |
| 11:20:22 | 20 | Q.    And you said, also, Lite Breeze gives away |
| 11:20:32 | 21 | products to support the Los Mariachis.  What did you |
| 11:20:35 | 22 | mean by that? |
| 11:20:36 | 23 | A.    Just In The Zone T-shirts. |
| 11:20:37 | 24 | Q.    And by -- what do you mean by "In The Zone |
| 11:20:40 | 25 | T-shirts"? |

CLEAVES & ASSOCIATES    (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

296

RODD ALAN GARNER   9-2-2004

Page 78

| | | |
|---|---|---|
| 11:20:40 | 1 | A.    Logo T-shirts that might just say In The |
| 11:20:43 | 2 | Zone on them, just have our corporate image. |
| 11:20:45 | 3 | Q.    Like the Exhibit B that we looked at |
| 11:20:48 | 4 | earlier? |
| 11:20:48 | 5 | A.    No. |
| 11:20:49 | 6 | Q.    Have you seen an example of that in the |
| 11:20:52 | 7 | shirts that were produced today? |
| 11:20:54 | 8 | A.    No. |
| 11:20:56 | 9 | Q.    And you said that Lite Breeze's other |
| 11:21:01 | 10 | relationship with Los Mariachis is to help pay the entry |
| 11:21:05 | 11 | fees; is that correct? |
| 11:21:05 | 12 | A.    Right. |
| 11:21:06 | 13 | Q.    And in return for helping to pay the entry |
| 11:21:09 | 14 | fees for Los Mariachis into the OTL tournament, what |
| 11:21:12 | 15 | does Lite Breeze get in return? |
| 11:21:14 | 16 | A.    The same. |
| 11:21:14 | 17 | Q.    By "the same," you mean? |
| 11:21:18 | 18 | A.    It's all together.  We don't separate it |
| 11:21:21 | 19 | out.  Bob would come to me and he would say, "Rodd, this |
| 11:21:25 | 20 | year we did promotions for the Mariachis and In The Zone |
| 11:21:30 | 21 | and here is what I have done.  I have done some events, |
| 11:21:33 | 22 | I have done some gas money and certain circumstances, I |
| 11:21:38 | 23 | have put up some banners at these events, I went to this |
| 11:21:42 | 24 | event, I helped sell product at this event, I helped |
| 11:21:45 | 25 | expose the banners near musical stages at this event," |

CLEAVES & ASSOCIATES    (619) 238-1415

RODD ALAN GARNER   9-2-2004

Page 79

| | | |
|---|---|---|
| 11:21:50 | 1 | et cetera, et cetera.  I mean Bob would basically get |
| 11:21:53 | 2 | monies for that. |
| 11:21:56 | 3 | Q.    I hope you understand that from my point of |
| 11:21:58 | 4 | view, all I really want to know is what you have to say, |
| 11:22:01 | 5 | and so when you say things like, "et cetera, et cetera," |
| 11:22:05 | 6 | it suggests that we are not getting everything.  I want |
| 11:22:07 | 7 | to make clear -- and I think I understand.  If you will |
| 11:22:11 | 8 | bear with me for a second, sir.  I think I do |
| 11:22:13 | 9 | understand. |
| 11:22:13 | 10 | Is it correct that what Lite Breeze got for |
| 11:22:19 | 11 | assisting with the VIP tenting is the same thing that |
| 11:22:23 | 12 | Lite Breeze gets for helping Los Mariachis to pay their |
| 11:22:30 | 13 | entry fees? |
| 11:22:30 | 14 | A.    Yes. |
| 11:22:30 | 15 | Q.    Great. |
| 11:22:31 | 16 | Are Ruane, Olson, or Wright on contract with |
| 11:22:34 | 17 | any record company? |
| 11:22:37 | 18 | A.    Not that I know of. |
| 11:22:39 | 19 | Q.    Does Lite Breeze use the VIP tenting? |
| 11:22:43 | 20 | MS. WALKER:  In any specific venue or just in |
| 11:22:46 | 21 | general? |
| | 22 | BY MR. ANDERSON: |
| 11:22:46 | 23 | Q.    With Los Mariachis. |
| 11:22:49 | 24 | A.    Does Lite Breeze?  Yeah. |
| 11:22:50 | 25 | Q.    Is there a Lite Breeze representative there? |

CLEAVES & ASSOCIATES    (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

298

RODD ALAN GARNER   9-2-2004

Page 80

| 11:22:53 | 1 | A. Typically I am there. |
|---|---|---|

11:22:53   1          A.     Typically I am there.

