USDC SCAN INDEX SHEET










```
CAG    11/24/04    12:04
3:04-CV-00326   LITE BREEZE INC V. SPEARS
*53*
*NTCLDG.*
```

ORIGINAL

1  Peter J. Anderson, Esq., SBN 088891
   LAW OFFICES OF PETER J. ANDERSON, A P.C.
2  100 Wilshire Boulevard, Suite 2010
   Santa Monica, CA 90401
3
   Tel: (310) 260-6030
4  Fax: (310) 260-6040

5  Attorney for Defendants BRITNEY SPEARS,
   CLEAR CHANNEL ENTERTAINMENT
6  TELEVISION HOLDINGS, INC.,
   SIGNATURES NETWORK, INC.,
7  ZOMBA RECORDING CORP. and
   BRITNEY BRANDS, INC.
8
   Bruce Isaacs, Esq. SBN 100926
9  WYMAN & ISAACS LLP
   8840 Wilshire Blvd., Second Floor
10 Beverly Hills, CA 90211

11 Tel: (310) 358-3221
   Fax: (310) 358-3224
12
   Attorney for Defendant
13 ZOMBA RECORDING CORP.

FILED
04 NOV 23 PM 3: 34
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

14                UNITED STATES DISTRICT COURT

15                SOUTHERN DISTRICT OF CALIFORNIA

16 LITE BREEZE, INC., a California      ) Case No. '04 CV 0326 DMS (JFS)
   Corporation,                         )
17                                      ) DEFENDANTS' NOTICE OF
              Plaintiff,                ) LODGING OF EXHIBITS IN SUPPORT
18                                      ) OF MOTION FOR SUMMARY
        vs.                             ) JUDGMENT OR PARTIAL SUMMARY
19                                      ) JUDGMENT
   BRITNEY SPEARS, an individual; CLEAR )
20 CHANNEL ENTERTAINMENT                ) Date: January 21, 2005
   TELEVISION HOLDINGS, INC., a Delaware) Time: 2:30 p.m.
21 Corporation; SIGNATURES NETWORK,     )
   INC., a California Corporation; ZOMBA)       Courtroom of the Honorable
22 RECORDING CORPORATION, dba JIVE      )              Dana M. Sabraw
   RECORDS, a New York Corporation;     )       United States District Judge
23 BRITNEY BRANDS, INC., a Louisiana    )
   Corporation, and DOES 1-10,          )
24                                      )
              Defendants.               )
25                                      )
                                        )
26 _____)

27

28

NOTICE OF LODGING OF EXHIBITS                                    04CV0326

TO PLAINTIFF AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that defendants Britney Spears, Clear Channel Television Entertainment Holdings, Inc., Signatures Network, Inc., Zomba Recording Corp. and Britney Brands, Inc., have lodged with the Court two of each of the following Exhibits in support of defendants' Motion for Summary Judgment or, in the alternative, Partial Summary Judgment:

1. Exhibit 11-A: Copy of "Los Mariachis" CD produced by plaintiff (Anderson Decl. at 21, ¶ 24).

2. Exhibit 25: CD copy of the Britney Spears In the Zone album (Sassoon Decl. at 5, ¶ 12).

3. Exhibit 31: Britney Spears fan appreciation t-shirt (Seltzer Decl. at 2-3, ¶ 6).

4. Exhibit 34: Videotape copy of Infiniti "In the Zone" television commercial (Isaacs Decl. at ¶ 3).

5. Exhibit 36-39: CD copy of:
   (a) Initial radio commercial for the Britney Spears 2004 concert tour (Exhibit 36; Ginoza Decl. at 3, ¶ 7);
   (b) Initial television commercial for the Britney Spears concert tour (Exhibit 37; Ginoza Decl. at 3, ¶ 7);
   (c) Revised radio commercial for the Britney Spears concert tour (Exhibit 38; Ginoza Decl. at 3-4, ¶ 9); and

///
///

1         (d)    Revised television commercial for the Britney Spears concert tour (Exhibit 39; Ginoza Decl. at 3-4, ¶ 9).

Respectfully submitted,

Dated: November 23, 2004

_____
Peter J. Anderson, Esq.
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
Attorney for Defendants
BRITNEY SPEARS,
CLEAR CHANNEL ENTERTAINMENT
TELEVISION HOLDINGS, INC.,
SIGNATURES NETWORK, INC.,
ZOMBA RECORDING CORP. and
BRITNEY BRANDS, INC.