















CAG   12/22/04   16:34

3:04-CV-00326  LITE BREEZE INC V. SPEARS

*56*

*EXH.*

● ORIGINAL ●

FILED

04 DEC 21 AM 11: 03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

1   Peter J. Anderson, Esq., SBN 088891
    LAW OFFICES OF PETER J. ANDERSON, A P.C.
2   100 Wilshire Boulevard, Suite 2010
    Santa Monica, CA 90401
3
    Tel: (310) 260-6030
4   Fax: (310) 260-6040

5   Attorney for Defendants BRITNEY SPEARS,
    CLEAR CHANNEL ENTERTAINMENT
6   TELEVISION HOLDINGS, INC.,
    SIGNATURES NETWORK, INC.,
7   ZOMBA RECORDING CORP. and
    BRITNEY BRANDS, INC.
8
9   Bruce Isaacs, Esq. SBN 100926
    WYMAN & ISAACS LLP
10  8840 Wilshire Blvd., Second Floor
    Beverly Hills, CA  90211
11
    Tel:  (310) 358-3221
12  Fax:  (310) 358-3224

13  Attorney for Defendant
    ZOMBA RECORDING CORP.

14              UNITED STATES DISTRICT COURT

15             SOUTHERN DISTRICT OF CALIFORNIA

16  LITE BREEZE, INC., a California      )  Case No. '04 CV 0326 DMS (JFS)
    Corporation,                          )
17                                        )  DEFENDANTS' SUBSTITUTE
                  Plaintiff,              )  EXHIBITS IN SUPPORT OF MOTION
18                                        )  FOR SUMMARY JUDGMENT OR,
          vs.                             )  IN THE ALTERNATIVE,
19                                        )  PARTIAL SUMMARY JUDGMENT
    BRITNEY SPEARS, an individual; CLEAR )
20  CHANNEL ENTERTAINMENT                 )  Date: January 21, 2005
    TELEVISION HOLDINGS, INC., a Delaware )  Time: 2:30 p.m.
21  Corporation; SIGNATURES NETWORK,      )
    INC., a California Corporation; ZOMBA )     Courtroom of the Honorable
22  RECORDING CORPORATION, dba JIVE       )         Dana M. Sabraw
    RECORDS, a New York Corporation;      )     United States District Judge
23  BRITNEY BRANDS, INC., a Louisiana     )
    corporation; BRITNEY TOURING, INC., a )
24  Louisiana Corporation, and DOES 1-10, )
                                          )
25               Defendants.             )
                                          )
26  _____ )

27

28

DEFENDANTS' SUBSTITUTE EXHIBITS   56                    04CV0326

1    Defendants Britney Spears, Clear Channel Television Entertainment Holdings, Inc.,

2    Signatures Network, Inc., Zomba Recording Corp. and Britney Brands, Inc. submitted in

3    support of their pending Motion for Summary Judgment or Partial Summary Judgment

4    Exhibits 46 and 47, which are images provided by plaintiff of five of plaintiff Lite Breeze,

5    Inc.'s custom-printed t-shirts.   Defendants subsequently received from plaintiff's counsel the

6    t-shirts themselves and defendants have obtained clearer images of those t-shirts and those

7    clearer images are attached hereto as substitute Exhibits 46 and 47.

8

9                                           Respectfully submitted,

10

11   Dated: December 20, 2004            _____
                                         Peter J. Anderson, Esq.
12                                       LAW OFFICES OF PETER J. ANDERSON
                                         A Professional Corporation
13                                       Attorney for Defendants
                                         BRITNEY SPEARS,
14                                       CLEAR CHANNEL ENTERTAINMENT
                                         TELEVISION HOLDINGS, INC.,
15                                       SIGNATURES NETWORK, INC.,
                                         ZOMBA RECORDING CORP. and
16                                       BRITNEY BRANDS, INC.

17

18

19

20

21

22

23

24

25

26

27

28

2

DEFENDANTS' SUBSTITUTE EXHIBITS                                             04CV0326

<u>DECLARATION OF PETER J. ANDERSON</u>

I, Peter J. Anderson, declare:

1.     I am an attorney admitted to practice before this Court and all Courts of the State of California. I have personal knowledge of the following facts and I could competently testify to these facts if called upon to do so.

