USDC SCAN INDEX SHEET










CAG    2/3/05    11:00
3:04-CV-00326    LITE BREEZE INC V. SPEARS
*63*
*DECL.*

KATHLEEN M. WALKER SBN 202185
Attorney At Law
3421 Thorn Street
San Diego, California 92104
619-255-0987 telephone
619-255-0986 facsimile

Attorney for Plaintiff

05 FEB -2 PM 4:27

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITE BREEZE, INC., a California corporation, | Case No.: 04 CV 0326 DMS (JFS) |
| Plaintiff, | DECLARATION OF RODD GARNER IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| BRITNEY SPEARS, an individual; CLEAR CHANNEL ENTERTAINMENT TELEVISION HOLDINGS, INC., a Delaware corporation; SIGNATURES NETWORK, INC., a California corporation; ZOMBA RECORDING CORPORATION, dba JIVE RECORDS, a New York corporation; BRITNEY BRANDS, INC., a Louisiana corporation; and BRITNEY TOURING, INC., A Louisiana corporation. | Judge: Hon. Dana M. Sabraw<br>Date: February 18, 2005<br>Time: 2:30 p.m. |
| Defendants. | |

63

GARNER DECLARATION - 1 - 04-CV-0326 DMS (JFS)

I, Rodd Garner, declare under the penalties of perjury, that the following is true:

1. I am the President and founder of Lite Breeze, Inc. ("Lite Breeze"), the Plaintiff in this action.

2. Lite Breeze has been a registered California corporation since 1989 and, since its inception, has been a developer, supplier and distributor of musical, sporting and special event merchandise, including promotional services to thousands of events nationwide. Lite Breeze also designs and distributes wholesale and retail athletic uniforms, t-shirts, and promotional items. Lite Breeze has always outsourced its decorating needs (i.e., screening and embroidery) and focused its efforts on sales, promotion, consulting and event services, including fundraising within the sports and music industry with special emphasis on benefiting charities and youth organizations.

3. In 1992, Lite Breeze began using the phrase "in the zone" as a trademark in connection with its products and services. The phrase was used on a retail clothing line, event merchandising, athletic uniforms and t-shirts and specialty items. Lite Breeze has used its mark on concert tickets, one CD, promotional posters, flyers, banners and marquees. Additionally, Lite Breeze has engaged in print and radio advertising campaigns for its "in the zone" brand and sells its products on the World Wide Web.

4. Lite Breeze has spent years developing a clean-cut, all-American image associated with its In the Zone brand. Because In the Zone products ultimately end up in the possession of children and young adults, it is critically important to Lite Breeze that its In the Zone mark is free from sexually explicit content and profanity. Lite Breeze has never knowingly participated in any event that contains adult content and purposefully gears its public image toward traditional family contents. Lite Breeze is primarily a wholesaler, its target customers are event organizers, school districts, charities, and sporting teams and leagues. Lite Breeze's clients in turn sell the "In The Zone" brand primarily to children and young adults ages 8 to 25. These school children and young adults are involved in extra circular activities such as sports, band, cheerleading and others. I estimate that Lite Breeze has sold over one million products nationwide bearing the "In the Zone" trademark since the inception of the brand.

5. Additionally, Lite Breeze sold "In The Zone" products in Europe for four years in the early 1990's in connection with a license agreement with the Italian based SEB Sports. During the duration of that license,

GARNER DECLARATION - 2 - 04-CV-0326 DMS (JFS)

Lite Breeze estimates that it sold a significant numbers products bearing the mark "In The Zone" throughout fourteen European countries.

6. Lite Breeze has a promotional program selling "$3 custom t-shirts." The "$3 custom t-shirts" represent a wholesale promotional price to Lite Breeze's clients, who in turn mark the product up four to seven times and resell the products to their customers at a cost of $12.00 to $21.00. This promotional program was established to assist under-funded athletic and musical events that benefit charity and/or youth organizations. By making available our "In the Zone" brand at low wholesale prices, Lite Breeze's clients are able to use our products to raise money for their organizations or events. Lite Breeze specifically designed this program to eliminate the middlemen in the industry who were reducing the margins and ultimately reducing the funds that go directly to the event, team or charity.

