USDC SCAN INDEX SHEET

















CAG 2/3/05 11:11

3:04-CV-00326 LITE BREEZE INC V. SPEARS

*67*

*STMT.*

KATHLEEN M. WALKER SBN 202185
Attorney At Law
3421 Thorn Street
San Diego, California 92104
619-255-0987 telephone
619-255-0986 facsimile

Attorney for Plaintiff

05 FEB -2 PM 4:27

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITE BREEZE, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRITNEY SPEARS, an individual; CLEAR CHANNEL ENTERTAINMENT TELEVISION HOLDINGS, INC., a Delaware corporation; SIGNATURES NETWORK, INC., a California corporation; ZOMBA RECORDING CORPORATION, dba JIVE RECORDS, a New York corporation; BRITNEY BRANDS, INC., a Louisiana corporation; and BRITNEY TOURING, INC., A Louisiana corporation.<br><br>Defendants. | Case No.: 04 CV 0326 DMS (JFS)<br><br>LITE BREEZE'S SEPARATE STATEMENT OF MATERIAL FACTS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Judge: Hon. Dana M. Sabraw<br>Date: February 18, 2005<br>Time: 2:30 p.m. |

ORIGINAL

67

**LITE BREEZE'S SEPARATE STATEMENT OF MATERIAL FACTS**

Pursuant to the Court's Local Rule 7.1(f)(1), Plaintiff Lite Breeze, Inc. ("Lite Breeze") respectfully submits this Separate Statement of Material Facts in connection with Defendants' Motion for Summary Judgment.

**FACTS RELATED TO LITE BREEZE, ITS MARKS, PRODUCTS, SERVICES AND CLIENTS**

1. Lite Breeze, Inc. has been a registered California corporation since 1989. Since its inception Lite Breeze has been a developer, supplier and distributor of musical, sporting and special event merchandise, including promotional services to thousands of events nationwide. Lite Breeze also designs and distributes wholesale and retail athletic uniforms, t-shirts, and promotional items. Lite Breeze focuses its efforts on sales, promotion, consulting and event services, including fundraising within the sports and music industry with special emphasis on benefiting charities and youth organizations. Garner Dec. ¶ 2.

2. Lite Breeze's clients are event organizers, school districts, charities, and sporting teams and leagues. Lite Breeze's clients purchase wholesale products from Lite Breeze and then resell the products to children and young adults ages 8- 25. Garner Dec. ¶¶ 2.

3. Lite Breeze has a "$3 custom t-shirt" promotional program. Lite Breeze's clients buy the t-shirts for $3.00 wholesale, and then mark up the t-shirt price four to seven times for resale to its customers. Typically, Lite Breeze's clients sell its products to the consuming public at a cost of $12.00 to $21.00 per shirt. Garner Dec. ¶ 6.

4. Lite Breeze owned a concert venue near Chicago, Illinois between 1994 and 1996. The venue was named "The Zone." "The Zone" was a multi-purpose venue providing live concerts by local and nationally recognized musicians. It also had athletic facilities, a restaurant, sports bar and deli. Garner Dec. ¶ 7 and Ex. A.

5. Lite Breeze has been involved in sponsoring live musical events since it purchased "The Zone" in 1994. From 1998 through 2000, Lite Breeze co-sponsored the San Diego Symphony. In 1999 and 2000 Lite Breeze was a co-sponsor of the Callaway Winery and Wilson Creek Jazz Festivals in Temecula, California. Since 1997, Lite Breeze has continually sponsored the Holiday Bowl Parade and numerous 5K and 10K

marathons, triathlons and cycling events all featuring live music. As a sponsor or co-sponsor of these events, Lite Breeze provides merchandising and promotional support through the production and sale of merchandise, selling concert tickets, distributing advertising for the concerts, outfitting concert staff members in "In the Zone" t-shirts and on occasion, operating a sales booth at the events to sell t-shirts and other promotional items at the retail level for event organizers. Garner Dec. ¶¶ 7, 9.

**FACTS RELATING TO THE DEFENDANTS**

6. In November 2003, Defendant Spears, in connection with Defendant Zomba dba Jive Records released the "In The Zone" record album. In April 2003 Defendant Spears, in connection with Defendant Zomba dba Jive Records released the "In The Zone" DVD. Walker Dec. Ex. M.

7. Defendant Spears agreed to change the name of her 2003 album from "Get In The Zone" to "In The Zone" because Autozone Parts, Inc. objected to the use of its trademark "Get In The Zone" as the album title. Spears Dec. ¶ 8; Sasson Dec. ¶¶ 4 –10 and Ex. 24.

8. To promote the "In The Zone" album Defendants Spears and Clear Channel began promoting a worldwide concert tour. Initially, Defendant Clear Channel and others advertised the concert tour as the "In The Zone Tour 2004." Ginoza Dec. ¶ 5 and Ex. 29; Walker Dec. Exs. S, KK, LL, MM, NN, OO and PP.

9. Defendants Signatures Network, Inc. and Britney Brands, Inc. produced a t-shirt in support of the "In The Zone" album that included the phrase "In The Zone." Def. Facts ¶¶ 75-80.

10. Defendant Clear Channel sponsored a dance contest in February 2004 titled "In The Zone Dance Competition" in the San Francisco Bay area. Walker Dec. Ex. II.

11. Defendant Zomba released a two-sided poster that contained the phrase "In The Zone." Walker Dec. Ex. JJ.

12. Defendant Clear Channel owns concert venues throughout the world. Walker Dec. Ex. QQ.

February 2, 2005

Kathleen M Walker

Kathleen M. Walker
Attorney For Plaintiff
Lite Breeze, Inc.