USDC SCAN INDEX SHEET










```
CAG    2/11/05    13:27
3:04-CV-00326   LITE BREEZE INC V. SPEARS
*69*
*O.*
```

FILED
05 FEB 11 AM 10: 00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITE BREEZE, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRITNEY SPEARS, an individual, et al.,<br><br>Defendants. | CASE NO. 04cv0326 DMS (JFS)<br><br>**ORDER RE: ORAL ARGUMENT** |

Defendants' motion for summary judgment or, in the alternative, partial summary judgment, is scheduled for hearing on February 18, 2005. The Court finds this matter suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED.**

DATED: 2-10-05

DANA M. SABRAW
United States District Judge

cc:   Judge Stiven
      all parties

69

04cv0326