USDC SCAN INDEX SHEET

















CAG   3/21/05    11:24

3:04-CV-00326   LITE BREEZE INC V. SPEARS

*79*

*CLKJGM.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE          Case Number: 3:04-cv-00326

Lite Breeze Inc - PLAINTIFF

v.

Britney Spears, et al. - DEFENDANTS

FILED
MAR 21 2005
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

__  JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   DECISION BY COURT. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED THAT Court grants Defendants' motion for summary judgment based on the artistic relevance test......

3/21/05                                    W. Samuel Hamrick, Jr.
-----------                                ---------------------
  Date                                             Clerk

                                           by C. Gunier, Deputy Clerk

                                           Entered on 3/21/05

                                                pre - Sabraw
                                                ref - Stiven

79