USDC SCAN INDEX SHEET










CAG   4/12/05   10:08

3:04-CV-00326   LITE BREEZE INC V. SPEARS

*81*

*NTCF.*

KATHLEEN M. WALKER SBN 202185
Attorney At Law
3421 Thorn Street
San Diego, California 92104
619-255-0987
619-255-0986 facsimile

Attorney for Plaintiff

FILED

05 APR 11 PH 2:57

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITE BREEZE, INC., a California corporation, | Case No.: 04 CV 0326 DMS (JFS) |
| Plaintiff, | WAIVER OF APPEAL |
| vs. | |
| BRITNEY SPEARS, an individual; CLEAR CHANNEL ENTERTAINMENT TELEVISION HOLDINGS, INC., a Delaware corporation; SIGNATURES NETWORK, INC., a California corporation; ZOMBA RECORDING CORPORATION, dba JIVE RECORDS, a New York corporation; BRITNEY BRANDS, INC., a Louisiana corporation; BRITNEY TOURING, INC.; and DOES 2-10, | |
| Defendants. | |

WAIVER OF APPEAL



04CV0346-

ORIGINAL

## WAIVER OF APPEAL

In return for and conditioned upon defendants not seeking an award of fees and costs from plaintiff Lite Breeze, Inc. ("plaintiff"), and with the intent of ending for all time this litigation, plaintiff hereby irrevocably waives, abandons and relinquishes all rights to appeal from or otherwise challenge, in whole or part, the Judgment entered in this action on March 21, 2005 and the Orders and rulings of the Court in this action, including without limitation the Court's March 21, 2005 Order Granting Defendants' Motion for Summary Judgment. Plaintiff understands that in reliance upon the foregoing waiver and the promised finality of the Judgment entered in this action on March 21, 2005, defendants will not seek an award of fees and costs from plaintiff.

Dated: April 1, 2005

_____
Kathleen M. Walker, Esq.
Attorney At Law
Attorney For Plaintiff Lite Breeze, Inc.

Consent to the foregoing waiver:

_____
Rodd Garner, President
Plaintiff Lite Breeze, Inc.

WAIVER OF APPEAL

04CV0346-

2

KATHLEEN M. WALKER SBN 202185
Attorney At Law
3421 Thorn Street
San Diego, California 92104
619-255-0987 telephone
619-255-0986 facsimile

Attorney for Plaintiff LITE BREEZE, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITE BREEZE, INC., a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> BRITNEY SPEARS, an individual; CLEAR CHANNEL ENTERTAINMENT TELEVISION HOLDINGS, INC., a Delaware Corporation; SIGNATURES NETWORK, INC., a California Corporation; ZOMBA RECORDING CORPORATION, dba JIVE RECORDS, a New York Corporation; and DOES 1-10, <br><br> Defendants. | Case No.: 04-CV-0326 DMS (JFS) <br><br> PROOF OF SERVICE OF WAIVER OF APPEAL |

PROOF OF SERVICE - 1

1  I, Kathleen M. Walker, declare:

2      1.    I am over 18 years of age and am not a party to the above captioned action.

3           My business address is 3421 Thorn Street, San Diego, California 92104.

4      2.    On April 1, 2005, I served: WAIVER OF APPEAL

Via facsimile to:

Peter J. Anderson, Esq.
100 Wilshire Boulevard
Suite 2010
Santa Monica, California 90401

Attorney For All Defendants.

    I declare under the penalty of perjury of the State of California, that the above is true and correct.

Dated this 6th day of April, 2005

                                                                         *Kathleen M. Walker*
                                                                         Kathleen M. Walker