11:22:55   2          Q.     What happens at the VIP tenting?  I

11:22:59   3     apologize, I haven't been to the --

11:23:01   4          A.     We supply food and drinks.  We supply the

11:23:07   5     nonalcoholic drinks.  They have a sponsor for the

11:23:11   6     alcoholic drinks.  It's -- and provide some seating and

11:23:17   7     some tables and tenting.

11:23:21   8          Q.     How much does the OTL sponsorship, as you

11:23:27   9     have described it, cost Lite Breeze for Los Mariachis

11:23:30   10    each year?

11:23:31   11         A.     It's just part of what I give Bob Ruane.  So

11:23:34   12    each year, maybe -- maybe only a hundred or $200.

11:23:42   13         Q.     Was it your testimony that Los Mariachis did

11:24:06   14    some radio and television spots?

11:24:07   15         A.     Correct.

11:24:08   16         Q.     What radio spots?

11:24:11   17         A.     You have to ask Bob about that.  He kind of

11:24:13   18    manages the Mariachis.  And my relationship with Bob is

11:24:18   19    until there's something major that needs to be signed in

11:24:21   20    any way, shape, or form, he takes care of it.

11:24:23   21         Q.     Have you ever heard one of the radio spots?

11:24:25   22         A.     No.

11:24:25   23         Q.     And what television spots have been done

11:24:28   24    with Los Mariachis?

11:24:29   25         A.     You have to ask Bob.  As far as I know -- I

CLEAVES & ASSOCIATES    (619) 238-1415

RODD ALAN GARNER   9-2-2004

Page 81

| | | |
|---|---|---|
| 11:24:31 | 1 | mean the only one that I know that Bob was on, was on |
| 11:24:37 | 2 | Roger Hedgecock.  I think that's actually a Clear |
| 11:24:41 | 3 | Channel station, if I'm not mistaken.  But the Roger |
| 11:24:45 | 4 | Hedgecock show.  And a few others.  To help promote -- |
| 11:24:49 | 5 | more than anything, to help promote the Over-The-Line |
| 11:24:53 | 6 | series, as far as I know.  I think he was on Fox |
| 11:24:55 | 7 | television. |
| 11:24:55 | 8 | Q.    He performed as a musician and sang on that |
| 11:25:00 | 9 | television -- |
| 11:25:01 | 10 | A.    Correct. |
| 11:25:07 | 11 | Q.    The OTL competition is a competition owned |
| 11:25:12 | 12 | and run by the Old Mission Beach Athletic Club; is that |
| 11:25:15 | 13 | right? |
| 11:25:15 | 14 | A.    The one I think you are talking about.  But |
| 11:25:17 | 15 | there's other OTL competitions around the country. |
| 11:25:20 | 16 | Q.    Is OTL a registered mark of the Old Mission |
| 11:25:24 | 17 | Beach Athletic Club? |
| 11:25:26 | 18 | A.    As far as I know. |
| 11:25:27 | 19 | Q.    Over-The-Line, is that a registered mark of |
| 11:25:31 | 20 | the Old Mission Beach Athletic Club? |
| 11:25:32 | 21 | A.    I don't believe so. |
| 11:25:33 | 22 | Q.    Do you know who prepared the Los Mariachis |
| 11:25:41 | 23 | CD, a copy of which is, the cover at least, in -- |
| 11:25:42 | 24 | A.    The CD itself? |
| 11:25:44 | 25 | Q.    Yes. |