2.     I represent defendants Britney Spears, Clear Channel Entertainment Television Holdings, Inc., Signatures Network, Inc., Zomba Recording Corp. and Britney Brands, Inc. (collectively, "defendants") in this action.

3.     On November 23, 2004, my Declaration in support of defendants' Motion for Summary Judgment or, in the alternative, Partial Summary Judgment, was filed with this Court. Attached as Exhibit 46 to that Declaration are true and correct copies of photocopies of Polaroid photographs that plaintiff's counsel produced and which depict five t-shirts that plaintiff produced at a session of the deposition of Rodd Gardner. Attached as Exhibit 47 to that Declaration was a copy of a photocopy that plaintiff's counsel faxed me, of the front and back of the American Lung Association 5K t-shirt that was included among the five t-shirts that plaintiff produced at that deposition.

4.     After defendants' Motion and supporting papers were filed on November 23, 2004, I received from plaintiff's counsel the actual t-shirts that plaintiff produced at the session of Mr. Gardner's deposition and which are depicted in the original Exhibits 46 and 47. I have obtained photographs of the t-shirts and those photographs are much clearer than the photocopies provided by plaintiff. Attached to this Declaration as a substitute Exhibit 46 are true and correct copies of photographs of the same five t-shirts that appear in the original

///

3

DEFENDANTS' SUBSTITUTE EXHIBITS                                   04CV0326

1   Exhibit 46.  Specifically:

2          (a)    Pages 5 and 6 of the attached Exhibit 46 depict the front and back of the

3   first t-shirt appearing in the original Exhibit 46 filed on November 23, 2004;

4          (b)    Pages 7 and 8 of the attached Exhibit 46 depict the front and back of the

5   second t-shirt, and plaintiff's logo on the front and back of the t-shirt is enlarged;

6          (c)    Pages 9 and 10 of the attached Exhibit 46 depict the front and back of

7   the third t-shirt, and plaintiff's logo on the front of the t-shirt is enlarged;

8          (d)    Pages 11 and 12 of attached Exhibit 46 depict the front and back of the

9   fourth t-shirt and page 13 of Exhibit 46 is a close-up of the back of this same t-shirt;

10   and

11          (e)    Pages 14 and 15 of the attached Exhibit 46 depict the front and back of

12   the fifth t-shirt and page 16 of Exhibit 46 is a close-up of the back of this same t-shirt.

13   

14       5.    Attached to this Declaration as a substitute Exhibit 47 is a true and correct copy

15   of close-up photographs of the front and back of the American Lung Association 5K t-shirt

16   that plaintiff produced at that deposition and which appear in the original Exhibit 47.

17   

18       I declare under penalty of perjury that the foregoing is true and correct.  Executed on

19   December 20, 2004, in Santa Monica, California.

20   

21                       _____

22                       Peter J. Anderson, Esq.

23   

24   

25   

26   

27   

28   

4

DEFENDANTS' SUBSTITUTE EXHIBITS                        04CV0326



Exhibit 46

5



Exhibit 46

6



Exhibit 46

7



Exhibit 46
8



Exhibit 46
9



Exhibit 46
10



Exhibit 46
11



Exhibit 46

12



Exhibit 46
13



Exhibit 46
14



Exhibit 46
15



Exhibit 46
16



Exhibit 47
17



Exhibit 47
18

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was this date served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to counsel's last known address as follows:

Kathleen M. Walker, Esq.
Attorney at Law
3421 Thorn Street
San Diego, CA 92104

Santa Monica, California, on December 20, 2004.

_____
Peter J. Anderson, Esq.
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
Attorney for Defendants
BRITNEY SPEARS,
CLEAR CHANNEL ENTERTAINMENT
TELEVISION HOLDINGS, INC.,
SIGNATURES NETWORK, INC. and
ZOMBA RECORDING CORPORATION

DEFENDANTS' SUBSTITUTE EXHIBITS                                    04CV0326