7. Recognizing and identifying the strong connection between sports and music, in 1994, Lite Breeze continued its commitment to the music business by purchasing a multi-purpose venue outside of Chicago, Illinois. The venue was named "The Zone" and was used as a concert hall, athletic center, restaurant, deli, sports bar and concert consessions. Throughout the two-year period that Lite Breeze operated "The Zone," it held musical concerts at the venue, featuring local musicians as well as nationally recognized bands such as Kansas and The Edgar Winter Band. Due to the death of The Zone's manager, Lite Breeze put the venue up for sale because of its inability to manage the venue and its concerts from California.

8. Unfortunately, most of the documents relating to Lite Breeze's operation of "The Zone" have been discarded, lost or destroyed over the years. In my search for documents for this action, I discovered that many of its documents were destroyed while in storage. The cause of the damage appears to have been water and fire-related as the storage facility was in the 2003 San Diego fire area. Because the documents have been destroyed, I attach hereto as Exhibit A photographs of The Zone venue.

9. Lite Breeze has continued, under the "In the Zone" brand, to sponsor or co-sponsor musical events primarily in the Southern California region. From 1998 through 2000, Lite Breeze co-sponsored the San Diego Symphony. In 1999 and 2000 Lite Breeze was a co-sponsor of the Callaway Winery and Wilson Creek Jazz Festivals in Temecula, California. Additionally, since 1997, Lite Breeze has sponsored the

Holiday Bowl Parade and numerous marathons all featuring music. As a sponsor or co-sponsor of these events, Lite Breeze regularly provides merchandising and promotional support through the production and sale of merchandise, selling tickets to the concerts, distributing advertising for the concerts, outfitting concert staff members in "In the Zone" t-shirts and on occasion, operating a sales booth at the events to sell t-shirts and other promotional items at the retail level for event organizers. The dates indicated above are based upon my recollection and a reconstruction of events through Lite Breeze's checkbook registers. The documents relating to these events were destroyed by water and smoke damage during the 2003 fires.

10. I began using the phrase "in the zone" when I was eight years old in the 1969 in connection with baseball. Although I cannot say with one hundred percent accuracy that I was the first to use the phrase "in the zone," I have never found another use of the phrase that predates my use of "in the zone."

11. Lite Breeze filed its first trademark application for "In the Zone" in 1992. Shortly thereafter, Lite Breeze was involved in eight years of litigation against the Venator Group, formerly known as Kinney Shoes, before the Trademark Trial and Appeal Board ruled that Lite Breeze was entitled to the federally registered mark because its use of the phrase predated Venator's use of the phrase.

12. I have reviewed the Separate Statement of Material Facts in Support of Defendants' Motion for Summary Judgment or Partial Summary Judgment, which contains a list of all of the record albums and songs that have used the phrase "in the zone." Until this litigation, I had never heard of any of those songs, the albums, or even any of the artists that produced the songs and albums.

13. I instructed Lite Breeze's attorneys purchased any Britney Spears "In the Zone" merchandise that they could find. I understand that my attorneys purchased two "In the Zone" t-shirts and a Britney Spears "In the Zone" poster on e-bay.

14. Had Ms. Spears limited her use of the phrase "in the zone" to the lyrics of the song "Me Against the Music" or even if she had titled the song "in the zone" rather than titling the entire album "In The Zone," Lite Breeze would not have filed this lawsuit.

15. Although Lite Breeze produced a compact disc entitled "Los Mariachis In the Zone & Over The Line" to celebrate the Old Mission Beach Athletic Club in San Diego and to give away free to its customers, Lite Breeze is currently not in the recording business. However, I can foresee Lite Breeze expanding into that business as we expand our representation of musicians.

Date: February 1st, 2005

Rodd Garner

# EXHIBIT A





LB
00022




LB
00025




LB
00027