CLEAVES & ASSOCIATES    (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

230

RODD ALAN GARNER   9-2-2004

Page 82

| | | | |
|---|---|---|---|
| 11:25:45 | 1 | A. | I believe it was produced by Mike. |
| 11:25:47 | 2 | Q. | Mike? |
| 11:25:49 | 3 | A. | I don't even know Mike's last name. |
| 11:25:52 | 4 | Q. | Did he burn it on his home computer? |
| 11:25:55 | 5 | A. | I don't know that. |
| 11:25:56 | 6 | Q. | Do you know when it was produced or |
| 11:26:00 | 7 | | prepared? |
| 11:26:00 | 8 | A. | Ninety -- or two thousand -- end of 2002 or |
| 11:26:04 | 9 | | beginning of 2003. |
| 11:26:05 | 10 | Q. | Who printed the label? |
| 11:26:10 | 11 | A. | I think Bob. |
| 11:26:13 | 12 | Q. | Bob Ruane? |
| 11:26:14 | 13 | A. | I think so. |
| 11:26:14 | 14 | Q. | And he printed it on his home computer? |
| 11:26:17 | 15 | A. | You have to ask Bob. |
| 11:26:19 | 16 | Q. | So you don't know? |
| 11:26:20 | 17 | A. | I don't know officially, no.  He might have |
| 11:26:23 | 18 | | taken it to Kinko's.  I don't know. |
| 11:26:26 | 19 | Q. | Do you know how many copies of the CD were |
| 11:26:29 | 20 | | prepared? |
| 11:26:29 | 21 | A. | No. |
| 11:26:34 | 22 | Q. | Is it correct that the CD doesn't have a bar |
| 11:26:39 | 23 | | code? |
| 11:26:40 | 24 | A. | I don't know.  I wasn't involved with the |
| 11:26:43 | 25 | | making of the CD. |

CLEAVES & ASSOCIATES    (619) 238-1415

RODD ALAN GARNER   9-2-2004

Page 83

| | | |
|---|---|---|
| 11:26:44 | 1 | Q.   Do you know whether they obtained a license |
| 11:26:46 | 2 | for any of the music that's in the CD? |
| 11:26:49 | 3 | A.   I don't know. |
| 11:26:50 | 4 | Q.   Do you know if they obtained a license to |
| 11:26:53 | 5 | use the phrase "OTL"? |
| 11:26:54 | 6 | A.   I don't know. |
| 11:26:58 | 7 | Q.   Do you know if the CD -- the Los Mariachis |
| 11:27:02 | 8 | CD was ever offered for sale? |
| 11:27:04 | 9 | A.   I don't know. |
| 11:27:07 | 10 | Q.   You don't know whether it was ever sold? |
| 11:27:09 | 11 | A.   No, I don't. |
| 11:27:10 | 12 | Q.   Do you know if it was given away? |
| 11:27:12 | 13 | A.   Yes. |
| 11:27:13 | 14 | Q.   To whom? |
| 11:27:15 | 15 | A.   Don't know. |
| 11:27:16 | 16 | Q.   What makes you think it was given away? |
| 11:27:18 | 17 | A.   Just because Bob told me he had given some |
| 11:27:21 | 18 | away. |
| 11:27:21 | 19 | Q.   Do you know how many Bob gave away? |
| 11:27:23 | 20 | A.   I remember him talking about somewhere |
| 11:27:25 | 21 | between 50 and a hundred. |
| 11:27:32 | 22 | Q.   Is it correct that this is not a serious |
| 11:27:34 | 23 | effort at a commercial recording? |
| 11:27:38 | 24 | A.   No. |
| 11:27:38 | 25 | Q.   Is it your testimony that this is a |

CLEAVES & ASSOCIATES   (619) 238-1415

232

RODD ALAN GARNER   9-2-2004

Page 84

| | | |
|---|---|---|
| 11:27:40 | 1 | commercial quality CD? |
| 11:27:43 | 2 | A.   No.  It's my testimony that I wasn't |
| 11:27:46 | 3 | involved. |
| 11:27:46 | 4 | Q.   So you have no opinion as to its commercial |
| 11:27:49 | 5 | viability? |
| 11:27:50 | 6 | A.   Correct. |
| 11:27:52 | 7 | Q.   If you look at the second page which we |
| 11:27:59 | 8 | produced, which is the inside of the front cover -- |
| 11:28:03 | 9 | MS. WALKER:  Exhibit 11. |
| 11:28:06 | 10 | BY MR. ANDERSON: |
| 11:28:06 | 11 | Q.   Toward the bottom, it says, "In The Zone is |
| 11:28:09 | 12 | a registered trademark." |
| 11:28:12 | 13 | A.   Yes. |
| 11:28:12 | 14 | Q.   Does that refer to Lite Breeze's registered |
| 11:28:17 | 15 | trademark? |
| 11:28:17 | 16 | A.   Yes.  Actually, the part that is at the |
| 11:28:20 | 17 | bottom there is basically just stuff off of our business |
| 11:28:27 | 18 | card. |
| 11:28:27 | 19 | Q.   It refers to www.InTheZone.com.  If you go |
| 11:28:32 | 20 | to that site, isn't it correct that what you do -- what |
| 11:28:34 | 21 | you get is your -- you are kicked over to the press |
| 11:28:41 | 22 | release that Lite Breeze issued? |
| 11:28:41 | 23 | A.   Correct.  Yes. |
| 11:28:41 | 24 | Q.   At the beginning of this litigation when I |
| 11:28:43 | 25 | went to that site, it said, "Under construction."  Is |

CLEAVES & ASSOCIATES   (619) 238-1415

RODD ALAN GARNER   9-2-2004

Page 85

| | | |
|---|---|---|
| 11:28:45 | 1 | that correct?. |
| 11:28:45 | 2 | A.    I don't know. |
| 11:28:47 | 3 | Q.    Has there ever been any operating site at |
| 11:28:53 | 4 | InTheZone.com? |
| 11:28:54 | 5 | A.    In The Zone is a redirected URL. |
| 11:29:00 | 6 | Q.    Has InTheZone.com ever directed anyone who |
| 11:29:05 | 7 | used the internet to anything else other than the press |
| 11:29:10 | 8 | release that was issued by Lite Breeze in, I believe, |
| 11:29:13 | 9 | June of this year or a page that said, "Under |
| 11:29:17 | 10 | construction"? |
| 11:29:18 | 11 | A.    I don't know. |
| 11:29:35 | 12 | Q.    The references to -- on Exhibit 11 to In The |
| 11:29:39 | 13 | Zone being a trademark, that refers to the Lite Breeze |
| 11:29:42 | 14 | registered trademark that you have referred to? |
| 11:29:44 | 15 | A.    I believe so. |
| 11:29:48 | 16 | Q.    The second page of this, the back of the |
| 11:29:52 | 17 | cover, refers to -- asserts that it was jointly promoted |
| 11:29:57 | 18 | by Bob Ruane and In The Zone under the influence of Sun, |
| 11:30:00 | 19 | Sport, and Sound, and refers to, "In The Zone (TM) |
| 11:30:04 | 20 | Management Group." |
| 11:30:05 | 21 | Do you see that language? |
| 11:30:06 | 22 | A.    Yes. |
| 11:30:07 | 23 | Q.    What is "Sun, Sport, and Sound"? |
| 11:30:10 | 24 | A.    I think if you look outside, you see the |
| 11:30:13 | 25 | sun, and if you are playing baseball, that would be |

CLEAVES & ASSOCIATES   (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

234

## RODD ALAN GARNER   9-2-2004

Page 86

| | | |
|---|---|---|
| 11:30:15 | 1 | sport, and if there's some music around, that would be |
| 11:30:17 | 2 | sound. |
| 11:30:18 | 3 | Q.   So it doesn't refer to an entity; is that |
| 11:30:20 | 4 | correct? |
| 11:30:21 | 5 | A.   Correct. |
| 11:30:22 | 6 | Q.   And what did Lite Breeze do to promote -- |
| 11:30:25 | 7 | what, if anything, did Lite Breeze do to promote the |
| 11:30:28 | 8 | Los Mariachis CD? |
| 11:30:30 | 9 | A.   You would have to ask Bob Ruane about |
| 11:30:35 | 10 | promotion. |
| 11:30:35 | 11 | Q.   So you have no knowledge of anything that |
| 11:30:38 | 12 | Lite Breeze did to promote the Los Mariachis CD? |
| 11:30:41 | 13 | A.   I'm not really involved.  The only thing |
| 11:30:43 | 14 | that Bob asked me to do was right before I was leaving |
| 11:30:47 | 15 | on one of my trips, he asked me if I could help produce |
| 11:30:51 | 16 | or send him logos or help produce a CD jacket and if I |
| 11:30:57 | 17 | would be interested in paying for having some CDs made. |
| 11:31:02 | 18 | And as I always tell Bob, "If it makes sense, do it." |
| 11:31:05 | 19 | And he asked me to provide some text, which I provided |
| 11:31:11 | 20 | him some text while I was packing for one of my trips, |
| 11:31:14 | 21 | and that's why I don't know -- I didn't know whether or |
| 11:31:16 | 22 | not the CD was ever made, I didn't know whether or not |
| 11:31:21 | 23 | Bob had changed any of the text until I just saw it |
| 11:31:24 | 24 | recently. |
| 11:31:24 | 25 | Q.   Okay.  Other than providing text, did Lite |

## CLEAVES & ASSOCIATES    (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

235

RODD ALAN GARNER   9-2-2004

Page 88

| | | | |
|---|---|---|---|
| 11:32:49 | 1 | A. | No. |
| 11:32:49 | 2 | Q. | -- for the -- |
| 11:32:51 | 3 | A. | No.  Bob and I have just known each other |
| 11:32:54 | 4 | | too long.  Everything we do is oral. |
| 11:32:57 | 5 | Q. | Was the CD prepared for a specific event? |
| 11:33:01 | 6 | A. | I think it was prepared around the 50th |
| 11:33:06 | 7 | | anniversary of the Over-The-Line celebration. |
| 11:33:09 | 8 | Q. | Was the CD given away to people at that 50th |
| 11:33:14 | 9 | | celebration? |
| 11:33:14 | 10 | A. | I believe it might have been. |
| 11:33:19 | 11 | Q. | Looking at Exhibit 11 now, can you tell me |
| 11:33:25 | 12 | | what text you supplied? |
| 11:33:34 | 13 | A. | I remember supplying a lot of the stuff on |
| 11:33:36 | 14 | | the front cover, nothing on the back cover, and I |
| 11:33:52 | 15 | | remember supplying the bottom half of the underside |
| 11:33:58 | 16 | | jacket where you see the In The Zone logo. |
| 11:34:02 | 17 | Q. | You said, "the bottom half."  Roughly -- |
| 11:34:05 | 18 | | it's demarcated by a solid black line that goes about a |
| 11:34:10 | 19 | | third of the way across the page.  Is that what you're |
| 11:34:12 | 20 | | referring to, everything below that, the language that |
| 11:34:15 | 21 | | begins, "Promotion by Bob Ruane"? |
| 11:34:17 | 22 | A. | Yes.  I remember that. |
| 11:34:38 | 23 | Q. | Other than the Los Mariachis CD, has Lite |
| 11:34:42 | 24 | | Breeze been involved in any other CDs or -- let me |
| 11:34:50 | 25 | | rephrase that. |

CLEAVES & ASSOCIATES    (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

236

RODD ALAN GARNER   9-2-2004

Page 89

| | | |
|---|---|---|
| 11:34:51 | 1 | Other than the Los Mariachis CD, has Lite |
| 11:34:54 | 2 | Breeze been involved in any way in any other cassettes |
| 11:35:00 | 3 | or sound recordings or compact discs? |
| 11:35:04 | 4 | A.    Not that I'm aware of. |
| 11:35:26 | 5 | (Discussion off the record between the |
| 11:35:29 | 6 | witness and Ms. Walker.) |
| | 7 | BY MR. ANDERSON: |
| 11:35:35 | 8 | Q.    Does Lite Breeze own any sound recordings, |
| 11:35:38 | 9 | any copyrights for sound recordings? |
| 11:35:43 | 10 | A.    Not that I'm aware of. |
| 11:35:50 | 11 | Q.    Do you know what a master is, a master sound |
| 11:35:50 | 12 | recording? |
| 11:35:50 | 13 | A.    No. |
| 11:35:50 | 14 | Q.    Is it correct that Lite Breeze isn't a |
| 11:35:54 | 15 | record company? |
| 11:35:54 | 16 | A.    Say again. |
| 11:35:55 | 17 | Q.    Is it correct that Lite Breeze is not a |
| 11:35:58 | 18 | record company? |
| 11:36:02 | 19 | A.    Okay.   Yes. |
| 11:36:03 | 20 | Q.    Has Lite Breeze ever sold prerecorded |
| 11:36:07 | 21 | videotapes featuring music performances? |
| | 22 | A.    No. |
| 11:36:14 | 23 | Q.    Prerecorded video recordings featuring music |
| 11:36:19 | 24 | performances? |
| 11:36:22 | 25 | A.    No. |

CLEAVES & ASSOCIATES    (619) 238-1415

565398e8-efaa-4f7c-bb99-cec3c6fe4eb6

237

RODD ALAN GARNER   9-2-2004

Page 92

| | | |
|---|---|---|
| 11:47:41 | 1 | behalf of Lite Breeze? |
| 11:47:42 | 2 | A.    Yes. |
| 11:47:43 | 3 | Q.    And if I understand correctly, the only |
| 11:47:48 | 4 | concert promotions since 1997 that you recall are the |
| 11:47:52 | 5 | San Diego Symphony, the jazz events that you mentioned, |
| 11:47:56 | 6 | and Los Mariachis? |
| 11:47:58 | 7 | A.    And special events that have music.  So if |
| 11:48:01 | 8 | it's a half marathon or marathon or a cycling event that |
| 11:48:05 | 9 | has a stage at the end, the answer is yes. |
| 11:48:08 | 10 | Q.    I was referring again to the pure concerts, |
| 11:48:11 | 11 | where -- |
| 11:48:11 | 12 | A.    One hundred percent music? |
| 11:48:13 | 13 | Q.    Right. |
| 11:48:14 | 14 | A.    Okay. |
| 11:48:14 | 15 | Q.    Other than those three things, the San Diego |
| 11:48:17 | 16 | Symphony, the jazz events, and Los Mariachis, Mr. Ruane |
| 11:48:20 | 17 | has never reported to you about any other concert |
| 11:48:23 | 18 | promotions since 1997? |
| 11:48:26 | 19 | A.    Not that I recall. |
| 11:48:28 | 20 | Q.    Did you read the Complaint before it was |
| 11:48:34 | 21 | filed? |
| 11:48:34 | 22 | A.    No, I did not read the final Complaint. |
| 11:48:37 | 23 | Q.    Did you read the First Amended Complaint? |
| 11:48:40 | 24 | A.    From Peter Hahn or from Charles? |
| 11:48:44 | 25 | Q.    My understanding is that Charles |

CLEAVES & ASSOCIATES    (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

238

RODD ALAN GARNER   9-2-2004

Page 98

| | | |
|---|---|---|
| 11:54:32 | 1 | A.    That's why I am having difficulty answering |
| 11:54:34 | 2 | some of these questions.  This industry has a lot of |
| 11:54:36 | 3 | people coming and going. |
| 11:54:39 | 4 | Q.    How much does -- let me ask a different |
| 11:54:43 | 5 | question.  Does Lite Breeze attend trade shows? |
| 11:54:47 | 6 | A.    It has.  And hasn't in the last couple |
| 11:54:53 | 7 | years. |
| 11:54:53 | 8 | Q.    When was the last time it went to a trade |
| 11:54:56 | 9 | show? |
| 11:54:57 | 10 | A.    '90s. |
| 11:54:58 | 11 | Q.    Early '90s?  Mid-'90s?  Late '90s? |
| 11:55:06 | 12 | A.    Mid to late '90s. |
| 11:55:09 | 13 | Q.    Which trade show? |
| 11:55:11 | 14 | A.    Again, this is the licensing company that |
| 11:55:14 | 15 | had the right to do that.  But I remember we were at |
| 11:55:17 | 16 | action sports trade shows.  There was a trade show in |
| 11:55:22 | 17 | Vegas, I don't recall the name.  But most everything we |
| 11:55:27 | 18 | did at a trade show was geared towards our |
| 11:55:30 | 19 | merchandising, sportswear. |
| 11:55:36 | 20 | Q.    Let me mark as Exhibit 12 a copy of a |
| 11:55:47 | 21 | document that was produced today by your counsel which |
| 11:55:53 | 22 | says at the top, "United States Patent and Trademark |
| 11:55:56 | 23 | Office." |
| 11:55:57 | 24 |         Is this a copy of an electronic trademark |
| 11:56:02 | 25 | application by Lite Breeze in January of 2004? |

CLEAVES & ASSOCIATES    (619) 238-1415

RODD ALAN GARNER   9-2-2004

Page 99

| | | |
|---|---|---|
| 11:56:13 | 1 | A.    I don't see a date. |
| 11:56:17 | 2 | MS. WALKER:  Why don't we start off with whether |
| 11:56:20 | 3 | he has ever seen the document before. |
| | 4 | BY MR. ANDERSON: |
| 11:56:21 | 5 | Q.    Have you ever seen the document before? |
| 11:56:23 | 6 | A.    I don't remember ever seeing it. |
| 11:56:24 | 7 | Q.    Let's go to the third page.  It's got a |
| 11:56:28 | 8 | place for an electronic signature, "Rodd Garner, |
| 11:56:31 | 9 | January 15, 2004." |
| 11:56:33 | 10 | Do you see that? |
| 11:56:33 | 11 | A.    Yes, I do. |
| 11:56:34 | 12 | Q.    Does it refresh your memory that in January |
| 11:56:40 | 13 | of 2004 you applied to the trademark office to register |
| 11:56:46 | 14 | a trademark? |
| 11:56:46 | 15 | A.    I do recall Peter supplying me with |
| 11:56:53 | 16 | trademark information that I needed to sign. |
| 11:56:55 | 17 | Q.    And did you -- |
| 11:57:00 | 18 | A.    I just don't remember this being the |
| 11:57:00 | 19 | application.  But there's my name on it.  So -- |
| 11:57:01 | 20 | Q.    Do you have any reason to doubt that you |
| 11:57:03 | 21 | signed this application electronically? |
| 11:57:05 | 22 | A.    No. |
| 11:57:05 | 23 | Q.    By "Peter," you mean Peter Hahn? |
| 11:57:08 | 24 | A.    Correct. |
| 11:57:10 | 25 | Q.    And if you look at the second to the last |

CLEAVES & ASSOCIATES    (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

240

RODD ALAN GARNER   9-2-2004

Page 102

| 11:59:36 | 1 | size is smaller. |
| 11:59:38 | 2 | Q.    You think it's more prominent, though? |
| 11:59:40 | 3 | A.    Personally. |
| 11:59:43 | 4 | Q.    Has Lite Breeze ever used the phrase "The In |
| 11:59:46 | 5 | The Zone Tour"? |
| 11:59:53 | 6 | A.    No. |
| 11:59:55 | 7 | Q.    Has Lite Breeze ever used the phrase "In The |
| 11:59:56 | 8 | Zone Tour"? |
| 12:00:01 | 9 | A.    No. |
| 12:00:13 | 10 | Q.    Next is Exhibit 14, which is a copy of the |
| 12:00:18 | 11 | front and back of the artwork on the Britney Spears' In |
| 12:00:21 | 12 | The Zone album. |
| 12:00:30 | 13 | Have you seen this before, sir? |
| 12:00:30 | 14 | A.    Have I seen her album? |
| 12:00:31 | 15 | Q.    Yes. |
| 12:00:32 | 16 | A.    No. |
| 12:00:32 | 17 | Q.    Have you seen -- let me ask you. |
| 12:00:36 | 18 | Isn't it correct that the most prominent |
| 12:00:37 | 19 | feature of the cover of the album is Miss Spears' face? |
| 12:00:45 | 20 | A.    The prominent -- I mean what is importance? |
| 12:00:48 | 21 | Importance, to me, is that it says, "In The Zone." |
| 12:00:52 | 22 | Importance means prominence to me.  So I don't know what |
| 12:00:56 | 23 | it means to you. |
| 12:00:56 | 24 | Q.    Let's go back to the prior exhibit, the |
| 12:00:59 | 25 | ticket.  I understand that it's important to you.  My |

CLEAVES & ASSOCIATES : (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

241

RODD ALAN GARNER   9-2-2004

Page 109

| | | |
|---|---|---|
| 12:09:04 | 1 | Q.   Move to strike as nonresponsive. |
| 12:09:13 | 2 | You testified that it's common to promote a |
| 12:09:16 | 3 | album by issuing T-shirts that refer to the album title. |
| 12:09:24 | 4 | How could a T-shirt that referred to the |
| 12:09:28 | 5 | album "Britney Spears In The Zone" be issued that didn't |
| 12:09:32 | 6 | refer to the album title? |
| 12:09:34 | 7 | A.   That's the problem. |
| 12:09:36 | 8 | Q.   So you agree that it would be difficult to |
| 12:09:40 | 9 | refer to the album title without referring to the -- |
| 12:09:43 | 10 | excuse me, difficult to refer to the album without |
| 12:09:46 | 11 | referring to the album title? |
| 12:09:51 | 12 | A.   When you name something using somebody |
| 12:09:57 | 13 | else's brand, that's a given. |
| 12:10:02 | 14 | Q.   Well, let me ask it one more time.  It's a |
| 12:10:06 | 15 | yes, no question. |
| 12:10:07 | 16 | My question to you is:  Do we both agree |
| 12:10:10 | 17 | that it would be difficult to refer to the album without |
| 12:10:12 | 18 | using the album's title? |
| 12:10:19 | 19 | A.   Okay, it would be difficult. |
| 12:10:22 | 20 | Q.   And it's correct that the T-shirt doesn't |
| 12:10:25 | 21 | mention Lite Breeze, right? |
| 12:10:27 | 22 | A.   T-shirt does not mention Lite Breeze. |
| 12:10:29 | 23 | Q.   An the album doesn't mention Lite Breeze, |
| 12:10:32 | 24 | correct? |
| 12:10:32 | 25 | A.   Correct. |

CLEAVES & ASSOCIATES   (619) 238-1415

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

242

RODD ALAN GARNER   9-2-2004

Page 122

| | | |
|---|---|---|
| 12:37:19 | 1 | A.    I don't know for sure. |
| 12:37:23 | 2 | Q.    So if I understand correctly, both Mr. Baker |
| 12:37:25 | 3 | and Mr. Ruane have told you that people have come up to |
| 12:37:29 | 4 | ask whether or not Lite Breeze is associated in any way |
| 12:37:34 | 5 | with Britney Spears? |
| 12:37:35 | 6 | A.    Correct. |
| 12:37:39 | 7 | MR. ISAACS:  One thing you could ask him, he said |
| 12:37:43 | 8 | something -- Rodd said something and I didn't -- I |
| 12:37:45 | 9 | didn't get it, had something to do with when he does |
| 12:37:48 | 10 | business with the schools, that sometimes he'll give |
| 12:37:53 | 11 | them the option of promotional dollars if they let him |
| 12:37:57 | 12 | use the logo.  I wasn't quite sure I understood how that |
| 12:37:59 | 13 | all worked. |
| 12:38:00 | 14 | MR. ANDERSON:  Let me ask that question. |
| 12:38:01 | 15 | Q.    Could you clarify what you were saying |
| 12:38:04 | 16 | before about offering schools the option of promotional |
| 12:38:09 | 17 | dollars. |
| 12:38:09 | 18 | A.    Yes.  We -- we offer products and team |
| 12:38:14 | 19 | merchandise on line and we offer it at two different |
| 12:38:18 | 20 | prices.  We basically reduce the price of a product if |
| 12:38:22 | 21 | somebody allows us to brand on the outside of a uniform. |
| 12:38:28 | 22 | Q.    So then the higher price is without the -- |
| 12:38:31 | 23 | is without the brand? |
| 12:38:32 | 24 | A.    Correct. |
| 12:38:33 | 25 | Q.    Okay. |

565398e8-efae-4f7c-bb99-cec3c6fe4eb6

243

RODD GARNER        LITE BREEZE vs SPEARS ET AL        1/02/04

1                                    * * *

2

3              I, RODD ALAN GARNER, hereby declare under

4        penalty of perjury that the foregoing is my deposition

5        under oath; that these are the questions asked of me and

6        my answers thereto; that I have read my deposition and

7        have made the necessary corrections, additions, or

8        changes to my answers that I deem necessary.

9              Executed on this _____ day of

10       _____, 2004.

11

12

13

14

15       _____

16                 RODD ALAN GARNER

17

18

19

20

21

22

23

24

25